# EXHIBIT A
# (1 of 4)

Intentionally Left Blank

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440 00

THIS POLICY INSURES ONLY THOSE COVERAGES AND PROPERTY SHOWN
IN THE DECLARATIONS MADE A PART OF THIS POLICY.  SUCH INSURANCE
APPLIES ONLY TO THOSE INSUREDS, SECURITY INTERESTS, AND LOCATIONS
DESIGNATED FOR EACH COVERAGE AS IDENTIFIED IN ITEM 2 BY LETTER(S)
OR NUMBER.  (CHANGES, IF ANY, ARE INDICATED BY +)

ITEM 1
POLICY PERIOD   OCTOBER 01, 2004 TO   OCTOBER 01, 2005    POLICY NO. 261712

ITEM 2
NAMED INSURED AND TYPE:

  01  OAKLAND ACURA                                CORPORATION

  02  OPRW 401(K) TRUST                            TRUST

OTHER INSUREDS:

  AA  DAVID & ELIZABETH MASRI
      304 24TH ST.
      OAKLAND, CA 94612

  BB  WAVERLY PROPERTIES, LLC
      304 24TH ST.
      OAKLAND, CA 94612

  CC  DAVE ROBB
      1766 LOCUST ST., 2ND FLOOR
      WALNUT CREEK, CA 94596

SECURITY INTERESTS:

  A   GMAC
      P.O. BOX 989043
      W. SACRAMENTO, CA 95798

LOCATIONS:

  01  277 27TH ST.                     AUTO SALES & SERVICE
      OAKLAND, CA 94612

  02  304 24TH ST.                     AUTO STORAGE
      OAKLAND, CA 94596

CERTIFIED ACTS OF TERRORISM EXCLUDED

ENDORSEMENTS APPLICABLE:
  0429 EXCLUSION OF CERTIFIED ACTS OF

261712                                         PAGE 1-A

**Exhibit A - 0002**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440 00

ITEM 2
        TERRORISM

ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS  LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS    INSURED     LIMITS
EACH COVERAGE PART:

AUTO INVENTORY PHYSICAL DAMAGE
    (PART 300)                              01       ALL      SEE        6,000,000
                                                             BELOW

REPAIRS: 100% LABOR - YOUR AUTOS                             EXTENDED     100,000
          75% PARTS - YOUR AUTOS                            THEFT
         100% LABOR - CUSTOMER AUTOS
         100% PARTS - CUSTOMER AUTOS

ENDORSEMENTS APPLICABLE:
   0001 LOSS PAYABLE PROVISIONS
   0081 WRAPAROUND SPECIFIED PERILS
   0082 WRAPAROUND UNNAMED PERILS
   0083 WRAPAROUND COLLISION
   0084 WRAPAROUND EXTENDED THEFT
   0087 DIMINISHED VALUE
   0216 EXTENSION OF CREDIT
        EXCLUSION DELETED
   0319 PAINTLESS DENT REPAIR
   0346 LIMIT PER EMPLOYEE FOR THEFT
        OF AUTOS
   0389 CUSTOMER AUTO - LEGAL LIABILITY
        FOR NATURAL DISASTER
   0418 VIDEO EQUIPMENT IN AUTOS
   0431 BIOLOGICAL OR CHEMICAL
        TERRORISM EXCLUSION

| PERILS AND DEDUCTIBLES SCHEDULE: | OTHER INSUREDS | COMPREHENSIVE SPECIFIED PERILS | UNNAMED PERILS | COLLISION | EXTENDED THEFT |
|---|---|---|---|---|---|
| NEW PRIVATE PASSENGER | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| NEW TRUCKS | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| USED PRIVATE PASSENGER | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| USED TRUCKS | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| FARM TRACTORS - IMPLEMENT | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| DEMONSTRATOR-COMPANY AUTO | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| SERVICE AUTOS | A | 1000/5000 | 1000/5000 | 1000 | 1000 |
| CUSTOMER'S AUTOS | | 1000/5000 | 1000/5000 | 1000 | 1000 |

   0010 BROADENED COVERAGE OTHER PROPERTY
        $500 DED APPLIES
        TO ENDT 0010

261712

PAGE 1-B

**Exhibit A - 0003**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0113440 00

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|

PROPERTY (PART 330)        COINS%
PERILS AND DEDUCTIBLES

| STOCK | | RPTD | 01 | 01,02 | SEE SCHEDULE | 700,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 1000 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | 1000 | | | | | 700,000 |

```
0014 AUTOMATIC SPRINKLER
0324 PROPERTY EXTENSIONS
0393 FUNGUS - LIMITED COVERAGE
0404 COINSURANCE CONDITION REVISED
0431 BIOLOGICAL OR CHEMICAL
     TERRORISM EXCLUSION
```

| EQUIPMENT | | NONE | 01 | 01,02 | SEE SCHEDULE | 1,400,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 1000 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | 1000 | | | | | 1,400,000 |

```
0014 AUTOMATIC SPRINKLER
0078 REPLACEMENT COST EQUIPMENT
0324 PROPERTY EXTENSIONS
0393 FUNGUS - LIMITED COVERAGE
0404 COINSURANCE CONDITION REVISED
0431 BIOLOGICAL OR CHEMICAL
     TERRORISM EXCLUSION
```

OTHER INSURED - PROPERTY                               50,000

261712                                               PAGE 1-C

**Exhibit A - 0004**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS  LOCA-   PERILS    OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS   INSURED   LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)            COINS%
PERILS AND DEDUCTIBLES

EMPLOYEE TOOLS                    90%     01      01,02  SEE       410,000
   FIRE                  1000                            SCHEDULE
   WIND-HAIL             1000
   V&MM                  1000
   OTHER SPEC PERILS     1000
   THEFT-BURGLARY        1000
   UNNAMED PERILS        1000
   BREAKDOWN             1000
   EARTHQUAKE            NO COVER
   SPRK LEAKAGE          1000                                       410,000

   0014 AUTOMATIC SPRINKLER
   0324 PROPERTY EXTENSIONS
   0393 FUNGUS - LIMITED COVERAGE
   0404 COINSURANCE CONDITION REVISED
   0431 BIOLOGICAL OR CHEMICAL
        TERRORISM EXCLUSION
   0441 EMPLOYEE TOOLS OFF PREMISES

BUSINESS INCOME CONTINUATION     NONE    01      01     SEE       405,613
   FIRE                 NO DEDUCT                        SCHEDULE  PER MONTH
   WIND-HAIL            NO DEDUCT                                  FOR 12 MO
   V&MM                 NO DEDUCT                                  TOTAL OF
   OTHER SPEC PERILS    NO DEDUCT                                  4,867,356
   THEFT-BURGLARY       NO DEDUCT
   UNNAMED PERILS       NO DEDUCT
   BREAKDOWN            NO DEDUCT
   EARTHQUAKE           NO COVER
   SPRK LEAKAGE         NO DEDUCT

   0014 AUTOMATIC SPRINKLER
   0080 BUSINESS INCOME CONTINUATION
   0324 PROPERTY EXTENSIONS
   0329 ELECTRONIC VANDALISM:10 DAY WAITING
        PERIOD FOR BIC
   0393 FUNGUS - LIMITED COVERAGE
   0431 BIOLOGICAL OR CHEMICAL
        TERRORISM EXCLUSION

261712                                                  PAGE 1-D
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND         INSUREDS  LOCA-   PERILS     OUR
SPECIAL PROVISIONS APPLICABLE TO                   TIONS   INSURED    LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

ADDITIONAL EXTRA EXPENSE          NONE     01      01      SEE        100,000
  FIRE               NO DEDUCT                             SCHEDULE
  WIND-HAIL          NO DEDUCT
  V&MM               NO DEDUCT
  OTHER SPEC PERILS  NO DEDUCT
  THEFT-BURGLARY     NO DEDUCT
  UNNAMED PERILS     NO DEDUCT
  BREAKDOWN          NO DEDUCT
  EARTHQUAKE         NO COVER
  SPRK LEAKAGE       NO DEDUCT                                        100,000

  0014 AUTOMATIC SPRINKLER
  0068 ADDITIONAL EXTRA EXPENSE
  0324 PROPERTY EXTENSIONS
  0393 FUNGUS - LIMITED COVERAGE
  0431 BIOLOGICAL OR CHEMICAL
       TERRORISM EXCLUSION

CRIME (PART 380)

EMPLOYEE DISHONESTY                         01     ALL     CRIME      100,000
  DEDUCTIBLE    $1,000
  0320 EMPLOYEE DISHONESTY EXTENSIONS
  0511 WELFARE & PENSION BENEFIT PLAN
ENDT 0086 - INCREASED LIMIT
WELFARE & PENSION PLAN
LIMIT: $400,000

LOSS FROM WITHIN A BUILDING                 01     01      CRIME      10,000

  0322 COMPUTER FRAUD AND FUND
       TRANSFER
CLASS "C" SAFE

LOSS OUTSIDE THE BUILDING                   01     ALL     CRIME      30,000

MONEY ORDERS AND                            01     ALL     CRIME      50,000
  COUNTERFEIT PAPER CURRENCY

261712                                                     PAGE 1-E
```

**Exhibit A - 0006**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440 00

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| CRIME (PART 380) | | | | |
| DEPOSITOR'S FORGERY | 01 | ALL | CRIME | 100,000 |
| DEDUCTIBLE     $1,000 | | | | |
| GARAGE OPERATIONS AND AUTO HAZARD (PART 500) | 01 | ALL | SEE BELOW | 500,000 EA.OCCUR |

```
                          DEDUCTIBLE
WORK/PRODUCTS             1000
PREMISES                   250
INJURY GROUP 5            1000
INJURY GROUP 6             10%
CUSTOMER COMPLAINT DEFEN  2000
STATUTE & TITLE E&O       2000
EMPLOYEE RELATED DEFENSE  1000
```

ENDORSEMENTS APPLICABLE:
- 0162 DISCRIMINATION INCLUDING WRONGFUL EMPLOYMENT PRACTICES
- 0295 NECESSARY AND INCIDENTAL CLAUSE AMENDED
- 0326 PUBLIC POLICY EXCLUSION
- 0334 75% REDUCTION OF DEDUCTIBLE
- 0337 STATUTE AND TITLE E & O - DEFENSE ONLY
- 0338 STATUTE AND TITLE E & O - LIMIT PER SUIT
- 0353 ASBESTOS EXCLUSION
- 0390 SEXUAL HARASSMENT PREVENTION TRAINING - DEDUCTIBLE WAIVER
- 0410 STATUTORY RIGHT OF PRIVACY EXCLUSION

| | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| INJURY GROUP 1   (BODILY INJ/PROP DMG) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 2   (MENTAL INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 3   (PERSONAL INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 4   (ADVERTISING INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 5   (EMPLOYEE BENEFITS) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 6   (DISCRIMINATION) | 01 | ALL | COVERED | INCLUDED |

ADDITIONAL INSUREDS

261712

PAGE 1-F

Exhibit A - 0007

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440 00

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND         INSUREDS  LOCA-   PERILS    OUR
SPECIAL PROVISIONS APPLICABLE TO                   TIONS   INSURED   LIMITS
EACH COVERAGE PART:


GARAGE OPERATIONS AND AUTO
HAZARD (PART 500)
   0033 ADDITIONAL INSURED-PROPERTY     CC        01      COVERED   INCLUDED
   0033 ADDITIONAL INSURED-PROPERTY     AA,BB     02      COVERED   INCLUDED

MEDICAL PAYMENTS                        01        ALL     COVERED    5,000
   0035 MEDICAL PAYMENTS

CUSTOMER COMPLAINT DEFENSE              01        ALL     COVERED    25,000@
                                                                   500,000@

STATUTE AND TITLE E & O                 01        ALL     COVERED    25,000@
                                                                   500,000@

EMPLOYMENT RELATED DEFENSE              01        ALL     COVERED    10,000@
                                                                   500,000@

@ THE FIRST LIMIT IS PER SUIT, THE SECOND IS AN ANNUAL AGGREGATE.


UNINSURED MOTORISTS (PART 530)

UNINSURED MOTORISTS
   COVERED AUTOS INSURED BY
   COVERAGE PART NO. 500

UNINSURED MOTORISTS                     01        ALL     UM BI     30,000#
                                                                    60,000#
                                                          UM PD     NO/COVER

UNDERINSURED MOTORISTS                                    UI BI     INCLUDED

                                                          UI PD     NO/COVER


ENDORSEMENTS APPLICABLE:
   0091 UNDERINSURED MOTORISTS

# THE FIRST LIMIT IS PER PERSON, THE SECOND IS PER OCCURENCE.


GENERAL LIABILITY (PART 950)

                            DEDUCTIBLE
INJURY GROUPS 1-4           1,000

   INJURY                   - - SEE SCHEDULE BELOW * -    500,000
      0353 ASBESTOS EXCLUSION

261712                                                   PAGE 1-G
```

**Exhibit A - 0008**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113440  00

| ITEM 3<br>COVERAGES, PROPERTY INSURED, AND<br>SPECIAL PROVISIONS APPLICABLE TO<br>EACH COVERAGE PART: | INSUREDS | LOCA-<br>TIONS | PERILS<br>INSURED | OUR<br>LIMITS |
|---|---|---|---|---|

GENERAL LIABILITY (PART 950)
    0410 STATUTORY RIGHT OF PRIVACY
           EXCLUSION

\* SCHEDULE OF HAZARDS AND INJURY GROUPS INSURED:

| | | | | |
|---|---|---|---|---|
| PREMISES HAZARD | 01 | IF ANY | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |

    61215A - BASIS 089
    BUILDING OR PREMISES _ BANK OR
    OFFICE - NOC

| | | | | |
|---|---|---|---|---|
| CONTRACTORS HAZARD | 01 | IF ANY | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |

    16292B - BASIS 021
    CONSTRUCTION OPERATIONS - OWNER
    - N.O.C. (NOT RAILROADS) NOT
    ON BOARD SHIPS.

