# E X H I B I T   B
# (4 of 4)

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

```
                    ENDORSEMENT NO. 322
       COMPUTER FRAUD AND FUNDS TRANSFER FRAUD      PAGE 2 OF 3
                    COVERAGE PART 380
                       UNICOVER V
```

(3) FRAUDULENT WRITTEN INSTRUCTIONS ISSUED TO A *FINANCIAL
    *INSTITUTION DIRECTING SUCH INSTITUTION TO DEBIT A
    *TRANSFER *ACCOUNT AND TO TRANSFER, PAY OR DELIVER
    *MONEY OR *SECURITIES FROM SUCH *TRANSFER *ACCOUNT
    BY USE OF AN ELECTRONIC FUNDS TRANSFER SYSTEM AT
    SPECIFIED INTERVALS OR UNDER SPECIFIED CONDITIONS
    WHICH INSTRUCTIONS PURPORT TO HAVE BEEN ISSUED BY *YOU
    BUT WERE IN FACT FRAUDULENTLY ISSUED, FORGED OR
    ALTERED BY SOMEONE OTHER THAN *YOU WITHOUT *YOUR
    KNOWLEDGE OR CONSENT.

"*FINANCIAL *INSTITUTION" MEANS:

(1) A BANKING, SAVINGS OR THRIFT INSTITUTION, OR

(2) A STOCK BROKER, MUTUAL FUND, LIQUID ASSETS FUND OR
    SIMILAR INVESTMENT INSTITUTION AT WHICH *YOU MAINTAIN
    A *TRANSFER *ACCOUNT.

"*TRANSFER *ACCOUNT" MEANS AN ACCOUNT MAINTAINED BY *YOU
AT A *FINANCIAL *INSTITUTION FROM WHICH *YOU CAN INITIATE
THE TRANSFER, PAYMENT OR DELIVERY OF *MONEY OR *SECURITIES.

(1) BY MEANS OF ELECTRONIC, TELEGRAPHIC, CABLE, TELETYPE,
    FACSIMILE OR TELEPHONE INSTRUCTIONS COMMUNICATED DIR-
    ECTLY OR THROUGH AN ELECTRONIC FUNDS TRANSFER SYSTEM; OR

(2) BY MEANS OF WRITTEN INSTRUCTIONS ESTABLISHING THE
    CONDITIONS UNDER WHICH SUCH TRANSFERS ARE TO BE INI-
    TIATED BY SUCH *FINANCIAL *INSTITUTION THROUGH AN
    ELECTRONIC FUNDS TRANSFER SYSTEM.

EXCLUSION (O) IS DELETED.

*PRIOR *FRAUD, *DISHONESTY OR *CANCELLATION CONDITION - ITEM (A)
IS REPLACED BY THE FOLLOWING:

(A) FROM THE MOMENT *YOU OR ANY OF *YOUR PARTNERS OR
    OFFICERS (NOT IN COLLUSION WITH SUCH *EMPLOYEE)
    POSSESSES KNOWLEDGE OF ANY FRAUDULENT OR DISHONEST ACT
    COMMITTED BY THE *EMPLOYEE, WHETHER OR NOT IN *YOUR
    SERVICE AT THE TIME OF THE ACT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                              EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

**Exhibit B - 0146**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 322
COMPUTER FRAUD AND FUNDS TRANSFER FRAUD    PAGE 3 OF 3
COVERAGE PART 380
UNICOVER V

YOUR DUTIES AFTER LOSS - ITEM (3) IS REPLACED BY THE FOLLOWING:

(3)  SUBMIT TO EXAMINATION UNDER OATH AT *OUR REQUEST, WHILE
NOT IN THE PRESENCE OF ANY OTHER *INSURED AND AT SUCH
TIMES AS MAY BE REASONABLY REQUIRED ABOUT ANY MATTER
RELATING TO THIS INSURANCE OR THE *LOSS, INCLUDING
*YOUR BOOKS AND RECORDS. IN THE EVENT OF AN EXAMINA-
TION, AN *INSURED'S ANSWERS MUST BE SIGNED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000

COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0147

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

```
                  ENDORSEMENT NO. 324              PAGE 1 OF 13
                  PROPERTY EXTENSIONS
                  COVERAGE PART 330
                    UNICOVER V
```

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS - THE FOLLOWING DEFINITION IS ADDED:

"*ACCOUNTS *RECEIVABLE" MEANS:

(A)  ANY AMOUNT DUE *YOU FROM *YOUR CUSTOMERS THAT *YOU
CANNOT COLLECT BECAUSE OF *LOSS;

(B)  THE INTEREST ON ANY LOAN *YOU MUST SECURE TO OFFSET
UNCOLLECTIBLE ACCOUNTS UNTIL *LOSS IS PAID;

(C)  REASONABLE COLLECTION CHARGES OVER AND ABOVE *YOUR
NORMAL COLLECTIONS COST MADE NECESSARY BY *LOSS;

(D)  ANY OTHER EXPENSE *YOU REASONABLY INCUR TO RE-ESTABLISH
*YOUR RECORDS AFTER *LOSS.

*ACCOUNTS *RECEIVABLE DOES NOT MEAN *LOSS:

(A)  DUE TO ANY BOOKKEEPING, ACCOUNTING, OR BILLING ERRORS
OR OMISSIONS;

(B)  THAT CAN ONLY BE PROVED TO EXIST BY AN AUDIT OF *YOUR
RECORDS OR THE TAKING OF INVENTORY. *YOU CAN, HOWEVER,
USE AN AUDIT OR INVENTORY TO SUPPORT A CLAIM FOR *LOSS
WHICH *YOU HAVE PROVED BY OTHER EVIDENCE;

(C)  DUE TO ALTERATION, FALSIFICATION, CONCEALMENT OR
DESTRUCTION OF RECORDS DONE TO CONCEAL THE WRONGFUL
GIVING, TAKING OR WITHHOLDING OF MONEY, SECURITIES
OR OTHER PROPERTY. THIS DOES NOT APPLY TO *LOSS IN
EXCESS OF THE AMOUNT OF WRONGFUL GIVING, TAKING OR
WITHHOLDING.

THE DEFINITION OF *ACTUAL *CASH *VALUE - ITEM (B) IS REPLACED
BY THE FOLLOWING:

(B)  *STOCK, ITS REPLACEMENT COST; FOR *STOCK INSTALLED IN
*YOUR CUSTOMER'S PERSONAL PROPERTY IT INCLUDES THE
COST OF LABOR, LESS OVERHEAD AND PROFIT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                                     EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

**Exhibit B - 0148**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 2 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED BY THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND
SUPPLIES OWNED BY *YOUR EMPLOYEES, AND USED IN *YOUR
BUSINESS WHEN IN *YOUR *BUILDING. IT ALSO MEANS SUCH
PROPERTY WHILE BEING USED TO SERVICE OR REPAIR PERSONAL
PROPERTY AS PART OF *YOUR BUSINESS AWAY FROM *YOUR
*BUILDING.

THE DEFINITION OF *EXTENDED *THEFT - PART (1) IS REPLACED BY
THE FOLLOWING:

(1)  *YOUR VOLUNTARILY PARTING WITH EVIDENCE OF OWNERSHIP
     TO OR POSSESSION OF *STOCK WHEN INDUCED BY:

     (A)  A FORGED OR COUNTERFEIT INSTRUMENT USED IN
          PAYMENT;

     (B)  A CHECK OR OTHER INSTRUMENT WRITTEN ON AN ACCOUNT
          CLOSED BEFORE THE INSTRUMENT IS PRESENTED FOR
          PAYMENT;

     (C)  A CREDIT APPLICATION ON WHICH THE NAME, SOCIAL
          SECURITY NUMBER OR SIGNATURE OF THE APPLICANT IS
          FALSE OR FORGED;

     (D)  ANY OTHER CRIMINAL SCHEME, CRIMINAL TRICK OR
          CRIMINAL DEVICE WHICH INDUCES *YOU, AT THAT TIME,
          TO PART WITH EVIDENCE OF OWNERSHIP TO OR POSSES-
          SION OF *STOCK;

THE FOLLOWING DEFINITION IS ADDED:

"*GOVERNMENT *CONFISCATION" MEANS SEIZURE OF COVERED
PROPERTY, OWNED OR ACQUIRED BY *YOU, BY A DULY CONSTITUTED
GOVERNMENTAL AUTHORITY FOR AN ALLEGED VIOLATION OF LAWS
GOVERNING THE USE, SALE OR DISTRIBUTION OF CONTROLLED
SUBSTANCES, INCLUDING THOSE LAWS GOVERNING THE REPORTING
OF MONIES FROM SUCH ACTIVITIES.


THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0149**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 3 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE FOLLOWING IS ADDED TO THE DEFINITION OF *LOSS:

    WITH RESPECT TO *GOVERNMENT *CONFISCATION, ALL ACTIONS BY
ANY ONE PERSON, ORGANIZATION, GROUP OF INDIVIDUALS OR RING
WHICH RESULT IN SEIZURE(S) WILL BE DEEMED ONE *LOSS. WITH
RESPECT TO *VOLCANIC *ACTION, ALL ERUPTIONS WITHIN 168 HOURS
WILL BE DEEMED ONE *LOSS.

THE FOLLOWING DEFINITION IS ADDED:

    "*SINKHOLE *COLLAPSE" MEANS THE SUDDEN SINKING OR COLLAPSE
OF LAND INTO UNDERGROUND EMPTY SPACES CREATED BY THE ACTION
OF WATER ON LIMESTONE OR DOLOMITE. IT DOES NOT MEAN THE
COST OF FILLING SINKHOLES OR THE SINKING OR COLLAPSE OF LAND
INTO MAN-MADE UNDERGROUND CAVITIES.

THE DEFINITION OF *SPECIFIED *PERILS - PART (1) IS REPLACED BY
THE FOLLOWING:

    (1)  FIRE; LIGHTNING; SMOKE; EXPLOSION; WINDSTORM; HAIL;
        WEIGHT OF SNOW, ICE OR SLEET; VANDALISM; MALICIOUS
        MISCHIEF; RIOT; CIVIL COMMOTION; *SINKHOLE *COLLAPSE;
        *VOLCANIC *ACTION;

THE DEFINITION OF *STOCK IS REPLACED BY THE FOLLOWING:

    "*STOCK" MEANS GOODS OR PRODUCTS *YOU SELL OR SERVICE
WHICH ARE OWNED BY *YOU OR SIMILAR PROPERTY OF OTHERS FOR
WHICH *YOU ARE LEGALLY LIABLE. IT ALSO MEANS PARTS AND
MATERIALS, INCLUDING THE COST OF LABOR, *YOU INSTALL OR
OTHERS INSTALL FOR *YOU, IN *YOUR CUSTOMER'S PERSONAL
PROPERTY, BUT ONLY WHEN *LOSS (EXCEPT BY EXTENDED THEFT)
OCCURS BEFORE YOU RELINQUISH POSSESSION OF THE PERSONAL
PROPERTY TO THE CUSTOMER. "*STOCK" DOES NOT INCLUDE PROPERTY
AS DEFINED IN *AUTOS, *EMPLOYEE *TOOLS OR *EQUIPMENT.

