# E X H I B I T   C
# (4 of 4)

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 319
PAINTLESS DENT REPAIR
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 300 - THE HOW WE WILL PAY CONDITION IS REPLACED BY THE FOLLOWING:

AT *OUR OPTION, *WE WILL PAY FOR, REPAIR OR REPLACE THE DAMAGED OR STOLEN *COVERED *AUTO OR WILL REQUIRE *YOU TO REPLACE, REPAIR OR SUBLET REPAIRS TO SUCH *COVERED *AUTO. *WE WILL ALSO DECIDE WHICH REPAIR METHOD TO USE.

WHEN SETTLEMENT IS BASED ON REPLACEMENT OF A *COVERED *AUTO, IT WILL BE AT *YOUR ACTUAL COST, EXCLUSIVE OF *YOUR PROFIT, HOLDBACK OR OVERHEAD EXPENSES. WHEN SETTLEMENT IS BASED ON REPAIRS TO THE *COVERED *AUTO, THE MOST *WE WILL PAY IS 65% OF THE RETAIL CHARGES ON PARTS, MATERIALS, AND LABOR UNLESS STATED OTHERWISE IN THE DECLARATIONS. WHEN PAINTLESS DENT REPAIR IS USED, THE REPAIR PERCENTAGE THAT IS DESCRIBED ABOVE WILL NOT APPLY TO THAT PORTION OF REPAIRS THAT ARE MADE USING PAINTLESS DENT REPAIR. *WE WILL PAY THE ACTUAL COST FOR PARTS, MATERIALS AND LABOR WHEN *LOSS OCCURS, AND THE *COVERED *AUTO IS REPAIRED, 100 MILES OR MORE FROM *YOUR PLACE OF BUSINESS.

FROM THE AMOUNT OF *LOSS, AS DETERMINED ABOVE, *WE WILL SUBTRACT A REASONABLE AMOUNT FOR DEPRECIATION AS WELL AS THE APPLICABLE DEDUCTIBLE SHOWN IN THE DECLARATIONS. THE DEDUCTIBLE APPLIES TO EACH *COVERED *AUTO UNLESS STATED OTHERWISE IN THIS COVERAGE PART OR IN THE DECLARATIONS. WHEN MORE THAN ONE DEDUCTIBLE IS SHOWN FOR A PERIL OR *AUTO, THE DEDUCTIBLE PER *AUTO IS SHOWN FIRST, THEN THE DEDUCTIBLE PER *LOSS. WHEN PAINTLESS DENT REPAIR IS USED, THE DEDUCTIBLE PER *AUTO WILL BE REDUCED BY $250.

BEFORE PAYMENT OF THE *LOSS, *WE MAY TAKE ALL OR ANY PART OF THE SALVAGE AT THE AGREED OR APPRAISED VALUE. THERE WILL BE NO ABANDONMENT TO *US.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  5-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0142

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320              PAGE 1 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EMPLOYEE DISHONESTY - THE INSURING AGREEMENT FOR EMPLOYEE
DISHONESTY IS REPLACED BY THE FOLLOWING:

EMPLOYEE DISHONESTY

(1)   EMPLOYEE THEFT OR FORGERY

*WE WILL PAY FOR *LOSS RESULTING FROM *THEFT OR
*FORGERY COMMITTED BY AN *EMPLOYEE, WHETHER IDENTIFIED
OR NOT.

(2)   VICARIOUS LIABILITY

*WE WILL PAY FOR *LOSS SUSTAINED BY A THIRD PARTY AND
RESULTING DIRECTLY FROM *THEFT OR *FORGERY BY *YOUR
*EMPLOYEE, FOR WHICH *LOSS *YOU ARE HELD LEGALLY
LIABLE.

*YOU MAY NOT ASSUME ANY OBLIGATION, MAKE ANY OFFER OR
PAYMENT, OR INCUR ANY EXPENSES WITHOUT *OUR CONSENT,
EXCEPT AT *YOUR OWN COST.

COVERAGE FOR VICARIOUS LIABILITY AS DESCRIBED ABOVE
SHALL BE PART OF, AND NOT IN ADDITION TO, THE EMPLOYEE
DISHONESTY LIMIT DISPLAYED IN THE POLICY DECLARATIONS.
PAYMENT UNDER VICARIOUS LIABILITY SHALL REDUCE THE
APPLICABLE LIMIT FOR EMPLOYEE DISHONESTY.

*WE WILL PAY REASONABLE DEFENSE COSTS ACTUALLY INCURRED
TO DEFEND *YOU IN ANY LEGAL PROCEEDING ALLEGING SUCH
VICARIOUS LIABILITY ON *YOUR PART FOR ACTS OF *YOUR
EMPLOYEE AS DESCRIBED IN PART (2) OF THIS INSURING
AGREEMENT. SUCH DEFENSE COVERAGE SHALL BE PART OF, AND
NOT IN ADDITION TO, THE EMPLOYEE DISHONESTY LIMIT DIS-
PLAYED IN THE POLICY DECLARATIONS. PAYMENT OF SUCH
DEFENSE COSTS SHALL REDUCE THE APPLICABLE LIMIT OF
INSURANCE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0143

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320                    PAGE 2 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

REGARDING EMPLOYEE DISHONESTY, THE FOLLOWING DEFINITION IS CHANGED:

"*EMPLOYEE" MEANS A NATURAL PERSON WHILE IN *YOUR SERVICE (AND UNDER EMPLOYEE DISHONESTY AND *DEPOSITOR'S *FORGERY, 60 DAYS THEREAFTER) DURING THE COVERAGE PERIOD WHOM *YOU PAY A SALARY, WAGE, OR COMMISSION. IT ALSO MEANS A NATURAL PERSON WHILE IN *YOUR SERVICE (AND UNDER EMPLOYEE DISHONESTY AND *DEPOSITOR'S *FORGERY, 60 DAYS THEREAFTER) DURING THE COVERAGE PART PERIOD WHO IS EMPLOYED BY AN EMPLOYMENT CONTRACTOR. *EMPLOYEE DOES NOT MEAN ANYONE:

(1)    *YOU DO NOT HAVE THE RIGHT TO CONTROL OR DIRECT AS TO DETAILS AND MEANS BY WHICH THE RESULT IS ACCOMPLISHED;

(2)    WHO IS CORPORATE DIRECTOR OR TRUSTEE EXCEPT WHILE PERFORMING ACTS WITHIN THE SCOPE OF THE USUAL DUTIES OF AN *EMPLOYEE;

(3)    WHO IS AN AGENT, BROKER, FACTOR, COMMISSION MERCHANT, CONSIGNEE, INDEPENDENT CONTRACTOR OR REPRESENTATIVE OF THE SAME GENERAL CHARACTER;

(4)    OUTSIDE THE POLICY TERRITORY, EXCEPT TO THOSE *EMPLOYEES TEMPORARILY OUTSIDE THE POLICY TERRITORY FOR A PERIOD OF NOT MORE THAN 90 DAYS.

REGARDING EMPOLEYEE DISHONESTY, THE FOLLOWING DEFINITIONS ARE ADDED:

"*FORGERY" MEANS THE SIGNING OF THE NAME OF ANOTHER PERSON OR ORGANIZATION WITH INTENT TO DECEIVE. IT DOES NOT MEAN A SIGNATURE WHICH CONSISTS IN WHOLE OR IN PART OF ONE'S OWN NAME SIGNED WITH OR WITHOUT AUTHORITY, IN ANY CAPACITY, FOR ANY PURPOSE.

"*THEFT" MEANS THE UNLAWFUL TAKING OF *MONEY, *SECURITIES OR *OTHER *PROPERTY TO THE DEPRIVATION OF THE *INSURED. FOR PART (2) OF EMPLOYEE DISHONESTY, "*THEFT" MEANS AN *EM-PLOYEE UNLAWFULLY TAKING *MONEY, *SECURITIES OR *OTHER *PROPERTY TO THE DEPRIVATION OF SOMEONE OTHER THAN *YOU.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0144

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320           PAGE 3 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

WHERE *LOSS INVOLVES A SERIES OF ACTS, COVERAGE IS PROVIDED FOR ONLY THOSE ACTS IN THE SERIES THAT OCCUR DURING THE COVERAGE PART PERIOD, EXCEPT AS PROVIDED UNDER THE LOSS UNDER PRIOR BOND OR INSURANCE CONDITION.

EXCLUSION (I) IS REPLACED BY THE FOLLOWING:

(I)  UNDER EMPLOYEE DISHONESTY, TO THAT PART OF ANY *LOSS WHERE PROOF OF ITS EXISTENCE OR AMOUNT IS DEPENDENT UPON AN INVENTORY COMPUTATION OR A PROFIT AND LOSS COMPU- TATION. HOWEVER, WHERE *YOU ESTABLISH WHOLLY APART FROM SUCH COMPUTATIONS THAT *YOU HAVE SUSTAINED SUCH A *LOSS, THEN *YOU MAY OFFER *YOUR INVENTORY RECORDS AND ACTUAL PHYSICAL COUNT OF INVENTORY IN SUPPORT OF THE AMOUNT OF *LOSS CLAIMED.

EXCLUSION (K) IS REPLACED BY THE FOLLOWING:

(K)  EXCEPT FOR VICARIOUS LIABILITY AND CLAIMS EXPENSE, THAT IS AN INDIRECT RESULT OF ANY ACT OR *LOSS, INCLUDING BUT NOT LIMITED TO:

(I)   BUSINESS INTERRUPTION OR LOSS OF USE OF THE *MONEY, *SECURITIES, OR *OTHER *PROPERTY;

(II)  COSTS, FEES OR OTHER EXPENSES INCURRED BY *YOU, UNLESS AUTHORIZED BY *US;

EXCLUSION (O) IS DELETED.

THE FOLLOWING CONDITION IS ADDED:

CLAIMS EXPENSE - *WE WILL PAY FOR REASONABLE EXPENSES INCURRED BY *YOU IN ORDER TO DETERMINE THE AMOUNT OF COVERED EMPLOYEE DISHONESTY *LOSS PAYABLE UNDER THIS POLICY. *WE WILL ONLY REIMBURSE *YOU FOR SUCH EXPENSES PROVIDED THE COVERED *LOSS EXCEEDS THE APPLICABLE DEDUCTIBLE INDEPENDENT OF SUCH EXPENSES.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0145

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320            PAGE 4 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

*WE WILL NOT PAY FOR A ROUTINE REVIEW OF *YOUR BOOKS AND
RECORDS. REIMBURSEMENT FOR SUCH EXPENSES WILL OCCUR AT THE
TIME OF *LOSS PAYMENT.

THE MOST *WE WILL PAY UNDER THIS CONDITION IS 20% OF THE
EMPLOYEE DISHONESTY LIMIT SHOWN IN THE DECLARATIONS, SUBJECT
TO A MAXIMUM OF $10,000. THIS AMOUNT APPLIES IN ADDITION TO
THE EMPLOYEE DISHONESTY LIMIT. THIS IS THE MOST *WE WILL
PAY FOR ANY ONE *LOSS UNDER ALL POLICIES ISSUED BY *US.

