PETER D. NITSCHKE (SBN: 174123)
NITSCHKE & VARRICCHIO LLP
23861 El Toro Road, Suite 700
Lake Forest, CA 92630
Telephone: (949) 830-9400
Facsimile: (949) 830-9405

Attorneys For Defendants
Walnut Creek Associates 5, Inc. dba Oakland Acura, Proformance Associates, Inc., James Nielsen, Walnut Creek Associates 2, Inc., Walnut Creek Associates, Inc dba Walnut Creek Acura, Philip Peterson and Gordon Walton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALNUT CREEK ASSOCIATES 5, INC. dba OAKLAND ACURA, a California corporation; PROFORMANCE ASSOCIATES, INC., a California corporation; JAMES NIELSEN, an individual, WALNUT CREEK ASSOCIATES 2, INC., a California corporation; WALNUT CREEK ASSOCIATES 2, INC. dba WALNUT CREEK HONDA, a California corporation, PHILLIP PETERSON, an individual, and GORDON WALTON, an individual<br><br>Defendants. | CASE NO. C 07 2858 JL<br><br>**DEFENDANTS WALNUT CREEK ASSOCIATES 5, INC. DBA OAKLAND ACURA, PROFORMANCE ASSOCIATES, INC., JAMES NIELSEN, WALNUT CREEK ASSOCIATES 2, INC., WALNUT CREEK ASSOCIATES, INC DBA WALNUT CREEK ACURA, PHILIP PETERSON AND GORDON WALTON'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  named parties, there is no such interest to report.

3  Dated:  August 27, 2007

NITSCHKE & VARRICCHIO LLP
PETER D. NITSCHKE

By: _____
Peter D. Nitschke
Attorneys for Defendants
WALNUT CREEK ASSOCIATES 5, INC. DBA OAKLAND ACURA, PROFORMANCE ASSOCIATES, INC., JAMES NIELSEN, WALNUT CREEK ASOCIATES 2, INC., WALNUT CREEK ASSOCIATES, INC. DBA WALNUT CREEK ACURA, PHILIP PETERSON and GORDON WALTON

NITSCHKE & VARRICCHIO LLP
23861 El Toro Road
Suite 700
Lake Forest, CA 92630

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 23861 El Toro Road, Suite 700, Lake Forest, California 92630

On **August 27, 2007,** I caused to be served the foregoing documents described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties as follows:

>Max H. Stern, Esq.
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

[ ] **(BY MAIL)** - By placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as to the above-named counsel of record or parties in propria persona. I deposited such envelope in the mail at Lake Forest, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL DELIVERY)** - By retaining a delivery service, OneLegal, and instructing them to deliver [ ] the original [x] a true copy thereof to the above-named counsel of record and or parties in propria persona.

[X] **(BY E-FILING)** - By transmitting this document via the E-Filing System for the District Court for the Northern District of California.

[ ] **(BY FACSIMILE)** - I caused said document, along with an unsigned copy of this Declaration, to be transmitted to a facsimile machine telephone number as last given by said counsel or party in propria persona as noted above.

[ ] **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Dated: August 27, 2007

_____
Peter D. Nitschke

NITSCHKE & VARRICCHIO LLP
23861 El Toro Road
Suite 700
Lake Forest, CA 92630