1  PETER D. NITSCHKE (SBN: 174123)
   NITSCHKE & VARRICCHIO LLP
2  23861 El Toro Road, Suite 700
   Lake Forest, CA 92630
3  Telephone: (949) 830-9400
   Facsimile: (949) 830-9405
4

   Attorneys For Defendants
5  Walnut Creek Associates 5, Inc. dba Oakland
   Acura, Proformance Associates, Inc., James
6  Nielsen, Walnut Creek Associates 2, Inc.,
   Walnut Creek Associates, Inc dba Walnut Creek
7  Acura, Philip Peterson and Gordon Walton

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNIVERSAL UNDERWRITERS        )  CASE NO. C 07 2858 JL
   INSURANCE COMPANY, a Kansas   )
11 Corporation,                  )  **DEFENDANTS WALNUT CREEK**
                                 )  **ASSOCIATES 5, INC. DBA OAKLAND**
12              Plaintiff,       )  **ACURA, PROFORMANCE**
                                 )  **ASSOCIATES, INC., JAMES NIELSEN,**
13         vs.                   )  **WALNUT CREEK ASSOCIATES 2,**
                                 )  **INC., WALNUT CREEK ASSOCIATES,**
14 WALNUT CREEK ASSOCIATES 5, INC. dba ) **INC DBA WALNUT CREEK ACURA,**
   OAKLAND ACURA, a California corporation; ) **PHILIP PETERSON AND GORDON**
15 PROFORMANCE ASSOCIATES, INC., a ) **WALTON'S CONSENT TO PROCEED**
   California corporation; JAMES NIELSEN, an ) **BEFORE A UNITED STATES**
16 individual, WALNUT CREEK ASSOCIATES ) **MAGISTRATE JUDGE**
   2, INC., a California corporation; WALNUT )
17 CREEK ASSOCIATES 2, INC. dba WALNUT )
   CREEK HONDA, a California corporation, )
18 PHILLIP PETERSON, an individual, and )
   GORDON WALTON, an individual )
19                              )
                 Defendants.    )
20 _____)

21

22       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

23       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

24 parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all

25 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

26 ///

27 ///

28 ///

-1-
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 27, 2007

NITSCHKE & VARRICCHIO LLP
PETER D. NITSCHKE

By: /s/ Peter D. Nitschke
Peter D. Nitschke
Attorneys for Defendants
WALNUT CREEK ASSOCIATES 5, INC. DBA OAKLAND ACURA, PROFORMANCE ASSOCIATES, INC., JAMES NIELSEN, WALNUT CREEK ASOCIATES 2, INC., WALNUT CREEK ASSOCIATES, INC. DBA WALNUT CREEK ACURA, PHILIP PETERSON and GORDON WALTON

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 23861 El Toro Road, Suite 700, Lake Forest, California 92630

On **August 27, 2007,** I caused to be served the foregoing documents described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties as follows:

> Max H. Stern, Esq.
> **DUANE MORRIS LLP**
> One Market, Spear Tower, Suite 2000
> San Francisco, CA 94105
> Telephone: (415) 957-3000
> Facsimile: (415) 957-3001

[ ] **(BY MAIL)** - By placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as to the above-named counsel of record or parties in propria persona. I deposited such envelope in the mail at Lake Forest, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL DELIVERY)** - By retaining a delivery service, OneLegal, and instructing them to deliver [ ] the original [x] a true copy thereof to the above-named counsel of record and or parties in propria persona.

[X] **(BY E-FILING)** - By transmitting this document via the E-Filing System for the District Court for the Northern District of California.

[ ] **(BY FACSIMILE)** - I caused said document, along with an unsigned copy of this Declaration, to be transmitted to a facsimile machine telephone number as last given by said counsel or party in propria persona as noted above.

[ ] **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Dated: August 27, 2007

_____
Peter D. Nitschke