1  MAX H. STERN (SBN 154424)
   WILLIAM S. BERMAN (SBN 170857)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   email: MHStern@duanemorris.com
5  email: WSBerman@duanemorris.com

6  Attorneys for Plaintiff
   UNIVERSAL UNDERWRITERS INSURANCE
7  COMPANY, a Kansas corporation

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNIVERSAL UNDERWRITERS INSURANCE      Case No.: C 07 2858
   COMPANY, a Kansas corporation,
12                                        **DECLINATION TO PROCEED
                Plaintiff,                BEFORE A MAGISTRATE JUDGE
13                                        AND
        v.                                REQUEST FOR REASSIGNMENT TO
14                                        A UNITED STATES DISTRICT JUDGE**
   WALNUT CREEK ASSOCIATES 5, INC. dba
15 OAKLAND ACURA, a California corporation;
   PROFORMANCE ASSOCIATES, INC., a       Courtroom: F, 15th Floor
16 California corporation; and JAMES NIELSEN, an   Judge: Magistrate Judge James Larson
   individual, WALNUT CREEK ASSOCIATES 2,
17 INC., a California corporation; WALNUT CREEK   Complaint Filed: June 1, 2007
   ASSOCIATES 2, INC. dba Walnut Creek Honda, a
18 California corporation, Phillip Peterson, an
   individual, GORDON WALTON, an individual
19
                Defendants.
20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A
                      UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Universal Underwriters Insurance Company hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

**DUANE MORRIS** LLP

Attorneys for Plaintiff
Universal Underwriters Insurance Company

Dated: August 27, 2007    By:    /s/
                                 Max H. Stern
                                 William S. Berman

DM1\1168653.1

2
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

*Universal Underwriters Ins. Co. v. Oakland Acura, et al.*
United States District Court, No.: C 07 2858 JL

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date listed below, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**See attached list**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile at approximately _____ a.m./p.m. pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 955-2599. The name(s) and facsimile machine telephone number(s) of the person(s) served is listed in the attached service list marked with a ^^^. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **BY ELECTRONIC SERVICE:** I served a true copy electronically on designated recipients through https://ecf.cand.uscourts.gov. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by this system.

Executed on August 27, 2007, at San Francisco, California.

/s/
_____
JoAnna Soliman

PROOF OF SERVICE; No. C 07 2858 JL

DM1\1181580.1