**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL UNDERWRITERS INS. CO.,
    Plaintiff(s),

v.

**WALNUT CREEK ASSOCIATES 5, INC. et al.**

    Defendant(s).

No. **C**-07-2858-**SC**

**AMENDED** Clerk's Notice

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 21, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   9/6/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
    Courtroom Deputy Clerk