UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

<u>C-07-2858</u>          <u>SAMUEL CONTI</u>          DATE <u>9/21/07</u>
Case Number              Judge

Title: <u>UNIVERSAL UNDERWRITERS</u>   vs <u>WALNUT CREEK ASSOCIATES, et al.</u>

Attorneys: <u>MAX STERN</u>          <u>PETER NITSCHKE</u>

Deputy Clerk: <u>T. De Martini</u>   Court Reporter: <u>Sylvia Russo</u>

Court   Pltf's   Deft's
(xxx)   (   )    (   )   1. <u>Status Conference - Held</u>

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Jury Trial

Case Continued to <u>1/25/08 @ 10:00 a.m.</u>   for Further Status Conference

Case Continued to_____for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____Answer_____Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: <u>This case is stayed pending resolution of the underlying state court action.</u>