UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2858         SAMUEL CONTI         DATE 1/25/08
Case Number       Judge

Title: UNIVERSAL UNDERWRITERS    vs WALNUT REEK ASSOCIATES 5

Attorneys: MAX STERN              PETER NITSCHKE

Deputy Clerk: T. De Martini    Court Reporter: Margo Gurule

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 7/25/08 @ 10:00 A.M. for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING: The stay in this case is lifted and the Plaintiff may file a motion for summary judgment.

cc: