MAX H. STERN (SBN 154424)
WILLIAM S. BERMAN (SBN 170857)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   MHStern@duanemorris.com
          WSBerman@duanemorris.com

Attorneys for Plaintiff
UNIVERSAL UNDERWRITERS INSURANCE
COMPANY, a Kansas corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALNUT CREEK ASSOCIATES 5, INC. dba OAKLAND ACURA, a California corporation; PROFORMANCE ASSOCIATES, INC., a California corporation; and JAMES NIELSEN, an individual, WALNUT CREEK ASSOCIATES 2, INC., a California corporation; WALNUT CREEK ASSOCIATES 2, INC. dba Walnut Creek Honda, a California corporation, Phillip Peterson, an individual, GORDON WALTON, an individual,<br><br>Defendants. | Case No.: C-07-2858 SC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   April 25, 2008<br>Time:  10:00 a.m.<br>Dept:   Courtroom 1, 17th Floor<br><br>Judge:  The Honorable Samuel Conti |

    Plaintiff Universal Underwriters Insurance Company ("Universal") hereby requests that this Court take judicial notice, pursuant to Federal Rules of Evidence 201, of the following documents in support of Universal's Motion for Partial Summary Judgment, filed concurrently herewith.

    1.    Attached hereto as Exhibit A is a certified copy of the First Amended Complaint filed on November 29, 2005 in the matter entitled *Berkeley Auto Group, LLC v. James Nielsen, an individual; Walnut Creek Associates 5, Inc., dba Oakland Acura; and Proformance Associates Inc.; and Does 1-20, inclusive*, in the Superior Court of California in and for the County of Contra Costa,

case number C 05-02372 (the "*Berkeley Honda* Action").

2. Attached hereto as Exhibit B is a certified copy of the Amendment to Complaint filed on February 10, 2006 in the *Berkeley Honda* Action.

3. Attached hereto as Exhibit C is a certified copy of the Second Amended Complaint filed on September 14, 2006 in the *Berkeley Honda* Action.

4. Attached hereto as Exhibit D is a certified copy of the Third Amended Complaint filed on January 22, 2008 in the *Berkeley Honda* Action.

Rule 201 authorizes and directs a court to take judicial notice of any fact if requested by a party and supplied with the necessary information, provided the fact is not subject to reasonable dispute and is either (1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. of Evid. 201(b). This authority allows the court to take judicial notice of the records of state courts, including certified copies of pleading filed such as referenced in paragraphs 1-4 above and attached hereto as Exhibits A through D.

In addition, this authority allows the court to take judicial notice of the following documents attached to the Declaration of Max H. Stern in Support of Universal's Motion for Partial Summary Judgment ("Stern Decl.") concurrently filed herewith:

  a. The operative First Amended Complaint in this Action, which is attached as Exhibit A to Stern Decl.

  b. The definitions of "chattel" and "personal property" found on pages 210 and 924, respectively of Merriam-Webster's Collegiate Dictionary, 11th Ed., 2004, which is attached as Exhibit C to Stern Decl.

  c. The definition of "personal property" found on page 1311 of The American Heritage Dictionary of English Language, 4th Ed. 2000, which is attached as Exhibit D to Stern Decl.

///
///
///
///
///

Accordingly, Universal respectfully requests that the Court take notice of all of the documents referred to herein.

Dated: March 21, 2008

**DUANE MORRIS LLP**

By: _____
Max H. Stern
William S. Berman
Attorneys for Plaintiff
Universal Underwriters Insurance Company

DM1\1309191

*Universal Underwriters Ins. Co. v. Oakland Acura, et al.*
United States District Court, No.: C 07 2858 SC

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date listed below, I served the following document:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**See attached list**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile at approximately _____ a.m./p.m. pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 955-2599. The name(s) and facsimile machine telephone number(s) of the person(s) served is listed in the attached service list marked with a ^^^. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **BY ELECTRONIC SERVICE:** I served a true copy electronically on designated recipients through https://ecf.cand.uscourts.gov. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by this system.

Executed on March 21, 2008, at San Francisco, California.

_____
JoAnna Soliman

PROOF OF SERVICE; No. C 07 2858 SC

DM1\1181580.1