# EXHIBIT B

Michael W. Rupprecht, Esq. (62595)
Jeffrey G. Hansen, Esq. (104505)
LAW OFFICES OF MICHAEL W. RUPPRECHT
18 Crow Canyon Court, Suite 160
San Ramon, California 94583
Telephone: (925) 837-0867
Facsimile: (925) 837-6104

Melvin D. Honowitz, Esq. (57341)
Constance J. Yu, Esq. (182704)
Julia Mezhinsky Jayne, Esq. (202753)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff,
BERKELEY AUTO GROUP, LLC
dba BERKELEY HONDA

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA – UNLIMITED JURISDICTION

| | |
|---|---|
| BERKELEY AUTO GROUP, LLC, dba BERKELEY HONDA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES NIELSEN, an individual; WALNUT CREEK ASSOCIATES 5, INC. and PROFORMANCE ASSOCIATES, dba OAKLAND ACURA; and DOES 1-20, inclusive, <br><br> Defendants. | No: C05-02372 <br><br> AMENDMENT TO COMPLAINT <br> (substituting fictitiously named "doe" defendants with true identities) |

Plaintiff BERKELEY AUTO GROUP, LLC dba BERKELEY HONDA hereby amends its complaint in the above-entitled action to properly identify the parties previously named in the complaint as follows:

//

1

| | |
|---|---|
| 1 | |
| 2 | "Doe 1" – WALNUT CREEK ASSOCIATES 2, INC.; |
| 3 | "Doe 2" – WALNUT CREEK ASSOCIATES 2, INC. dba WALNUT CREEK HONDA; |
| 4 | |
| 5 | "Doe 3" – PHILLIP PETERSON; and |
| 6 | "Doe 4" – GORDON WALTON. |

Dated: February 9, 2006

LAW OFFICES OF MICHAEL RUPPRECHT

By _____
Jeffrey G. Hansen
Attorneys for Plaintiff

[Beinke-chase\amendment to complaint]

PROOF OF SERVICE BY MAIL

I am a citizen of the United States, and am over the age of 18 years, and not a party to the within action; my business address is 18 Crow Canyon Court, Suite 160, San Ramon, California, 94583. On February 9, 2006, I served the AMENDMENT TO COMPLAINT on all parties to said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Ramon, California, addressed as follows:

Melvin D. Honowitz, Esq.
Constance J. Yu, Esq.
Julia Mezhinsky Jayne, Esq.
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, California 94111

Denis S. Kenny, Esq.
Gabriel S. Levine, Esq.
Scherer, Smith & Kenny, LLP
140 Geary Street, 7th Floor
San Francisco, California 94108

Gregory C. Simonian, Esq.
G. Martin Velez, Esq.
Clapp, Moroney, Bellagamba & Vucinich
15 Southgate Avenue, Suite 200
Daly City, California 94015

David H.S. Commins, Esq.
Allison C. Templeton, Esq.
Kenneth C. Webster, Esq.
Commins, Templeton & Webster, PC
400 Montgomery Street, Suite 200
San Francisco, California 94104

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2006 at San Ramon, California.

By _____
Patricia Carr-Lamboy

This document is a correct copy
of the original on file in this office.
ATTEST

MAR 17 2003

TO THE CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
By _____
         Deputy Clerk

Exhibit B - 0004