UMBRELLA (PART 980)

ALL UMBRELLA COVERAGE IS
AFFORDED UNDER MASTER POLICY
#261711
MASTER POLICY LIMIT:
$10,000,000

THE PREMIUM BASIS FOR THIS POLICY IS:  VARIABLE

COUNTERSIGNED: 11-29-2004 BY _____ REPRESENTATIVE

MAIL TO: OAKLAND ACURA/ATTN: T. STUART
        1766 LOCUST ST.
        WALNUT CREEK, CA 94596

261712   V

PAGE 1-H

**Exhibit A - 0009**

# CALIFORNIA

# STATE AMENDATORY PART

# UNICOVER V

The ACTION AGAINST US Condition is changed to add:

If this policy is issued in, or the INSURED is a resident of California, whenever judgment is secured against the INSURED or the executor or administrator of a deceased INSURED in an action brought by the injured person or by his special personal representatives, in the case of an action for personal injuries, or in an action brought by the heirs or personal representatives of the deceased, in the case of wrongful death, then an action may be brought against US on this policy and subject to its terms and limitations, by such judgment creditor to recover on the judgment.

The CANCELLATION provision in the GENERAL CONDITIONS is changed as follows:

CANCELLATION

1.  YOU may cancel this policy by returning it to US or by giving US advance written notice of the date cancellation is to take effect.

2.  If this policy has been in effect for 60 days or less and is not a renewal or continuation policy, WE may cancel this policy by mailing or delivering to YOU at the mailing address shown in the declarations, advance written notice of cancellation, stating the reason for cancellation, at least:

    a.  10 days before the effective date of cancellation if WE cancel for:

        (1)  Nonpayment of premium; or

        (2)  Discovery of fraud or material misrepresentation by:

            (a)  Any INSURED or his or her representative in obtaining this insurance; or

            (b)  YOU or YOUR representative in pursuing a claim under this policy.

    b.  30 days before the effective date of cancellation if WE cancel for any other reason.

3.  If this policy has been in effect for more than 60 days or is a renewal of a policy WE issued, WE may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

    a.  Nonpayment of premium, including payment due on a prior policy WE issued and due during the current policy term covering the same risks.

    b.  Discovery of fraud or material misrepresentation by:

        (1)  Any INSURED or his or her representative in obtaining this insurance; or

        (2)  YOU or YOUR representative in pursuing a claim under this policy.

Exhibit A - 0010

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

c. A judgment by a court or an administrative tribunal that YOU have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

d. Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by YOU or YOUR representative, which materially increase any of the risks insured against.

e. Failure by YOU or YOUR representative to implement reasonable loss control requirements, agreed to by YOU as a condition of policy issuance, or which were conditions precedent to OUR use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

f. A determination by the Commissioner of Insurance that the:

  (1) Loss of, or changes in, OUR reinsurance covering all or part of the risk would threaten OUR financial integrity or solvency; or

  (2) Continuation of the policy coverage would:

    (a) Place US in violation of California law or the laws of the state where WE are domiciled; or

    (b) Threaten OUR solvency.

g. A change by YOU or YOUR representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

WE will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to Named Insured 01, at the mailing address shown in the policy, at least:

a. 10 days before the effective date of cancellation if WE cancel for a reason listed in Paragraph 3.a. or 3.b.; or

b. 30 days before the effective date of cancellation if WE cancel for any other reason listed in Paragraph 3.

4. This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenant's household personal property in a residential unit, if such coverage is written under Commercial Coverage Part 330.

a. If such coverage has been in effect for 60 days or less, and is not a renewal of coverage WE previously issued, WE may cancel this coverage for any reason, except as provided in b. and c. below:

b. WE may not cancel this policy solely because YOU have:

  (1) Accepted an offer of earthquake coverage; or

  (2) Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

Exhibit A - 0011

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

CALIFORNIA-PAGE 2-B

CA-SAP-UC-V (11-00)

However, WE shall cancel this policy if YOU have accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

c.   WE may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction (c.) applies only if coverage is subject to Property Coverage Part 330, which excluded LOSS or damage caused by or resulting from corrosive soil conditions.

## NONRENEWAL

1.   If WE elect not to renew this policy, WE will mail or deliver written notice stating the reason for nonrenewal to Named Insured 01 at least 60 days, but not more than 120 days, before the expiration or anniversary date.

2.   WE are not required to send notice of nonrenewal in the following situations:

   a.   If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between US and a member of OUR insurance group.

   b.   If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph (1).

   c.   If YOU have obtained replacement coverage, or if YOU have agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

   d.   If the policy is for a period of no more than 60 days and YOU are notified at the time of issuance that it will not be renewed.

   e.   If YOU request a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

   f.   If WE have made a written offer to YOU, in accordance with the time frames shown in paragraph (1), to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

## MAILING OF NOTICES

Any notice of cancellation or nonrenewal will be mailed or delivered to YOU and the producer of record, at the respective addresses last known to US. If notice is mailed, proof of mailing shall be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
CA-SAP-UC-V (11-00)       Copyright©2000 Universal Underwriters Insurance Company
CALIFORNIA-PAGE 2-C

Coverage Part 530 (UNINSURED MOTORISTS) and ENDORSEMENT NO. 091 (UNDERINSURED MOTORISTS) and Endorsement No. 203 are changed as follows:

"UNINSURED MOTOR VEHICLE" means a land motor vehicle or trailer:

(a) For which no liability bond or policy at the time of an ACCIDENT provides at least the amounts required by the applicable law where a COVERED AUTO is principally garaged, or

(b) Which is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or trailer for which the sum of all liability bonds or policies at the time of an ACCIDENT provides at least the amounts required by the applicable law where a COVERED AUTO is principally garaged but that sum is less than the limit of liability for this insurance, or

(c) For which the insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent, or

(d) Which is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an INSURED, a COVERED AUTO or a vehicle an INSURED is OCCUPYING.

However, "UNINSURED MOTOR VEHICLE" does not include any vehicle:

(a) Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

(b) Owned by a governmental unit or agency.

(c) Designed or modified for use primarily off public roads while not on public roads.

The following DEFINITIONS are changed with respect to PROPERTY DAMAGE:

"COVERED AUTO" means a self-propelled motor vehicle. However, it does not include:

(1) A vehicle transporting persons for hire, compensation or profit other than van pool vehicle.

(2) A vehicle designed, used or maintained primarily for the transportation of property.

(3) MOBILE EQUIPMENT.

"PROPERTY DAMAGE" means injury to or destruction, of YOUR covered AUTO. However, PROPERTY DAMAGE does not include loss of use.

"UNINSURED MOTOR VEHICLE" means a land motor vehicle or trailer that is involved in a collision with YOUR COVERED AUTO.

The collision must involve direct physical contact between YOUR COVERED AUTO and the UNINSURED MOTOR VEHICLE and the owner or operator of the UNINSURED MOTOR VEHICLE must be identified; or the UNINSURED MOTOR VEHICLE must be identified by its license number.

Exclusion (b) is amended to read:

(b) The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

Exhibit A - 0013

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

The following exclusion is added:

(h) BODILY INJURY sustained by YOU or any FAMILY MEMBER while OCCUPYING any vehicle leased by YOU or any FAMILY MEMBER under a written contract for a period of 6 months or more that is not a covered AUTO.

THE MOST WE WILL PAY is replaced by:

Regardless of the number of covered AUTOS, INSUREDS, premiums paid, claims made or vehicles involved in the ACCIDENT, the most WE will pay for all damages resulting from any one ACCIDENT is the limit of insurance for UNINSURED MOTORISTS INSURANCE shown in the declarations.

For a vehicle described in paragraph b. of the definition of UNINSURED MOTOR VEHICLE, OUR limit of liability shall be reduced by all sums paid because of BODILY INJURY by or for anyone who is legally responsible, including all sums paid or payable under this policy's LIABILITY INSURANCE.

With respect to persons insured by Part (3) of WHO IS AN INSURED, the most WE will pay is that portion of such limit needed to comply with the minimum limits provision of the financial responsibility or minimum liability law in the jurisdiction where the ACCIDENT took place. When there is such other insurance applicable, WE will pay only the amount needed to comply with such minimum limits after such other insurance has been exhausted.

No one will be entitled to receive duplicate payments for the same elements of LOSS under this Coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

WE will not make a duplicate payment under this Coverage for any element of LOSS for which payment has been made by or for anyone who is legally responsible.

WE will not pay for any element of LOSS if a person is entitled to receive payment for the same element of LOSS under any workers' compensation, disability benefits or similar law.

With respect to PROPERTY DAMAGE, the most WE will pay for all DAMAGES resulting from any one ACCIDENT is the lesser of the following:

(a) $3,500; or

(b) the actual cash value of the damaged AUTO at the time of the ACCIDENT.

The INSURED'S DUTIES AFTER ACCIDENT OR LOSS Condition is changed by adding the following:

(9) Promptly send US copies of the legal papers if a suit is brought. In addition, a person seeking coverage under paragraph b. of the definition of UNINSURED MOTOR VEHICLE must:

(a) Provide US with a copy of the complaint by personal service or certified mail if the INSURED brings an action against the owner or operator of such UNINSURED MOTOR VEHICLE.

(b) Within a reasonable time, make all pleadings and depositions available for copying by US or furnish US copies at OUR expense, and

(c) Provide US with proof that the limits of liability under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

Exhibit A - 0014

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

CA-SAP-UC-V (11-00)                                                    CALIFORNIA-PAGE 2-E

With respect to PROPERTY DAMAGES:

(10) Report the ACCIDENT or LOSS to US within ten business days; and

(11) Promptly send US copies of the legal papers if a suit is brought.

The OTHER INSURANCE Condition is replaced by:

(a) For BODILY INJURY sustained by an INSURED while OCCUPYING a COVERED AUTO he or she does not own, UNINSURED MOTORISTS INSURANCE does not apply if the owner of the COVERED AUTO has uninsured motorists insurance.

(b) Except as provided in paragraph (a), if an INSURED has other uninsured motorists insurance, the DAMAGES shall be deemed not to exceed the higher of the applicable limits of the respective coverages. WE will pay only OUR share of these DAMAGES. OUR share is the proportion that the limit of UNINSURED MOTORISTS INSURANCE bears to the total of the limits of all uninsured motorists insurance.

The ARBITRATION Condition is amended as follows with respect to PROPERTY DAMAGE:

If either party makes a written demand for arbitration, the disagreement will be settled by a single neutral arbitrator. The arbitration must be formally instituted by the INSURED within one year from the date of the ACCIDENT.

ACTIONS AGAINST US in the GENERAL CONDITIONS is replaced by the following:

No legal action may be brought against US under this insurance until there has been full compliance with all the terms of this policy or unless within one year from the date of the ACCIDENT:

(a) Suit for BODILY INJURY has been filed against the uninsured motorist in a court of competent jurisdiction and written notice of such suit has been given to US, or

(b) Agreement as to the amount due under this insurance has been concluded, or

(c) The INSURED has formally instituted arbitration proceedings against US.

Exhibit A - 0015

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

CALIFORNIA-PAGE 2-F                    CA-SAP-UC-V (11-00)

# TABLE OF CONTENTS

This table of contents lists the major sections of this policy, including the optional endorsements available for each Coverage Part.