THE FOLLOWING DEFINITION IS ADDED:

    "*VOLCANIC *ACTION" MEANS LAVA FLOW, AIRBORNE VOLCANIC BLAST
OR AIRBORNE SHOCK WAVES, ASH, DUST AND PARTICULATE MATTER
FOLLOWING ERUPTION OF A VOLCANO.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0150**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 4 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PERILS EXCLUSION (B), THIS EXCLUSION DOES NOT APPLY - PART (II)
IS CHANGED AND PART (III) IS ADDED AS FOLLOWS:

(II)   UNDER PART (1) OF THE EXCLUSION, TO *EXTENDED *THEFT OR
       *GOVERNMENT *CONFISCATION;

(III)  TO *GOVERNMENT *CONFISCATION CAUSED BY AN EMPLOYEE
       ACTING WITHOUT THE KNOWLEDGE OF *YOUR PARTNERS OR
       EXECUTIVE OFFICERS;

PERILS EXCLUSION (C) IS REPLACED BY THE FOLLOWING:

(C)    CONFISCATION BY DULY CONSTITUTED GOVERNMENTAL OR CIVIL
       AUTHORITY, OR DUE TO ANY LEGAL OR EQUITABLE PROCEEDINGS.
       THIS EXCLUSION DOES NOT APPLY TO *GOVERNMENT *CONFISCA-
       TION;

PERILS EXCLUSION (L) - THE LAST SENTENCE IS REPLACED BY THE
FOLLOWING:

THIS EXCLUSION DOES NOT APPLY TO *VOLCANIC *ACTION, PROPERTY
IN TRANSIT, GLASS OR *SINKHOLE *COLLAPSE;

PERILS EXCLUSION (N) IS REPLACED BY THE FOLLOWING:

(N)    ELECTRICAL INJURY, DISTURBANCE, OR ARCING TO ELECTRICAL
       APPLIANCES, DEVICES, FIXTURES, OR WIRING CAUSED BY
       ARTIFICIALLY GENERATED ELECTRICAL CURRENTS. IF FIRE OR
       EXPLOSION FOLLOWS, *WE WILL PAY ONLY FOR THE *LOSS BY
       FIRE, OR EXPLOSION, OR LEAKAGE FROM FIRE EXTINGUISHING
       EQUIPMENT.

       THIS EXCLUSION DOES NOT APPLY TO *LOSS BY *BREAKDOWN
       WHEN THE ELECTRICAL INJURY, DISTURBANCE OR ARCING
       ORIGINATES WITHIN 500 FEET OF *YOUR PREMISES;

PERILS EXCLUSION (O) - THE LAST SENTENCE OF THIS EXCLUSION IS
REPLACED BY THE FOLLOWING:

IF FIRE, EXPLOSION, *BREAKDOWN OR LEAKAGE FROM FIRE EXTIN-
GUISHING EQUIPMENT FOLLOWS, *WE WILL PAY ONLY FOR THE *LOSS
BY FIRE, EXPLOSION, *BREAKDOWN OR LEAKAGE FROM FIRE EXTIN-
GUISHING EQUIPMENT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Case 3:07-cv-02858-SC    Document 5-8    Filed 06/22/2007    Page 8 of 49

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

PERILS EXCLUSION (Q) - ITEM (IV) UNDER PART (2) IS REPLACED
BY THE FOLLOWING:

    (IV)  INSULATING OR REFRACTORY MATERIAL.

PROPERTY EXCLUSION (H) - THE WORD "FENCES" IS DELETED.

PROPERTY EXCLUSION (J) IS REPLACED BY THE FOLLOWING:

    (J)  *CONTENTS, *EMPLOYEE *TOOLS, OR THE INTERIOR OF A
        *BUILDING IF *LOSS IS CAUSED BY RAIN, SNOW, ICE,
        SLEET, SAND, OR DUST, EVEN IF WIND DRIVEN. THIS
        EXCLUSION DOES NOT APPLY:

        (1)  IF IT COMES THROUGH AN OPENING CAUSED BY A
            *SPECIFIED *PERIL, *BREAKDOWN, THEFT OR ATTEMPTED
            THEFT;

        (2)  TO *LOSS CAUSED BY OR RESULTING FROM THAWING OF
            SNOW, SLEET OR ICE ON THE *BUILDING;

THE MOST WE WILL PAY - PART (F) IS REPLACED BY THE FOLLOWING:

    (F)  UP TO $50,000 PER *LOSS FOR *EXTENDED *THEFT OR
        *GOVERNMENT *CONFISCATION;

DEBRIS REMOVAL - PARTS (A) AND (B) ARE REPLACED BY THE FOLLOWING:

    (A)  THE EXPENSES WILL BE PAID ONLY IF REPORTED TO *US IN
        WRITING WITHIN 180 DAYS OF THE DATE OF *LOSS;

    (B)  THE MOST *WE WILL PAY IS THE LARGER OF $25,000 PER
        *LOCATION OR 25% OF THE *LOSS BEFORE THE APPLICATION
        OF ANY DEDUCTIBLE. *WE WILL NOT, HOWEVER, PAY MORE
        THAN $25,000 IN EXCESS OF THE APPLICABLE LIMIT (AS
        STATED IN THE DECLARATIONS, THE SUPPLEMENTAL LIMITS OR
        NEWLY ACQUIRED ORGANIZATIONS EXTENSION) FOR THE ENTIRE
        *LOSS INCLUDING THE DEBRIS REMOVAL EXPENSES;

THE ENTIRE SUPPLEMENTAL LIMITS CONDITION IS REPLACED BY THE
FOLLOWING:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                          EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0152**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 6 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

SUPPLEMENTAL LIMITS - THE FOLLOWING SUPPLEMENTAL LIMITS APPLY
IN ADDITION TO THE LIMIT SHOWN IN THE DECLARATIONS. *YOU CAN
USE:

IF *BUILDING(S), *CONTENTS, *EQUIPMENT OR *STOCK ARE
INSURED:

    (A)  UP TO $500,000 TO APPLY TO:

        (1)  EACH *BUILDING AND ITS *CONTENTS ACQUIRED,
        RENTED, OR LEASED BY *YOU FOR USE IN *YOUR
        BUSINESS. IF *YOU ARE NOT REQUIRED TO INSURE
        THE RENTED OR LEASED BUILDING, *WE WILL PAY
        ALL SUMS *YOU LEGALLY MUST PAY FOR *LOSS
        (INCLUDING LOSS OF USE) TO THE *BUILDING NOT
        OWNED BY *YOU BUT IN *YOUR CARE, CUSTODY, OR
        CONTROL, IF *LOSS IS DUE TO *YOUR NEGLIGENCE.

        REGARDING LEGAL LIABILITY COVERAGE FOR SUCH
        *BUILDINGS, *WE HAVE THE RIGHT AND DUTY TO
        DEFEND ANY SUIT ASKING FOR THESE DAMAGES.
        *WE MAY INVESTIGATE AND SETTLE ANY CLAIM OR
        SUIT *WE CONSIDER APPROPRIATE. *OUR DUTY TO
        DEFEND ENDS WITH OUR PAYMENT OF THE LIMIT FOR
        PART (A).

        PERILS EXCLUSION (F) DOES NOT APPLY TO LEGAL
        LIABILITY COVERAGE FOR *BUILDINGS GRANTED IN
        PART (1).

        REGARDING LEGAL LILABILITY COVERAGE FOR
        *BUILDINGS IN PART (1), PERILS EXCLUSION (W)
        IS ADDED AS FOLLOWS:

            (W)  *YOUR AGREEMENT TO BE RESPONSIBLE
            FOR *LOSS.

        WITH REGARD TO LEGAL LIABILITY COVERAGE FOR
        *BUILDINGS IN PART (1), THE WE WILL ALSO PAY
        CONDITION IS REPLACED BY THE FOLLOWING:

        WE WILL ALSO PAY -  IN ADDITION TO THE LIMIT
        STATED IN THE DECLARATIONS, *WE WILL ALSO PAY:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                    EDITION  6-2000

COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0153**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 7 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(A)  ALL COSTS AND EXPENSES IN DEFENDING
     *YOU, AND INTEREST ON ANY JUDGMENT
     THAT DOES NOT EXCEED *OUR LIMIT;

(B)  PREMIUMS ON APPEAL BONDS OR BONDS TO
     RELEASE PROPERTY USED TO SECURE
     *YOUR LEGAL OBLIGATIONS, IN A SUIT
     *WE DEFEND, BUT ONLY FOR BONDS UP
     TO *OUR LIMIT. *WE DO NOT HAVE TO
     FURNISH OR SECURE THESE BONDS;

(C)  UP TO $100 A DAY FOR LOSS OF EARN-
     INGS (BUT NOT OTHER INCOME) BECAUSE
     OF ATTENDANCE AT HEARINGS OR TRIALS
     AT *OUR REQUEST;

(D)  OTHER REASONABLE EXPENSES INCURRED
     AT *OUR REQUEST.

REGARDING LEGAL LIABILITY COVERAGE FOR *BUILD-
INGS IN PART (1), THE HOW WE WILL PAY CONDI-
TION IS REPLACED BY:

HOW WE WILL PAY - AT *OUR OPTION, *WE
MAY PAY *YOU THE AMOUNT OF *LOSS OR
*OUR LIMIT (WHICHEVER IS LESS) EITHER
BEFORE OR AFTER CLAIM IS MADE. ANY SUCH
PAYMENT RELIEVES *US OF ANY FURTHER
OBLIGATION UNDER PART (A). PAYMENT
REDUCES *OUR LIABILITY.

REGARDING LEGAL LIABILITY COVERAGE FOR *BUILD-
INGS IN PART (1), PART (B) OF YOUR DUTIES
AFTER LOSS IS CHANGED TO READ:

(B)  NOTIFY *US AS SOON AS POSSIBLE. PROMPTLY
     SEND *US ALL DOCUMENTS, IF *YOU ARE SUED
     OR CLAIM IS MADE AGAINST *YOU.

PART (1) OF THIS EXTENSION ENDS THE EARLIER OF
(1) 90 DAYS FROM THE FIRST DAY OF ACQUISITION,
RENTAL OR LEASE, (2) THE DATE *YOU REPORT THE
*BUILDING TO *US, OR (3) THE EXPIRATION DATE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0154

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 8 OF 13
PROPERTY EXTENSIONS
  COVERAGE PART 330
       UNICOVER V

OF THIS POLICY. *WE WILL CHARGE *YOU PREMIUM
FROM THE FIRST DAY OF ACQUISITION, RENTAL OR
LEASE.

(2)  EACH *BUILDING WHILE BEING CONSTRUCTED FOR
     USE IN *YOUR BUSINESS.

     PART (2) OF THIS EXTENSION ENDS THE EARLIER
     OF (1) 90 DAYS FROM THE START OF THE CON-
     STRUCTION, (2) THE DATE *YOU REPORT THE CON-
     STRUCTION TO *US, OR (3) THE EXPIRATION
     DATE OF THIS POLICY. *WE WILL CHARGE *YOU
     PREMIUM FROM THE START OF CONSTRUCTION;

(B)  UP TO $20,000 TO APPLY, IN ANY COMBINATION, TO
     PROPERTY DESCRIBED UNDER *ADDITIONAL *PROPERTY
     FOR ANY ONE *LOSS.

(C)  UP TO $100,000 TO PAY FOR THE EXPENSE TO EXTRACT
     *POLLUTANTS FROM THE LAND OR WATER AT A *LOCATION
     IF THE POLLUTION RESULTS FROM A *LOSS TO PROPERTY
     INSURED BY THIS COVERAGE PART. THE EXPENSES WILL BE
     PAID ONLY IF THEY ARE REPORTED TO *US WITHIN 180
     DAYS OF THE DATE OF *LOSS.

     EXTENSION (C) APPLIES TO EACH *LOCATION SEPARATELY
     AND IS THE MOST *WE WILL PAY DURING EACH POLICY
     PERIOD. IT DOES NOT APPLY TO EXPENSES TO TEST FOR,
     MONITOR OR ASSESS THE EXISTENCE, CONCENTRATION OR
     EFFECTS OF *POLLUTANTS, EXCEPT FOR TESTING PER-
     FORMED IN THE PROCESS OF EXTRACTING *POLLUTANTS
     AS COVERED IN THIS EXTENSION.