*PRIOR *FRAUD, *DISHONESTY OR *CANCELLATION CONDITION - ITEM
(A) IS REPLACED BY THE FOLLOWING:

    (A)   FROM THE MOMENT *YOU OR ANY OF *YOUR PARTNERS OR
          OFFICERS (NOT IN COLLUSION WITH SUCH *EMPLOYEE)
          POSSESSES KNOWLEDGE OF ANY FRAUDULENT OR DISHONEST ACT
          COMMITTED BY THE *EMPLOYEE, WHETHER OR NOT IN *YOUR
          SERVICE AT THE TIME OF THE ACT;

YOUR DUTIES AFTER LOSS - ITEM (3) IS REPLACED BY THE FOLLOWING:

    (3)   SUBMIT TO EXAMINATION UNDER OATH AT *OUR REQUEST, WHILE
          NOT IN THE PRESENCE OF ANY OTHER *INSURED AND AT SUCH
          TIMES AS MAY BE REASONABLY REQUIRED ABOUT ANY MATTER
          RELATING TO THIS INSURANCE OR THE *LOSS, INCLUDING
          *YOUR BOOKS AND RECORDS. IN THE EVENT OF AN EXAMINA-
          TION, AN *INSURED'S ANSWERS MUST BE SIGNED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0146

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 322
COMPUTER FRAUD AND FUNDS TRANSFER FRAUD          PAGE 1 OF 3
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

LOSS FROM WITHIN THE BUILDING - THE FOLLOWING CHANGES ARE MADE:

1)   ITEM (A) IS REPLACED BY THE FOLLOWING:

   (A)   OF *MONEY AND *SECURITIES BY THE ACTUAL DESTRUCTION,
         DISAPPEARANCE, OR WRONGFUL REMOVAL FROM THE *BUILDING
         OR ANY *BANK (EXCEPT FOR *COMPUTER *FRAUD *AND *FUNDS
         *TRANSFER *FRAUD);

2)   THE FOLLOWING ITEM IS ADDED TO THE INSURING AGREEMENT:

   (E)   FROM *COMPUTER *FRAUD *AND *FUNDS *TRANSFER *FRAUD.

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

   WHERE *LOSS INVOLVES A SERIES OF ACTS, COVERAGE IS PROVIDED
   FOR ONLY THOSE ACTS IN THE SERIES THAT OCCUR DURING THE
   COVERAGE PART PERIOD, EXCEPT AS PROVIDED UNDER THE LOSS
   UNDER PRIOR BOND OR INSURANCE CONDITION.

DEFINITIONS - THE FOLLOWING DEFINITIONS ARE ADDED:

   "*COMPUTER *FRAUD *AND *FUNDS *TRANSFER *FRAUD" MEANS:

   (1)   *LOSS OF OR DAMAGE TO *MONEY, *SECURITIES AND *OTHER
         *PROPERTY RESULTING DIRECTLY FROM THE USE OF ANY
         COMPUTER TO FRAUDULENTLY CAUSE A TRANSFER OF THAT
         PROPERTY FROM INSIDE THE PREMISES TO A PERSON OTHER
         THAN A *MESSENGER OR TO A PLACE OUTSIDE THE PREMISES;

   (2)   FRAUDULENT ELECTRONIC, TELEGRAPHIC, CABLE, TELETYPE,
         FACSIMILE OR TELEPHONE INSTRUCTIONS ISSUED TO A
         *FINANCIAL *INSTITUTION DIRECTING SUCH INSTITUTION TO
         DEBIT A *TRANSFER *ACCOUNT AND TO TRANSFER, PAY OR
         DELIVER *MONEY AND *SECURITIES FROM SUCH *TRANSFER
         *ACCOUNT WHICH INSTRUCTIONS PURPORT TO HAVE BEEN
         TRANSMITTED BY *YOU BUT WERE IN FACT FRAUDULENTLY
         TRANSMITTED BY SOMEONE OTHER THAN *YOU WITHOUT *YOUR
         KNOWLEDGE OR CONSENT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0147**

Case 3:07-cv-02858-SC    Document 5-12    Filed 06/22/2007    Page 8 of 48

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 322
COMPUTER FRAUD AND FUNDS TRANSFER FRAUD        PAGE 2 OF 3
COVERAGE PART 380
UNICOVER V

(3)  FRAUDULENT WRITTEN INSTRUCTIONS ISSUED TO A *FINANCIAL
     *INSTITUTION DIRECTING SUCH INSTITUTION TO DEBIT A
     *TRANSFER *ACCOUNT AND TO TRANSFER, PAY OR DELIVER
     *MONEY OR *SECURITIES FROM SUCH *TRANSFER *ACCOUNT
     BY USE OF AN ELECTRONIC FUNDS TRANSFER SYSTEM AT
     SPECIFIED INTERVALS OR UNDER SPECIFIED CONDITIONS
     WHICH INSTRUCTIONS PURPORT TO HAVE BEEN ISSUED BY *YOU
     BUT WERE IN FACT FRAUDULENTLY ISSUED, FORGED OR
     ALTERED BY SOMEONE OTHER THAN *YOU WITHOUT *YOUR
     KNOWLEDGE OR CONSENT.

"*FINANCIAL *INSTITUTION" MEANS:

(1)  A BANKING, SAVINGS OR THRIFT INSTITUTION, OR

(2)  A STOCK BROKER, MUTUAL FUND, LIQUID ASSETS FUND OR
     SIMILAR INVESTMENT INSTITUTION AT WHICH *YOU MAINTAIN
     A *TRANSFER *ACCOUNT.

"*TRANSFER *ACCOUNT" MEANS AN ACCOUNT MAINTAINED BY *YOU
AT A *FINANCIAL *INSTITUTION FROM WHICH *YOU CAN INITIATE
THE TRANSFER, PAYMENT OR DELIVERY OF *MONEY OR *SECURITIES.

(1)  BY MEANS OF ELECTRONIC, TELEGRAPHIC, CABLE, TELETYPE,
     FACSIMILE OR TELEPHONE INSTRUCTIONS COMMUNICATED DIR-
     ECTLY OR THROUGH AN ELECTRONIC FUNDS TRANSFER SYSTEM; OR

(2)  BY MEANS OF WRITTEN INSTRUCTIONS ESTABLISHING THE
     CONDITIONS UNDER WHICH SUCH TRANSFERS ARE TO BE INI-
     TIATED BY SUCH *FINANCIAL *INSTITUTION THROUGH AN
     ELECTRONIC FUNDS TRANSFER SYSTEM.

EXCLUSION (O) IS DELETED.

*PRIOR *FRAUD, *DISHONESTY OR *CANCELLATION CONDITION - ITEM (A)
IS REPLACED BY THE FOLLOWING:

(A)  FROM THE MOMENT *YOU OR ANY OF *YOUR PARTNERS OR
     OFFICERS (NOT IN COLLUSION WITH SUCH *EMPLOYEE)
     POSSESSES KNOWLEDGE OF ANY FRAUDULENT OR DISHONEST ACT
     COMMITTED BY THE *EMPLOYEE, WHETHER OR NOT IN *YOUR
     SERVICE AT THE TIME OF THE ACT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0148