Declarations ........................................................................................................................ 1

State Amendatory Part ....................................................................................................... 2

Table of Contents ............................................................................................................... 3

Preamble ............................................................................................................................. 4

General Conditions ............................................................................................................. 5


Auto Inventory Physical Damage  (Coverage Part 300) ................................................... 9

    Loss Payable Provisions — No. 001 ............................................................... 85
    Floor Plan Autos Excluded — No. 003 ........................................................... 85
    Limited Collision Coverage — No. 005 .......................................................... 85
    Driveaway Collision Coverage — No. 006 ..................................................... 85
    Mobile Communications — No. 007 ............................................................... 86
    Customer's Autos - Legal Liability — No. 008 ............................................... 86
    Customer's Autos - Excess Insurance — No. 009 ........................................ 86
    Broadened Coverage - Other Property — No. 010 ....................................... 86
    Drive Other Autos — No. 011 ........................................................................ 86
    Transportation Collision - Motorcycles — No. 052 ........................................ 103
    Customer Rental Coverage Excluded — No. 054 ......................................... 103
    Rental and Leasing Autos Excluded — No. 058 ........................................... 104
    Specified Perils Excluded on Floor Plan Autos — No. 071 ........................... 109
    Unnamed Perils Excluded on Floor Plan Autos — No. 072 .......................... 109
    Collision Excluded on Floor Plan Autos — No. 073 ...................................... 109
    Extended Theft Excluded on Floor Plan Autos — No. 074 ........................... 109
    Demonstrator - Company Auto Redefined — No. 075 ................................... 109
    Floor Plan Excess Insurance - No. 076 ....................................................... 109
    Wraparound Specified Perils - No. 081 ........................................................ 113
    Wraparound Unnamed Perils - No. 082 ........................................................ 113
    Wraparound Collision - No. 083 .................................................................... 114
    Wraparound Extended Theft - No. 084 ......................................................... 114
    Diminished Value - No. 087 .......................................................................... 114


Difference In Conditions (Coverage Part 320) ................................................................. 15


Property  (Coverage Part 330) ......................................................................................... 22

    Loss Payable Provisions - No. 001 ............................................................... 85
    Mortgage Clause — No. 012 ......................................................................... 87
    Automatic Increase — No. 013 ...................................................................... 87
    Automatic Sprinkler — No. 014 ..................................................................... 87
    Fluctuating Value — No. 015 ......................................................................... 88
    Replacement Cost - Building — No.016 ........................................................ 88
    Glass Excluded — No. 017 ........................................................................... 88
    Equipment Redefined To Include Glass — No. 018 ...................................... 88

Demolition Cost — No. 019 ........................................................................................ 89
Fire Liability — No. 020 ........................................................................................... 89
Completed Value Builder's Risk — No. 021 ............................................................. 90
Limit Per Employee — No. 022 ................................................................................ 90
Accounts Receivable — No. 023 .............................................................................. 91
Business Continuation Expenses — No. 024 ........................................................... 92
Rents or Rental Value Monthly Limitation — No. 025 .............................................. 94
Watercraft Covered — No. 026 ................................................................................ 95
Contingent Liability Excluded — No. 050 ............................................................... 102
Building Foundations Excluded — No. 053 ............................................................ 103
Blanket Limits — No. 061 ...................................................................................... 104
Additional Extra Expense — No. 068 ..................................................................... 107
Added Value - Equipment — No. 070 ..................................................................... 108
Value Protection — No. 077 ................................................................................... 109
Replacement Cost Equipment — No. 078 .............................................................. 111
Earthquake — No. 079 .......................................................................................... 111
Business Income Continuation — No. 080 ............................................................. 111
Breakdown Excluded — No. 085 ............................................................................ 114


Crime  (Coverage Part 380) ....................................................................................... 33

Blanket Position — No. 027 .................................................................................... 97
Personal Accounts — No. 028 ................................................................................ 97
Increased Limits for Welfare and Pension Plans — No. 086 .................................. 114


Garage  (Coverage Part 500) ..................................................................................... 39

Broad Form Products Excluded — No. 029 ............................................................. 97
Additional Insured - Furnished Auto — No. 031 ..................................................... 97
Additional Insured - Municipalities — No. 032 ........................................................ 97
Additional Insured - Property — No. 033 ................................................................ 97
Drive Other Autos — No. 034 ................................................................................. 98
Medical Payments — No. 035 ................................................................................. 98
Limited Medical Payments — No. 036 .................................................................... 99
Individual Medical Payments — No. 037 ................................................................. 99
Customer Rental Coverage Excluded — No. 054 .................................................. 103
Rental and Leasing Autos Excluded — No. 058 ................................................... 104
Additional Insured - Furnished Auto Household Members - No. 088 ..................... 115
Standard Form MCS - 90 — No. 090 .................................................................... 116
Auto Service Facility — No. 097 ............................................................................ 117


Uninsured Motorists (Coverage Part 530) ................................................................. 49

Underinsured Motorists - No. 091 ......................................................................... 116
Designated Individuals - No. 092 .......................................................................... 116

**Exhibit A - 0017**

Agent's Errors and Omission  (Coverage Part 550) .................................................. 52

©Copyright 1998 Universal Underwriters Insurance Company

Basic Auto  (Coverage Part 900)............................................................................................  54

  Loss Payable Provisions — No. 001 ....................................................................  85
  Mobile Communications — No. 007 ......................................................................  86
  Auto Lessor's Liability — No. 038.........................................................................  99
  Daily Rental Autos — No. 039 ............................................................................. 100
  Lower Limits for Rentees — No. 040 .................................................................... 101
  Broad Form Drive Other Autos — No. 056 ........................................................... 103
  Business Use Excluded — No. 057....................................................................... 104
  Rental and Leasing Autos Excluded — No. 058 ................................................... 104
  Rentor Only Coverage — No. 059......................................................................... 104
  Physical Damage in Mexico — No. 062 ................................................................ 105
  Stated Amount — No. 063.................................................................................... 105
  Antique Autos — No. 064 .................................................................................... 105
  Standard Form MCS - 90 — No. 090 .................................................................... 116
  All Owned Autos Insured — No. 094 .................................................................... 116
  Hired And Nonowned Autos — No. 096 ............................................................... 117


General Liability  (Coverage Part 950) ...............................................................................  61

  Additional Insured — Premises — No. 041 ........................................................... 101
  Premises Medical Payments — No. 095 ............................................................... 116


Personal Umbrella  (Coverage Part 970) ............................................................................  69

Umbrella  (Coverage Part 980).............................................................................................  75

  Additional Insureds — No. 043............................................................................. 102
  Additional Insureds — Use of Other Autos — No. 049............................................ 102
  Employer's Liability Coverage — No. 066 ............................................................. 105
  Umbrella Limits Inclusive — No. 089..................................................................... 115
  Owned Autos Excluded — No. 093 ....................................................................... 116

**Exhibit A - 0018**

©Copyright 1998 Universal Underwriters Insurance Company

# UNICOVER



## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
A Stock Insurance Company
7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

# PREAMBLE

This entire document constitutes a multiple coverage insurance policy. Unless stated otherwise in a Coverage Part, each Coverage Part is made up of its provisions, plus those of the State Amendatory Part (if any), the General Conditions, and that portion of the declarations referring to the Coverage Part, including all endorsements made applicable to that Coverage Part. Each Coverage Part so constituted becomes a separate contract of insurance.

This policy is signed by OUR President and Secretary, and where required by law, by one of OUR authorized representatives.

SECRETARY                    PRESIDENT

©COPYRIGHT 1998
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

All Rights Reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means without the written permission of Universal Underwriters Insurance Company.

Exhibit A - 0019

# GENERAL CONDITIONS

## UNICOVER

WE have issued this policy based on OUR understanding of YOUR agreements, statements, and representations, and in consideration of YOUR agreement to pay the required premiums when due. By accepting this policy YOU agree that YOU have been truthful with US, and that all agreements between YOU and US are included in the policy and declarations. WE, therefore, agree with YOU as stated in this policy, its endorsements, and the declarations.

**DEFINITIONS** - Except for headings or titles, a word written in all capital letters indicates it has a specific meaning as defined in each Coverage Part. The following definitions apply to any Coverage Part where they appear:

"INSURED" means any person or organization qualifying as an INSURED in the WHO IS AN INSURED provision of the Coverage Part. Except with respect to the limit of liability, the insurance afforded applies separately to each INSURED.

"WAR" means war (whether declared or not), civil war, rebellion, insurrection, revolution, usurped power, military or warlike action (including action in hindering or defending against an actual or expected attack), or any act or condition incident to any of these.

"WE", "US", or "OUR" means Universal Underwriters Insurance Company.

"YOU" and "YOUR" means the person or organization shown in the declarations as the Named Insured.

**PREMIUM** - Named Insured 01 must pay all required premiums when due, on the basis specified in the declarations:

"Variable" - each month YOU must calculate the earned premiums by multiplying the rates (shown on the required reports of values) times the values YOU report as applicable to those rates. Together with the specific premiums shown on the report, WE must receive payment within 15 days after the end of the calendar month for which the report is to be submitted. There will be no final adjustment in the earned premium if the values reported are accurate and premiums are paid promptly when due.

"Non-variable" - each month YOU must report any required values and pay the provisional premium due each month. WE must receive this premium by the date shown in OUR billing. At the end of the policy period, after WE have received all the required reports, WE will calculate the earned premium. If it is more than YOU paid, YOU will pay US the difference. If it is less, WE will refund the difference.

"Adjustable" - each month WE will bill YOU for a portion of the annual premium. WE must receive this premium by the date shown in OUR billing. At the end of the policy period, WE will audit YOUR records. Based on OUR findings WE will calculate the earned premiums. If it is more than YOU have paid, YOU will pay US the difference. If it is less, WE will refund the difference.

"Fixed" - each month WE will bill YOU for a portion of the annual premium for which there is no annual adjustment. WE must receive this premium by the date shown in OUR billing.

"Annual" - the entire annual premium is due upon issuance of the policy.

**PREMIUM COLLECTION** - YOU must pay OUR expenses, including attorney fees, spent to collect premium from YOU.

**INSPECTION AND AUDIT** - WE have the right, but not the duty, to inspect the insured property or operations at any time. OUR inspections are not safety inspections. They relate only to insurability and the premiums to be charged.

WE may give YOU reports on the conditions WE find and recommend changes. While they may help reduce losses, WE do not undertake to perform the duty of any person to provide for the health or safety of YOUR employees or the pub-

**Exhibit A - 0020**

©Copyright 1998 Universal Underwriters Insurance Company

lic. WE do not warrant the prope, or operation is healthful or safe, or that they conform to any rule, regulation, standard, code or law.

Any rate organization and any organization WE hire to make insurance inspections, surveys, reports or recommendations are subject to this provision.

YOU must keep accurate records and send them to US promptly upon request. WE have the right to examine and audit YOUR books and records at any time, up to three years after this policy ends.

YOU must allow US to perform any inspection or audit.

**FINANCIAL RESPONSIBILITY LAWS** - A state motor vehicle law may require an INSURED to prove future financial responsibility. If WE certify this policy as providing such proof, that INSURED must repay US for any payments WE would not have had to pay without the certification.

CONCEALMENT OR FRAUD - This insurance will be void if YOU willfully lie to US, conceal, or misrepresent any material facts relating to this insurance. This will apply whether the lie, concealment, or misrepresentation occurs before or after the LOSS.

**COMPLIANCE WITH CONDITIONS** - WE have no duty to provide coverage under any Coverage Part unless YOU or any other INSURED have fully complied with all Conditions applicable to that Coverage Part.

**ACTIONS AGAINST US** - No one may bring legal action against US for any reason, to recover under this policy, unless they have complied with all of its terms.

A legal action for LOSS to YOUR property must be brought within 12 months from the date YOU discover the LOSS, but no sooner than 90 days after YOU file a sworn proof of LOSS.

A legal action for liability claims cannot be brought until the amount of the INSURED'S liabil-

ity has been i. .ly determined, either by trial or a written agreement between the claimant, the INSURED and US. Once that liability has been so determined, WE will pay up to the limit as shown in the declarations. No one can join US in taking legal action against YOU, or an INSURED, or take such actions directly against US.

OUR obligations to an INSURED remain, even if the INSURED becomes bankrupt or insolvent.

**OTHER INSURANCE** - Unless stated otherwise in a Coverage Part, WE will pay only the amount of the covered LOSS or INJURY in excess of the amount due from any other insurance, whether it is collectible or not.

**NON-STACKING OF LIMITS** - If more than one Coverage Part or policy issued by US to YOU should insure a LOSS, INJURY, OCCURRENCE, claim or SUIT, the most WE will pay is the highest limit applicable. The limit under that Coverage Part or policy will be inclusive of the lower limit in the other Coverage Part(s) or policy(s), not in addition to them.

If more than one item of insurance in the same Coverage Part should insure a LOSS, INJURY, OCCURRENCE, claim or SUIT, the most WE will pay is the highest limit applicable. The limit under that item will be inclusive of the lower limit, not in addition to it.

**SUBROGATION** - YOU and each INSURED must do all in their power to preserve their rights to recover from others. Once WE have made a payment under this policy, whether or not YOU or an INSURED are fully compensated, YOUR or an INSURED'S rights to recover from others become OUR rights.