(D)  UP TO $25,000 TO APPLY IN ANY COMBINATION TO:

     (1)  FIRE DEPARTMENT SERVICE CHARGES ASSUMED UNDER
          A CONTRACT OR AGREEMENT, OR REQUIRED BY LOCAL
          ORDINANCE. THIS EXTENSION APPLIES ONLY TO THE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0155

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324          PAGE 9 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

SERVICE CHARGE, NOT TO ANY LIABILITY FOR
INJURY TO ANY PERSON OR PROPERTY FROM ANY
CAUSE;

(2)  EXPENSES ACTUALLY INCURRED TO RECHARGE ANY
PRESSURIZED AUTOMATIC EXTINGUISHING SYSTEM
DUE TO DISCHARGE. NO DEDUCTIBLE APPLIES TO
THIS EXTENSION.

(3)  ARSON REWARDS.

NO DEDUCTIBLE APPLIES TO EXTENSION (D).

(E)  UP TO $10,000 TO APPLY TO DAMAGE TO THE *BUILDING
AT THE *LOCATION CAUSED BY THIEVES. THIS EXTENSION
APPLIES ONLY IF *YOU DO NOT OWN THE *BUILDING AND
ARE LEGALLY LIABLE FOR SUCH *LOSS.

(F)  UP TO $25,000 FOR ANY ONE *LOSS TO APPLY TO
*EXTRA *EXPENSE.

(G)  UP TO $10,000 FOR EACH PAINTING, ETCHING, WATER-
COLOR, OR SIMILAR ARTISTIC RENDERING OWNED BY *YOU
AND USED TO DECORATE THE INTERIOR OR A *BUILDING,
BUT NOT FOR MORE THAN $50,000 FOR ANY ONE *LOSS.
PROPERTY EXCLUSION (E) DOES NOT APPLY TO EXTENSION
(G);

(H)  UP TO $5,000 FOR TREES, SHRUBS, LAWNS, OR PLANTS
(INCLUDING THE COST TO REMOVE DEBRIS) USED FOR
OUTSIDE DECORATION AT EACH *LOCATION INSURED. THIS
EXTENSION IS LIMITED TO $750 PER TREE, SHRUB, OR
GROWING PLANT. PROPERTY EXCLUSION (B) DOES NOT
APPLY TO EXTENSION (H). NO DEDUCTIBLE APPLIES TO
EXTENSION (H).

(I)  UP TO $250,000 FOR *LOSS TO *YOUR RECORDS OF
*ACCOUNTS *RECEIVABLE WHILE THOSE RECORDS ARE
INSIDE OF A *BUILDING SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT. THE MOST *WE WILL
PAY UNDER THIS EXTENSION IS *LOSS AS DETERMINED
BY THE FORMULA SHOWN BELOW. *WE WILL:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000

COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0156**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324          PAGE 10 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(1)  DETERMINE THE AVERAGE AMOUNT OF THE MONTHLY
     ACCOUNTS RECEIVABLE FOR THE TWELVE MONTHS
     IMMEDIATELY PRECEDING THE *LOSS.

(2)  INCREASE OR DECREASE THE AMOUNT DETERMINED IN
     (1) FOR NORMAL FLUCTUATIONS IN THE AMOUNT OF
     OUTSTANDING ACCOUNTS RECEIVABLE DURING THE
     MONTH OF *LOSS; AND

(3)  FROM THE AMOUNT DETERMINED ABOVE, *WE WILL
     DEDUCT THE AMOUNT OF:

     (I)    UNCOLLECTED ACCOUNTS ON WHICH *YOUR
            RECORDS WERE NOT LOST OR DAMAGED;

     (II)   ACCOUNTS *YOU HAVE RE-ESTABLISHED OR
            COLLECTED FROM OTHER RECORDS;

     (III)  PROBABLE BAD DEBTS THAT NORMALLY WOULD
            HAVE BEEN UNCOLLECTIBLE; AND

     (IV)   UNEARNED INTEREST OR SERVICE CHARGES ON
            DEFERRED PAYMENT ACCOUNTS.

*WE WILL PAY *YOU WITHIN 30 DAYS AFTER *YOU HAVE
PROVEN *YOUR *LOSS AND THE FINAL AMOUNT PAYABLE
HAS BEEN DETERMINED.

IF *YOU MUST TRANSFER THE RECORDS TO ANOTHER SAFE
PLACE TO AVOID IMMINENT DANGER OF *LOSS, *WE WILL
COVER THEM WHILE TEMPORARILY THERE OR IN TRANSIT
TO OR FROM THERE.

*YOU MUST TELL *US IF *YOU COLLECT ANY RECEIVA-
BLES THAT *WE PAID *YOU. ANY SUCH COLLECTIONS
BELONG TO *US. ONCE *WE HAVE BEEN PAID IN FULL,
THE REMAINDER IS *YOURS.

PERILS EXCLUSIONS (E), (G), (J), (K), (L), (O),
(Q), (S), (T) AND (U) DO NOT APPLY TO EXTENSION
(I). PROPERTY EXCLUSION (C) DOES NOT APPLY TO
EXTENSION (I).

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                              EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0157

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 11 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(J)   UP TO $5,000 FOR PREMISES KEY AND LOCK REPLACEMENT
      IF KEYS ARE STOLEN OR PREMISES LOCK REPAIR OR
      REPLACEMENT IS MADE NECESSARY BY THEFT OR ATTEMPTED
      THEFT. NO DEDUCTIBLE APPLIES TO EXTENSION (I).

(K)   UP TO $10,000 IN ONE POLICY PERIOD FOR REASONABLE
      EXPENSES INCURRED IN COLLECTING AND PREPARING
      *LOSS DATA REQUIRED BY *US. THIS INCLUDES THE
      COST OF AN INVENTORY THAT *WE REQUEST TO DETERMINE
      THE EXTENT OF A *LOSS.

IF *CONTENTS OR *EQUIPMENT ARE INSURED:

(A)   UP TO $25,000 TO APPLY TO ALL DUPLICATE AND BACKUP
      *DATA AND *MEDIA STORED AT PREMISES OTHER THAN A
      *LOCATION. SUCH STORAGE MUST BE MORE THAN 100 FEET
      FROM ANY *LOCATION;

(B)   UP TO $25,000 TO APPLY TO *EQUIPMENT RENTED BY
      *YOU TO OTHERS. PROPERTY EXCLUSION (I) DOES NOT
      APPLY TO EXTENSION (B);

(C)   UP TO $25,000 TO APPLY TO *EMPLOYEE *TOOLS. THIS
      EXTENSION IS SUBJECT TO THE FOLLOWING:

      (1)   THIS EXTENSION DOES NOT APPLY IF *EMPLOYEE
            *TOOLS IS AN ITEM OF PROPERTY ALREADY INSURED
            AT ANY *LOCATION;

      (2)   ONLY THE *SPECIFIED *PERILS APPLY;

      (3)   COVERAGE IS LIMITED TO $1,000 PER EMPLOYEE
            PER *LOSS;

(D)   UP TO $10,000 ON ANY PERSONAL PROPERTY, OTHER THAN
      *EMPLOYEES *TOOLS, OWNED BY *YOUR PARTNERS,
      OFFICERS OR EMPLOYEES, SUBJECT TO A MAXIMUM PAY-
      MENT OF $1,000 PER PERSON FOR *LOSS BY THEFT.
      PROPERTY EXCLUSION (E) DOES NOT APPLY TO EXTENSION
      (D);

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0158**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 12 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

    (E)  UP TO $2,500 ON GOLD, SILVER, PLATINUM, BULLION AND
        OTHER PRECIOUS METALS (OR OBJECTS MADE OF OF ANY OF
        THEM), JEWELS, JEWELRY, WATCHES, PEARLS, PRECIOUS
        OR SEMI-PRECIOUS STONES, AND FURS OWNED BY *YOU
        FOR *LOSS DUE TO THEFT. EXCLUSION (E) DOES NOT
        APPLY TO EXTENSION (E);

IF *EMPLOYEE *TOOLS ARE INSURED:

    UP TO $50,000 TO APPLY TO *EMPLOYEE *TOOLS IN EACH
    *BUILDING *YOU ACQUIRE, RENT OR LEASE FOR USE IN *YOUR
    BUSINESS.

    THIS EXTENSION ENDS THE EARLIER OF (1) 90 DAYS FROM THE
    FIRST DAY OF ACQUISITION, RENTAL OR LEASE, (2) THE DATE
    *YOU REPORT THE *BUILDING TO *US, OR (3) THE EXPIRA-
    TION DATE OF THIS POLICY. *WE WILL CHARGE *YOU PREMIUM
    FROM THE FIRST DAY OF ACQUISITION, RENTAL OR LEASE.

THE COINSURANCE CONDITION OF THIS COVERAGE PART DOES NOT
APPLY TO THE EXTENSIONS PROVIDED UNDER *SUPPLEMENTAL
*LIMITS.

THE MOST *WE WILL PAY UNDER *SUPPLEMENTAL *LIMITS IS THE
*ACTUAL *CASH *VALUE (AS DEFINED FOR SIMILAR PROPERTY
INSURED AT THE *LOCATION) OF REPAIRS OR REPLACEMENT OF THE
PROPERTY WITH LIKE KIND AND QUALITY OR THE AMOUNT STATED
IN THE EXTENSION, WHICHEVER IS LESS.

THE FOLLOWING EXTENSION IS ADDED:

    NEWLY ACQUIRED ORGANIZATIONS EXTENSION - THE INSURANCE
    AFFORDED BY THIS COVERAGE PART IS EXTENDED TO INCLUDE ANY
    ORGANIZATION ACQUIRED OR FORMED BY *YOU AND IN WHICH *YOU
    HAVE A MAJORITY OWNERSHIP. *WE WILL PAY UP TO $500,000 TO
    APPLY TO *BUILDING AND *CONTENTS IF EITHER IS SHOWN IN THE
    DECLARATIONS. *YOU MAY ALSO USE THE ADDITIONAL LIMITS
    PROVIDED IN THE SUPPLEMENTAL LIMITS CONDITION.

    THIS EXTENSION ENDS THE EARLIER OF (A) 90 DAYS FROM THE DATE
    OF ACQUISITION OF FORMATION, OR (B) THE DATE THIS COVERAGE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                        EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0159**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 13 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PART EXPIRES. *YOU MUST PAY ANY ADDITIONAL PREMIUMS DUE.
THE COINSURANCE CONDITION OF THIS COVERAGE PART DOES NOT
APPLY TO THIS EXTENSION. THE MOST *WE WILL PAY UNDER THIS
EXTENSION IS THE *ACTUAL *CASH *VALUE (AS DEFINED FOR
SIMILAR PROPERTY INSURED) OF REPAIRS OR REPLACEMENT OF THE
PROPERTY WITH LIKE KIND AND QUALITY OR $500,000, WHICHEVER
IS LESS.

THIS EXTENSION DOES NOT APPLY TO AN OPERATION THAT:

(1)   IS A JOINT VENTURE;

(2)   IS AN INSURED UNDER ANY OTHER POLICY;

(3)   HAS EXHAUSTED ITS LIMIT OF INSURANCE UNDER ANY OTHER
      POLICY; OR

(4)   IS IN A DIFFERENT BUSINESS THAN *YOU.