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 322
        COMPUTER FRAUD AND FUNDS TRANSFER FRAUD     PAGE 3 OF 3
                    COVERAGE PART 380
                    UNICOVER V
```

YOUR DUTIES AFTER LOSS - ITEM (3) IS REPLACED BY THE FOLLOWING:

(3) SUBMIT TO EXAMINATION UNDER OATH AT *OUR REQUEST, WHILE NOT IN THE PRESENCE OF ANY OTHER *INSURED AND AT SUCH TIMES. AS MAY BE REASONABLY REQUIRED ABOUT ANY MATTER RELATING TO THIS INSURANCE OR THE *LOSS, INCLUDING *YOUR BOOKS AND RECORDS. IN THE EVENT OF AN EXAMINATION, AN *INSURED'S ANSWERS MUST BE SIGNED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                              EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

Exhibit C - 0149

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324              PAGE 1 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS - THE FOLLOWING DEFINITION IS ADDED:

"*ACCOUNTS *RECEIVABLE" MEANS:

(A)  ANY AMOUNT DUE *YOU FROM *YOUR CUSTOMERS THAT *YOU
     CANNOT COLLECT BECAUSE OF *LOSS;

(B)  THE INTEREST ON ANY LOAN *YOU MUST SECURE TO OFFSET
     UNCOLLECTIBLE ACCOUNTS UNTIL *LOSS IS PAID;

(C)  REASONABLE COLLECTION CHARGES OVER AND ABOVE *YOUR
     NORMAL COLLECTIONS COST MADE NECESSARY BY *LOSS;

(D)  ANY OTHER EXPENSE *YOU REASONABLY INCUR TO RE-ESTABLISH
     *YOUR RECORDS AFTER *LOSS.

*ACCOUNTS *RECEIVABLE DOES NOT MEAN *LOSS:

(A)  DUE TO ANY BOOKKEEPING, ACCOUNTING, OR BILLING ERRORS
     OR OMISSIONS;

(B)  THAT CAN ONLY BE PROVED TO EXIST BY AN AUDIT OF *YOUR
     RECORDS OR THE TAKING OF INVENTORY. *YOU CAN, HOWEVER,
     USE AN AUDIT OR INVENTORY TO SUPPORT A CLAIM FOR *LOSS
     WHICH *YOU HAVE PROVED BY OTHER EVIDENCE;

(C)  DUE TO ALTERATION, FALSIFICATION, CONCEALMENT OR
     DESTRUCTION OF RECORDS DONE TO CONCEAL THE WRONGFUL
     GIVING, TAKING OR WITHHOLDING OF MONEY, SECURITIES
     OR OTHER PROPERTY. THIS DOES NOT APPLY TO *LOSS IN
     EXCESS OF THE AMOUNT OF WRONGFUL GIVING, TAKING OR
     WITHHOLDING.

THE DEFINITION OF *ACTUAL *CASH *VALUE - ITEM (B) IS REPLACED
BY THE FOLLOWING:

(B)  *STOCK, ITS REPLACEMENT COST; FOR *STOCK INSTALLED IN
     *YOUR CUSTOMER'S PERSONAL PROPERTY IT INCLUDES THE
     COST OF LABOR, LESS OVERHEAD AND PROFIT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0150

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324              PAGE 2 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED BY THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND SUPPLIES OWNED BY *YOUR EMPLOYEES, AND USED IN *YOUR BUSINESS WHEN IN *YOUR *BUILDING. IT ALSO MEANS SUCH PROPERTY WHILE BEING USED TO SERVICE OR REPAIR PERSONAL PROPERTY AS PART OF *YOUR BUSINESS AWAY FROM *YOUR *BUILDING.

THE DEFINITION OF *EXTENDED *THEFT - PART (1) IS REPLACED BY THE FOLLOWING:

(1)   *YOUR VOLUNTARILY PARTING WITH EVIDENCE OF OWNERSHIP TO OR POSSESSION OF *STOCK WHEN INDUCED BY:

(A)   A FORGED OR COUNTERFEIT INSTRUMENT USED IN PAYMENT;

(B)   A CHECK OR OTHER INSTRUMENT WRITTEN ON AN ACCOUNT CLOSED BEFORE THE INSTRUMENT IS PRESENTED FOR PAYMENT;

(C)   A CREDIT APPLICATION ON WHICH THE NAME, SOCIAL SECURITY NUMBER OR SIGNATURE OF THE APPLICANT IS FALSE OR FORGED;

(D)   ANY OTHER CRIMINAL SCHEME, CRIMINAL TRICK OR CRIMINAL DEVICE WHICH INDUCES *YOU, AT THAT TIME, TO PART WITH EVIDENCE OF OWNERSHIP TO OR POSSESSION OF *STOCK;

THE FOLLOWING DEFINITION IS ADDED:

"*GOVERNMENT *CONFISCATION" MEANS SEIZURE OF COVERED PROPERTY, OWNED OR ACQUIRED BY *YOU, BY A DULY CONSTITUTED GOVERNMENTAL AUTHORITY FOR AN ALLEGED VIOLATION OF LAWS GOVERNING THE USE, SALE OR DISTRIBUTION OF CONTROLLED SUBSTANCES, INCLUDING THOSE LAWS GOVERNING THE REPORTING OF MONIES FROM SUCH ACTIVITIES.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0151

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 3 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE FOLLOWING IS ADDED TO THE DEFINITION OF *LOSS:

WITH RESPECT TO *GOVERNMENT *CONFISCATION, ALL ACTIONS BY
ANY ONE PERSON, ORGANIZATION, GROUP OF INDIVIDUALS OR RING
WHICH RESULT IN SEIZURE(S) WILL BE DEEMED ONE *LOSS. WITH
RESPECT TO *VOLCANIC *ACTION, ALL ERUPTIONS WITHIN 168 HOURS
WILL BE DEEMED ONE *LOSS.

THE FOLLOWING DEFINITION IS ADDED:

"*SINKHOLE *COLLAPSE" MEANS THE SUDDEN SINKING OR COLLAPSE
OF LAND INTO UNDERGROUND EMPTY SPACES CREATED BY THE ACTION
OF WATER ON LIMESTONE OR DOLOMITE. IT DOES NOT MEAN THE
COST OF FILLING SINKHOLES OR THE SINKING OR COLLAPSE OF LAND
INTO MAN-MADE UNDERGROUND CAVITIES.

THE DEFINITION OF *SPECIFIED *PERILS - PART (1) IS REPLACED BY
THE FOLLOWING:

(1)   FIRE; LIGHTNING; SMOKE; EXPLOSION; WINDSTORM; HAIL;
      WEIGHT OF SNOW, ICE OR SLEET; VANDALISM; MALICIOUS
      MISCHIEF; RIOT; CIVIL COMMOTION; *SINKHOLE *COLLAPSE;
      *VOLCANIC *ACTION;

THE DEFINITION OF *STOCK IS REPLACED BY THE FOLLOWING:

"*STOCK" MEANS GOODS OR PRODUCTS *YOU SELL OR SERVICE
WHICH ARE OWNED BY *YOU OR SIMILAR PROPERTY OF OTHERS FOR
WHICH *YOU ARE LEGALLY LIABLE. IT ALSO MEANS PARTS AND
MATERIALS, INCLUDING THE COST OF LABOR, *YOU INSTALL OR
OTHERS INSTALL FOR *YOU, IN *YOUR CUSTOMER'S PERSONAL
PROPERTY, BUT ONLY WHEN *LOSS (EXCEPT BY EXTENDED THEFT)
OCCURS BEFORE YOU RELINQUISH POSSESSION OF THE PERSONAL
PROPERTY TO THE CUSTOMER. "*STOCK" DOES NOT INCLUDE PROPERTY
AS DEFINED IN *AUTOS, *EMPLOYEE *TOOLS OR *EQUIPMENT.

THE FOLLOWING DEFINITION IS ADDED:

"*VOLCANIC *ACTION" MEANS LAVA FLOW, AIRBORNE VOLCANIC BLAST
OR AIRBORNE SHOCK WAVES, ASH, DUST AND PARTICULATE MATTER
FOLLOWING ERUPTION OF A VOLCANO.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0152

Case 3:07-cv-02858-SC    Document 5-12    Filed 06/22/2007    Page 13 of 48

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 4 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PERILS EXCLUSION (B), THIS EXCLUSION DOES NOT APPLY - PART (II)
IS CHANGED AND PART (III) IS ADDED AS FOLLOWS:

    (II)   UNDER PART (1) OF THE EXCLUSION, TO *EXTENDED *THEFT OR
         *GOVERNMENT *CONFISCATION;

    (III)  TO *GOVERNMENT *CONFISCATION CAUSED BY AN EMPLOYEE
         ACTING WITHOUT THE KNOWLEDGE OF *YOUR PARTNERS OR
         EXECUTIVE OFFICERS;

PERILS EXCLUSION (C) IS REPLACED BY THE FOLLOWING:

    (C)   CONFISCATION BY DULY CONSTITUTED GOVERNMENTAL OR CIVIL
        AUTHORITY, OR DUE TO ANY LEGAL OR EQUITABLE PROCEEDINGS.
        THIS EXCLUSION DOES NOT APPLY TO *GOVERNMENT *CONFISCA-
        TION;

PERILS EXCLUSION (L) - THE LAST SENTENCE IS REPLACED BY THE
FOLLOWING:

       THIS EXCLUSION DOES NOT APPLY TO *VOLCANIC *ACTION, PROPERTY
       IN TRANSIT, GLASS OR *SINKHOLE *COLLAPSE;

PERILS EXCLUSION (N) IS REPLACED BY THE FOLLOWING:

    (N)   ELECTRICAL INJURY, DISTURBANCE, OR ARCING TO ELECTRICAL
        APPLIANCES, DEVICES, FIXTURES, OR WIRING CAUSED BY
        ARTIFICIALLY GENERATED ELECTRICAL CURRENTS. IF FIRE OR
        EXPLOSION FOLLOWS, *WE WILL PAY ONLY FOR THE *LOSS BY
        FIRE, OR EXPLOSION, OR LEAKAGE FROM FIRE EXTINGUISHING
        EQUIPMENT.

        THIS EXCLUSION DOES NOT APPLY TO *LOSS BY *BREAKDOWN
        WHEN THE ELECTRICAL INJURY, DISTURBANCE OR ARCING
        ORIGINATES WITHIN 500 FEET OF *YOUR PREMISES;

PERILS EXCLUSION (O) - THE LAST SENTENCE OF THIS EXCLUSION IS
REPLACED BY THE FOLLOWING:

       IF FIRE, EXPLOSION, *BREAKDOWN OR LEAKAGE FROM FIRE EXTIN-
       GUISHING EQUIPMENT FOLLOWS, *WE WILL PAY ONLY FOR THE *LOSS
       BY FIRE, EXPLOSION, *BREAKDOWN OR LEAKAGE FROM FIRE EXTIN-
       GUISHING EQUIPMENT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0153**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 5 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PERILS EXCLUSION (Q) - ITEM (IV) UNDER PART (2) IS REPLACED
BY THE FOLLOWING:

    (IV)  INSULATING OR REFRACTORY MATERIAL.

PROPERTY EXCLUSION (H) - THE WORD "FENCES" IS DELETED.

PROPERTY EXCLUSION (J) IS REPLACED BY THE FOLLOWING:

    (J)  *CONTENTS, *EMPLOYEE *TOOLS, OR THE INTERIOR OF A
        *BUILDING IF *LOSS IS CAUSED BY RAIN, SNOW, ICE,
        SLEET, SAND, OR DUST, EVEN IF WIND DRIVEN. THIS
        EXCLUSION DOES NOT APPLY:

        (1)  IF IT COMES THROUGH AN OPENING CAUSED BY A
            *SPECIFIED *PERIL, *BREAKDOWN, THEFT OR ATTEMPTED
            THEFT;

        (2)  TO *LOSS CAUSED BY OR RESULTING FROM THAWING OF
            SNOW, SLEET OR ICE ON THE *BUILDING;

THE MOST WE WILL PAY - PART (F) IS REPLACED BY THE FOLLOWING:

    (F)  UP TO $50,000 PER *LOSS FOR *EXTENDED *THEFT OR
        *GOVERNMENT *CONFISCATION;

DEBRIS REMOVAL - PARTS (A) AND (B) ARE REPLACED BY THE FOLLOWING:

    (A)  THE EXPENSES WILL BE PAID ONLY IF REPORTED TO *US IN
        WRITING WITHIN 180 DAYS OF THE DATE OF *LOSS;

    (B)  THE MOST *WE WILL PAY IS THE LARGER OF $25,000 PER
        *LOCATION OR 25% OF THE *LOSS BEFORE THE APPLICATION
        OF ANY DEDUCTIBLE. *WE WILL NOT, HOWEVER, PAY MORE
        THAN $25,000 IN EXCESS OF THE APPLICABLE LIMIT (AS
        STATED IN THE DECLARATIONS, THE SUPPLEMENTAL LIMITS OR
        NEWLY ACQUIRED ORGANIZATIONS EXTENSION) FOR THE ENTIRE
        *LOSS INCLUDING THE DEBRIS REMOVAL EXPENSES;

THE ENTIRE SUPPLEMENTAL LIMITS CONDITION IS REPLACED BY THE
FOLLOWING:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                              EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0154

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324          PAGE 6 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

SUPPLEMENTAL LIMITS - THE FOLLOWING SUPPLEMENTAL LIMITS APPLY
IN ADDITION TO THE LIMIT SHOWN IN THE DECLARATIONS. *YOU CAN
USE:

IF *BUILDING(S), *CONTENTS, *EQUIPMENT OR *STOCK ARE
INSURED:

    (A)  UP TO $500,000 TO APPLY TO:

        (1)  EACH *BUILDING AND ITS *CONTENTS ACQUIRED,
            RENTED, OR LEASED BY *YOU FOR USE IN *YOUR
            BUSINESS. IF *YOU ARE NOT REQUIRED TO INSURE
            THE RENTED OR LEASED BUILDING, *WE WILL PAY
            ALL SUMS *YOU LEGALLY MUST PAY FOR *LOSS
            (INCLUDING LOSS OF USE) TO THE *BUILDING NOT
            OWNED BY *YOU BUT IN *YOUR CARE, CUSTODY, OR
            CONTROL, IF *LOSS IS DUE TO *YOUR NEGLIGENCE.

            REGARDING LEGAL LIABILITY COVERAGE FOR SUCH
            *BUILDINGS, *WE HAVE THE RIGHT AND DUTY TO
            DEFEND ANY SUIT ASKING FOR THESE DAMAGES.
            *WE MAY INVESTIGATE AND SETTLE ANY CLAIM OR
            SUIT *WE CONSIDER APPROPRIATE. *OUR DUTY TO
            DEFEND ENDS WITH OUR PAYMENT OF THE LIMIT FOR
            PART (A).