However, with respect to LOSS to YOUR property or AUTOS, WE will not exercise OUR right of subrogation at YOUR request.

**RECOVERED PROPERTY OR AUTOS** - YOU must promptly report and return to US any property or covered AUTO YOU recover after loss settlement.

**CHANGES** - The only way this policy can be

**Exhibit A - 0021**

©Copyright 1998 Universal Underwriters Insurance Company

changed is OUR issuing an endorsement(s) or substituting the declarations. They must be signed by one of OUR representatives when required by law. Nothing else will change this policy, waive any of its terms, or stop US from asserting any of OUR rights, not even notice to or knowledge learned by one of OUR representatives.

If WE change any of the terms of this policy, which broadens or extends the coverage, this policy will automatically be broadened or extended as if it were actually endorsed, if the change:

(a) was approved by YOUR state insurance regulatory authority, during the policy period or within 45 days before the policy became effective, and

(b) is available to YOU without additional premiums.

**ASSIGNMENT** - No assignment of interest will affect this policy unless WE change the policy. If YOU die, however, YOUR legal representative can act on YOUR behalf. Until YOUR legal representative is appointed, anyone having proper temporary custody of YOUR property will have YOUR rights and duties but only with respect to that property.

**CANCELLATION** - Either YOU or WE can cancel this policy by notifying the other.

YOU may cancel by returning the policy or writing to US stating the future date YOU want the cancellation to be effective. Cancellation will take effect upon the return of the policy or the future date stated in YOUR written notice to US. The earned premiums will be calculated to include a short rate penalty of 10% of the estimated premium for the remainder of the policy period.

WE will not impose the penalty if YOU no longer have a financial or insurable interest in the covered property or business.

If WE cancel, a written notice of cancellation will be mailed to YOU at the address shown in the declarations. The notice will state when, not less than 10 days thereafter, the cancellation will be effective. The mailing of the notice will be suffi-

cient proof of notice. The effective date and hour of cancellation stated in the notice will become the end of the policy period. Delivery of such written notice, either by YOU or US, will be equivalent to mailing.

Notice sent to Named Insured 01 will be deemed to be notice to all INSUREDS. WE will send any pro-rata premium refund due when WE cancel to Named Insured 01.

**POLICY PERIOD** - All insurance under this policy will begin and end at 12:01 AM (Standard Time) unless it replaces, or is replaced by, a policy beginning or ending at 12:00 Noon (Standard Time). In that event, OURS will amend to coincide with that time.

This policy starts on the first date shown in Item 1 of the declarations, and ends on the second date shown there. Any coverage or property added or removed during that time, will be covered for the period shown separately in the declarations.

**POLICY TERRITORY** - Unless stated otherwise in a Coverage Part, this policy covers:

(a) anywhere in the United States of America, its territories or possessions, or Canada;

(b) in international waters or air spaces if the LOSS or INJURY occurs in the course of travel or transportation between countries, states or nations included in (a) above;

(c) anywhere in the world, if the INJURY arises out of a PRODUCT YOU sold for use or consumption in (a) above.

**ARBITRATION** - If YOU and WE can't agree on the value of the property or the amount of YOUR property LOSS, either of US can demand an appraisal. Then, each will select a competent and disinterested appraiser who will, in turn, select a competent and disinterested umpire. If the appraisers can't agree on an umpire, YOU or WE may request the selection be made by a judge of a court having jurisdiction.

Each appraiser will state their appraisal of the value or LOSS. If they can't agree, they will sub-

**Exhibit A - 0022**

©Copyright 1998 Universal Underwriters Insurance Company

mit their differences to the umpire.   .ne value of the property or amount of the LOSS will be determined by a written agreement of any two of them. Such an agreement is binding.

YOU and WE will each pay their own appraiser, and equally share the other expenses of the appraisal and the umpire.  WE will not be held to have waived any of OUR rights by any act relating to appraisal.

**CONFORMINC .O LAW** - If any part of this policy is in conflict with local, state or federal law, those provisions in conflict will automatically change to conform to the law.  If any statute requires more time to notify US of a LOSS, or to start any legal action, the Coverage Part is changed to agree with the shortest time period permitted by statute.

**PARTICIPATION** - YOU will be entitled to participate in the distribution of policy dividends as authorized by OUR Board of Directors from time to time.

**Exhibit A - 0023**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

## AUTO INVENTORY
## UNICOVER COVERAGE PART 300

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests and locations designated for each coverage as identified in declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

**INSURING AGREEMENT** - WE will pay for LOSS of or to a COVERED AUTO from any cause, including sums an INSURED legally must pay as damages as a result of LOSS to a CUSTOMER'S AUTO, except as stated otherwise in the declarations or excluded.

WE have the right and duty to defend any suit for damages for LOSS to a CUSTOMER'S AUTO. However, WE have no such duty for LOSS not covered by this Coverage Part. WE may investigate and settle any claim or suit WE consider appropriate. Payment of OUR limit ends OUR duty to defend or settle that LOSS.

**DEFINITIONS** - When used in this Coverage Part:

"AUTO" means any type of land motor vehicle, (whether crated or not), trailer or semi-trailer, farm tractor or implement, each including its equipment and other equipment permanently attached to it.

"COLLISION" means (1) impact of a COVERED AUTO with another object or with a vehicle to which it is attached, or (2) upset of the COVERED AUTO. COLLISION does not mean impact of a COVERED AUTO with a bird or animal.

"COMPREHENSIVE" means the perils defined in SPECIFIED PERILS and UNNAMED PERILS.

"COVERED AUTO" means an AUTO (1) owned by or acquired by YOU or (2) not owned by YOU but in YOUR care, custody, or control.

"CUSTOMER'S AUTO" means a COVERED AUTO not owned or acquired by YOU but in YOUR care, custody or control for safekeeping, storage, service or repair. It also means the property of others within the CUSTOMER'S AUTO when LOSS is caused by COLLISION.

"DEMONSTRATOR-COMPANY AUTO" means a COVERED AUTO shown on YOUR records as a demonstrator or company AUTO and (1) used in YOUR sales operation, or (2) furnished for the regular use of anyone. It also means a COVERED AUTO YOU rent or lease from others for use in YOUR business.

"EXTENDED THEFT" means:

(1) YOUR voluntarily parting with evidence of title to or possession of a COVERED AUTO when induced by:

    (a) a forged or counterfeit instrument received in payment;

    (b) a check or other instrument written on an account closed before the instrument is presented for payment;

    (c) a credit application, rental agreement or lease agreement on which the name, social security number or signature of the applicant, rentee or leasee is false or forged;

    (d) any other criminal scheme, criminal trick or criminal device which induces YOU, at that time, to part with evidence of title to or possession of the COVERED AUTO;

(2) YOUR having acquired possession of an AUTO that is stolen or which has a forged, altered, or counterfeit title or invalid duplicate title;

(3) the unauthorized possession (without intent to return) of a COVERED AUTO by:

**Exhibit A - 0024**

©Copyright 1998 Universal Underwriters Insurance Company

(a) YOUR customer:

    (i) while the COVERED AUTO temporarily replaces the CUSTOMER'S AUTO;

    (ii) awaiting delivery of an AUTO purchased from YOU;

    (iii) for the purpose of a test drive or other demonstration;

(b) any person to whom YOU furnish a COVERED AUTO for their regular use.

Part (a) does not apply to rentals otherwise excluded.

"GOVERNMENT CONFISCATION" means seizure of an AUTO owned or acquired by YOU, by a duly constituted governmental or civil authority, for an alleged violation of laws governing the use, sale or distribution of controlled substances, including those laws governing the reporting of monies from such activities.

"LOSS" means direct and accidental physical loss or damage, occurring during the Coverage Part period. LOSS, with respect to a CUSTOMER'S AUTO, includes resulting loss of use. With respect to EXTENDED THEFT, all transactions with any one person, organization, group of individuals or ring will be deemed to be one LOSS. With respect to GOVERNMENT CONFISCATION, all actions by any one person, organization, group of individuals or ring which result in seizure(s) will be deemed one LOSS.

"NEW PRIVATE PASSENGER" and "NEW TRUCK" means a COVERED AUTO owned by or consigned to YOU and held for sale, not previously owned, titled or registered, and not used for any purpose other than roadtesting.

"SERVICE AUTO" means a COVERED AUTO shown on YOUR records as a service vehicle, and used in YOUR service operations.

"SPECIFIED PERILS" means (1) fire, lightning, smoke or smudge due to fire, (2) stranding, sinking, burning, or derailment of any conveyance transporting the COVERED AUTO, (3) theft or larceny, (4) windstorm, hail, earthquake, explosion, riot or civil commotion, the forced landing of any aircraft or its parts, (5) flood or rising waters, external discharge or leakage of waters except LOSS resulting from snow, rain, or sleet (whether or not wind-driven), (6) malicious mischief or vandalism, or (7) LOSS caused by a servicing hoist designed to raise an entire AUTO.

"UNNAMED PERILS" means all causes of LOSS not defined in COLLISION, SPECIFIED PERILS, EXTENDED THEFT, or excluded.

"USED PRIVATE PASSENGER" and "USED TRUCKS" means all COVERED AUTOS owned or acquired by YOU and held for sale by YOU and not otherwise defined in this Coverage Part.

**WHO IS AN INSURED** - With respect to LOSS under this Coverage Part:

    (1) YOU;

    (2) YOUR partners, paid employees, directors, executive officers, and stockholders while acting within the scope of their duties as such with respect to a CUSTOMER'S AUTO.

**EXCLUSIONS** - WE will not pay for LOSS:

(a) while the AUTO is being used as a public livery conveyance, or in any illicit trade or transportation. This exclusion does not apply to GOVERNMENT CONFISCATION;

(b) due to WAR;

(c) caused by mechanical or electrical breakdown or failure, or due and confined to faulty work performed, defective parts or materials, wear, tear, freezing. This exclusion does not apply to LOSS caused by faulty work performed, defective parts or materials to a CUSTOMER'S AUTO:

(d) from EXTENDED THEFT:

    (1) due solely to an undisclosed lien;

    (2) under part (1)(c) of the definition of EXTENDED THEFT, after the first periodic payment is made;

**Exhibit A - 0025**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

(3) due solely to an insufficient funds check;

(4) due to incorrect information on a credit application, rental agreement or lease agreement, except as covered under part (1)(c) of the definition of EXTENDED THEFT;

(5) as the result of YOUR obligation under a contract or agreement in which YOU agree to be liable in the event of default by the purchaser;

(6) under part (1)(d) of the definition of EXTENDED THEFT, due to non-payment, for any reason, of any credit YOU extend. This includes bankruptcy, other insolvency proceedings or failure to honor post-dated checks;

(e) due to confiscation by duly constituted governmental or civil authority. This exclusion does not apply to GOVERNMENT CONFISCATION;

(f) due to radioactive contamination, nuclear radiation, nuclear reaction, or the explosion or malfunction of a nuclear weapon, device, or facility or their consequences;

(g) caused by any dishonest, fraudulent, criminal, or intentional act committed by YOU or YOUR stockholders, partners, officers, employees, agents, or other party in interest. This exclusion does not apply to:

(1) a COVERED AUTO physically stolen, destroyed or damaged by YOUR employee acting without the knowledge of YOUR partners or executive officers;

(2) part (3)(b) of the definition of EXTENDED THEFT;

(3) GOVERNMENT CONFISCATION caused by an employee(s) acting without the knowledge or consent of YOUR partners or executive officers;

(h) while the COVERED AUTO is operated in, or in practice or preparation for, any pre-arranged or organized race, rally, speed, demolition, or competitive contest, or in any stunting activity;

(i) when YOU voluntarily part with evidence of title to or possession of a COVERED AUTO, except by EXTENDED THEFT;

(j) to a COVERED AUTO leased or rented to others. This exclusion does not apply:

(1) to YOUR partners, employees, owners, directors, stockholders and executive officers for use principally in YOUR AUTO business;

(2) to YOUR customers for a period of two months or less when:

(i) it temporarily replaces the CUSTOMER'S AUTO;

(ii) the customer is awaiting delivery of an AUTO purchased from YOU;

(k) to an AUTO owned by, leased or rented to YOUR employee or members of their household. This exclusion does not apply:

(1) if their AUTO is being serviced or repaired by YOU under a written agreement;

(2) to a COVERED AUTO leased or rented to YOUR partners, employees, owners, directors, stockholders and executive officers for use principally in YOUR AUTO business;

(l) due to loss of use caused by delay of service or repair, defective parts or materials or faulty work performed. This exclusion does not apply to loss of use of a CUSTOMER'S AUTO caused by faulty work performed, defective parts or materials;

(m) from any unexplained cause;

(n) to any two-way mobile radio or telephone, citizens band radio, radar detector, scanning monitor or device for recording and/or reproducing sound or pictures, all including its accessories and antennas. This does not apply to:

(1) tape decks or other sound reproducing equipment permanently installed in, and

**Exhibit A - 0026**

©Copyright 1998 Universal Underwriters Insurance Company

antennas permanently attached to, the COVERED AUTO;

(2) two-way mobile radio or telephone, citizens band radio or scanning monitor which are permanently installed in the opening or place normally used by the manufacturer for the installation of such equipment;

(o) except as provided in WE WILL ALSO PAY, caused by depreciation or diminished value.