YOUR DUTIES AFTER LOSS - PART (A) IS REPLACED BY THE FOLLOWING:

(A)   PROTECT THE PROPERTY WHETHER OR NOT THIS INSURANCE
      APPLIES. *WE WILL PAY ALL REASONABLE EXPENSES *YOU
      INCUR FOR SUCH PROTECTION. HOWEVER, *WE WILL PAY ONLY
      FOR SUBSEQUENT COVERED *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000

COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0160**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 326
PUBLIC POLICY EXCLUSION
COVERAGE PARTS 500 AND 950
UNICOVER V (CALIFORNIA)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 AND 950, INSURING AGREEMENT - THE FOLLOWING
IS ADDED TO THE LAST PARAGRAPH:

REGARDING *CUSTOMER *COMPLAINT *DEFENSE AND *EMPLOYMENT
*RELATED *DEFENSE, *WE HAVE NO RIGHT OR DUTY TO PAY
DEFENSE COSTS FOR:

(A) ANY CLAIM OR *SUIT WHERE THE LEGISLATURE OR COURTS
HAVE DETERMINED, FOR PUBLIC POLICY REASONS, THAT
AN INSURED CANNOT BE INDEMNIFIED FOR THE HARM
TO PLAINTIFF; OR

(B) ANY CLAIM OR *SUIT NOT COVERED BY OR DECLARED
FOR THIS COVERAGE PART.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0161**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 329
ELECTRONIC VANDALISM:  TEN-DAY WAITING PERIOD
FOR BUSINESS INCOME CONTINUATION
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO ENDORSEMENT 080:

    (1)   THE FOLLOWING IS ADDED TO THE LAST PARAGRAPH OF THE INSURING AGREEMENT:

       WHEN *ELECTRONIC *VANDALISM RESULTS IN A SUSPENSION OF *YOUR BUSINESS, *WE WILL NOT PAY *BUSINESS *INCOME *CONTINUATION UNLESS THAT SUSPENSION LASTS MORE THAN TEN CONSECUTIVE DAYS.

    (2)   THE FOLLOWING DEFINITION IS ADDED:

       "*ELECTRONIC *VANDALISM" MEANS A SPECIFIC TYPE OF VANDALISM IN WHICH THE UNAUTHORIZED INTRODUCTION OF ANY COMPUTER CODE, PROGRAM OR VIRUS INTO *YOUR *EQUIPMENT CAUSES DAMAGE, DESTRUCTION, DELETION, CORRUPTION OR MALFUNCTION OF *EQUIPMENT, *MEDIA OR *DATA.

    (3)   THE FOLLOWING IS ADDED TO PERILS EXCLUSION (B), "THIS EXCLUSION DOES NOT APPLY," ITEM (I):

       SUCH ACTS OF DESTRUCTION BY *YOUR EMPLOYEES INCLUDE *ELECTRONIC *VANDALISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                       EDITION  8-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0162**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 334
75% REDUCTION OF DEDUCTIBLE
COVERAGE PARTS 500 AND 950
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 - GARAGE

DEDUCTIBLES CONDITION - THE NEXT TO THE LAST PARAGRAPH OF THIS
CONDITION IS REPLACED BY THE FOLLOWING:

> FROM THE AMOUNTS PAYABLE FOR *DAMAGES, SETTLEMENTS AND
> DEFENSE COSTS FOR *STATUTE *AND *TITLE *E & *O, *WE WILL
> DEDUCT THE AMOUNT SHOWN IN THE DECLARATIONS FOR EACH *SUIT
> OR CLAIM FILED AGAINST *YOU. HOWEVER, REGARDING *DAMAGES,
> SETTLEMENTS AND DEFENSE COSTS ARISING FROM PART (A)(3) OF
> THE DEFINITION OF *STATUTE *AND *TITLE *E & *O, IF AN
> *AUTO TITLE HISTORY WAS ORDERED AND REVIEWED WITH THE RETAIL
> CUSTOMER AS PART OF A SALES, LEASE OR RENTAL TRANSACTION,
> THE DEDUCTIBLE SHOWN IN THE DECLARATIONS WILL BE REDUCED BY
> 75%. THE TRANSACTION EVIDENCE MUST INCLUDE THE CUSTOMER'S
> SIGNATURE ON THE VEHICLE SALES AGREEMENT, OR OTHER SIMILAR
> SALES DOCUMENTS. THE TITLE HISTORY MUST BE MATERIAL TO THE
> DEFENSE OF ANY *SUIT ARISING FROM SUCH TRANSACTION FOR THE
> REDUCTION IN DEDUCTIBLE TO APPLY.

COVERAGE PART 500 - GARAGE AND COVERAGE PART 950 - GENERAL
LIABILITY

DEDUCTIBLES CONDITION - THE LAST PARAGRAPH OF THIS CONDITION IS
REPLACED BY THE FOLLOWING:

> FROM THE AMOUNTS PAYABLE FOR SETTLEMENTS AND DEFENSE FOR
> *CUSTOMER *COMPLAINT *DEFENSE AND *EMPLOYMENT *RELATED
> *DEFENSE, *WE WILL DEDUCT THE AMOUNT SHOWN IN THE DECLARA-
> TIONS FOR EACH *SUIT FILED AGAINST *YOU. HOWEVER, REGARDING
> *CUSTOMER *COMPLAINT *DEFENSE, IF AN *AUTO TITLE HISTORY
> WAS ORDERED AND REVIEWED WITH THE RETAIL CUSTOMER AS PART
> OF A SALES, LEASE OR RENTAL TRANSACTION, THE DEDUCTIBLE
> SHOWN IN THE DECLARATIONS WILL BE REDUCED BY 75%. THE
> TRANSACTION EVIDENCE MUST INCLUDE THE CUSTOMER'S SIGNATURE
> ON THE VEHICLE SALES AGREEMENT, OR OTHER SIMILAR SALES
> DOCUMENTS. THE TITLE HISTORY MUST BE MATERIAL TO THE DEFENSE
> OF ANY *SUIT ARISING FROM SUCH TRANSACTION FOR THE REDUC-
> TION IN DEDUCTIBLE TO APPLY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  1-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0163**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 337                    PAGE 1 OF 2
STATUTE AND TITLE E & O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500, INSURING AGREEMENT - WITH REGARD TO *STATUTE
*AND *TITLE *E & *O, THE THIRD AND FOURTH PARAGRAPHS OF THE
INSURING AGREEMENT ARE REPLACED BY THE FOLLOWING:

    *WE WILL PAY DEFENSE COSTS ACTUALLY INCURRED TO DEFEND ANY
    *SUIT ARISING FROM *STATUTE *AND *TITLE *E & *O WHEN SUCH
    INSURANCE IS INCLUDED IN THE DECLARATIONS. ALL COURT COSTS,
    SETTLEMENTS AND *DAMAGES ASSESSED AGAINST *YOU WILL BE
    AT *YOUR EXPENSE.

    *WE HAVE THE RIGHT AND DUTY TO DEFEND ANY *SUIT ASKING
    FOR THESE *DAMAGES. *OUR PAYMENT OF THE LIMIT SHOWN IN THE
    DECLARATIONS ENDS *OUR DUTY TO DEFEND.

COVERAGE PARTS 500 AND 980, DEFINITIONS - THE DEFINITION OF
*STATUTE *AND *TITLE *E & *O IS CHANGED TO READ:

    "*STATUTE *AND *TITLE *E & *O" MEANS ANY *SUIT FILED
    AGAINST *YOU, OTHER THAN AS A RESULT OF AN *OCCURRENCE OR
    *CUSTOMER *COMPLAINT *DEFENSE. SUCH *SUITS MUST BE FILED BY:

        (A)  A CUSTOMER ARISING OUT OF *GARAGE *OPERATIONS,
              BECAUSE OF AN ALLEGED VIOLATION DURING THE COVERAGE
              PART PERIOD, OF ANY FEDERAL, STATE OR LOCAL:

            (1)  ODOMETER STATUTE;

            (2)  TRUTH-IN-LENDING OR TRUTH-IN-LEASING STATUTE;

            (3)  AUTO DAMAGE DISCLOSURE STATUTE;

            (4)  COMPETITIVE AUTO PARTS STATUTE; OR

            (5)  USED CAR BUYER'S GUIDE, INCLUDING FEDERAL
                REGULATION 455;

        (B)  ANY PERSON OR ORGANIZATION WHO HAS SUFFERED A
             FINANCIAL  *LOSS DUE TO THE FAILURE OF *YOUR
             EMPLOYEE TO PROPERLY SPECIFY DURING THE COVERAGE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0164

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 337              PAGE 2 OF 2
              STATUTE AND TITLE E & O - DEFENSE ONLY
                    COVERAGE PARTS 500 AND 980
                            UNICOVER V


              PART PERIOD, THE NAME OF THE SECURITY INTEREST OR
              LEGAL OWNER ON AUTO TITLE PAPERS.

              PART (B) DOES NOT APPLY UNLESS THE PURCHASER
              SELLS OR TRANSFERS TITLE TO SUCH AUTO.

       COVERAGE PART 500, THE MOST WE WILL PAY - THE FOLLOWING CHANGE
       IS MADE IN PART (2):

              THE PHRASE "*DAMAGES AND SETTLEMENTS" IS REPLACED BY
              "DEFENSE COSTS."

       COVERAGE PART 500, DEDUCTIBLES - THE NEXT TO THE LAST PARAGRAPH
       IS REPLACED BY THE FOLLOWING:

              FROM THE AMOUNTS PAYABLE FOR DEFENSE COSTS FOR *STATUTE
              *AND *TITLE *E & *O, *WE WILL DEDUCT THE AMOUNT SHOWN IN
              THE DECLARATIONS FOR EACH *SUIT FILED AGAINST *YOU.

       COVERAGE PART 500, WE WILL ALSO PAY - THE FOLLOWING CHANGE IS
       MADE TO THE FIRST SENTENCE:

              THE WORDS "*INJURY, *COVERED *POLLUTION *DAMAGES AND
              *STATUTE *AND *TITLE *E & *O" ARE REPLACED BY "*INJURY
              AND *COVERED *POLLUTION *DAMAGES."

       COVERAGE PART 500, PRIOR ACTS EXTENSION - THIS EXTENSION DOES
       NOT APPLY.










       THE * INDICATES THE WORD IS DEFINED IN THE
       COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                           EDITION  3-2001
       COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

**Exhibit B - 0165**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 338
STATUTE AND TITLE E & O - LIMIT PER SUIT
COVERAGE PARTS 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN ENDORSEMENT 337 IS SHOWN IN THE DECLARATIONS, THE FOLLOWING IS ADDED TO PART (2) OF THE MOST WE WILL PAY:

THE MOST *WE WILL PAY IN DEFENSE COSTS FOR ANY *SUIT IS THE LIMIT PER *SUIT STATED IN THE DECLARATIONS FOR SUCH COVERAGE.

WHEN ENDORSEMENT 337 IS NOT SHOWN IN THE DECLARATIONS:

(A)   THE FOLLOWING IS ADDED TO PART (2) OF THE MOST WE WILL PAY:

THE MOST *WE WILL PAY IN *DAMAGES AND DEFENSE COSTS FOR ANY ONE CLAIM OR *SUIT IS THE LIMIT PER *SUIT STATED IN THE DECLARATIONS FOR SUCH COVERAGE; AND

(B)   THE FOLLOWING CHANGE IS MADE TO THE FIRST SENTENCE IN WE WILL ALSO PAY:

THE WORDS "*INJURY, *COVERED *POLLUTION *DAMAGES AND *STATUTE *AND *TITLE *E & *O" ARE REPLACED BY "*INJURY AND *COVERED *POLLUTION *DAMAGES."

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0166

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 346
LIMIT FOR EMPLOYEE THEFT OF AUTOS
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

WITH RESPECT TO COVERAGE PROVIDED UNDER EXCEPTION (1) TO EXCLUSION (G) FOR *COVERED *AUTOS PHYSICALLY STOLEN BY *YOUR EMPLOYEE, ALL *LOSS CAUSED BY, OR INVOLVING, ONE OR MORE EMPLOYEES, OR ACT OR SERIES OF ACTS INVOLVING ONE OR MORE PERSONS WILL BE DEEMED TO BE ONE *LOSS.