            PERILS EXCLUSION (F) DOES NOT APPLY TO LEGAL
            LIABILITY COVERAGE FOR *BUILDINGS GRANTED IN
            PART (1).

            REGARDING LEGAL LILABILITY COVERAGE FOR
            *BUILDINGS IN PART (1), PERILS EXCLUSION (W)
            IS ADDED AS FOLLOWS:

                (W)  *YOUR AGREEMENT TO BE RESPONSIBLE
                     FOR *LOSS.

            WITH REGARD TO LEGAL LIABILITY COVERAGE FOR
            *BUILDINGS IN PART (1), THE WE WILL ALSO PAY
            CONDITION IS REPLACED BY THE FOLLOWING:

            WE WILL ALSO PAY -  IN ADDITION TO THE LIMIT
            STATED IN THE DECLARATIONS, *WE WILL ALSO PAY:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0155

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 7 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(A)  ALL COSTS AND EXPENSES IN DEFENDING
*YOU, AND INTEREST ON ANY JUDGMENT
THAT DOES NOT EXCEED *OUR LIMIT;

(B)  PREMIUMS ON APPEAL BONDS OR BONDS TO
RELEASE PROPERTY USED TO SECURE
*YOUR LEGAL OBLIGATIONS, IN A SUIT
*WE DEFEND, BUT ONLY FOR BONDS UP
TO *OUR LIMIT. *WE DO NOT HAVE TO
FURNISH OR SECURE THESE BONDS;

(C)  UP TO $100 A DAY FOR LOSS OF EARN-
INGS (BUT NOT OTHER INCOME) BECAUSE
OF ATTENDANCE AT HEARINGS OR TRIALS
AT *OUR REQUEST;

(D)  OTHER REASONABLE EXPENSES INCURRED
AT *OUR REQUEST.

REGARDING LEGAL LIABILITY COVERAGE FOR *BUILD-
INGS IN PART (1), THE HOW WE WILL PAY CONDI-
TION IS REPLACED BY:

HOW WE WILL PAY - AT *OUR OPTION, *WE
MAY PAY *YOU THE AMOUNT OF *LOSS OR
*OUR LIMIT (WHICHEVER IS LESS) EITHER
BEFORE OR AFTER CLAIM IS MADE. ANY SUCH
PAYMENT RELIEVES *US OF ANY FURTHER
OBLIGATION UNDER PART (A). PAYMENT
REDUCES *OUR LIABILITY.

REGARDING LEGAL LIABILITY COVERAGE FOR *BUILD-
INGS IN PART (1), PART (B) OF YOUR DUTIES
AFTER LOSS IS CHANGED TO READ:

(B)  NOTIFY *US AS SOON AS POSSIBLE. PROMPTLY
SEND *US ALL DOCUMENTS, IF *YOU ARE SUED
OR CLAIM IS MADE AGAINST *YOU.

PART (1) OF THIS EXTENSION ENDS THE EARLIER OF
(1) 90 DAYS FROM THE FIRST DAY OF ACQUISITION,
RENTAL OR LEASE, (2) THE DATE *YOU REPORT THE
*BUILDING TO *US, OR (3) THE EXPIRATION DATE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0156

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                 PAGE 8 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

OF THIS POLICY. *WE WILL CHARGE *YOU PREMIUM
FROM THE FIRST DAY OF ACQUISITION, RENTAL OR
LEASE.

(2)   EACH *BUILDING WHILE BEING CONSTRUCTED FOR
USE IN *YOUR BUSINESS.

PART (2) OF THIS EXTENSION ENDS THE EARLIER
OF (1) 90 DAYS FROM THE START OF THE CON-
STRUCTION, (2) THE DATE *YOU REPORT THE CON-
STRUCTION TO *US, OR (3) THE EXPIRATION
DATE OF THIS POLICY. *WE WILL CHARGE *YOU
PREMIUM FROM THE START OF CONSTRUCTION;

(B)   UP TO $20,000 TO APPLY, IN ANY COMBINATION, TO
PROPERTY DESCRIBED UNDER *ADDITIONAL *PROPERTY
FOR ANY ONE *LOSS.

(C)   UP TO $100,000 TO PAY FOR THE EXPENSE TO EXTRACT
*POLLUTANTS FROM THE LAND OR WATER AT A *LOCATION
IF THE POLLUTION RESULTS FROM A *LOSS TO PROPERTY
INSURED BY THIS COVERAGE PART. THE EXPENSES WILL BE
PAID ONLY IF THEY ARE REPORTED TO *US WITHIN 180
DAYS OF THE DATE OF *LOSS.

EXTENSION (C) APPLIES TO EACH *LOCATION SEPARATELY
AND IS THE MOST *WE WILL PAY DURING EACH POLICY
PERIOD. IT DOES NOT APPLY TO EXPENSES TO TEST FOR,
MONITOR OR ASSESS THE EXISTENCE, CONCENTRATION OR
EFFECTS OF *POLLUTANTS, EXCEPT FOR TESTING PER-
FORMED IN THE PROCESS OF EXTRACTING *POLLUTANTS
AS COVERED IN THIS EXTENSION.

(D)   UP TO $25,000 TO APPLY IN ANY COMBINATION TO:

(1)   FIRE DEPARTMENT SERVICE CHARGES ASSUMED UNDER
A CONTRACT OR AGREEMENT, OR REQUIRED BY LOCAL
ORDINANCE. THIS EXTENSION APPLIES ONLY TO THE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0157**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324          PAGE 9 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

SERVICE CHARGE, NOT TO ANY LIABILITY FOR
INJURY TO ANY PERSON OR PROPERTY FROM ANY
CAUSE;

(2)  EXPENSES ACTUALLY INCURRED TO RECHARGE ANY
PRESSURIZED AUTOMATIC EXTINGUISHING SYSTEM
DUE TO DISCHARGE. NO DEDUCTIBLE APPLIES TO
THIS EXTENSION.

(3)  ARSON REWARDS.

NO DEDUCTIBLE APPLIES TO EXTENSION (D).

(E)  UP TO $10,000 TO APPLY TO DAMAGE TO THE *BUILDING
AT THE *LOCATION CAUSED BY THIEVES. THIS EXTENSION
APPLIES ONLY IF *YOU DO NOT OWN THE *BUILDING AND
ARE LEGALLY LIABLE FOR SUCH *LOSS.

(F)  UP TO $25,000 FOR ANY ONE *LOSS TO APPLY TO
*EXTRA *EXPENSE.

(G)  UP TO $10,000 FOR EACH PAINTING, ETCHING, WATER-
COLOR, OR SIMILAR ARTISTIC RENDERING OWNED BY *YOU
AND USED TO DECORATE THE INTERIOR OR A *BUILDING,
BUT NOT FOR MORE THAN $50,000 FOR ANY ONE *LOSS.
PROPERTY EXCLUSION (E) DOES NOT APPLY TO EXTENSION
(G);

(H)  UP TO $5,000 FOR TREES, SHRUBS, LAWNS, OR PLANTS
(INCLUDING THE COST TO REMOVE DEBRIS) USED FOR
OUTSIDE DECORATION AT EACH *LOCATION INSURED. THIS
EXTENSION IS LIMITED TO $750 PER TREE, SHRUB, OR
GROWING PLANT. PROPERTY EXCLUSION (B) DOES NOT
APPLY TO EXTENSION (H). NO DEDUCTIBLE APPLIES TO
EXTENSION (H).

(I)  UP TO $250,000 FOR *LOSS TO *YOUR RECORDS OF
*ACCOUNTS *RECEIVABLE WHILE THOSE RECORDS ARE
INSIDE OF A *BUILDING SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT. THE MOST *WE WILL
PAY UNDER THIS EXTENSION IS *LOSS AS DETERMINED
BY THE FORMULA SHOWN BELOW. *WE WILL:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0158**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324            PAGE 10 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(1)  DETERMINE THE AVERAGE AMOUNT OF THE MONTHLY
     ACCOUNTS RECEIVABLE FOR THE TWELVE MONTHS
     IMMEDIATELY PRECEDING THE *LOSS.

(2)  INCREASE OR DECREASE THE AMOUNT DETERMINED IN
     (1) FOR NORMAL FLUCTUATIONS IN THE AMOUNT OF
     OUTSTANDING ACCOUNTS RECEIVABLE DURING THE
     MONTH OF *LOSS; AND

(3)  FROM THE AMOUNT DETERMINED ABOVE, *WE WILL
     DEDUCT THE AMOUNT OF:

     (I)    UNCOLLECTED ACCOUNTS ON WHICH *YOUR
            RECORDS WERE NOT LOST OR DAMAGED;

     (II)   ACCOUNTS *YOU HAVE RE-ESTABLISHED OR
            COLLECTED FROM OTHER RECORDS;

     (III)  PROBABLE BAD DEBTS THAT NORMALLY WOULD
            HAVE BEEN UNCOLLECTIBLE; AND

     (IV)   UNEARNED INTEREST OR SERVICE CHARGES ON
            DEFERRED PAYMENT ACCOUNTS.

*WE WILL PAY *YOU WITHIN 30 DAYS AFTER *YOU HAVE
PROVEN *YOUR *LOSS AND THE FINAL AMOUNT PAYABLE
HAS BEEN DETERMINED.

IF *YOU MUST TRANSFER THE RECORDS TO ANOTHER SAFE
PLACE TO AVOID IMMINENT DANGER OF *LOSS, *WE WILL
COVER THEM WHILE TEMPORARILY THERE OR IN TRANSIT
TO OR FROM THERE.

*YOU MUST TELL *US IF *YOU COLLECT ANY RECEIVA-
BLES THAT *WE PAID *YOU. ANY SUCH COLLECTIONS
BELONG TO *US. ONCE *WE HAVE BEEN PAID IN FULL,
THE REMAINDER IS *YOURS.

PERILS EXCLUSIONS (E), (G), (J), (K), (L), (O),
(Q), (S), (T) AND (U) DO NOT APPLY TO EXTENSION
(I). PROPERTY EXCLUSION (C) DOES NOT APPLY TO
EXTENSION (I).

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                   EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0159

Case 3:07-cv-02858-SC  Document 5-12  Filed 06/22/2007  Page 20 of 48

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

(J) UP TO $5,000 FOR PREMISES KEY AND LOCK REPLACEMENT
IF KEYS ARE STOLEN OR PREMISES LOCK REPAIR OR
REPLACEMENT IS MADE NECESSARY BY THEFT OR ATTEMPTED
THEFT. NO DEDUCTIBLE APPLIES TO EXTENSION (I).

(K) UP TO $10,000 IN ONE POLICY PERIOD FOR REASONABLE
EXPENSES INCURRED IN COLLECTING AND PREPARING
*LOSS DATA REQUIRED BY *US. THIS INCLUDES THE
COST OF AN INVENTORY THAT *WE REQUEST TO DETERMINE
THE EXTENT OF A *LOSS.

IF *CONTENTS OR *EQUIPMENT ARE INSURED:

(A) UP TO $25,000 TO APPLY TO ALL DUPLICATE AND BACKUP
*DATA AND *MEDIA STORED AT PREMISES OTHER THAN A
*LOCATION. SUCH STORAGE MUST BE MORE THAN 100 FEET
FROM ANY *LOCATION;

(B) UP TO $25,000 TO APPLY TO *EQUIPMENT RENTED BY
*YOU TO OTHERS. PROPERTY EXCLUSION (I) DOES NOT
APPLY TO EXTENSION (B);

(C) UP TO $25,000 TO APPLY TO *EMPLOYEE *TOOLS. THIS
EXTENSION IS SUBJECT TO THE FOLLOWING:

(1) THIS EXTENSION DOES NOT APPLY IF *EMPLOYEE
*TOOLS IS AN ITEM OF PROPERTY ALREADY INSURED
AT ANY *LOCATION;

(2) ONLY THE *SPECIFIED *PERILS APPLY;

(3) COVERAGE IS LIMITED TO $1,000 PER EMPLOYEE
PER *LOSS;

(D) UP TO $10,000 ON ANY PERSONAL PROPERTY, OTHER THAN
*EMPLOYEES *TOOLS, OWNED BY *YOUR PARTNERS,
OFFICERS OR EMPLOYEES, SUBJECT TO A MAXIMUM PAY-
MENT OF $1,000 PER PERSON FOR *LOSS BY THEFT.
PROPERTY EXCLUSION (E) DOES NOT APPLY TO EXTENSION
(D);

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0160**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 324                 PAGE 12 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(E) UP TO $2,500 ON GOLD, SILVER, PLATINUM, BULLION AND
OTHER PRECIOUS METALS (OR OBJECTS MADE OF ANY OF
THEM), JEWELS, JEWELRY, WATCHES, PEARLS, PRECIOUS
OR SEMI-PRECIOUS STONES, AND FURS OWNED BY *YOU
FOR *LOSS DUE TO THEFT. EXCLUSION (E) DOES NOT
APPLY TO EXTENSION (E);

IF *EMPLOYEE *TOOLS ARE INSURED:

UP TO $50,000 TO APPLY TO *EMPLOYEE *TOOLS IN EACH
*BUILDING *YOU ACQUIRE, RENT OR LEASE FOR USE IN *YOUR
BUSINESS.

THIS EXTENSION ENDS THE EARLIER OF (1) 90 DAYS FROM THE
FIRST DAY OF ACQUISITION, RENTAL OR LEASE, (2) THE DATE
*YOU REPORT THE *BUILDING TO *US, OR (3) THE EXPIRA-
TION DATE OF THIS POLICY. *WE WILL CHARGE *YOU PREMIUM
FROM THE FIRST DAY OF ACQUISITION, RENTAL OR LEASE.

THE COINSURANCE CONDITION OF THIS COVERAGE PART DOES NOT
APPLY TO THE EXTENSIONS PROVIDED UNDER *SUPPLEMENTAL
*LIMITS.

THE MOST *WE WILL PAY UNDER *SUPPLEMENTAL *LIMITS IS THE
*ACTUAL *CASH *VALUE (AS DEFINED FOR SIMILAR PROPERTY
INSURED AT THE *LOCATION) OF REPAIRS OR REPLACEMENT OF THE
PROPERTY WITH LIKE KIND AND QUALITY OR THE AMOUNT STATED
IN THE EXTENSION, WHICHEVER IS LESS.

THE FOLLOWING EXTENSION IS ADDED:

NEWLY ACQUIRED ORGANIZATIONS EXTENSION - THE INSURANCE
AFFORDED BY THIS COVERAGE PART IS EXTENDED TO INCLUDE ANY
ORGANIZATION ACQUIRED OR FORMED BY *YOU AND IN WHICH *YOU
HAVE A MAJORITY OWNERSHIP. *WE WILL PAY UP TO $500,000 TO
APPLY TO *BUILDING AND *CONTENTS IF EITHER IS SHOWN IN THE
DECLARATIONS. *YOU MAY ALSO USE THE ADDITIONAL LIMITS
PROVIDED IN THE SUPPLEMENTAL LIMITS CONDITION.

THIS EXTENSION ENDS THE EARLIER OF (A) 90 DAYS FROM THE DATE
OF ACQUISITION OF FORMATION, OR (B) THE DATE THIS COVERAGE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0161**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 324          PAGE 13 OF 13
                    PROPERTY EXTENSIONS
                    COVERAGE PART 330
                    UNICOVER V
```