**YOU MUST REPORT** - YOU must report the cost of all AUTOS owned or consigned to YOU as of the last business day of that month. WE must receive the report within 15 days after the end of each calendar month. YOU may not correct inaccurate reports after LOSS.

**THE MOST WE WILL PAY** - Regardless of the number of INSUREDS, premiums charged, claims made, suits brought, AUTOS insured, or amounts awarded against an INSURED, the most WE will pay for any one LOSS to COVERED AUTOS is the least of the following:

(a) the total cost of all COVERED AUTOS;

(b) with respect to COVERED AUTOS owned by or consigned to YOU, the percentage the last report of AUTO values (received by US prior to the LOSS) bears to the cost of all such AUTOS that YOU should have reported;

(c) from EXTENDED THEFT, the limit stated in the declarations for that peril;

(d) for property of others, as defined in CUSTOMER'S AUTOS, up to $5,000;

(e) from GOVERNMENT CONFISCATION, $50,000;

(f) the limit stated in the declarations.

If, at the time of LOSS, YOU have failed to file all required reports of values, WE will pay no more than the amounts shown on the last report received by US prior to the LOSS. If the delinquent report is the first one due, WE will pay no

more than 75% of the limit stated in the declarations.

However, if at the time of the LOSS:

(1) YOU have reported as required under YOU MUST REPORT,

(2) YOU reported the full required values of all owned or consigned AUTOS on each report, and

(3) the last report due before the LOSS is not delinquent,

part (f) of THE MOST WE WILL PAY is amended to read: "(f) 125% of the limit stated in the declarations."

**WE WILL ALSO PAY** - In addition to payments in THE MOST WE WILL PAY provision, WE will also pay, after LOSS:

(a) up to $20 a day, but not for more than $600, for expenses incurred by YOU arising out of loss of use of a DEMONSTRATOR-COMPANY AUTO or SERVICE AUTO;

(b) all ordinary and necessary expenses to return a COVERED AUTO to YOU and a reasonable amount for depreciation for LOSS caused by theft or EXTENDED THEFT;

(c) premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a suit WE defend, but only for bonds up to OUR limit. But, WE do not have to furnish or secure these bonds;

(d) all costs and expenses in defending an INSURED, and interest on that part of the judgment covered by this Coverage Part within OUR limits, that accrues after entry of any judgment in any suit WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit;

**Exhibit A - 0027**

©Copyright 1998 Universal Underwriters Insurance Company

(e) up to $100 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request;

(f) up to $5,000 for expenses incurred with OUR prior permission to remove COVERED AUTOS endangered from an insured peril. Such expenses will be paid even if YOU sustain no LOSS;

(g) other reasonable expenses incurred at OUR request.

**HOW WE WILL PAY** - At OUR option, WE will pay for, repair, or replace the damaged or stolen COVERED AUTO or will require YOU to replace, repair, or sublet repairs to such COVERED AUTO.

When settlement is based on replacement of a COVERED AUTO, it will be at YOUR actual cost, exclusive of YOUR profit, holdback, or overhead expenses. When settlement is based on repairs to the COVERED AUTO, the most WE will pay is 65% of the retail charges on parts, materials, and labor unless stated otherwise in the declarations. However, WE will pay the actual cost for parts, materials and labor when LOSS occurs, and the COVERED AUTO is repaired, 100 miles or more from YOUR place of business.

From the amount of LOSS, as determined above, WE will subtract a reasonable amount for depreciation as well as the applicable deductible shown in the declarations. The deductible applies to each COVERED AUTO unless stated otherwise in this Coverage Part or in the declarations. When more than one deductible is shown for a peril or AUTO, the deductible per AUTO is shown first, then the deductible per LOSS.

Before payment of the LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US.

**DUTIES AFTER LOSS** - YOU must:

(a) protect the COVERED AUTO whether or not this insurance applies. Any further LOSS due to YOUR failure to do so will not be covered by this policy. WE will pay all reasonable expenses YOU incur for such protection;

(b) permit US to inspect the damaged COVERED AUTO prior to its repair or replacement, and submit to US a sworn proof of LOSS within 60 days;

(c) notify US as soon as possible how, when and where the LOSS occurred. If an AUTO is stolen, notify the police. If an EXTENDED THEFT:

  (i) make a reasonable effort to recover the AUTO, and
  (ii) notify the police and file a complaint with the proper authorities (empowered to issue warrants) against the person(s) causing the LOSS;

Additionally, YOU and any other involved INSURED must:

(d) promptly notify US when claim is made against YOU or any other INSURED involving a CUSTOMER'S AUTO, and promptly send US all documents if sued;

(e) cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification of any LOSS;

(f) assume no obligation, make no offer or payment, or incur no expenses without OUR consent, except at the INSURED'S own cost;

(g) agree to examination under oath at OUR request, while not in the presence of any other INSURED and at such times as may be reasonably required about any matter relating to this insurance or the LOSS, including YOUR books and records. In the event of an examination, an INSURED'S answers must be signed.

WE will not defend or pay any LOSS for YOU or any other INSURED who fails to comply with their duties after loss.

**Exhibit A - 0028**

©Copyright 1998 Universal Underwriters Insurance Company

**DAMAGED AUTO** - When the COVERED AUTO is damaged, whether or not such damage is covered by this Coverage Part, OUR liability is reduced by the amount of such damage until repairs have been completed.

**NO BENEFIT TO BAILEE** - This insurance will not benefit, directly or indirectly, any carrier or bailee.

**OTHER INSURANCE** - This insurance is primary over any other insurance except when the COV-ERED AUTO is in the care, custody, or control of any person or organization, other than YOU, a member of YOUR household, YOUR partner, director, stockholder, executive officer, or paid employee or a member of the household of any of them.

**POLICY TERRITORY** - This insurance covers anywhere in the United States of America, its territories or possessions, Canada or the Republic of Mexico

**Exhibit A - 0029**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

## DIFFERENCE IN CONDITIONS
## COVERAGE PART 320

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests, and locations designated for each coverage as identified in the declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part

### INSURING AGREEMENT

WE will pay for LOSS to the property scheduled at the LOCATION(S) and for such property in transit from any cause except as excluded or as stated otherwise in the declarations.

When BUSINESS INCOME CONTINUATION is declared, WE will pay for BUSINESS INCOME CONTINUATION when YOU must suspend YOUR business because of LOSS from any cause (except as excluded or stated otherwise in the declarations) to:

(a) the BUILDING or CONTENTS at the LOCATIONS shown in the declarations as applicable to this coverage;

(b) property, other than at a LOCATION that directly results in civil authority preventing YOU from entering YOUR BUILDING.

Part (b) covers for only two consecutive weeks after LOSS.

The period of restoration is from the date of LOSS for as long as it reasonably takes to restore the damaged or destroyed BUILDING or CONTENTS and to resume operations with the same quality of service which existed immediately before the LOSS regardless of the expiration of this Coverage Part.

WE have the right and duty to defend any suit against YOU with respect to LOSS to CONTENTS of others for which YOU are legally liable. WE may investigate and settle any claim or suit WE consider appropriate. OUR payment of the limit, shown in the declarations as applicable to such property, ends OUR duty to defend.

WE have no right or duty to defend suits for LOSS not covered by this Coverage Part.

### DEFINITIONS

"ACTUAL CASH VALUE" means the cost to replace with similar property of like kind and quality, less actual (not tax) depreciation.

"AUTO" means any type of land motor vehicle, (whether crated or not), trailer or semi-trailer, farm tractor, or implement, and any equipment permanently attached to it.

"BUILDING" means the structure at the LOCATION shown in the declarations. It includes:

(a) machinery, fixtures and equipment permanently made part of the structure;

(b) machinery, equipment, materials and supplies, owned by YOU or in YOUR care, custody or control, which are necessary for service or maintenance of the structure or its premises on which it is located;

(c) fences, signs and light posts, owned by YOU and within 1,000 feet of the structure. Signs are not covered for LOSS by rain, snow or sleet;

(d) foundations, whether above or below ground, including the costs of excavation grading, backfilling or filling;

(e) architect's fees;

(f) completed additions; and if not covered by other insurance:

(i) additions under construction, alterations and other repairs to the structure;

(ii) materials, machinery, tools, equipment, supplies and temporary structures, owned by YOU or for which YOU are legally liable, used for making additions, alterations or repairs to the structure. Part (ii) does not apply to LOSS of machinery, tools and equipment when away from the LOCATION.

**Exhibit A - 0030**

©Copyright 1998 Universal Underwriters Insurance Company

"BUSINESS INCOME CONTINU⌐ ⌐N" means the amount of GROSS PROFIT and EXTRA EXPENSE YOU have selected to be paid to YOU in the event of the total suspension of YOUR business.

"CONTENTS" means DATA, MEDIA, STOCK, and property used in the conduct of YOUR business either owned by YOU (or YOUR employees) or in YOUR care, custody or control. It also means such property while being used in YOUR repair or service business away from YOUR BUILDING. If YOU are a tenant at the LOCATION, it also includes IMPROVEMENTS AND BETTERMENTS. CONTENTS does not mean property defined under BUILDING.

"DATA" means a representation of facts, concepts or instructions in a formalized manner or MEDIA.

"EXTRA EXPENSE" means the necessary expenses YOU incur to return YOUR operations to as near to normal as possible after a LOSS, such expense being over and above the total cost that would have been incurred to conduct YOUR operation had no LOSS occurred. EXTRA EXPENSE does not mean loss of income or normal cost of repairing or replacing real or personal property, books of accounts, abstracts, drawings, card index systems or other records of any kind. Any salvage value of property obtained for temporary use during the period of restoration will be deducted from the LOSS.

"GROSS PROFIT" means the total income from the service and repair of AUTOS and the sale of STOCK less the cost of STOCK (not including labor) sold.

"IMPROVEMENTS AND BETTERMENTS" means, when not legally removable by YOU:

(1) YOUR use interest in changes (other than maintenance) YOU made in the structure at the LOCATION not owned by YOU which enhances its value;
(2) YOUR use interest in changes YOU acquired in a structure at a LOCATION not owned by YOU which enhances its value.

"LOCATION" means the premises scheduled in the declarations, including any CONTENTS in the open within 1000 feet. The 1,000 feet limitation does not apply to watercraft.

"LOSS" means direct physical loss or damage occurring during the Coverage Part period.

"MEDIA" means the material on which YOU record DATA. It includes computer programs, records, books, films, tapes, drawings, deeds, maps, mortgages, manuscripts, and other documents.

"POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant, including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes (but is not limited to) materials to be recycled, reconditioned or reclaimed.

"REPLACEMENT COST" means the cost to replace with similar property of like kind and quality without deduction for depreciation.

"STOCK" means goods or products YOU sell or service which are owned by YOU or similar property of others for which YOU are legally liable. It also means parts and materials, including the cost of labor, YOU install or others install for YOU, in YOUR customer's AUTO, but only when LOSS occurs before YOU relinquish possession of the AUTO to the customer. STOCK does not mean property as defined in AUTOS.

"UNNAMED PERILS" means all causes of LOSS except earthquake, flood, windstorm and hail or as excluded.

"WAR" means war (whether declared or not), civil war, rebellion, insurrection, revolution, usurped power, military or warlike action (including action in hindering or defending against an actual or expected attack), or any act or condition to any of these.

**WHO IS AN INSURED** - With respect to LOSS under this Coverage Part, only YOU.

**Exhibit A - 0031**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

**EXCLUSIONS - PERILS** - WE ll not pay for LOSS caused directly or indirectly by any of the following, such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

(a) theft or larceny caused by YOUR voluntary parting with evidence of ownership or possession of the insured property;

(b) any dishonest, fraudulent, criminal or dishonest act committed by (1) any person or organization to whom YOU entrust the property or (2) YOU or any of YOUR partners, executive officers, employees, stockholders, agents other party in interest, acting alone or in collusion with others.

(c) confiscation by any duly constituted governmental or civil authority, or due to any legal or equitable proceedings.