THE MOST WE WILL PAY - THE FOLLOWING IS ADDED:

(G)  UNDER EXCEPTION (1) TO EXCLUSION (G), FOR ALL *COVERED *AUTOS THAT ARE PHYSICALLY STOLEN BY *YOUR EMPLOYEE(S) IN A POLICY PERIOD, THE GREATER OF $50,000 OR AN AMOUNT EQUAL TO THE *EXTENDED *THEFT LIMIT STATED IN THE DECLARATIONS.

THE FOLLOWING CONDITION IS ADDED:

NON-CUMULATIVE LIMITS - WITH RESPECT TO COVERAGE PROVIDED UNDER EXCEPTION (1) TO EXCLUSION (G) FOR *COVERED *AUTOS PHYSICALLY STOLEN BY *YOUR EMPLOYEE, REGARDLESS OF THE NUMBER OF YEARS THIS COVERAGE PART CONTINUES IN FORCE, THE $50,000 LIMIT STATED IN THE DECLARATIONS AND THE AMOUNT EQUAL TO THE *EXTENDED *THEFT LIMIT ARE NOT CUMULATIVE FROM ONE COVERAGE PART PERIOD TO ANOTHER, OR FROM ONE YEAR TO ANOTHER.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0167**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 353
ASBESTOS EXCLUSION
COVERAGE PARTS 500, 900, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EXCLUSIONS - THE FOLLOWING IS ADDED:

(U)  *INJURY, *COVERED *POLLUTION *DAMAGES, *CUSTOMER *COMPLAINT
     *DEFENSE, *STATUTE *AND *TITLE *E&O OR *EMPLOYMENT *RELATED
     *DEFENSE ARISING OUT OF THE ACTUAL OR ALLEGED PRESENCE,
     DISPERSAL OR THREATENED DISPERSAL OF ASBESTOS, ASBESTOS
     FIBERS OR PRODUCTS OR COMPOUNDS CONTAINING ASBESTOS, OR
     ANY HAZARDOUS PROPERTIES OF ASBESTOS. THIS INCLUDES:

     (1)  ANY SUPERVISION, INSTRUCTIONS, RECOMMENDATIONS,
          WARNINGS OR ADVICE GIVEN, OR WHICH SHOULD HAVE BEEN
          GIVEN, IN CONNECTION WITH THE ABOVE; AND

     (2)  *DAMAGES, OR THE LEGAL OBLIGATION TO REIMBURSE ANOTHER
          PARTY FOR *DAMAGES, RESULTING FROM *INJURY, *COVERED
          *POLLUTION *DAMAGES, *CUSTOMER *COMPLAINT *DEFENSE,
          *STATUTE *AND *TITLE *E&O OR *EMPLOYEE *RELATED
          *DEFENSE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0168

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 389
CUSTOMER AUTO - LEGAL LIABILITY FOR NATURAL DISASTER
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

REGARDING *LOSS TO A *CUSTOMER'S *AUTO RESULTING FROM WINDSTORM, HAIL, FLOOD OR RISING WATER, EARTHQUAKE OR ANY OTHER NATURAL DISASTER:

THE FIRST PARAGRAPH OF THE INSURING AGREEMENT IS REPLACED BY THE FOLLOWING:

INSURING AGREEMENT - *WE WILL PAY ALL SUMS *YOU LEGALLY MUST PAY AS DAMAGES FOR *LOSS TO *CUSTOMER'S *AUTOS, EXCEPT AS EXCLUDED OR AS STATED OTHERWISE IN THE DECLA-RATIONS.

EXCLUSIONS - THE FOLLOWING EXCLUSIONS ARE ADDED:

(P)  RESULTING FROM *YOUR ACCEPTING RESPONSIBILITY FOR *LOSS UNDER ANY AGREEMENT;

(Q)  TO TAPES, RECORDS, OR OTHER DEVICES DESIGNED FOR USE WITH SOUND REPRODUCING EQUIPMENT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0169

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 390
SEXUAL HARASSMENT PREVENTION TRAINING - DEDUCTIBLE WAIVER
COVERAGE PART 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING DEFINITION IS ADDED:

"*SEXUAL *HARASSMENT" MEANS UNWELCOME CONDUCT OF A SEXUAL
NATURE THAT HAS A NEGATIVE EFFECT ON WHERE A PERSON WORKS,
LIVES, OR RECEIVES SERVICES. IT CAN BE VERBAL OR PHYSICAL IN
NATURE. UNWELCOME ATTENTION INCLUDES ANY ATTENTION THAT A
REASONABLE PERSON WOULD KNOW IS UNWANTED OR UNWELCOME.

DEDUCTIBLES - THE FOLLOWING IS ADDED TO THE SECOND PARAGRAPH OF
THIS CONDITION:

*WE WILL WAIVE THE DEDUCTIBLE FROM AMOUNTS PAYABLE FOR DE-
FENSE COSTS, IF A CLAIM OR *SUIT ARISING OUT OF *SEXUAL
*HARASSMENT IS FILED AGAINST *YOU THAT RESULTED FROM THE
ALLEGED ACTS OF AN *INSURED WHO HAS SUCCESSFULLY COMPLETED
A SEXUAL HARASSMENT PREVENTION TRAINING PROGRAM. SUCH TRAIN-
ING PROGRAM MUST HAVE BEEN SPONSORED OR APPROVED BY *US.
*WE WILL NOT WAIVE THE DEDUCTIBLE IF ANY ACTS FOR WHICH THE
CLAIM OR *SUIT IS FILED OCCURRED PRIOR TO THE COMPLETION OF
TRAINING.

IF MORE THAN ONE SUCH CLAIM OR *SUIT IS FILED AGAINST *YOU
DURING THE POLICY PERIOD, *WE WILL NOT WAIVE THE DEDUCTIBLE
FOR THE SUBSEQUENT *SUITS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  5-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0170**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393          PAGE 1 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITIONS SECTION:

"*FUNGUS" MEANS ANY TYPE OR FORM OF FUNGUS, INCLUDING MOLD OR
MILDEW, AND ANY MYCOTOXINS, SPORES, SCENTS OR BY-PRODUCTS PRO-
DUCED OR RELEASED BY FUNGI.

THE FIRST SENTENCE OF EXCLUSION (I) OF EXCLUSIONS - PERILS IS RE-
PLACED WITH THE FOLLOWING:

    (I)   ANIMALS, BIRDS, DECAY; SMOG, SMOKE, VAPOR OR GAS FROM
        AGRICULTURAL OR INDUSTRIAL OPERATIONS; SETTLING, CRACK-
        ING, SHRINKAGE, BULGING OR EXPANSION OF FOUNDATIONS,
        WALLS, FLOORS, ROOFS OR CEILINGS.

EXCLUSIONS - PERILS IS CHANGED TO ADD THE FOLLOWING:

    (AA)  CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR
        STEAM WHICH OCCURS OVER A PERIOD OF TIME AND RESULTS IN
        DETERIORATION, CORROSION, RUST, WET ROT, DRY ROT OR BAC-
        TERIA. THIS EXCLUSION DOES NOT APPLY TO COVERAGE PRO-
        VIDED UNDER ITEM (2) OF THE DEFINITION OF *SPECIFIED
        *PERILS;

    (BB)  *FUNGUS, WET ROT, DRY ROT AND BACTERIA. PRESENCE,
        GROWTH, PROLIFERATION, SPREAD OR ANY ACTIVITY OF
        *FUNGUS, WET ROT, DRY ROT OR BACTERIA.

        HOWEVER, IF *FUNGUS, WET ROT, DRY ROT OR BACTERIA RE-
        SULTS IN AN ENSUING *LOSS FROM ITEMS (1) THROUGH (3)
        OF *SPECIFIED *PERILS, *WE WILL PAY FOR THE *LOSS OR
        DAMAGE CAUSED BY THAT *SPECIFIED *PERILS *LOSS.

        THIS EXCLUSION DOES NOT APPLY:

        1.   WHEN *FUNGUS, WET ROT, DRY ROT OR BACTERIA
            RESULTS FROM FIRE OR LIGHTNING; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0171**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 2 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

2.   TO THE EXTENT THAT COVERAGE IS PROVIDED BELOW
IN ITEM (D) OF SUPPLEMENTAL LIMITS FOR *LOSS
OR DAMAGE FROM OTHER THAN FIRE OR LIGHTNING.

THE SUPPLEMENTAL LIMITS CONDITION IS CHANGED TO ADD THE FOLLOWING:

IF *BUILDING, *CONTENTS, *EQUIPMENT OR *STOCK ARE INSURED:

(D)   LIMITED COVERAGE FOR *FUNGUS, WET ROT, DRY ROT AND
BACTERIA

1.   THE COVERAGE DESCRIBED IN (D)2., (D)5. AND
(D)6. ONLY APPLIES WHEN THE *FUNGUS, WET ROT,
DRY ROT OR BACTERIA IS THE RESULT OF A *LOSS
FROM *SPECIFIED *PERILS OTHER THAN FIRE OR
LIGHTNING THAT OCCURS DURING THE POLICY PERIOD
AND ONLY IF ALL REASONABLE MEANS WERE USED TO
SAVE AND PRESERVE THE PROPERTY FROM FURTHER
DAMAGE AT THE TIME OF AND AFTER THAT *LOSS.

2.   *WE WILL PAY FOR *LOSS OR DAMAGE CAUSED BY
*FUNGUS, WET ROT, DRY ROT OR BACTERIA. AS
USED IN THIS SUPPLEMENTAL COVERAGE, THE TERM
*LOSS OR DAMAGE MEANS:

A.   DIRECT PHYSICAL *LOSS OR DAMAGE TO CO-
VERED PROPERTY CAUSED BY *FUNGUS, WET
ROT, DRY ROT OR BACTERIA, INCLUDING THE
COST OF REMOVAL OF THE *FUNGUS, WET ROT,
DRY ROT OR BACTERIA;

B.   THE COST TO TEAR OUT AND REPLACE ANY PART
OF THE *BUILDING OR OTHER PROPERTY AS
NEEDED TO GAIN ACCESS TO THE *FUNGUS,
WET ROT, DRY ROT OR BACTERIA; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0172

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 3 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

C.   THE COST OF TESTING PERFORMED AFTER RE-
MOVAL, REPAIR, REPLACEMENT OR RESTORATION
OF THE DAMAGED PROPERTY IS COMPLETED,
PROVIDED THERE IS A REASON TO BELIEVE
THAT *FUNGUS, WET ROT, DRY ROT OR BAC-
TERIA ARE PRESENT.

3.   THE COVERAGE DESCRIBED UNDER (D)2. OF THIS
LIMITED COVERAGE IS LIMITED TO $15,000. RE-
GARDLESS OF THE NUMBER OF CLAIMS, THIS LIMIT
IS THE MOST *WE WILL PAY FOR THE TOTAL OF ALL
*LOSS OR DAMAGE ARISING OUT OF ALL OCCURREN-
CES OF *SPECIFIED *PERILS (OTHER THAN FIRE OR
LIGHTNING) WHICH TAKE PLACE IN A 12-MONTH
PERIOD (STARTING WITH THE BEGINNING OF THE
PRESENT ANNUAL POLICY PERIOD). WITH RESPECT TO
A PARTICULAR OCCURRENCE OF *LOSS WHICH RE-
SULTS IN *FUNGUS, WET ROT, DRY ROT OR BAC-
TERIA, *WE WILL NOT PAY MORE THAN A TOTAL OF
$15,000 EVEN IF THE *FUNGUS, WET ROT, DRY ROT
OR BACTERIA CONTINUES TO BE PRESENT OR ACTIVE,
OR RECURS, IN A LATER POLICY PERIOD.