PART EXPIRES. *YOU MUST PAY ANY ADDITIONAL PREMIUMS DUE.
THE COINSURANCE CONDITION OF THIS COVERAGE PART DOES NOT
APPLY TO THIS EXTENSION. THE MOST *WE WILL PAY UNDER THIS
EXTENSION IS THE *ACTUAL *CASH *VALUE (AS DEFINED FOR
SIMILAR PROPERTY INSURED) OF REPAIRS OR REPLACEMENT OF THE
PROPERTY WITH LIKE KIND AND QUALITY OR $500,000, WHICHEVER
IS LESS.

THIS EXTENSION DOES NOT APPLY TO AN OPERATION THAT:

(1)   IS A JOINT VENTURE;

(2)   IS AN INSURED UNDER ANY OTHER POLICY;

(3)   HAS EXHAUSTED ITS LIMIT OF INSURANCE UNDER ANY OTHER
      POLICY; OR

(4)   IS IN A DIFFERENT BUSINESS THAN *YOU.

YOUR DUTIES AFTER LOSS - PART (A) IS REPLACED BY THE FOLLOWING:

(A)   PROTECT THE PROPERTY WHETHER OR NOT THIS INSURANCE
      APPLIES. *WE WILL PAY ALL REASONABLE EXPENSES *YOU
      INCUR FOR SUCH PROTECTION. HOWEVER, *WE WILL PAY ONLY
      FOR SUBSEQUENT COVERED *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                                 EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

**Exhibit C - 0162**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 326
PUBLIC POLICY EXCLUSION
COVERAGE PARTS 500 AND 950
UNICOVER V (CALIFORNIA)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 AND 950, INSURING AGREEMENT - THE FOLLOWING
IS ADDED TO THE LAST PARAGRAPH:

REGARDING *CUSTOMER *COMPLAINT *DEFENSE AND *EMPLOYMENT
*RELATED *DEFENSE, *WE HAVE NO RIGHT OR DUTY TO PAY
DEFENSE COSTS FOR:

(A) ANY CLAIM OR *SUIT WHERE THE LEGISLATURE OR COURTS
HAVE DETERMINED, FOR PUBLIC POLICY REASONS, THAT
AN INSURED CANNOT BE INDEMNIFIED FOR THE HARM
TO PLAINTIFF; OR

(B) ANY CLAIM OR *SUIT NOT COVERED BY OR DECLARED
FOR THIS COVERAGE PART.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0163**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 329
ELECTRONIC VANDALISM:  TEN-DAY WAITING PERIOD
FOR BUSINESS INCOME CONTINUATION
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO ENDORSEMENT 080:

(1)   THE FOLLOWING IS ADDED TO THE LAST PARAGRAPH OF THE
INSURING AGREEMENT:

WHEN *ELECTRONIC *VANDALISM RESULTS IN A SUSPENSION
OF *YOUR BUSINESS, *WE WILL NOT PAY *BUSINESS *INCOME
*CONTINUATION UNLESS THAT SUSPENSION LASTS MORE THAN
TEN CONSECUTIVE DAYS.

(2)   THE FOLLOWING DEFINITION IS ADDED:

"*ELECTRONIC *VANDALISM" MEANS A SPECIFIC TYPE OF
VANDALISM IN WHICH THE UNAUTHORIZED INTRODUCTION OF
ANY COMPUTER CODE, PROGRAM OR VIRUS INTO *YOUR
*EQUIPMENT CAUSES DAMAGE, DESTRUCTION, DELETION,
CORRUPTION OR MALFUNCTION OF *EQUIPMENT, *MEDIA OR
*DATA.

(3)   THE FOLLOWING IS ADDED TO PERILS EXCLUSION (B), "THIS
EXCLUSION DOES NOT APPLY," ITEM (I):

SUCH ACTS OF DESTRUCTION BY *YOUR EMPLOYEES INCLUDE
*ELECTRONIC *VANDALISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0164

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 334
75% REDUCTION OF DEDUCTIBLE
COVERAGE PARTS 500 AND 950
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 - GARAGE

DEDUCTIBLES CONDITION - THE NEXT TO THE LAST PARAGRAPH OF THIS
CONDITION IS REPLACED BY THE FOLLOWING:

FROM THE AMOUNTS PAYABLE FOR *DAMAGES, SETTLEMENTS AND
DEFENSE COSTS FOR *STATUTE *AND *TITLE *E & *O, *WE WILL
DEDUCT THE AMOUNT SHOWN IN THE DECLARATIONS FOR EACH *SUIT
OR CLAIM FILED AGAINST *YOU. HOWEVER, REGARDING *DAMAGES,
SETTLEMENTS AND DEFENSE COSTS ARISING FROM PART (A)(3) OF
THE DEFINITION OF *STATUTE *AND *TITLE *E & *O, IF AN
*AUTO TITLE HISTORY WAS ORDERED AND REVIEWED WITH THE RETAIL
CUSTOMER AS PART OF A SALES, LEASE OR RENTAL TRANSACTION,
THE DEDUCTIBLE SHOWN IN THE DECLARATIONS WILL BE REDUCED BY
75%. THE TRANSACTION EVIDENCE MUST INCLUDE THE CUSTOMER'S
SIGNATURE ON THE VEHICLE SALES AGREEMENT, OR OTHER SIMILAR
SALES DOCUMENTS. THE TITLE HISTORY MUST BE MATERIAL TO THE
DEFENSE OF ANY *SUIT ARISING FROM SUCH TRANSACTION FOR THE
REDUCTION IN DEDUCTIBLE TO APPLY.

COVERAGE PART 500 - GARAGE AND COVERAGE PART 950 - GENERAL
LIABILITY

DEDUCTIBLES CONDITION - THE LAST PARAGRAPH OF THIS CONDITION IS
REPLACED BY THE FOLLOWING:

FROM THE AMOUNTS PAYABLE FOR SETTLEMENTS AND DEFENSE FOR
*CUSTOMER *COMPLAINT *DEFENSE AND *EMPLOYMENT *RELATED
*DEFENSE, *WE WILL DEDUCT THE AMOUNT SHOWN IN THE DECLARA-
TIONS FOR EACH *SUIT FILED AGAINST *YOU. HOWEVER, REGARDING
*CUSTOMER *COMPLAINT *DEFENSE, IF AN *AUTO TITLE HISTORY
WAS ORDERED AND REVIEWED WITH THE RETAIL CUSTOMER AS PART
OF A SALES, LEASE OR RENTAL TRANSACTION, THE DEDUCTIBLE
SHOWN IN THE DECLARATIONS WILL BE REDUCED BY 75%. THE
TRANSACTION EVIDENCE MUST INCLUDE THE CUSTOMER'S SIGNATURE
ON THE VEHICLE SALES AGREEMENT, OR OTHER SIMILAR SALES
DOCUMENTS. THE TITLE HISTORY MUST BE MATERIAL TO THE DEFENSE
OF ANY *SUIT ARISING FROM SUCH TRANSACTION FOR THE REDUC-
TION IN DEDUCTIBLE TO APPLY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  1-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0165

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 337                    PAGE 1 OF 2
STATUTE AND TITLE E & O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500, INSURING AGREEMENT - WITH REGARD TO *STATUTE
*AND *TITLE *E & *O, THE THIRD AND FOURTH PARAGRAPHS OF THE
INSURING AGREEMENT ARE REPLACED BY THE FOLLOWING:

>   *WE WILL PAY DEFENSE COSTS ACTUALLY INCURRED TO DEFEND ANY
>   *SUIT ARISING FROM *STATUTE *AND *TITLE *E & *O WHEN SUCH
>   INSURANCE IS INCLUDED IN THE DECLARATIONS. ALL COURT COSTS,
>   SETTLEMENTS AND *DAMAGES ASSESSED AGAINST *YOU WILL BE
>   AT *YOUR EXPENSE.

>   *WE HAVE THE RIGHT AND DUTY TO DEFEND ANY *SUIT ASKING
>   FOR THESE *DAMAGES. *OUR PAYMENT OF THE LIMIT SHOWN IN THE
>   DECLARATIONS ENDS *OUR DUTY TO DEFEND.

COVERAGE PARTS 500 AND 980, DEFINITIONS - THE DEFINITION OF
*STATUTE *AND *TITLE *E & *O IS CHANGED TO READ:

>   "*STATUTE *AND *TITLE *E & *O" MEANS ANY *SUIT FILED
>   AGAINST *YOU, OTHER THAN AS A RESULT OF AN *OCCURRENCE OR
>   *CUSTOMER *COMPLAINT *DEFENSE. SUCH *SUITS MUST BE FILED BY:

>   (A)   A CUSTOMER ARISING OUT OF *GARAGE *OPERATIONS,
>         BECAUSE OF AN ALLEGED VIOLATION DURING THE COVERAGE
>         PART PERIOD, OF ANY FEDERAL, STATE OR LOCAL:
>
>         (1)   ODOMETER STATUTE;
>
>         (2)   TRUTH-IN-LENDING OR TRUTH-IN-LEASING STATUTE;
>
>         (3)   AUTO DAMAGE DISCLOSURE STATUTE;
>
>         (4)   COMPETITIVE AUTO PARTS STATUTE; OR
>
>         (5)   USED CAR BUYER'S GUIDE, INCLUDING FEDERAL
>               REGULATION 455;
>
>   (B)   ANY PERSON OR ORGANIZATION WHO HAS SUFFERED A
>         FINANCIAL  *LOSS DUE TO THE FAILURE OF *YOUR
>         EMPLOYEE TO PROPERLY SPECIFY DURING THE COVERAGE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0166

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 337                    PAGE 2 OF 2
STATUTE AND TITLE E & O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER V

PART PERIOD, THE NAME OF THE SECURITY INTEREST OR
LEGAL OWNER ON AUTO TITLE PAPERS.

PART (B) DOES NOT APPLY UNLESS THE PURCHASER
SELLS OR TRANSFERS TITLE TO SUCH AUTO.

COVERAGE PART 500, THE MOST WE WILL PAY - THE FOLLOWING CHANGE
IS MADE IN PART (2):

THE PHRASE "*DAMAGES AND SETTLEMENTS" IS REPLACED BY
"DEFENSE COSTS."

COVERAGE PART 500, DEDUCTIBLES - THE NEXT TO THE LAST PARAGRAPH
IS REPLACED BY THE FOLLOWING:

FROM THE AMOUNTS PAYABLE FOR DEFENSE COSTS FOR *STATUTE
*AND *TITLE *E & *O, *WE WILL DEDUCT THE AMOUNT SHOWN IN
THE DECLARATIONS FOR EACH *SUIT FILED AGAINST *YOU.