(d) radioactive contamination, nuclear radiation, nuclear reaction or the explosion or malfunction of a nuclear weapon, device or facility, WAR or their consequences;

(e) wear or tear, shrinkage, evaporation, gradual deterioration, rust, corrosion, change of weight, leakage of contents, inherent vice, latent or hidden defect, mechanical breakdown or derangement. This exclusion does not apply to ensuing LOSS not otherwise excluded;

(f) interruption of business, delay or reduction of market or use;

This exclusion does not apply to interruption of business when BUSINESS INCOME CONTINUATION is shown in the declarations;

(g) insects or vermin; dampness or dryness of atmosphere; extremes or changes in temperature; interruption of power or other utility services, heating, refrigeration or cooling;

(h) marring or scratching of property, exposure to light, contamination, change in color, flavor, texture or finish.

(i) animals, s, mould, fungus, decay, wet or dry rot; smog, smoke, vapor or gas from agricultural or industrial operations; settling, cracking, shrinkage, bulging or expansion of foundations, walls, floors, roofs, or ceilings.

(j) faulty, inadequate or defective:

1) planning, zoning, development, surveying, siting;
(2) design, specifications, construction, grading, compaction;
(3) materials used in construction;
(4) workmanship or materials involved in repairs, alterations, remodeling, renovation or installation.

(k) acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

(l) earth movement, including but not limited to earthquake, volcanic eruption, explosion or effusion, landslide, mudflow or mudslide, earth sinking, rising, or shifting. This exclusion does not apply when earthquake is shown in the declarations as covered, subject to the following:

(1) coverage will be provided only for earthquake, landslide, or the eruption, explosion or effusion of a volcano other than volcanic action;
(2) any series of earthquake shocks within 168 hours will be considered one earthquake;
(3) any LOSS due to earthquake is excluded if the earthquake occurs before the date earthquake is shown in the declarations or after coverage is canceled.

(m) consequential loss of any nature, any unexplained or mysterious disappearance, shortage disclosed by the taking of inventory or from the calculation of profit or loss;

(n) electrical injury, disturbance, or arcing to electrical appliances, devices, fixtures, or wiring caused by artificially generated electrical currents;

**Exhibit A - 0032**

©Copyright 1998 Universal Underwriters Insurance Company

(o) flood, surface water, waves, tidal wave or water, backup of sewers or drains, overflow of streams or other bodies of water. or their spray, all whether or not driven by wind; underground water that exerts pressure on, flows, seeps or leaks through foundations, walls, basement and other floors, or through doors, windows or any opening in any of them. This exclusion does not apply when flood is shown in the declarations as covered, subject to the following:

(1) coverage will be provided for the spreading of water over land not usually covered by water, including flood caused by surface water, waves, tidal wave or water, overflow of streams or other bodies of water, or their spray, wind driven water, mudslide, mudflow; or

(2) coverage does not apply to backup of sewers and drains nor to underground water that exerts pressure on, flow, seeps or leaks through foundations, walls, basement and other floors, or through doors, windows or any opening in any of them;

(p) rain, snow, ice or sleet to property in the open. This exclusion does not apply to YOUR property in the custody of a carrier for hire;

(q) freezing for LOSS under BUSINESS INCOME CONTINUATION;

(r) enforcement of any ordinance or law regulating:

(1) any cost of demolition or clearing the site of undamaged portion of the BUILDING;

(2) any greater cost of repair, construction or reconstruction;

(s) collapse, except when caused by an insured peril to the covered property;

(t) weather conditions, if they contribute in any way to a LOSS as excluded in (d), (l), (n) or (r);

(u) explosion, rupture or bursting of any pipes (below ground level), drains or flues;

(v) fire; lightning; smoke; explosion; windstorm; hail; weight of snow, ice or sleet; sinkhole collapse; vandalism, malicious mischief; riot; civil commotion. This exclusion does not apply to windstorm or hail when windstorm or hail are shown in the declarations as covered;

(w) leakage from fire extinguishing equipment; accidental discharge or leakage of water or steam as a direct result of the breaking or cracking of any part of a system or appliance containing water or steam;

(x) aircraft or its falling parts; actual physical contact of an auto with the insured property;

(y) suspension, lapse, or cancellation of a lease, license, contract or order;

(z) interference by strikers, or others, at the LOCATION.

## EXCLUSIONS - PROPERTY - WE will not pay for LOSS to:

(a) land, water, bridges, roadways, walks, patios, paved surfaces, AUTOS, aircraft, animals, crops;

(b) plants, lawns, trees and shrubs, other than those used to decorate the interior of a BUILDING;

(c) coins, currency, notes, bonds, securities, stamps, accounts, bills, evidences of debt, letters of credit, passports, tickets;

(d) watercraft; (1) over 35 feet in length; (2) when used for nonbusiness purposes, regardless of length; (3) operated in, or in practice or preparation for any prearranged or organized race, rally, speed, demolition, or competitive contest or stunting activity; (4) from LOSS caused by or resulting from freezing;

(e) gold, silver, platinum, bullion, and other precious metals and alloys (or any objects made of or containing any of them); furs, jewels, jewelry, watches, pearls, precious or semi-precious stones; paintings, etchings, water-

**Exhibit A - 0033**

©Copyright 1998 Universal Underwriters Insurance Company

colors or similar artistic rende....gs;

(f) glassware, statuary, bric-a-brac, marble, porcelain, ceramics and other fragile or brittle property from LOSS due to breakage. This exclusion does not apply to:

(i) glass that is a part of the BUILDING;
(ii) containers of CONTENTS;

(g) radio or television antenna or tower over 25 feet in height from the ground or surface where it is anchored;

(h) fences, swimming pools and related equipment, retaining walls which are not part of the BUILDING, bulkheads, piers, pilings, wharves, or docks, if LOSS is caused by freezing or thawing, impact of watercraft, or by pressure or weight of ice or water, even if driven by wind;

(i) property, other than BUILDINGS, YOU rent or lease to others, once they have custody of the property;

(j) CONTENTS or the interior of a BUILDING if LOSS is caused by rain, snow, ice, sleet, sand, or dust, even if wind driven;

(k) BUILDING, CONTENTS, or IMPROVEMENTS AND BETTERMENTS if the BUILDING has been vacant over sixty consecutive days and YOU failed to notify US in writing within that time.

This exclusion does not apply if the BUILDING is described in Item 2 of the declarations as "vacant", except to LOSS to plumbing heating, air conditioning or fire protective systems or similar equipment or appliances (or for leakage or overflow from any of them) caused by freezing when:

(i) YOU do not do everything YOU can to keep the BUILDING heated;
(ii) YOU do not drain the water bearing systems and shut off the water supply when the heat is not maintained;

"Vacant" means a BUILDING that does not contain enough CONTENTS to conduct customary operations;

(l) DATA or MEDIA that cannot be replaced with others of the same kind or quality.

**THE MOST WE WILL PAY** - LOSS payment will not reduce the amount of insurance under this Coverage Part. The most WE will pay for any one LOSS to BUILDING and CONTENTS or for BUSINESS INCOME CONTINUATION at the LOCATION(S) is the least of the following:

(a) the cost to repair the BUILDING or CONTENTS with like kind and quality;

(b) the REPLACEMENT COST of the BUILDING or CONTENTS, unless ACTUAL CASH VALUE is shown in the declarations, and then for the ACTUAL CASH VALUE of that property. WE will not pay REPLACEMENT COST of the BUILDING until YOU have actually repaired or replaced the BUILDING for the same occupancy and use. YOU must repair or replace the BUILDING within a reasonable time after LOSS;

(c) the applicable limit of liability shown in the declarations for the covered peril under BUILDING, CONTENTS, or BUSINESS INCOME CONTINUATION;

(d) the catastrophe limit shown in the declarations.

**WE WILL ALSO PAY** - In addition to payments in THE MOST WE WILL PAY provision, WE will also pay, after LOSS, up to $25,000 for expenses to extract POLLUTANTS from land or water at the premises shown in the declarations if the pollution results from LOSS to property insured by this Coverage Part. These expenses will be paid only if they are reported to US within 180 days of the date of the LOSS.

This is the most WE will pay during each policy period. It does not apply to expenses to test for, monitor or assess the existence, concentration or effects of POLLUTANTS, except for testing performed in the process of extracting POLLUTANTS as covered in this extension.

**Exhibit A - 0034**

©Copyright 1998 Universal Underwriters Insurance Company

**HOW WE WILL PAY** - At OUR option, WE will pay for, repair, or replace the damaged or destroyed property. WE will advise YOU of OUR option within 30 days after WE receive YOUR sworn proof of LOSS. Before payment of LOSS, WE may take all or any part of the salvage at the agreed or appraised value. There will be no abandonment to US. Once the amount of LOSS payment is determined, WE will pay either YOU or the owner of the property within 60 days of OUR receipt of YOUR sworn proof of LOSS.

**HOW WE WILL PAY - BUSINESS INCOME CONTINUATION** - WE will pay the actual LOSS of GROSS PROFIT YOU sustained or EXTRA EXPENSE YOU incurred.

**DEDUCTIBLES** - After the amount of LOSS has been determined under THE MOST WE WILL PAY, WE will subtract the deductible shown in the declarations.

**DEBRIS REMOVAL** - WE will pay the cost incurred of removing debris at the LOCATION following a LOSS insured by this Coverage Part, subject to the following:

(a) the expense will be paid only if reported to US in writing within 180 days of the LOSS;

b) the most WE will pay is 25% of the LOSS before the application of the deductible. WE will not, however, pay more than the applicable limit (as stated in the declarations) for the entire LOSS including the debris removal expenses;

(c) WE will not pay for the expenses to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water.

**YOUR DUTIES AFTER LOSS** - YOU must:

(a) protect the property whether or not this insurance applies. Any further LOSS due to YOUR failure to do so will not be covered by this insurance. WE will pay all reasonable expenses YOU incur for such protection;

(b) notify US as soon as possible;

(c) as often as may be reasonably required, permit US to inspect the damaged property prior to its repair or replacement and to examine YOUR books and records. Also permit US to take samples of damaged and undamaged property for inspection, testing and analysis, and to make copies from YOUR books and records;

(d) give US complete inventories of damaged and undamaged property, including quantities, costs, values and the amount of LOSS claimed;

(e) submit to US a sworn proof of LOSS within 60 days. WE may examine any INSURED under oath, while not in the presence of any other INSURED and at such times as may be reasonably required, about any matter relating to this insurance or the LOSS, including an INSURED'S books and records. In the event of an examination, an INSURED'S answers must be signed;

(f) cooperate and assist US in the investigation, settlement, defense, enforcement of contribution or indemnification of any LOSS.

YOU may not, except at YOUR expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted by this Coverage Part.

**REDUCTION OF LOSS** - After a LOSS of BUSINESS INCOME CONTINUATION, YOU must do all YOU can do to reduce LOSS by:

(a) restoring the damaged, destroyed, or stolen property as soon as possible;

(b) resuming operations at the LOCATION whether damaged or not, or at other premises available to YOU, even if the operations are only partial;

(c) using CONTENTS at other LOCATIONS or elsewhere.

**Exhibit A - 0035**

©Copyright 1998 Universal Underwriters Insurance Company

**SUBROGATION** - YOU and each INSURED must do all in their power to preserve their rights to recover from others. Once WE have made a payment under this policy, whether or not YOU or an INSURED are fully compensated, YOUR or an INSURED'S rights to recover from others become OUR rights.

**NO BENEFIT TO BAILEE** - This insurance will not benefit, directly or indirectly, any carrier or bailee.

**POLICY TERRITORY** - This policy covers anywhere in the United States of America, its territories or possessions, or Canada. With respect to watercraft, this insurance also covers while the watercraft is afloat within fifty nautical miles from the coastal shoreline of the 48 contiguous United States, the District of Columbia, or Canada.

**Exhibit A - 0036**

©Copyright 1998 Universal Underwriters Insurance Company

# PROPERTY
## UNICOVER COVERAGE PART 330

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests and locations designated for each coverage as identified in declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

**INSURING AGREEMENT** - WE will pay for LOSS to the property scheduled at the LOCATIONS from any cause, except as excluded or as stated otherwise in the declarations.

WE have the right and duty to defend any suit against YOU with respect to LOSS to STOCK or EQUIPMENT of others for which YOU are legally liable. WE may investigate and settle any claim or suit WE consider appropriate. OUR payment of the limit, shown in the declarations as applicable to such property, ends OUR duty to defend.

WE have no right or duty to defend suits for LOSS not covered by this Coverage Part.