4.   NOTWITHSTANDING ANY PROVISION OF THIS POLICY
TO THE CONTRARY, THE COVERAGE PROVIDED UNDER
THIS LIMITED COVERAGE SHALL NOT INCREASE THE
APPLICABLE LIMIT OF INSURANCE ON ANY COVERED
PROPERTY UNDER THE MOST WE WILL PAY. IF A PAR-
TICULAR OCCURRENCE RESULTS IN *LOSS OR DAMAGE
BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, AND
OTHER *LOSS OR DAMAGE, *WE WILL NOT PAY MORE,
FOR THE TOTAL OF ALL *LOSS OR DAMAGE, THAN
THE APPLICABLE LIMIT OF INSURANCE ON THE
AFFECTED COVERED PROPERTY.

IF THERE IS A COVERED *LOSS OR DAMAGE TO
COVERED PROPERTY, NOT CAUSED BY *FUNGUS, WET
ROT, DRY ROT OR BACTERIA, *OUR *LOSS PAYMENT
WILL NOT BE LIMITED BY THE TERMS OF THIS

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0173**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393          PAGE 4 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

LIMITED COVERAGE, EXCEPT TO THE EXTENT THAT
*FUNGUS, WET ROT, DRY ROT OR BACTERIA CAUSES
AN INCREASE IN THE *LOSS SUBJECT TO THE PARA-
GRAPH ABOVE, ANY SUCH INCREASE IN THE *LOSS
WILL BE SUBJECT TO THE TERMS OF THIS LIMITED
COVERAGE.

5.  WHEN ENDORSEMENT 080 - BUSINESS INCOME CON-
    TINUATION IS SHOWN IN THE DECLARATIONS AS AP-
    PLICABLE TO THE *LOCATION AND IF THE SUSPEN-
    SION OF *YOUR BUSINESS SATISFIES ALL TERMS
    AND CONDITIONS OF ENDORSEMENT 080, THE FOL-
    LOWING 5.A. AND 5.B. APPLIES:

    A.  IF THE *LOSS WHICH RESULTED IN *FUNGUS,
        WET ROT, DRY ROT OR BACTERIA DOES NOT IN
        ITSELF NECESSITATE A SUSPENSION OF *YOUR
        BUSINESS, BUT SUCH SUSPENSION IS NECES-
        SARY DUE TO *LOSS OR DAMAGE TO PROPERTY
        CAUSED BY *FUNGUS, WET ROT, DRY ROT OR
        BACTERIA, THEN *WE WILL PAY *YOU 1/30
        OF THE MONTHLY *BUSINESS *INCOME *CON-
        TINUATION LIMIT SHOWN IN THE DECLARA-
        TIONS, LESS THE AVERAGE DAILY *GROSS
        *PROFIT *YOU ACTUALLY EARN FOLLOWING THE
        *LOSS. THE *RECOVERY *PERIOD IS FOR NO
        MORE THAN 30 DAYS. THE DAYS NEED NOT BE
        CONSECUTIVE. THE PERIOD OF SUSPENSION
        BEGINS 72 HOURS AFTER THE TIME OF *LOSS
        TO SUCH PROPERTY.

    B.  IF A COVERED SUSPENSION OF *YOUR BUSI-
        NESS WAS CAUSED BY *LOSS OR DAMAGE OTHER
        THAN *FUNGUS, WET ROT, DRY ROT OR BAC-
        TERIA BUT REMEDIATION OF *FUNGUS, WET
        ROT, DRY ROT OR BACTERIA PROLONGS THE
        PERIOD OF SUSPENSION, *WE WILL PAY FOR
        *BUSINESS *INCOME *CONTINUATION SUSTAINED

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0174

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 5 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

DURING THE DELAY (REGARDLESS OF WHEN SUCH
A DELAY OCCURS DURING THE PERIOD OF SUS-
PENSION), BUT SUCH COVERAGE IS LIMITED
TO 30 DAYS. THE DAYS NEED NOT BE CONSECU-
TIVE.

THE EXTENDED RECOVERY PERIOD DOES NOT APPLY TO
ITEMS 5.A. OR 5.B. ABOVE.

6.   WHEN ENDORSEMENT 0191 - BUSINESS RECOVERY EX-
PENSE IS SHOWN IN THE DECLARATIONS AS APPLICA-
BLE TO THE *LOCATION AND IF THE SUSPENSION OF
*YOUR BUSINESS SATISFIES ALL TERMS AND CON-
DITIONS OF ENDORSEMENT 191, THE FOLLOWING 6.A.
AND 6.B. APPLIES:

A.   IF THE *LOSS WHICH RESULTED IN *FUNGUS,
WET ROT, DRY ROT OR BACTERIA DOES NOT IN
ITSELF NECESSITATE A SUSPENSION OF *YOUR
BUSINESS, BUT SUCH SUSPENSION IS NECES-
SARY DUE TO *LOSS OR DAMAGE TO PROPERTY
CAUSED BY *FUNGUS, WET ROT, DRY ROT OR
BACTERIA, THEN THE *RECOVERY *PERIOD IS
CHANGED TO NO MORE THAN 30 DAYS. THE DAYS
NEED NOT BE CONSECUTIVE. THE PERIOD OF
SUSPENSION BEGINS 72 HOURS AFTER THE
TIME OF *LOSS TO SUCH PROPERTY.

B.   IF A COVERED SUSPENSION OF *YOUR BUSINESS
WAS CAUSED BY *LOSS OR DAMAGE OTHER THAN
*FUNGUS, WET ROT, DRY ROT OR BACTERIA
BUT REMEDIATION OF *FUNGUS, WET ROT, DRY
ROT OR BACTERIA PROLONGS THE *RECOVERY
*PERIOD *WE WILL PAY FOR *EXTRA *EXPENSE
AND REDUCTION OF *BUSINESS *INCOME *YOU
SUSTAINED DURING THE DELAY (REGARDLESS
OF WHEN SUCH A DELAY OCCURS DURING THE
*RECOVERY *PERIOD) BUT SUCH COVERAGE IS
LIMITED TO 30 DAYS. THE DAYS NEED NOT BE
CONSECUTIVE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0175

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 404
COINSURANCE CONDITION REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FIRST PARAGRAPH OF THE COINSURANCE CONDITION IS REPLACED BY
THE FOLLOWING:

COINSURANCE - *WE WILL NOT PAY THE FULL AMOUNT OF ANY *LOSS IF
THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF
*LOSS MULTIPLIED BY THE COINSURANCE PERCENTAGE (SHOWN IN THE
DECLARATIONS FOR THE PROPERTY) IS GREATER THAN THE LIMIT STATED
IN THE DECLARATIONS FOR THE PROPERTY AT THAT *LOCATION.

*WE WILL DETERMINE THE *ACTUAL *CASH *VALUE OF THE INSURED PRO-
PERTY AT THE TIME OF *LOSS, AND MULTIPLY IT BY THE COINSURANCE
PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) TO OBTAIN
THE "PROPER AMOUNT" OF INSURANCE *YOU SHOULD HAVE PURCHASED. *WE
WILL DIVIDE THE LIMIT FOR THE PROPERTY BY THE "PROPER AMOUNT" TO
OBTAIN THE "RECOVERY RATIO". IF THE RECOVERY RATIO IS LESS THAN
1.00, *WE WILL MULTIPLY THE AMOUNT OF THE *LOSS (BEFORE APPLYING
ANY DEDUCTIBLE) BY THE "RECOVERY RATIO" TO DETERMINE THE "AMOUNT
PAYABLE". THE AMOUNT OF *OUR PAYMENT WILL BE THE LESSER OF THE
"AMOUNT PAYABLE" OR THE LIMIT STATED IN THE DECLARATIONS FOR THE
*LOCATION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0176**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 408
BLANKET LIMITS REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO *LOSS TO THE PROPERTY SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT, THE FOLLOWING IS ADDED TO THE MOST
WE WILL PAY CONDITION.

    (H)  IF THE LIMIT APPLIES TO MORE THAN ONE *LOCATION, THE
        MOST *WE WILL PAY FOR *LOSS AT ANY ONE *LOCATION IS
        THE PROPORTION THAT THE *ACTUAL *CASH *VALUE AT THAT
        *LOCATION BEARS TO THE *ACTUAL *CASH *VALUE OF THE
        INSURED PROPERTY AT ALL *LOCATIONS INCLUDED IN THAT
        LIMIT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                         EDITION  1-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0177**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 410
STATUTORY RIGHT OF PRIVACY EXCLUSION
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 500 AND 950 -- THE DEFINITION OF *INJURY GROUP 3
IS REPLACED BY THE FOLLOWING:

GROUP 3 - FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVIC-
TION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF
PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE
NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF PO-
SSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR IN-
VASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 970, DEFINITION OF *INJURY -- PART (3) IS REPLACED
BY THE FOLLOWING:

(3)  FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL DETENTION,
ABUSE OF PROCESS, WRONGFUL EVICTION, MALICIOUS PROSE-
CUTION, LIBEL, SLANDER, DEFAMATION, PRIVATE NUISANCE
(EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSES-
SION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVA-
SION OF THE RIGHT OF PRIVACY;

COVERAGE PART 980, DEFINITION OF *INJURY -- PART (3) IS REPLACED
BY THE FOLLOWING:

(3)  FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION,
WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF
PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER,
PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE
RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW
CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PARTS 500, 950, 970 AND 980, EXCLUSIONS -- THE FOLLOWING
EXCLUSION IS ADDED:

(U)  *INJURY WHEN A CLAIM FOR INVASION OF THE RIGHT OF
PRIVACY IS A STATUTORY VIOLATION;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 418
VIDEO EQUIPMENT IN AUTOS
COVERAGE PARTS 300 AND 900
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 300 AND 900 -- EXCLUSION (N), "THIS DOES NOT APPLY
TO" -- PART (1) IS REPLACED BY THE FOLLOWING:

    (1)  TAPE DECKS, COMPACT DISK PLAYERS, VIDEO CASSETTE RE-
          CORDERS, DIGITAL VIDEO DISK PLAYERS, VIDEO CAMERAS,
          OTHER SOUND REPRODUCING EQUIPMENT, OR A DEVICE FOR
          VIEWING VISUAL IMAGES, WHEN ANY OF THE ABOVE ARE PER-
          MANENTLY INSTALLED IN, AND ANTENNAS PERMANENTLY AT-
          TACHED TO, THE *COVERED *AUTO;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0179

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 429                    PAGE 1 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRE-
TARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO
BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK
INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE
ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY
OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT
OF TERRORISM.

THE FOLLOWING EXCLUSION IS ADDED:

CERTIFIED ACT OF TERRORISM EXCLUSION

> *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION
> *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
> *SUIT CAUSED, DIRECTLY OR INDIRECTLY BY A *CERTIFIED *ACT
> *OF *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING
> AGAINST ANY *CERTIFIED *ACT *OF *TERRORISM. SUCH *ACCIDENT,
> *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS,
> *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY
> OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY
> SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAMAGES,
> *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

EXCEPTIONS TO THE CERTIFIED ACT OF TERRORISM EXCLUSION

THIS EXCLUSION DOES NOT APPLY:

1.   FOR COVERAGE PART 330, TO *LOSS BY FIRE TO PROPERTY LOCATED
     IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A
     STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT
     REQUIRE CONFORMITY WITH RESPECT TO A *CERTIFIED *ACT *OF
     *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0180**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 429                           PAGE 2 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

IN THESE STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS
IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE
TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT AND *STOCK OR
*EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT
APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT
NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RE-
COVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASE-
HOLD INTEREST.

2.   TO ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES,
     *INJURY, *LOSS *OCCURRENCE, CLAIM OR *SUIT IN THE UNITED
     STATES, ITS TERRITORIES AND POSSESIONS, AND PUERTO RICO IF
     THE *CERTIFIED *ACT *OF *TERRORISM RESULTS IN INSURED DAMAGE
     TO ALL TYPES OF PROPERTY IN THOSE LOCATIONS OF LESS THAN
     $25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD
     IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED
     BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY SUCH
     TERRORISM AND BUSINESS INTERRUPTION LOSSES SUSTAINED BY
     OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE
     OF THIS PROVISION, INSURED DAMAGE MEANS DAMAGE THAT IS
     COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED
     BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY TERRORISM
     EXCLUSIONS.