COVERAGE PART 500, WE WILL ALSO PAY - THE FOLLOWING CHANGE IS
MADE TO THE FIRST SENTENCE:

THE WORDS "*INJURY, *COVERED *POLLUTION *DAMAGES AND
*STATUTE *AND *TITLE *E & *O" ARE REPLACED BY "*INJURY
AND *COVERED *POLLUTION *DAMAGES."

COVERAGE PART 500, PRIOR ACTS EXTENSION - THIS EXTENSION DOES
NOT APPLY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0167**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 338
STATUTE AND TITLE E & O - LIMIT PER SUIT
COVERAGE PARTS 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN ENDORSEMENT 337 IS SHOWN IN THE DECLARATIONS, THE FOLLOWING
IS ADDED TO PART (2) OF THE MOST WE WILL PAY:

    THE MOST *WE WILL PAY IN DEFENSE COSTS FOR ANY *SUIT IS
    THE LIMIT PER *SUIT STATED IN THE DECLARATIONS FOR SUCH
    COVERAGE.

WHEN ENDORSEMENT 337 IS NOT SHOWN IN THE DECLARATIONS:

    (A)    THE FOLLOWING IS ADDED TO PART (2) OF THE MOST WE
         WILL PAY:

         THE MOST *WE WILL PAY IN *DAMAGES AND DEFENSE COSTS
         FOR ANY ONE CLAIM OR *SUIT IS THE LIMIT PER *SUIT
         STATED IN THE DECLARATIONS FOR SUCH COVERAGE; AND

    (B)    THE FOLLOWING CHANGE IS MADE TO THE FIRST SENTENCE
         IN WE WILL ALSO PAY:

         THE WORDS "*INJURY, *COVERED *POLLUTION *DAMAGES AND
         *STATUTE *AND *TITLE *E & *O" ARE REPLACED BY
         "*INJURY AND *COVERED *POLLUTION *DAMAGES."

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                                EDITION   3-2001

COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0168**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 344
DESIGNATED INDIVIDUALS - REVISED
COVERAGE PART 530
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT:

THE WHO IS AN INSURED CONDITION IS REPLACED WITH THE
FOLLOWING:

WHO IS AN INSURED - WITH RESPECT TO THIS COVERAGE PART:

(1) THE INDIVIDUAL(S) (AND ANY *FAMILY *MEMBER) DESIG-
NATED ON THE DECLARATIONS AS SUBJECT TO THIS EN-
DORSEMENT; AND

(2) ANY PASSENGERS IN A *COVERED *AUTO DRIVEN BY A
DESIGNATED INDIVIDUAL UNDER ITEM (1) ABOVE.

THE FIRST AND SECOND PARAGRAPHS OF THE MOST WE WILL PAY CON-
DITION ARE REPLACED WITH THE FOLLOWING:

THE MOST WE WILL PAY - REGARDLESS OF THE NUMBER OF
*COVERED *AUTOS, *INSUREDS, PREMIUMS CHARGED, CLAIMS
MADE OR VEHICLES INVOLVED IN THE *ACCIDENT, THE MOST *WE
WILL PAY FOR ALL *DAMAGES RESULTING FROM ONE *ACCIDENT
IS THE LIMIT STATED IN THE DECLARATIONS FOR "DESIG-
NATED INDIVIDUALS", LESS ANY APPLICABLE DEDUCTIBLE.

WITH RESPECT TO PERSONS INSURED BY PART (2) OF WHO IS
AN INSURED, THE MOST *WE WILL PAY IS THAT PORTION OF
THE LIMIT NEEDED TO COMPLY WITH THE MINIMUM LIMITS PRO-
VISION OF THE FINANCIAL RESPONSIBILITY OR MINIMUM LIA-
BILITY LAW IN THE JURISDICTION WHERE THE *ACCIDENT TOOK
PLACE. WHEN THERE IS OTHER INSURANCE APPLICABLE, *WE
WILL PAY ONLY THE AMOUNT NEEDED TO COMPLY WITH SUCH
MINIMUM LIMITS AFTER SUCH OTHER INSURANCE HAS BEEN
EXHAUSTED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0169

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 346
LIMIT FOR EMPLOYEE THEFT OF AUTOS
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

    WITH RESPECT TO COVERAGE PROVIDED UNDER EXCEPTION (1) TO
    EXCLUSION (G) FOR *COVERED *AUTOS PHYSICALLY STOLEN BY
    *YOUR EMPLOYEE, ALL *LOSS CAUSED BY, OR INVOLVING, ONE OR
    MORE EMPLOYEES, OR ACT OR SERIES OF ACTS INVOLVING ONE OR
    MORE PERSONS WILL BE DEEMED TO BE ONE *LOSS.

THE MOST WE WILL PAY - THE FOLLOWING IS ADDED:

    (G)    UNDER EXCEPTION (1) TO EXCLUSION (G), FOR ALL *COVERED
          *AUTOS THAT ARE PHYSICALLY STOLEN BY *YOUR EMPLOYEE(S)
          IN A POLICY PERIOD, THE GREATER OF $50,000 OR AN AMOUNT
          EQUAL TO THE *EXTENDED *THEFT LIMIT STATED IN THE
          DECLARATIONS.

THE FOLLOWING CONDITION IS ADDED:

    NON-CUMULATIVE LIMITS - WITH RESPECT TO COVERAGE PROVIDED
    UNDER EXCEPTION (1) TO EXCLUSION (G) FOR *COVERED *AUTOS
    PHYSICALLY STOLEN BY *YOUR EMPLOYEE, REGARDLESS OF THE
    NUMBER OF YEARS THIS COVERAGE PART CONTINUES IN FORCE, THE
    $50,000 LIMIT STATED IN THE DECLARATIONS AND THE AMOUNT
    EQUAL TO THE *EXTENDED *THEFT LIMIT ARE NOT CUMULATIVE
    FROM ONE COVERAGE PART PERIOD TO ANOTHER, OR FROM ONE YEAR
    TO ANOTHER.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                          EDITION  6-2001

COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0170**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 353
ASBESTOS EXCLUSION
COVERAGE PARTS 500, 900, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EXCLUSIONS - THE FOLLOWING IS ADDED:

(U)  *INJURY, *COVERED *POLLUTION *DAMAGES, *CUSTOMER *COMPLAINT
*DEFENSE, *STATUTE *AND *TITLE *E&O OR *EMPLOYMENT *RELATED
*DEFENSE ARISING OUT OF THE ACTUAL OR ALLEGED PRESENCE,
DISPERSAL OR THREATENED DISPERSAL OF ASBESTOS, ASBESTOS
FIBERS OR PRODUCTS OR COMPOUNDS CONTAINING ASBESTOS, OR
ANY HAZARDOUS PROPERTIES OF ASBESTOS. THIS INCLUDES:

(1)  ANY SUPERVISION, INSTRUCTIONS, RECOMMENDATIONS,
WARNINGS OR ADVICE GIVEN, OR WHICH SHOULD HAVE BEEN
GIVEN, IN CONNECTION WITH THE ABOVE; AND

(2)  *DAMAGES, OR THE LEGAL OBLIGATION TO REIMBURSE ANOTHER
PARTY FOR *DAMAGES, RESULTING FROM *INJURY, *COVERED
*POLLUTION *DAMAGES, *CUSTOMER *COMPLAINT *DEFENSE,
*STATUTE *AND *TITLE *E&O OR *EMPLOYEE *RELATED
*DEFENSE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0171**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 389
CUSTOMER AUTO - LEGAL LIABILITY FOR NATURAL DISASTER
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

REGARDING *LOSS TO A *CUSTOMER'S *AUTO RESULTING FROM WINDSTORM, HAIL, FLOOD OR RISING WATER, EARTHQUAKE OR ANY OTHER NATURAL DISASTER:

THE FIRST PARAGRAPH OF THE INSURING AGREEMENT IS REPLACED BY THE FOLLOWING:

INSURING AGREEMENT - *WE WILL PAY ALL SUMS *YOU LEGALLY MUST PAY AS DAMAGES FOR *LOSS TO *CUSTOMER'S *AUTOS, EXCEPT AS EXCLUDED OR AS STATED OTHERWISE IN THE DECLA-RATIONS.

EXCLUSIONS - THE FOLLOWING EXCLUSIONS ARE ADDED:

(P)  RESULTING FROM *YOUR ACCEPTING RESPONSIBILITY FOR *LOSS UNDER ANY AGREEMENT;

(Q)  TO TAPES, RECORDS, OR OTHER DEVICES DESIGNED FOR USE WITH SOUND REPRODUCING EQUIPMENT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0172

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 390
SEXUAL HARASSMENT PREVENTION TRAINING - DEDUCTIBLE WAIVER
COVERAGE PART 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING DEFINITION IS ADDED:

"*SEXUAL *HARASSMENT" MEANS UNWELCOME CONDUCT OF A SEXUAL
NATURE THAT HAS A NEGATIVE EFFECT ON WHERE A PERSON WORKS,
LIVES, OR RECEIVES SERVICES. IT CAN BE VERBAL OR PHYSICAL IN
NATURE. UNWELCOME ATTENTION INCLUDES ANY ATTENTION THAT A
REASONABLE PERSON WOULD KNOW IS UNWANTED OR UNWELCOME.

DEDUCTIBLES - THE FOLLOWING IS ADDED TO THE SECOND PARAGRAPH OF
THIS CONDITION:

*WE WILL WAIVE THE DEDUCTIBLE FROM AMOUNTS PAYABLE FOR DE-
FENSE COSTS, IF A CLAIM OR *SUIT ARISING OUT OF *SEXUAL
*HARASSMENT IS FILED AGAINST *YOU THAT RESULTED FROM THE
ALLEGED ACTS OF AN *INSURED WHO HAS SUCCESSFULLY COMPLETED
A SEXUAL HARASSMENT PREVENTION TRAINING PROGRAM. SUCH TRAIN-
ING PROGRAM MUST HAVE BEEN SPONSORED OR APPROVED BY *US.
*WE WILL NOT WAIVE THE DEDUCTIBLE IF ANY ACTS FOR WHICH THE
CLAIM OR *SUIT IS FILED OCCURRED PRIOR TO THE COMPLETION OF
TRAINING.

IF MORE THAN ONE SUCH CLAIM OR *SUIT IS FILED AGAINST *YOU
DURING THE POLICY PERIOD, *WE WILL NOT WAIVE THE DEDUCTIBLE
FOR THE SUBSEQUENT *SUITS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  5-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0173**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                PAGE 1 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITIONS SECTION:

"*FUNGUS" MEANS ANY TYPE OR FORM OF FUNGUS, INCLUDING MOLD OR
MILDEW, AND ANY MYCOTOXINS, SPORES, SCENTS OR BY-PRODUCTS PRO-
DUCED OR RELEASED BY FUNGI.

THE FIRST SENTENCE OF EXCLUSION (I) OF EXCLUSIONS - PERILS IS RE-
PLACED WITH THE FOLLOWING:

(I)   ANIMALS, BIRDS, DECAY; SMOG, SMOKE, VAPOR OR GAS FROM
AGRICULTURAL OR INDUSTRIAL OPERATIONS; SETTLING, CRACK-
ING, SHRINKAGE, BULGING OR EXPANSION OF FOUNDATIONS,
WALLS, FLOORS, ROOFS OR CEILINGS.

EXCLUSIONS - PERILS IS CHANGED TO ADD THE FOLLOWING:

(AA)  CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR
STEAM WHICH OCCURS OVER A PERIOD OF TIME AND RESULTS IN
DETERIORATION, CORROSION, RUST, WET ROT, DRY ROT OR BAC-
TERIA. THIS EXCLUSION DOES NOT APPLY TO COVERAGE PRO-
VIDED UNDER ITEM (2) OF THE DEFINITION OF *SPECIFIED
*PERILS;

(BB)  *FUNGUS, WET ROT, DRY ROT AND BACTERIA. PRESENCE,
GROWTH, PROLIFERATION, SPREAD OR ANY ACTIVITY OF
*FUNGUS, WET ROT, DRY ROT OR BACTERIA.