**DEFINITIONS** - When used in this Coverage Part:

"ACTUAL CASH VALUE" means, with respect to:

(a) BUILDING or EQUIPMENT (except DATA, IMPROVEMENTS AND BETTERMENTS, MEDIA and Property of Others), its replacement cost less actual (not tax) depreciation;
(b) STOCK, its replacement cost; for STOCK installed in YOUR customer's AUTO it includes the cost of labor, less overhead and profit;
(c) Property of Others, the amount YOU are legally liable;
(d) DATA, the actual cost incurred to reproduce it;
(e) MEDIA, the cost of replacing or reproducing it;
(f) Building glass, the cost of replacement with safety glazing material if required by law;

(g) IMPROVEMENTS AND BETTERMENTS, the actual cost of the repairs or replacement, if YOU repair or replace the damaged property at YOUR own expense within a reasonable time after the LOSS. If YOU do not repair or replace within a reasonable time, ACTUAL CASH VALUE will be determined by multiplying the original cost of the improvement or betterment by the unused portion of YOUR lease. The unused portion is the percentage relationship between the amount of time left on YOUR lease at the time of LOSS and the amount of time left on YOUR lease when YOU made the improvement;
(h) EMPLOYEE TOOLS, their replacement cost.

"ADDITIONAL PROPERTY" means, if not insured by this or any other insurance:

(a) a BUILDING owned by, or rented or leased to YOU for use in YOUR business which is set apart and not attached or connected (other than by a fence, utility line or similar connection) to a BUILDING insured in the declarations;
(b) CONTENTS, EQUIPMENT and STOCK in a BUILDING described in (a) above;
(c) fences, light post and signs used in YOUR business not at a LOCATION.

ADDITIONAL PROPERTY does not mean BUILDINGS under construction.

"AUTO" means any type of land motor vehicle, (whether crated or not), trailer or semi-trailer, farm tractor or implement, and equipment permanently attached to it.

"BREAKDOWN" means a sudden and accidental breakdown of mechanical or electrical EQUIPMENT, or its part, which is in use or connected and ready for use. At the time the breakdown occurs, it must manifest itself by physical damage to the EQUIPMENT that requires repair or

**Exhibit A - 0037**

©Copyright 1998 Universal Underwriters Insurance Company

replacement. EQUIPMENT, as used in this definition, includes:

    (a) boilers or fired vessels;
    (b) unfired vessels subject to vacuum or internal pressure other than weight of contents;
    (c) all vessels, coils and piping that contain refrigerant or other medium for cooling, humidifying or space heating;
    (d) piping and accessory equipment;
    (e) all gears, gear sets, fans, blowers and shafts forming part of the EQUIPMENT, together with any coupling, clutch, wheel or bearing on that shaft;
    (f) equipment included in parts (a) and (b) of the BUILDING definition.

"BUILDING" means the structure at the LOCATIONS shown in the declarations. It includes:

    (a) machinery, fixtures and equipment permanently made a part of the structure;
    (b) machinery, equipment, materials, and supplies, owned by YOU or in YOUR care, custody or control, which are necessary for service or maintenance of the structure or the premises on which it is located;
    (c) fences, signs, and light posts, owned by YOU and within 1,000 feet of the structure. Signs are not covered for LOSS caused by rain, snow or sleet;
    (d) foundations, whether above or below ground, including the costs of excavations, grading, backfilling or filling;
    (e) architect's fees;
    (f) completed additions and, if not covered by other insurance:
        (i) additions under construction, alterations and other repairs to the building;
        (ii) materials, machinery, tools, equipment, supplies and temporary structures, owned by YOU or for which YOU are legally liable, used for making additions, alterations or repairs to the structure. Part (ii) does not apply to LOSS to machinery, tools and equipment when away from the LOCATION.

"CONTENTS" means STOCK and EQUIPMENT.

"DATA" means a representation of facts, concepts or instructions in a formalized manner on MEDIA.

"EMPLOYEE TOOLS" means tools, equipment, materials and supplies owned by YOUR employees, and used in YOUR business when in YOUR BUILDING. It also means such property while being used to service or repair AUTOS as part of YOUR business away from YOUR BUILDING.

"EQUIPMENT" means furniture, fixtures, machinery, equipment, DATA, MEDIA, fences, light posts, signs, materials, and supplies used in the conduct of YOUR business, either owned by YOU or for which YOU are legally liable. If YOU do not own the BUILDING in which the EQUIPMENT is contained, it also includes IMPROVEMENTS and BETTERMENTS.

EQUIPMENT does not include property as defined in AUTO, BUILDING, EMPLOYEE TOOLS, or STOCK;

"EXTENDED THEFT" means:

    (1) theft or larceny caused by YOUR voluntarily parting with evidence of a title to or possession of STOCK when induced to do so by:

        (a) a forged or counterfeit instrument used in payment;
        (b) a check or other instrument written on an account closed before the instrument is presented for payment;
        (c) a credit application on which the name, social security number or signature of the applicant is false or forged;
        (d) any other criminal scheme, criminal trick or criminal device which induces YOU, at that time, to part with evidence of title to or possession of STOCK;

    (2) YOUR having acquired STOCK from a seller who did not have legal ownership;

**Exhibit A - 0038**

©Copyright 1998 Universal Underwriters Insurance Company

(3) the unauthorized possession (without intent to return) of STOCK by YOUR customer while:

    (i) the STOCK temporarily replaces customer's STOCK in for repair;

    (ii) awaiting delivery of STOCK purchased from YOU;

    (iii) on demonstration.

"EXTRA EXPENSE" means the necessary expenses YOU incur to return YOUR operation to as near to normal as possible after a LOSS, such expense being over and above the total cost that would have been incurred to conduct YOUR operation had no LOSS occurred. "EXTRA EXPENSE" does not mean loss of income or normal cost of repairing or replacing real or personal property, books of accounts, abstracts, drawings, card index systems or other records of any kind. Any salvage value of property obtained for temporary use during the period of restoration will be deducted from the LOSS.

"IMPROVEMENTS AND BETTERMENTS" means, when not legally removable by YOU:

(1) YOUR use interest in changes (other than maintenance) YOU made in a BUILDING not owned by YOU which enhances its value;

(2) YOUR use interest in changes YOU acquired in a BUILDING not owned by YOU which enhances its value;

(3) a BUILDING YOU have not otherwise insured that is situated on land YOU lease.

"LOCATION" means the premises scheduled in the declarations, including any insured STOCK or EQUIPMENT in the open within 1,000 feet. The 1,000 feet limitation does not apply to watercraft.

"LOSS" means direct physical loss or damage occurring during the Coverage Part period. With respect to EXTENDED THEFT, all transactions with any one person, organization, group of individuals or ring will be deemed to be one LOSS.

"MEDIA" means the material on which YOU record DATA. It includes computer programs, records, books, films, tapes, drawings, deeds, maps, mortgages, manuscripts and other documents.

"POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant, including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes (but is not limited to) materials to be recycled, reconditioned or reclaimed.

"SPECIFIED PERILS" means LOSS caused by:

(1) fire; lightning; smoke; explosion; windstorm; hail; weight of snow, ice or sleet; vandalism; malicious mischief; riot; civil commotion;

(2) leakage from fire extinguishing equipment; accidental discharge or leakage of water or steam as a direct result of the breaking or cracking of any part of a system or appliance containing water or steam;

(3) aircraft or its falling parts; actual physical contact of an AUTO with the insured property;

(4) removal of covered property from LOCATIONS endangered by an insured peril.

"STOCK" means goods or products YOU sell or service which are owned by YOU or similar property of others for which YOU are legally liable. It also means parts and materials, including the cost of labor, YOU install or others install for YOU, in YOUR customer's AUTOS, but only when LOSS (except by EXTENDED THEFT) occurs before YOU relinquish possession of the AUTO to the customer. "STOCK" does not include property as defined in AUTOS, EMPLOYEE TOOLS or EQUIPMENT.

"UNNAMED PERILS" means all causes of LOSS not defined in SPECIFIED PERILS and BREAKDOWN, or excluded.

**WHO IS AN INSURED** - With respect to LOSS under this Coverage Part, only YOU.

**EXCLUSION - PERILS** - WE will not pay for LOSS caused directly or indirectly by any of the following; such LOSS is excluded regardless of any other cause or event that takes place at the same time or in any sequence to such LOSS:

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit A - 0039**

(a) theft or larceny caused by YOUR voluntarily parting with evidence of ownership or possession of the insured property, except by EXTENDED THEFT;

(b) any dishonest, fraudulent, criminal or intentional act committed by (1) any person or organization to whom YOU entrust the property, or (2) YOU or any of YOUR partners, executive officers, employees, stockholders, agents, other party in interest, acting alone or in collusion with others.

This exclusion does not apply:

(i) to acts of destruction (other than by theft or EXTENDED THEFT) by YOUR employees when they are acting without the knowledge of YOUR partners or executive officers;

(ii) under part (1) of the exclusion, to EXTENDED THEFT;

(c) confiscation by duly constituted governmental or civil authority, or due to any legal or equitable proceedings;

(d) radioactive contamination, nuclear radiation, nuclear reaction or the explosion or malfunction of a nuclear weapon, device or facility, WAR, or their consequences;

(e) wear or tear, shrinkage, evaporation, gradual deterioration, rust, corrosion, change of weight, leakage of contents, inherent vice, latent or hidden defect, mechanical breakdown or derangement. This exclusion does not apply to ensuing LOSS not otherwise excluded nor to LOSS caused by mechanical breakdown when BREAKDOWN is shown in the declarations;

(f) interruption of business, delay, reduction of market or use;

(g) insects or vermin; dampness or dryness of atmosphere; extremes or changes in temperature; interruption of power or other utility services, heating, refrigeration or cooling. This exclusion does not apply to:

(1) ensuing loss by a SPECIFIED PERIL;

(2) interruption of power or other utility services, heating or cooling for ensuing LOSS by SPECIFIED PERILS, UNNAMED PERILS or BREAKDOWN;

(h) marring or scratching of property, exposure to light, contamination, change in color, flavor, texture or finish. This exclusion does not apply to LOSS caused by a SPECIFIED PERIL or BREAKDOWN;

(i) animals, birds, mould, fungus, decay, wet or dry rot; smog, smoke, vapor or gas from agricultural or industrial operations; settling, cracking, shrinkage, bulging or expansion of foundations, walls, floors, roofs, or ceilings. This exclusion does not apply to any ensuing LOSS:

(1) caused by SPECIFIED PERILS, except to ensuing LOSS from smog, smoke, vapor or gas from agricultural or industrial operations;

(2) to roofs caused by the weight of ice, snow, or sleet on the roof;

(3) to glass, if caused by animals or birds;

(4) caused by fire from smog, smoke, vapor or gas from agricultural or industrial operations;

(5) caused by BREAKDOWN;

(j) faulty, inadequate, or defective:

(1) planning, zoning, development, surveying, siting;

(2) design, specifications, construction, grading, compaction;

(3) materials used in construction;

(4) workmanship or materials involved in repairs, alterations, remodeling, renovation or installation.

This exclusion does not apply to ensuing LOSS not otherwise excluded, except to errors or omissions in the programming of, or instructions to, EQUIPMENT;

(k) acts or decisions, including the failure to act

**Exhibit A - 0040**

©Copyright 1998 Universal Underwriters Insurance Company

or decide, of any person, group, organization, or governmental body. This exclusion does not apply to ensuing LOSS not otherwise excluded;

(l) earth movement, including but not limited to earthquake, volcanic eruption, explosion or effusion, landslide, mudflow or mudslide, earth sinking, rising, or shifting. If fire or explosion follows, WE will pay only for the LOSS by fire or explosion. This exclusion does not apply to property in transit or glass;

(m) consequential LOSS of any nature, any unexplained or mysterious disappearance, shortage disclosed by the taking of an inventory or from the calculation of profit or loss;

(n) electrical injury, disturbance, or arcing to electrical appliances, devices, fixtures, or wiring caused by artificially generated electrical currents. If fire or explosion follows, WE will pay only for the LOSS by fire or explosion.