THE FOLLOWING CONDITION IS ADDED:

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF
COVERAGE CONTINUE TO APPLY IN THE EVENT OF ANY *ACCIDENT,
*COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS,
*OCCURRENCE, CLAIM OR *SUIT RESULTING FROM A *CERTIFIED *ACT
*OF *TERRORISM OR ANY OTHER ACT OF TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0181**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 431        PAGE 1 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITIONS ARE ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRE-
TARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO
BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK
INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE
ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY
OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT
OF TERRORISM.

"*OTHER *ACT *OF *TERRORISM" MEANS A VIOLENT ACT OR AN THAT IS
DANGEROUS TO HUMAN LIFE, PROPERTY OR INFRASTRUCTURE THAT IS COM-
MITTED BY AN INDIVIDUAL OR INDIVIDUALS AND THAT APPEARS TO BE
PART OF AN EFFORT TO COERCE A CIVILIAN POPULATION OR TO INFLUENCE
THE POLICY OR AFFECT THE CONDUCT OF ANY GOVERNMENT BY COERCION,
BUT THAT IS NOT A *CERTIFIED *ACT *OF *TERRORISM. ALL *OTHER
*ACTS *OF *TERRORISM THAT OCCUR WITHIN A SEVENTY-TWO (72) HOUR
PERIOD AND WHICH APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A
RELATED PURPOSE OR COMMON LEADERSHIP SHALL BE DEEMED A SINGLE
*OTHER *ACT *OF *TERRORISM.

"*TERRORISM" MEANS A *CERTIFIED *ACT *OF *TERRORISM OR AN *OTHER
*ACT *OF *TERRORISM.

THE FOLLOWING EXCLUSION IS HEREBY ADDED:

*TERRORISM EXCLUSION - BIOLOGICAL OR CHEMICAL

*WE WILL NOT PAY FOR *LOSS OR DAMAGE CAUSED DIRECTLY OR INDI-
RECTLY BY *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING
AGAINST *TERRORISM. SUCH *LOSS OR DAMAGE IS EXCLUDED REGARDLESS
OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN
ANY SEQUENCE TO THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0182**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 431  PAGE 2 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

HOWEVER, THIS EXCLUSION APPLIES ONLY IF ONE OR MORE OF THE FOLLOW-
ING ARE ATTRIBUTABLE TO SUCH ACT:

(1) THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR
    APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMI-
    CAL MATERIALS; OR

(2) PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE
    RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM
    WAS TO RELEASE SUCH MATERIALS.

THIS EXCLUSION DOES NOT APPLY TO A *CERTIFIED *ACT *OF *TERRORISM
WHEN SUCH COVERAGE IS PROVIDED BY THIS POLICY, AS INDICATED IN THE
POLICY DECLARATIONS.

EXCEPTION FOR CERTAIN FIRE LOSSES

FOR COVERAGE PART 330, THE FOLLOWING EXCEPTION TO THE *TERRORISM
EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES WITH
STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE
INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RE-
SPECT TO *TERRORISM.

IN THESE STATES, IF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR
THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CON-
TENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT
FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR
EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINU-
ATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA
*EXPENSE OR LEASEHOLD INTEREST.

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COV-
ERAGE CONTINUE TO APPLY IN THE EVENT OF *LOSS OR DAMAGE RESULTING
FROM *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0183

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED WITH THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND
SUPPLIES OWNED BY *YOUR EMPLOYEES WHEN (1) IN *YOUR BUILDING,
IN TRANSIT OR TEMPORARILY AT A PREMISES NOT OWNED, RENTED,
LEASED, OPERATED OR CONTROLLED BY *YOU, PROVIDED SUCH PROP-
ERTY IS BEING USED IN THE CONDUCT OF *YOUR BUSINESS; OR (2)
NOT BEING USED IN THE CONDUCT OF *YOUR BUSINESS IF SUCH PROP-
ERTY IS IN AN *AUTO OWNED OR LEASED BY *YOU.

THE FOLLOWING IS ADDED TO EXCLUSIONS - PROPERTY:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE
*TOOLS, *WE WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTEN-
DED *AUTO, UNLESS AT THE TIME OF THEFT ITS WINDOWS, DOORS
AND COMPARTMENTS WERE CLOSED AND LOCKED, AND THERE ARE VISI-
BLE SIGNS THAT THE THEFT WAS A RESULT OF FORCED ENTRY, BUT
THIS EXCLUSION DOES NOT APPLY TO PROPERTY IN THE CUSTODY OF
A CARRIER FOR HIRE.

THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE
*TOOLS, THE MOST *WE WILL PAY FOR ANY ONE LOSS IS $25,000.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0184

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 467
VIOLATION OF COMMUNICATION OR INFORMATION LAW
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING EXCLUSION IS ADDED:

THIS INSURANCE DOES NOT APPLY TO:

VIOLATION OF COMMUNICATION OR INFORMATION LAW

*INJURY RESULTING FROM OR ARISING OUT OF ANY ACTUAL OR ALLEGED VIOLATION OF:

A.  THE FEDERAL TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. SECTION 227), DRIVERS PRIVACY PROTECTION ACT (18 U.S.C. SECTION 2721-2725) OR CONTROLLING THE ASSAULT OF NON-SOLICITED PORNOGRAPHY AND MARKETING ACT (15 U.S.C. SECTION 7701, ET SEQ.); OR

B.  ANY OTHER FEDERAL, STATE OR LOCAL STATUTE, REGULATION OR ORDINANCE THAT IMPOSES LIABILITY FOR THE:

(1)  UNLAWFUL USE OF TELEPHONE, ELECTRONIC MAIL, INTERNET, COMPUTER, FACSIMILE MACHINE OR OTHER COMMUNICATION OR TRANSMISSION DEVICE; OR

(2)  UNLAWFUL USE, COLLECTION, DISSEMINATION, DISCLOSURE OR REDISCLOSURE OF PERSONAL INFORMATION IN ANY MANNER BY ANY *INSURED OR ON BEHALF OF ANY *INSURED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0185**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472                PAGE 1 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

APPLICABILITY OF THE PROVISIONS OF THIS ENDORSEMENT

1.  THE PROVISIONS OF THIS ENDORSEMENT WILL BECOME APPLICABLE COM-
    MENCING ON THE DATE WHEN ONE OR MORE OF THE FOLLOWING FIRST
    OCCURS:

    A.  THE FEDERAL TERRORISM RISK INSURANCE PROGRAM ("PROGRAM"),
        ESTABLISHED BY THE TERRORISM RISK INSURANCE ACT OF 2002,
        HAS TERMINATED WITH RESPECT TO THE TYPE OF INSURANCE PRO-
        VIDED UNDER THIS COVERAGE PART; OR

    B.  A RENEWAL, EXTENSION OR CONTINUATION OF THE PROGRAM HAS
        BECOME EFFECTIVE WITHOUT A REQUIREMENT TO MAKE *TERRORISM
        COVERAGE AVAILABLE TO *YOU AND WITH REVISIONS THAT:

        (1)  INCREASE OUR STATUTORY PERCENTAGE DEDUCTIBLE UNDER THE
             PROGRAM FOR *TERRORISM LOSSES. (THAT DEDUCTIBLE DE-
             TERMINES THE AMOUNT OF ALL CERTIFIED *TERRORISM LOSSES
             *WE MUST PAY IN A CALENDAR YEAR BEFORE THE FEDERAL
             GOVERNMENT SHARES IN SUBSEQUENT PAYMENT OF CERTIFIED
             *TERRORISM LOSSES.); OR

        (2)  DECREASE THE FEDERAL GOVERNMENT'S STATUTORY PERCENTAGE
             SHARE IN POTENTIAL *TERRORISM LOSSES ABOVE SUCH A
             DEDUCTIBLE; OR

        (3)  REDEFINE TERRORISM OR MAKE INSURANCE COVERAGE FOR
             *TERRORISM SUBJECT TO PROVISIONS OR REQUIREMENTS THAT
             DIFFER FROM THOSE THAT APPLY TO OTHER TYPES OF EVENTS
             OR *OCCURRENCES UNDER THIS COVERAGE PART.

    THE PROGRAM IS SCHEDULED TO TERMINATE AT THE END OF DECEMBER 31,
    2005 UNLESS RENEWED, EXTENDED OR OTHERWISE CONTINUED BY THE
    FEDERAL GOVERNMENT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472              PAGE 2 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

2.  IF THE PROVISIONS OF THIS ENDORSEMENT BECOME APPLICABLE, SUCH
    PROVISIONS:

    A.  SUPERSEDE ANY *TERRORISM ENDORSEMENT ALREADY ENDORSED TO
        THIS POLICY THAT ADDRESSES *CERTIFIED *ACTS *OF *TERRORISM
        OR *OTHER *ACTS *OF *TERRORISM, BUT ONLY WITH RESPECT TO
        LOSS OR DAMAGE FROM AN INCIDENT(S) OF *TERRORISM (HOWEVER
        DEFINED) THAT OCCURS ON OR AFTER THE DATE WHEN THE PROVI-
        SIONS OF THIS ENDORSEMENT BECOME APPLICABLE; AND

    B.  REMAIN APPLICABLE UNLESS *WE NOTIFY *YOU OF CHANGES IN
        THESE PROVISIONS IN RESPONSE TO FEDERAL LAW.

3.  IF THE PROVISIONS OF THIS ENDORSEMENT DO NOT BECOME APPLICABLE,
    ANY *TERRORISM ENDORSEMENT ALREADY ENDORSED TO THIS POLICY THAT
    ADDRESSES *CERTIFIED *ACTS *OF *TERRORISM OR *OTHER *ACTS *OF
    *TERRORISM WILL CONTINUE IN EFFECT UNLESS *WE NOTIFY *YOU
    OF CHANGES TO THAT ENDORSEMENT IN RESPONSE TO FEDERAL LAW.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*TERRORISM" MEANS ACTIVITIES AGAINST PERSONS, ORGANIZATIONS OR
PROPERTY OF ANY NATURE:

1.  THAT INVOLVE THE FOLLOWING OR PREPARATION FOR THE FOLLOWING:

    A.  USE OF THREAT OF FORCE OR VIOLENCE; OR

    B.  COMMISSION OR THREAT OF A DANGEROUS ACT; OR

    C.  COMMISSION OR THREAT OF AN ACT THAT INTERFERES WITH OR DIS-
        RUPTS AN ELECTRONIC, COMMUNICATION, INFORMATION OR MECHANI-
        CAL SYSTEM; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0187**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

```
                    ENDORSEMENT NO. 472              PAGE 3 OF 6
               CONDITIONAL EXCLUSION OF TERRORISM
          (RELATING TO DISPOSITION OF FEDERAL TERRORISM
                RISK INSURANCE ACT OF 2002)
          ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
                         UNICOVER V
```

2.  WHEN ONE OR BOTH OF THE FOLLOWING APPLIES:

   A.  THE EFFECT IS TO INTIMIDATE OR COERCE A GOVERNMENT OR THE
       CIVILIAN POPULATION OR ANY SEGMENT THEREOF, OR TO DISRUPT
       ANY SEGMENT OF THE ECONOMY; OR

   B.  IT APPEARS THAT THE INTENT IS TO INTIMIDATE OR COERCE A
       GOVERNMENT, OR TO FURTHER POLITICAL, IDEOLOGICAL, RELIGIOUS,
       SOCIAL OR ECONOMIC OBJECTIVES OR TO EXPRESS (OR EXPRESS
       OPPOSITION TO) A PHILOSOPHY OR IDEOLOGY.