HOWEVER, IF *FUNGUS, WET ROT, DRY ROT OR BACTERIA RE-
SULTS IN AN ENSUING *LOSS FROM ITEMS (1) THROUGH (3)
OF *SPECIFIED *PERILS, *WE WILL PAY FOR THE *LOSS OR
DAMAGE CAUSED BY THAT *SPECIFIED *PERILS *LOSS.

THIS EXCLUSION DOES NOT APPLY:

1.   WHEN *FUNGUS, WET ROT, DRY ROT OR BACTERIA
RESULTS FROM FIRE OR LIGHTNING; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0174**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393          PAGE 2 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

2.   TO THE EXTENT THAT COVERAGE IS PROVIDED BELOW
     IN ITEM (D) OF SUPPLEMENTAL LIMITS FOR *LOSS
     OR DAMAGE FROM OTHER THAN FIRE OR LIGHTNING.

THE SUPPLEMENTAL LIMITS CONDITION IS CHANGED TO ADD THE FOLLOWING:

IF *BUILDING, *CONTENTS, *EQUIPMENT OR *STOCK ARE INSURED:

(D)   LIMITED COVERAGE FOR *FUNGUS, WET ROT, DRY ROT AND
      BACTERIA

1.   THE COVERAGE DESCRIBED IN (D)2., (D)5. AND
     (D)6. ONLY APPLIES WHEN THE *FUNGUS, WET ROT,
     DRY ROT OR BACTERIA IS THE RESULT OF A *LOSS
     FROM *SPECIFIED *PERILS OTHER THAN FIRE OR
     LIGHTNING THAT OCCURS DURING THE POLICY PERIOD
     AND ONLY IF ALL REASONABLE MEANS WERE USED TO
     SAVE AND PRESERVE THE PROPERTY FROM FURTHER
     DAMAGE AT THE TIME OF AND AFTER THAT *LOSS.

2.   *WE WILL PAY FOR *LOSS OR DAMAGE CAUSED BY
     *FUNGUS, WET ROT, DRY ROT OR BACTERIA. AS
     USED IN THIS SUPPLEMENTAL COVERAGE, THE TERM
     *LOSS OR DAMAGE MEANS:

     A.   DIRECT PHYSICAL *LOSS OR DAMAGE TO CO-
          VERED PROPERTY CAUSED BY *FUNGUS, WET
          ROT, DRY ROT OR BACTERIA, INCLUDING THE
          COST OF REMOVAL OF THE *FUNGUS, WET ROT,
          DRY ROT OR BACTERIA;

     B.   THE COST TO TEAR OUT AND REPLACE ANY PART
          OF THE *BUILDING OR OTHER PROPERTY AS
          NEEDED TO GAIN ACCESS TO THE *FUNGUS,
          WET ROT, DRY ROT OR BACTERIA; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0175**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                PAGE 3 OF 5
FUNGUS - LIMITED COVERAGE
   COVERAGE PART 330
      UNICOVER V

      C.    THE COST OF TESTING PERFORMED AFTER RE-
           MOVAL, REPAIR, REPLACEMENT OR RESTORATION
           OF THE DAMAGED PROPERTY IS COMPLETED,
           PROVIDED THERE IS A REASON TO BELIEVE
           THAT *FUNGUS, WET ROT, DRY ROT OR BAC-
           TERIA ARE PRESENT.

   3.    THE COVERAGE DESCRIBED UNDER (D)2. OF THIS
       LIMITED COVERAGE IS LIMITED TO $15,000. RE-
       GARDLESS OF THE NUMBER OF CLAIMS, THIS LIMIT
       IS THE MOST *WE WILL PAY FOR THE TOTAL OF ALL
       *LOSS OR DAMAGE ARISING OUT OF ALL OCCURREN-
       CES OF *SPECIFIED *PERILS (OTHER THAN FIRE OR
       LIGHTNING) WHICH TAKE PLACE IN A 12-MONTH
       PERIOD (STARTING WITH THE BEGINNING OF THE
       PRESENT ANNUAL POLICY PERIOD). WITH RESPECT TO
       A PARTICULAR OCCURRENCE OF *LOSS WHICH RE-
       SULTS IN *FUNGUS, WET ROT, DRY ROT OR BAC-
       TERIA, *WE WILL NOT PAY MORE THAN A TOTAL OF
       $15,000 EVEN IF THE *FUNGUS, WET ROT, DRY ROT
       OR BACTERIA CONTINUES TO BE PRESENT OR ACTIVE,
       OR RECURS, IN A LATER POLICY PERIOD.

   4.    NOTWITHSTANDING ANY PROVISION OF THIS POLICY
       TO THE CONTRARY, THE COVERAGE PROVIDED UNDER
       THIS LIMITED COVERAGE SHALL NOT INCREASE THE
       APPLICABLE LIMIT OF INSURANCE ON ANY COVERED
       PROPERTY UNDER THE MOST WE WILL PAY. IF A PAR-
       TICULAR OCCURRENCE RESULTS IN *LOSS OR DAMAGE
       BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, AND
       OTHER *LOSS OR DAMAGE, *WE WILL NOT PAY MORE,
       FOR THE TOTAL OF ALL *LOSS OR DAMAGE, THAN
       THE APPLICABLE LIMIT OF INSURANCE ON THE
       AFFECTED COVERED PROPERTY.

       IF THERE IS A COVERED *LOSS OR DAMAGE TO
       COVERED PROPERTY, NOT CAUSED BY *FUNGUS, WET
       ROT, DRY ROT OR BACTERIA, *OUR *LOSS PAYMENT
       WILL NOT BE LIMITED BY THE TERMS OF THIS

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                            EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0176**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 4 OF 5
FUNGUS - LIMITED COVERAGE
    COVERAGE PART 330
       UNICOVER V

LIMITED COVERAGE, EXCEPT TO THE EXTENT THAT
*FUNGUS, WET ROT, DRY ROT OR BACTERIA CAUSES
AN INCREASE IN THE *LOSS SUBJECT TO THE PARA-
GRAPH ABOVE, ANY SUCH INCREASE IN THE *LOSS
WILL BE SUBJECT TO THE TERMS OF THIS LIMITED
COVERAGE.

5.  WHEN ENDORSEMENT 080 - BUSINESS INCOME CON-
    TINUATION IS SHOWN IN THE DECLARATIONS AS AP-
    PLICABLE TO THE *LOCATION AND IF THE SUSPEN-
    SION OF *YOUR BUSINESS SATISFIES ALL TERMS
    AND CONDITIONS OF ENDORSEMENT 080, THE FOL-
    LOWING 5.A. AND 5.B. APPLIES:

    A.  IF THE *LOSS WHICH RESULTED IN *FUNGUS,
        WET ROT, DRY ROT OR BACTERIA DOES NOT IN
        ITSELF NECESSITATE A SUSPENSION OF *YOUR
        BUSINESS, BUT SUCH SUSPENSION IS NECES-
        SARY DUE TO *LOSS OR DAMAGE TO PROPERTY
        CAUSED BY *FUNGUS, WET ROT, DRY ROT OR
        BACTERIA, THEN *WE WILL PAY *YOU 1/30
        OF THE MONTHLY *BUSINESS *INCOME *CON-
        TINUATION LIMIT SHOWN IN THE DECLARA-
        TIONS, LESS THE AVERAGE DAILY *GROSS
        *PROFIT *YOU ACTUALLY EARN FOLLOWING THE
        *LOSS. THE *RECOVERY *PERIOD IS FOR NO
        MORE THAN 30 DAYS. THE DAYS NEED NOT BE
        CONSECUTIVE. THE PERIOD OF SUSPENSION
        BEGINS 72 HOURS AFTER THE TIME OF *LOSS
        TO SUCH PROPERTY.

    B.  IF A COVERED SUSPENSION OF *YOUR BUSI-
        NESS WAS CAUSED BY *LOSS OR DAMAGE OTHER
        THAN *FUNGUS, WET ROT, DRY ROT OR BAC-
        TERIA BUT REMEDIATION OF *FUNGUS, WET
        ROT, DRY ROT OR BACTERIA PROLONGS THE
        PERIOD OF SUSPENSION, *WE WILL PAY FOR
        *BUSINESS *INCOME *CONTINUATION SUSTAINED

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                              EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0177

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 5 OF 5
FUNGUS - LIMITED COVERAGE
    COVERAGE PART 330
        UNICOVER V

DURING THE DELAY (REGARDLESS OF WHEN SUCH
A DELAY OCCURS DURING THE PERIOD OF SUS-
PENSION), BUT SUCH COVERAGE IS LIMITED
TO 30 DAYS. THE DAYS NEED NOT BE CONSECU-
TIVE.

THE EXTENDED RECOVERY PERIOD DOES NOT APPLY TO
ITEMS 5.A. OR 5.B. ABOVE.

6.    WHEN ENDORSEMENT 0191 - BUSINESS RECOVERY EX-
PENSE IS SHOWN IN THE DECLARATIONS AS APPLICA-
BLE TO THE *LOCATION AND IF THE SUSPENSION OF
*YOUR BUSINESS SATISFIES ALL TERMS AND CON-
DITIONS OF ENDORSEMENT 191, THE FOLLOWING 6.A.
AND 6.B. APPLIES:

A.    IF THE *LOSS WHICH RESULTED IN *FUNGUS,
WET ROT, DRY ROT OR BACTERIA DOES NOT IN
ITSELF NECESSITATE A SUSPENSION OF *YOUR
BUSINESS, BUT SUCH SUSPENSION IS NECES-
SARY DUE TO *LOSS OR DAMAGE TO PROPERTY
CAUSED BY *FUNGUS, WET ROT, DRY ROT OR
BACTERIA, THEN THE *RECOVERY *PERIOD IS
CHANGED TO NO MORE THAN 30 DAYS. THE DAYS
NEED NOT BE CONSECUTIVE. THE PERIOD OF
SUSPENSION BEGINS 72 HOURS AFTER THE
TIME OF *LOSS TO SUCH PROPERTY.

B.    IF A COVERED SUSPENSION OF *YOUR BUSINESS
WAS CAUSED BY *LOSS OR DAMAGE OTHER THAN
*FUNGUS, WET ROT, DRY ROT OR BACTERIA
BUT REMEDIATION OF *FUNGUS, WET ROT, DRY
ROT OR BACTERIA PROLONGS THE *RECOVERY
*PERIOD *WE WILL PAY FOR *EXTRA *EXPENSE
AND REDUCTION OF *BUSINESS *INCOME *YOU
SUSTAINED DURING THE DELAY (REGARDLESS
OF WHEN SUCH A DELAY OCCURS DURING THE
*RECOVERY *PERIOD) BUT SUCH COVERAGE IS
LIMITED TO 30 DAYS. THE DAYS NEED NOT BE
CONSECUTIVE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0178**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 404
COINSURANCE CONDITION REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FIRST PARAGRAPH OF THE COINSURANCE CONDITION IS REPLACED BY THE FOLLOWING:

COINSURANCE - *WE WILL NOT PAY THE FULL AMOUNT OF ANY *LOSS IF THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF *LOSS MULTIPLIED BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) IS GREATER THAN THE LIMIT STATED IN THE DECLARATIONS FOR THE PROPERTY AT THAT *LOCATION.