This exclusion does not apply to LOSS by BREAKDOWN when the artificially generated electrical current originates on the premises scheduled in the declarations;

(o) flood, surface water, waves, tidal wave or water, overflow of streams or other bodies of water, or their spray, all whether or not driven by wind; underground water that exerts pressure on, flows, seeps or leaks through foundations, walls, basement and other floors, or through doors, windows, or any opening in any of them. If fire, explosion or BREAKDOWN follows, WE will pay only for the LOSS by fire, explosion or BREAKDOWN;

(p) rain, snow, ice or sleet to property in the open. This exclusion does not apply to BUILDINGS, radio or television antenna or tower, or YOUR property in the custody of a carrier for hire;

(q) BREAKDOWN:

(1) due and confined to:

(i) leakage of any valve, fitting, shaft seal, gland packing, joint or connec-

(ii) breakdown of any structure or foundation supporting the EQUIPMENT or any of its parts;
(iii) the functioning of any safety or protective device;

(2) to any of the following:

(i) sewer piping, underground gas piping, or piping forming a part of fire extinguishing equipment;
(ii) ovens, stoves or furnaces;
(iii) boiler settings;
(iv) insulating or refactory material;
(v) EQUIPMENT undergoing a hydrostatic, pneumatic, or gas pressure test;
(vi) equipment used for processing or manufacturing;

(r) enforcement of any local or state ordinance or law regulating:

(1) any cost of demolition or clearing the site of undamaged portion of the BUILDING;
(2) any greater cost of repair, construction, or reconstruction;

(s) collapse, except when caused by SPECIFIED PERILS, UNNAMED PERILS or BREAKDOWN to the covered property;

(t) weather conditions, if they contribute in any way to a LOSS as excluded in (d), (l), (n) or (r). This exclusion does not apply to ensuing LOSS not otherwise excluded;

(u) explosion, rupture or bursting of any pipes (below ground level), drains or flues. This does not apply to such pipes, drains or flues within the BUILDING;

(v) EXTENDED THEFT:

(1) due solely because of an undisclosed lien;
(2) under part (1)(c) of the definition of EXTENDED THEFT, after a payment is made;
(3) due solely to an insufficient funds check;
(4) due to incorrect information on a credit

**Exhibit A - 0041**

©Copyright 1998 Universal Underwriters Insurance Company

application except as cove ⌐ under part (1)(c) of the definition of EXTENDED THEFT;

(5) under part (1)(d) of the definition of EXTENDED THEFT, due to non-payment, for any reason, of any credit YOU extend. This includes bankruptcy, other insolvency proceedings or failure to honor post-dated checks.

**EXCLUSIONS - PROPERTY** - WE will not pay for LOSS to:

(a) land, water, bridges, roadways, walks, patios, paved surfaces, AUTOS, aircraft, animals, crops;

(b) plants, lawns, trees, and shrubs, other than those used to decorate the interior of a BUILDING;

(c) coins, currency, notes, bonds, securities, stamps, accounts, bills, evidences of debt, letters of credit, passports, tickets;

(d) watercraft: (1) over 35 feet in length; (2) when used for nonbusiness purposes, regardless of length; (3) operated in, or in practice or preparation for any prearranged or organized race, rally, speed, demolition, or competitive contest or stunting activity; (4) from LOSS caused by or resulting from freezing;

(e) gold, silver, platinum, bullion, and other precious metals and alloys (or any objects made of or containing any of them); furs, jewels, jewelry, watches, pearls, precious or semi-precious stones; paintings, etchings, watercolors, or similar artistic renderings;

Except with respect to paintings, etchings, watercolors and similar artistic renderings, this exclusion applies only to LOSS by theft or EXTENDED THEFT;

(f) glassware, statuary, bric-a-brac, marble, porcelain, ceramics, any other fragile or brittle property from LOSS due to breakage. This exclusion does not apply to:

(i) glass that is a part of the BUILDING;

(ii) contair. of STOCK;

(iii) LOSS caused by SPECIFIED PERILS or BREAKDOWN;

(g) radio or television antenna or tower over 25 feet in height from the ground or surface where it is anchored;

(h) fences, swimming pools and related equipment, retaining walls which are not part of the BUILDING, bulkheads, piers, pilings, wharves, or docks, if LOSS is caused by freezing or thawing, impact of watercraft, or by pressure or weight of ice or water, even if driven by wind;

(i) property, other than BUILDINGS, YOU rent or lease to others, once they have custody of the property;

(j) CONTENTS, EMPLOYEE TOOLS, or the interior of a BUILDING if LOSS is caused by rain, snow, ice, sleet, sand, or dust, even if wind driven. This exclusion does not apply if it comes through an opening caused by a SPECIFIED PERIL or BREAKDOWN;

(k) BUILDING, CONTENTS, EQUIPMENT, EMPLOYEE TOOLS, IMPROVEMENTS AND BETTERMENTS or STOCK if the BUILDING has been vacant over sixty consecutive days and YOU failed to notify US in writing within that time.

This exclusion does not apply if the BUILDING is described in Item 2 of the declarations as "vacant", except to LOSS to plumbing, heating, air conditioning or fire protective systems or similar equipment or appliances (or for leakage or overflow from any of them) caused by freezing when:

(i) YOU do not do everything YOU can to keep the BUILDING heated;
(ii) YOU do not drain the water bearing systems and shut off the water supply when the heat is not maintained;

"vacant" means a BUILDING that does not contain enough CONTENTS, EQUIPMENT, or STOCK to conduct customary operations;

**Exhibit A - 0042**

©Copyright 1998 Universal Underwriters Insurance Company

(l)  DATA or MEDIA that cannot be replaced with others of the same kind or quality;

**YOU MUST REPORT** - YOU must report the full required values of all property (indicated in the declarations as "RPTD") as of the last business day of that month.  WE must receive the report within 15 days after the end of each calendar month.  YOU may not correct inaccurate reports after LOSS.

**THE MOST WE WILL PAY** - LOSS payment will not reduce the amount of insurance under this Coverage Part.  The most WE will pay for any one LOSS, to the property at the LOCATIONS is the least of the following:

(a)  the ACTUAL CASH VALUE of repairs to the property with like kind and quality;

(b)  the ACTUAL CASH VALUE of replacement for the property with like kind and quality;

(c)  if the property is to be reported, the percentage the last report (received by US prior to the LOSS) bears to the ACTUAL CASH VALUE of such property that should have been reported;

(d)  if, at the time of LOSS, YOU have failed to file all required reports of values, WE will pay no more than the amounts shown on the last report received by US prior to the LOSS.  If the delinquent report is the first one due, WE will pay no more the 75% of the limit stated in the declarations;

(e)  if the property is subject to a coinsurance percentage, as shown in the declarations, LOSS will be determined by the Coinsurance Condition of this Coverage Part;

(f)  up to $50,000 per LOSS for EXTENDED THEFT;

(g)  the limit stated in the declarations for the LOCATION.

However, if at the time of the LOSS:

(1) YOU have reported as required under YOU MUST REPORT,

(2) YOU reported the full required values of all property on each report, and

(3) the last report due before the LOSS is not delinquent,

part (g) of THE MOST WE WILL PAY is changed for property required to be reported to read "(g) 125% of the limit stated in the declarations."

**COINSURANCE** - WE will determine the ACTUAL CASH VALUE of the insured property at the time of LOSS, multiply it by the coinsurance percentage (shown in the declarations for the property) to obtain the "proper amount" of insurance YOU should have purchased.  WE will divide the limit for the property by the "proper amount" to obtain the "recovery ratio" WE will multiply the LOSS by the "recovery ratio" to determine the amount payable.

If the LOSS is less than 2% of the total amount of insurance YOU have on the damaged property, WE will not require an inventory of the undamaged property to establish the ACTUAL CASH VALUE of the insured property .  This will not waive the application of this Condition.

**DEDUCTIBLES** - After the amount of LOSS has been determined under THE MOST WE WILL PAY and the COINSURANCE Condition applied, WE will subtract the deductible shown in the declarations.  If YOU have a LOSS that involves more than one peril insured, BUILDING, LOCATION, or item of property, WE will apply one deductible to the LOSS.  That deductible will be the largest one applicable to the LOSS.  The most WE will deduct from a LOSS to glass is $100.

**DEBRIS REMOVAL** - WE will pay the cost incurred of removing debris of the covered property at the LOCATION following a LOSS insured by this Coverage Part, subject to the following:

**Exhibit A - 0043**

©Copyright 1998 Universal Underwriters Insurance Company

(a) the expenses will be paid only if reported to US in writing within 180 days of the earlier of (1) the date of LOSS or (2) the end of the Coverage Part period;

(b) the most WE will pay is 25% of the LOSS before the application of any deductible. WE will not, however, pay more than the applicable limit (as stated in the declarations) for the entire LOSS including the debris removal expenses;

(c) WE will not pay for the expenses to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water.

**SUPPLEMENTAL LIMITS** - The following SUPPLEMENTAL LIMITS apply in addition to the limit shown in the declaration. YOU can use:

If BUILDING(S) is insured:

(a) up to 25% of the total limits for all insured BUILDINGS, but not for more than $250,000, to apply to:

(1) each BUILDING acquired, rented, or leased by YOU for use in YOUR business. If YOU are not required to insure the rented or leased BUILDING, this extension provides only coverage as afforded by Endorsement No. 020. (FIRE LIABILITY)

Part (1) of this extension ends the earlier of (1) 90 days from the first day of acquisition, rental or lease, (2) the date YOU report the BUILDING to US, or (3) the expiration date of this policy. WE will charge YOU premium from the first day of acquisition, rental or lease;

(2) each BUILDING while being constructed for use in YOUR business.

Part (2) of this extension ends the earlier of (1) 30 days from the start of the construction, (2) the date YOU

re___ the construction to US, or (3) the expiration date of this policy. WE will charge YOU premium from the start of construction;

(b) up to 10% of the total limits for all insured BUILDINGS, but not for more than $10,000 to apply to BUILDINGS described under ADDITIONAL PROPERTY. This is the most WE will pay regardless of the number of such BUILDINGS involved in a LOSS.

If BUILDING, CONTENTS, EQUIPMENT or STOCK are insured:

(a) up to $25,000 to pay for the expense to extract POLLUTANTS from the land or water at a LOCATION if the pollution results from a LOSS to property insured by this Coverage Part. The expenses will be paid only if they are reported to US within 180 days of the date of LOSS.

Extension (a) applies to each LOCATION separately and is the most WE will pay during each Policy Period. It does not apply to expenses to test for, monitor or assess the existence, concentration or effects of POLLUTANTS, except for testing performed in the process of extracting POLLUTANTS as covered in this extension;

(b) up to $1,000 for YOUR liability for fire department service charges assumed under a contract or agreement, or required by local ordinance. This extension applies only to the service charge, not to any liability for injury to any person or property from any cause. No deductible applies to this extension;

(c) up to $2,500 for trees, shrubs, lawns, or plants (including the cost to remove debris) used for outside decoration at each LOCATION insured. This extension is limited to $250 per tree, shrub, or growing plant. Exclusion (b) of EXCLUSIONS - PROPERTY does not apply to this

**Exhibit A - 0044**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

extension.

If CONTENTS, EQUIPMENT or STOCK are insured:

(a) up to 10% of the total limits for such insured property, but not for more than $100,000, to apply to either:

    (1) such property in each BUILDING YOU acquire, rent, or lease for use in YOUR business; or

    (2) each BUILDING acquired, rented or leased by YOU, or while under construction, for use in YOUR business. If YOU are not required to insure the BUILDING, this extension provides only fire liability coverage as afforded by Endorsement No. 020.

    Part (2) does not apply if insurance is provided for BUILDINGS in this Supplemental Limits Condition;

(b) up to 10% of the limit for such insured property at the LOCATION, but not for more than $10,000, to apply to damage to the BUILDING at the LOCATION caused by thieves. This extension applies only if YOU do not own the BUILDING and are legally liable for such LOSS;

(c) up to 10% of the total limits for such insured property, but not for more than $10,000 for any one LOSS to apply to parts (b) and (c) of the ADDITIONAL PROPERTY definition;

(d) up to 10% of the total limits for such insured property, but not for more than $10,000 for any one LOSS to apply to EXTRA EXPENSE.

Parts (a) and (b) of this extension end the earliest of: (1) 90 days from the first day of acquisition, rental or lease, 30 days from the start of construction; (2) the date YOU report the BUILDING to US; (3) the expiration date of this policy. WE will charge YOU premium from the first day of acquisition, construction, rental or lease.

If CONTENTS or EQUIPMENT is insured:

(a) up to $10,000 on EQUIPMENT rented by YOU to others. Exclusion (1) of EXCLUSIONS - PROPERTY does not apply to this extension;

(b) up to $10,000 for each painting, etching, watercolor, or similar artistic rendering owned by YOU and used to decorate the interior of a BUILDING, but not for more than $50,000 for any one LOSS;

(c) up to 10% of the total limits for all such property but not for more than $25,000 to apply to all duplicate and backup DATA and MEDIA stored at premises other than a LOCATION. Such storage must be more than 100 feet from any LOCATION;

(d) up to $2,500 on gold, silver, platinum, bullion and other precious metals (or objects made of any of them), jewels, jewelry, watches, pearls, precious or semi-precious stones, and furs owned by YOU for LOSS due to theft;

(e) up to $2,500 on any personal property, other than EMPLOYEES TOOLS, owned by YOUR partners, officers or employees, subject to a maximum payment of $500 per person for LOSS by theft.

Exclusion (e) of EXCLUSIONS - PROPERTY does not apply to (b), (d) or (e) above;

(f) up to 10% of the total limits for such insured property, but not for more than $10,000, to apply to EMPLOYEE TOOLS. This extension is subject to the following:

    (1) this extension does not apply if EMPLOYEE TOOLS is an item of property already insured at any LOCATION;

    (2) only the SPECIFIED PERILS apply;

    (3) coverage is limited to $500 per employee per LOSS;

**Exhibit A - 0045**

©Copyright 1998 Universal Underwriters Insurance Company