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

(AA)  *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION
      *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
      *SUIT CAUSED DIRECTLY OR INDIRECTLY BY AN INCIDENT OF
      *TERRORISM OR BY ANY ACTION TAKEN IN HINDERING OR DEFENDING
      AGAINST AN ACTUAL OR EXPECTED INCIDENT OF *TERRORISM. SUCH
      *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY,
      *LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS
      OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR
      IN ANY SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAM-
      AGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
      *SUIT. BUT THIS EXCLUSION APPLIES ONLY WHEN ONE OR MORE OF
      THE FOLLOWING ARE ATTRIBUTED TO AN INCIDENT OF *TERRORISM:

      1.  THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL
          OR APPLICATION OF RADIOACTIVE MATERIAL, OR THROUGH THE
          USE OF A NUCLEAR WEAPON OR DEVICE THAT INVOLVES OR PRO-
          DUCES A NUCLEAR REACTION, NUCLEAR RADIATION OR RADIOACTIVE
          CONTAMINATION; OR

      2.  RADIOACTIVE MATERIAL IS RELEASED, AND IT APPEARS THAT ONE
          PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIAL; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                          EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0188**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

```
              ENDORSEMENT NO. 472          PAGE 4 OF 6
              CONDITIONAL EXCLUSION OF TERRORISM
      (RELATING TO DISPOSITION OF FEDERAL TERRORISM
               RISK INSURANCE ACT OF 2002)
      ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
                      UNICOVER V
```

3.  THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL
    OR APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR
    CHEMICAL MATERIALS; OR

4.  PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS
    ARE RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE
    *TERRORISM WAS TO RELEASE SUCH MATERIALS; OR

5.  THE TOTAL OF INSURED DAMAGE TO ALL TYPES OF PROPERTY
    EXCEEDS $25,000,000. IN DETERMINING WHETHER THE
    $25,000,000 THRESHOLD IS EXCEEDED, *WE WILL INCLUDE ALL
    INSURED DAMAGE SUSTAINED BY PROPERTY OF ALL PERSONS AND
    ENTITIES AFFECTED BY THE *TERRORISM AND BUSINESS INTER-
    RUPTION LOSSES SUSTAINED BY OWNERS OR OCCUPANTS OF THE
    DAMAGED PROPERTY. FOR THE PURPOSE OF THIS PROVISION, IN-
    SURED DAMAGE MEANS DAMAGE THAT IS COVERED BY ANY INSURANCE
    PLUS DAMAGE THAT WOULD BE COVERED BY ANY INSURANCE BUT FOR
    THE APPLICATION OF ANY *TERRORISM EXCLUSIONS. MULTIPLE
    INCIDENTS OF *TERRORISM WHICH OCCUR WITHIN A 72-HOUR
    PERIOD AND APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE
    A RELATED PURPOSE OR COMMON LEADERSHIP WILL BE DEEMED TO
    BE ONE INCIDENT FOR THE PURPOSE OF DETERMINING WHETHER
    THE THRESHOLD IS EXCEEDED; OR

6.  WITH RESPECT TO LIABILITY COVERAGES PROVIDED BY COVERAGE
    PARTS 500, 530, 550, 900, 950 AND 980, FIFTY OR MORE
    PERSONS SUSTAIN DEATH OR SERIOUS PHYSICAL INJURY. FOR THE
    PURPOSES OF THIS PROVISION, SERIOUS PHYSICAL INJURY MEANS:

    A.  PHYSICAL INJURY THAT INVOLVES A SUBSTANTIAL RISK OF
        DEATH; OR

    B.  PROTRACTED AND OBVIOUS PHYSICAL DISFIGUREMENT; OR

    C.  PROTRACTED LOSS OF OR IMPAIRMENT OF THE FUNCTION OF
        A BODILY MEMBER OR ORGAN.

    ITEMS 5 AND 6 ABOVE DO NOT APPLY UNLESS ENDORSEMENT 429 -
    EXCLUSION OF CERTIFIED ACTS OF TERRORISM IS SHOWN IN THE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                                EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

**Exhibit B - 0189**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 472                PAGE 5 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

POLICY DECLARATIONS. HOWEVER, ITEM 5 WILL APPLY TO OFF-
PREMISES *BUSINESS *INCOME *CONTINUATION COVERAGE, IF ENDORSE-
MENT 125, ENDORSEMENT 126, OR ENDORSEMENT 127 IS SHOWN IN
THE POLICY DECLARATIONS, REGARDLESS OF WHEATHER ENDORSEMENT
429 APPEARS IN THE POLICY DECLARATIONS.

ITEMS 5 AND 6 DESCRIBE THE THRESHOLD USED TO MEASURE THE MAG-
NITUDE OF AN INCIDENT OF *TERRORISM AND THE CIRCUMSTANCES IN
WHICH THE THRESHOLD WILL APPLY, FOR THE PURPOSE OF DETERMIN-
ING WHETHER THIS EXCLUSION WILL APPLY TO THAT INCIDENT. WHEN
THE EXCLUSION APPLIES TO AN INCIDENT OF *TERRORISM, THERE IS
NO COVERAGE UNDER THESE COVERAGE PARTS.

WITH RESPECT TO COVERAGE PART 330, THIS EXCLUSION DOES NOT
APPLY TO *LOSS BY FIRE TO PROPERTY LOCATED IN THOSE STATES
WITH STATUTES THAT REQUIRE INSURERS TO CONFORM THEIR PROPERTY
POLICIES WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH
A STATE DOES NOT REQUIRE SUCH CONFORMITY WITH RESPECT TO AN
INCIDENT OF *TERRORISM.

IN THOSE STATES THAT REQUIRE SUCH CONFORMITY REGARDING AN IN-
CIDENT OF *TERRORISM, IF AN INCIDENT OF *TERRORISM RESULTS
IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL *LOSS OR DAM-
AGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT, *STOCK
OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES
NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING
BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, *BUSINESS
*RECOVERY *EXPENSE, *RENTS, *ADDITIONAL *EXTRA *EXPENSE OR
LEASEHOLD INTEREST.

WITH RESPECT TO *AUTO LIABILITY AND PERSONAL INJURY PROTEC-
TION COVERAGE, IF APPLICABLE, THIS EXCLUSION APPLIES ONLY TO
THE EXTENT THAT THE LIMIT OF SUCH COVERAGE EXCEEDS THE MINIMUM
LIMITS FOR EACH COVERAGE UNDER APPLICABLE STATE COMPULSORY OR
FINANCIAL RESPONSIBILITY LAWS.

WITH RESPECT TO UNINSURED OR UNDERINSURED MOTORISTS COVERAGE,
IF APPLICABLE, THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0190

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 472              PAGE 6 OF 6
                CONDITIONAL EXCLUSION OF TERRORISM
          (RELATING TO DISPOSITION OF FEDERAL TERRORISM
                    RISK INSURANCE ACT OF 2002)
          ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
                           UNICOVER V
```

THE LIMIT OF SUCH COVERAGE EXCEEDS THE MINIMUM STATUTORY PER-
MITTED LIMITS FOR UNINSURED OR UNDERINSURED MOTORISTS
COVERAGE. THOSE LIMITS ARE EQUAL TO THE MINIMUM LIMIT PER-
MITTED FOR LIABILITY COVERAGE.

APPLICATION OF OTHER EXCLUSIONS

1. WHEN ITEMS 1 OR 2 OF EXCLUSION (AA) APPLY, THE EXCLUSION APPLIES
   WITHOUT REGARD TO THE NUCLEAR HAZARD EXCLUSIONS IN ANY COVERAGE
   PARTS OF THIS POLICY.

2. THE TERMS AND LIMITATIONS OF ANY *TERRORISM EXCLUSION, OR THE
   INAPPLICABILITY OR OMISSION OF A *TERRORISM EXCLUSION, DO NOT
   SERVE TO CREATE COVERAGE FOR ANY LOSS OR DAMAGE WHICH WOULD
   OTHERWISE BE EXCLUDED UNDER ANY COVERAGE PART, SUCH AS LOSSES
   EXCLUDED BY ANY NUCLEAR HAZARD EXCLUSION OR ANY WAR AND MILITARY
   ACTION EXCLUSION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0191**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 475
          SILICA OR SILICA RELATED DUST EXCLUSION
          COVERAGE PARTS 500, 900, 950, 970 AND 980
                        UNICOVER V
```

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING DEFINITION IS ADDED:

"*SILICA" MEANS:

(1) ANY FORM OF CRYSTALLINE OR NON-CRYSTALLINE (AMORPHOUS)
    SILICA, SILICA PARTICLES, SILICA COMPOUNDS, SILICA DUST OR
    SILICA MIXED OR COMBINED WITH DUST OR OTHER PARTICLES; OR

(2) SYNTHETIC SILICA, INCLUDING PRECIPITATED SILICA, SILICA GEL,
    PYROGENIC OR FUMED SILICA OR SILICA-FLOUR.

THE FOLLOWING EXCLUSION IS ADDED:

THIS INSURANCE DOES NOT APPLY TO:

*INJURY, *COVERED *POLLUTION *DAMAGES, *OCCURRENCES, CLAIMS,
*SUITS CAUSED DIRECTLY OR INDIRECTLY BY THE ACTUAL, ALLEGED OR
THREATENED INHALATION, INGESTION, ABSORPTION, EXISTENCE OR
PRESENCE OF *SILICA OR *SILICA MIXED DUST. IN ADDITION, *WE WILL
NOT PAY FOR ANY *LOSS, COSTS OR EXPENSES ARISING OUT OF THE
ABATING, TESTING FOR, MONITORING, CLEANING UP, REMOVING, CONTAIN-
ING, TREATING, DETOXIFYING, NEUTRALIZING, REMEDIATING OR DISPOS-
ING OF, OR IN ANY MANNER RESPONDING TO OR ASSESSING THE EFFECTS
OF *SILICA BY ANY *INSURED OR BY ANY OTHER PERSON OR ENTITY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  2-2005
COPYRIGHT 2005 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit B - 0192**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 511
WELFARE AND PENSION BENEFIT PLAN
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN EMPLOYEE DISHONESTY INSURANCE IS SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT, SUCH INSURANCE IS CHANGED AS
FOLLOWS:

THE DEFINITION OF "*EMPLOYEE" IS CHANGED TO ADD:

WITH RESPECT TO ANY EMPLOYEE WELFARE AND PENSION
BENEFIT PLAN SHOWN IN THE DECLARATTONS AS AN *INSURED,
"*EMPLOYEE" MEANS ANY PERSON WHO IS (A) *YOUR DIRECTOR
OR TRUSTEE OR (B) A TRUSTEE, MANAGER, OFFICER OR
*EMPLOYEE OF SUCH PLAN, WHILE THEY ARE ENGAGED IN THE
HANDLING OF FUNDS OR OTHER PROPERTY OF SUCH PLAN OWNED,
CONTROLLED OR OPERATED BY *YOU.

PART (2) OF THE DEFINITION OF "*EMPLOYEE", AND EXCLUSION (A) DO
NOT APPLY TO ANY *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN
THIS ENDORSEMENT.

ANY DEDUCTIBLE SHOWN IN THE DECLARATIONS AS APPLICABLE TO
EMPLOYEE DISHONESTY DOES NOT APPLY TO *LOSS CAUSED BY ANY
*EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

IF THE *INSURED FIRST NAMED IN THE DECLARATIONS IS AN ENTITY
OTHER THAN A PLAN, ANY PAYMENT *WE MAKE TO THAT *INSURED FOR
*LOSS SUSTAINED BY ANY PLAN WILL BE HELD BY THAT *INSURED FOR
THE USE AND BENEFIT OF THE PLAN(S) SUSTAINING THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-1999
COPYRIGHT 1999 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit B - 0193