*WE WILL DETERMINE THE *ACTUAL *CASH *VALUE OF THE INSURED PRO-PERTY AT THE TIME OF *LOSS, AND MULTIPLY IT BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) TO OBTAIN THE "PROPER AMOUNT" OF INSURANCE *YOU SHOULD HAVE PURCHASED. *WE WILL DIVIDE THE LIMIT FOR THE PROPERTY BY THE "PROPER AMOUNT" TO OBTAIN THE "RECOVERY RATIO". IF THE RECOVERY RATIO IS LESS THAN 1.00, *WE WILL MULTIPLY THE AMOUNT OF THE *LOSS (BEFORE APPLYING ANY DEDUCTIBLE) BY THE "RECOVERY RATIO" TO DETERMINE THE "AMOUNT PAYABLE". THE AMOUNT OF *OUR PAYMENT WILL BE THE LESSER OF THE "AMOUNT PAYABLE" OR THE LIMIT STATED IN THE DECLARATIONS FOR THE *LOCATION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0179**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 408
BLANKET LIMITS REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO *LOSS TO THE PROPERTY SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT, THE FOLLOWING IS ADDED TO THE MOST
WE WILL PAY CONDITION.

    (H)  IF THE LIMIT APPLIES TO MORE THAN ONE *LOCATION, THE
        MOST *WE WILL PAY FOR *LOSS AT ANY ONE *LOCATION IS
        THE PROPORTION THAT THE *ACTUAL *CASH *VALUE AT THAT
        *LOCATION BEARS TO THE *ACTUAL *CASH *VALUE OF THE
        INSURED PROPERTY AT ALL *LOCATIONS INCLUDED IN THAT
        LIMIT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  1-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0180**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 410
STATUTORY RIGHT OF PRIVACY EXCLUSION
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 500 AND 950 -- THE DEFINITION OF *INJURY GROUP 3
IS REPLACED BY THE FOLLOWING:

> GROUP 3 - FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVIC-
> TION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF
> PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE
> NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF PO-
> SSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR IN-
> VASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 970, DEFINITION OF *INJURY -- PART (3) IS REPLACED
BY THE FOLLOWING:

> (3)  FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL DETENTION,
>      ABUSE OF PROCESS, WRONGFUL EVICTION, MALICIOUS PROSE-
>      CUTION, LIBEL, SLANDER, DEFAMATION, PRIVATE NUISANCE
>      (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSES-
>      SION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVA-
>      SION OF THE RIGHT OF PRIVACY;

COVERAGE PART 980, DEFINITION OF *INJURY -- PART (3) IS REPLACED
BY THE FOLLOWING:

> (3)  FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION,
>      WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF
>      PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER,
>      PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE
>      RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW
>      CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PARTS 500, 950, 970 AND 980, EXCLUSIONS -- THE FOLLOWING
EXCLUSION IS ADDED:

> (U)  *INJURY WHEN A CLAIM FOR INVASION OF THE RIGHT OF
>      PRIVACY IS A STATUTORY VIOLATION;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0181**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 418
VIDEO EQUIPMENT IN AUTOS
COVERAGE PARTS 300 AND 900
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 300 AND 900 -- EXCLUSION (N), "THIS DOES NOT APPLY TO" -- PART (1) IS REPLACED BY THE FOLLOWING:

    (1)  TAPE DECKS, COMPACT DISK PLAYERS, VIDEO CASSETTE RECORDERS, DIGITAL VIDEO DISK PLAYERS, VIDEO CAMERAS, OTHER SOUND REPRODUCING EQUIPMENT, OR A DEVICE FOR VIEWING VISUAL IMAGES, WHEN ANY OF THE ABOVE ARE PERMANENTLY INSTALLED IN, AND ANTENNAS PERMANENTLY ATTACHED TO, THE *COVERED *AUTO;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0182**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 429                    PAGE 1 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRE-
TARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO
BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK
INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE
ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY
OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT
OF TERRORISM.

THE FOLLOWING EXCLUSION IS ADDED:

CERTIFIED ACT OF TERRORISM EXCLUSION

> *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION
> *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
> *SUIT CAUSED, DIRECTLY OR INDIRECTLY BY A *CERTIFIED *ACT
> *OF *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING
> AGAINST ANY *CERTIFIED *ACT *OF *TERRORISM. SUCH *ACCIDENT,
> *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS,
> *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY
> OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY
> SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAMAGES,
> *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

EXCEPTIONS TO THE CERTIFIED ACT OF TERRORISM EXCLUSION

THIS EXCLUSION DOES NOT APPLY:

1.  FOR COVERAGE PART 330, TO *LOSS BY FIRE TO PROPERTY LOCATED
    IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A
    STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT
    REQUIRE CONFORMITY WITH RESPECT TO A *CERTIFIED *ACT *OF
    *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0183

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 429          PAGE 2 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

IN THESE STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS
IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE
TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT AND *STOCK OR
*EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT
APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT
NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RE-
COVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASE-
HOLD INTEREST.

2.   TO ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS *OCCURRENCE, CLAIM OR *SUIT IN THE UNITED
STATES, ITS TERRITORIES AND POSSESIONS, AND PUERTO RICO IF
THE *CERTIFIED *ACT *OF *TERRORISM RESULTS IN INSURED DAMAGE
TO ALL TYPES OF PROPERTY IN THOSE LOCATIONS OF LESS THAN
$25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD
IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED
BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY SUCH
TERRORISM AND BUSINESS INTERRUPTION LOSSES SUSTAINED BY
OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE
OF THIS PROVISION, INSURED DAMAGE MEANS DAMAGE THAT IS
COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED
BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY TERRORISM
EXCLUSIONS.

THE FOLLOWING CONDITION IS ADDED:

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF
COVERAGE CONTINUE TO APPLY IN THE EVENT OF ANY *ACCIDENT,
*COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS,
*OCCURRENCE, CLAIM OR *SUIT RESULTING FROM A *CERTIFIED *ACT
*OF *TERRORISM OR ANY OTHER ACT OF TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0184**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 431                    PAGE 1 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITIONS ARE ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRE-
TARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO
BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK
INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE
ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY
OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT
OF TERRORISM.

"*OTHER *ACT *OF *TERRORISM" MEANS A VIOLENT ACT OR AN THAT IS
DANGEROUS TO HUMAN LIFE, PROPERTY OR INFRASTRUCTURE THAT IS COM-
MITTED BY AN INDIVIDUAL OR INDIVIDUALS AND THAT APPEARS TO BE
PART OF AN EFFORT TO COERCE A CIVILIAN POPULATION OR TO INFLUENCE
THE POLICY OR AFFECT THE CONDUCT OF ANY GOVERNMENT BY COERCION,
BUT THAT IS NOT A *CERTIFIED *ACT *OF *TERRORISM. ALL *OTHER
*ACTS *OF *TERRORISM THAT OCCUR WITHIN A SEVENTY-TWO (72) HOUR
PERIOD AND WHICH APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A
RELATED PURPOSE OR COMMON LEADERSHIP SHALL BE DEEMED A SINGLE
*OTHER *ACT *OF *TERRORISM.

"*TERRORISM" MEANS A *CERTIFIED *ACT *OF *TERRORISM OR AN *OTHER
*ACT *OF *TERRORISM.

THE FOLLOWING EXCLUSION IS HEREBY ADDED:

*TERRORISM EXCLUSION - BIOLOGICAL OR CHEMICAL

*WE WILL NOT PAY FOR *LOSS OR DAMAGE CAUSED DIRECTLY OR INDI-
RECTLY BY *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING
AGAINST *TERRORISM. SUCH *LOSS OR DAMAGE IS EXCLUDED REGARDLESS
OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN
ANY SEQUENCE TO THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0185**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 431                    PAGE 2 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

HOWEVER, THIS EXCLUSION APPLIES ONLY IF ONE OR MORE OF THE FOLLOW-
ING ARE ATTRIBUTABLE TO SUCH ACT:

(1)  THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR
     APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMI-
     CAL MATERIALS; OR

(2)  PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE
     RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM
     WAS TO RELEASE SUCH MATERIALS.

THIS EXCLUSION DOES NOT APPLY TO A *CERTIFIED *ACT *OF *TERRORISM
WHEN SUCH COVERAGE IS PROVIDED BY THIS POLICY, AS INDICATED IN THE
POLICY DECLARATIONS.

EXCEPTION FOR CERTAIN FIRE LOSSES

FOR COVERAGE PART 330, THE FOLLOWING EXCEPTION TO THE *TERRORISM
EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES WITH
STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE
INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RE-
SPECT TO *TERRORISM.

IN THESE STATES, IF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR
THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CON-
TENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT
FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR
EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINU-
ATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA
*EXPENSE OR LEASEHOLD INTEREST.

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COV-
ERAGE CONTINUE TO APPLY IN THE EVENT OF *LOSS OR DAMAGE RESULTING
FROM *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0186

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED WITH THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND
SUPPLIES OWNED BY *YOUR EMPLOYEES WHEN (1) IN *YOUR BUILDING,
IN TRANSIT OR TEMPORARILY AT A PREMISES NOT OWNED, RENTED,
LEASED, OPERATED OR CONTROLLED BY *YOU, PROVIDED SUCH PROP-
ERTY IS BEING USED IN THE CONDUCT OF *YOUR BUSINESS; OR (2)
NOT BEING USED IN THE CONDUCT OF *YOUR BUSINESS IF SUCH PROP-
ERTY IS IN AN *AUTO OWNED OR LEASED BY *YOU.

THE FOLLOWING IS ADDED TO EXCLUSIONS - PROPERTY:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE
*TOOLS, *WE WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTEN-
DED *AUTO, UNLESS AT THE TIME OF THEFT ITS WINDOWS, DOORS
AND COMPARTMENTS WERE CLOSED AND LOCKED, AND THERE ARE VISI-
BLE SIGNS THAT THE THEFT WAS A RESULT OF FORCED ENTRY, BUT
THIS EXCLUSION DOES NOT APPLY TO PROPERTY IN THE CUSTODY OF
A CARRIER FOR HIRE.

THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE
*TOOLS, THE MOST *WE WILL PAY FOR ANY ONE LOSS IS $25,000.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit C - 0187**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 511
WELFARE AND PENSION BENEFIT PLAN
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN EMPLOYEE DISHONESTY INSURANCE IS SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT, SUCH INSURANCE IS CHANGED AS
FOLLOWS:

THE DEFINITION OF "*EMPLOYEE" IS CHANGED TO ADD:

WITH RESPECT TO ANY EMPLOYEE WELFARE AND PENSION
BENEFIT PLAN SHOWN IN THE DECLARATTONS AS AN *INSURED,
"*EMPLOYEE" MEANS ANY PERSON WHO IS (A) *YOUR DIRECTOR
OR TRUSTEE OR (B) A TRUSTEE, MANAGER, OFFICER OR
*EMPLOYEE OF SUCH PLAN, WHILE THEY ARE ENGAGED IN THE
HANDLING OF FUNDS OR OTHER PROPERTY OF SUCH PLAN OWNED,
CONTROLLED OR OPERATED BY *YOU.

PART (2) OF THE DEFINITION OF "*EMPLOYEE", AND EXCLUSION (A) DO
NOT APPLY TO ANY *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN
THIS ENDORSEMENT.

ANY DEDUCTIBLE SHOWN IN THE DECLARATIONS AS APPLICABLE TO
EMPLOYEE DISHONESTY DOES NOT APPLY TO *LOSS CAUSED BY ANY
*EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

IF THE *INSURED FIRST NAMED IN THE DECLARATIONS IS AN ENTITY
OTHER THAN A PLAN, ANY PAYMENT *WE MAKE TO THAT *INSURED FOR
*LOSS SUSTAINED BY ANY PLAN WILL BE HELD BY THAT *INSURED FOR
THE USE AND BENEFIT OF THE PLAN(S) SUSTAINING THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-1999
COPYRIGHT 1999 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit C - 0188