b. As to Defendant James Nielsen and the Oakland Acura Policies:

    i. To the extent it can be established that liability is imposed on James Nielsen for conduct while not acting within the scope of his duties as an employee of Oakland Acura, then there is no coverage and no indemnity obligation for that conduct because the definitions of INSURED and WHO IS AN INSURED in the Policies.

c. As to all Oakland Acura Defendants and Policy No. 261712A (October 1, 2005 – October 1, 2006):

    i. To the extent it can be established that liability is imposed solely for an injurious offense occurring prior to October 1, 2005, then there is no coverage and indemnity obligation under the subject policy, because of Exclusion (m).

d. As to all Walnut Creek Honda Defendants and the Walnut Creek Honda Acura Policies:

    i. To the extent it can be established that liability is imposed solely for "dishonest, fraudulent or criminal acts," then there is no coverage and no indemnity obligation because of Exclusion (a).

    ii. To the extent it can be established that liability is imposed on solely for acts committed "with the intent to cause harm," or that are inherently harmful or that give rise to an entitlement to punitive damages, then there is no coverage and no indemnity obligation because of Exclusion (b), California Insurance Code § 533, and public policy.

e. As to Walnut Creek Honda Policy No. 261711A (October 1, 2005 – October 1, 2006):

    i. To the extent it can be established that liability is imposed solely for an injurious offense occurring prior to October 1, 2005, then there is no coverage and indemnity obligation under the subject policy, because of Exclusion (m).

60. Universal Underwriters desires a judicial determination of the rights and duties of the parties with respect to any indemnity obligation of Universal Underwriters' concerning the *Berkeley Honda* action. Specifically, Universal Underwriters desires: (1) a general declaration that it is not obligated to indemnify the Oakland Acura Defendants under the Oakland Acura Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action, and a specific declaration as to each issue identified above; and (2) a general declaration that it is not obligated to indemnify the Walnut Creek Honda Defendants under the Walnut Creek Honda Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action, and a specific declaration as to each issue identified above

61. If Defendants desire, Universal Underwriters has no objection to staying litigation of this cause of action pending the conclusion of the *Berkeley Honda* action, in order to avoid any arguable prejudice in that action to Defendants from litigating the issues in this action.

**PRAYER**

WHEREFORE, Universal Underwriters prays for judgment as follows:

1. That this Court determine and adjudicate the rights, duties and obligations of the parties with respect to the policies of insurance described in this Complaint and set out in the attached Exhibits.

2. On the First Cause of Action:

(a) For a judicial declaration that Universal Underwriters is not obligated to indemnify Oakland Acura under the Oakland Acura Policies for any claim arising out of the *Berkeley Honda* action, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(b) For a judicial declaration that Universal Underwriters is not obligated to indemnify Proformance Associates under the Oakland Acura Policies for any claim arising out of the *Berkeley Honda* action, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(c) For a judicial declaration that Universal Underwriters is not obligated to

indemnify James Nielsen under the Oakland Acura Policies for any claim arising out of the *Berkeley Honda* action, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

    (d)    For a judicial declaration that Universal Underwriters is not obligated to indemnify Walnut Creek Associates 2, Inc. and Walnut Creek Associates 2, Inc. dba Walnut Creek Honda under the Walnut Creek Honda Policies for any claim arising out of the *Berkeley Honda* action, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

    (e)    For a judicial declaration that Universal Underwriters is not obligated to indemnify Phillip Peterson under the Walnut Creek Honda Policies for any claim arising out of the *Berkeley Honda* action, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

    (f)    For a judicial declaration that Universal Underwriters is not obligated to indemnify Gordon Walton under the Walnut Creek Honda Policies for any claim arising out of the *Berkeley Honda* action, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

    (g)    For a judicial declaration on each of the coverage issues raised in this action; and

3.    On the Second Cause of Action:

    (a)    For a judicial declaration that Universal Underwriters duty to defend Oakland Acura under the Oakland Acura Policies is only triggered because of the allegations in the Fourth Cause of Action in the *Berkeley Honda* action of the alleged conversion of actual personal property, not intellectual property;

    (b)    For a judicial declaration that Universal Underwriters duty to defend Proformance Associates under the Oakland Acura Policies is only triggered because of the allegations in the Fourth Cause of Action in the *Berkeley Honda* action of the alleged conversion of actual personal property, not intellectual property;

(c) For a judicial declaration that Universal Underwriters duty to defend James Nielsen under the Oakland Acura Policies is only triggered because of the allegations in the Fourth Cause of Action in the *Berkeley Honda* action of the alleged conversion of actual personal property, not intellectual property;

(d) For a judicial declaration that Universal Underwriters duty to defend Walnut Creek Associates 2, Inc. and Walnut Creek Associates 2, Inc. dba Walnut Creek Honda under the Walnut Creek Honda Polices is only triggered because of the allegations in the Fourth Cause of Action in the *Berkeley Honda* action of the alleged conversion of actual personal property, not intellectual property;

(e) For a judicial declaration that Universal Underwriters duty to defend Phillip Peterson under the Walnut Creek Honda Policies is only triggered because of the allegations in the Fourth Cause of Action in the *Berkeley Honda* action of the alleged conversion of actual personal property, not intellectual property;

(f) For a judicial declaration that Universal Underwriters duty to defend Gordon Walton under the Walnut Creek Honda Policies is only triggered because of the allegations in the Fourth Cause of Action in the *Berkeley Honda* action of the alleged conversion of actual personal property, not intellectual property;

(g) For a judicial declaration on each of the coverage issues raised in this action; and

4. On the Third Cause of Action:

(a) For a judicial declaration that Universal Underwriters is not obligated to provide independent counsel to Oakland Acura with respect to the *Berkeley Honda* action;

(b) For a judicial declaration that Universal Underwriters is not obligated to provide independent counsel to Proformance Associates with respect to the *Berkeley Honda* action;

(c) For a judicial declaration that Universal Underwriters is not obligated to provide independent counsel to James Nielsen with respect to the *Berkeley Honda* action;

(d) For a judicial declaration that Universal Underwriters is not obligated to provide independent counsel to Walnut Creek Associates 2, Inc. and Walnut Creek Associates 2, Inc.

dba Walnut Creek Honda with respect to the *Berkeley Honda* action;

(e) For a judicial declaration that Universal Underwriters is not obligated to provide independent counsel to Phillip Peterson with respect to the *Berkeley Honda* action;

(f) For a judicial declaration that Universal Underwriters is not obligated to provide independent counsel to Gordon Walton with respect to the *Berkeley Honda* action

(g) For a judicial declaration on each of the coverage issues raised in this action; and

5. On the Fourth Cause of Action:

(a) For an allocation of defense fees and costs between covered and non-covered claims, pursuant to *Buss v. Superior Court,* 16 Cal.4th 35, 65 Cal.Rptr.2d 366 (1997);

(b) For the sum of defense fees and costs advanced in the *Berkeley Honda* action attributable to uncovered claims, with interest thereon at a legal rate from the date the defense fees and costs were first incurred;

(c) For the sum of all monies advanced to pay for independent counsel costs for the Oakland Acura Defendants and the Walnut Creek Honda Defendants ,with interest thereon at a legal rate from the date the defense fees and costs were first incurred; and

6. On the Fifth Cause of Action:

(a) For a judicial declaration that Universal Underwriters is not obligated to indemnify Oakland Acura under the Oakland Acura Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(b) For a judicial declaration that Universal Underwriters is not obligated to indemnify Proformance Associates under the Oakland Acura Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(c) For a judicial declaration that Universal Underwriters is not obligated to indemnify James Nielsen under the Oakland Acura Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of

Action in *Berkeley Honda* action;

(d) For a judicial declaration that Universal Underwriters is not obligated to indemnify Walnut Creek Associates 2, Inc. and Walnut Creek Associates 2, Inc. dba Walnut Creek Honda under the Walnut Creek Honda Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(e) For a judicial declaration that Universal Underwriters is not obligated to indemnify Phillip Peterson under the Walnut Creek Honda Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(f) For a judicial declaration that Universal Underwriters is not obligated to indemnify Gordon Walton under the Walnut Creek Honda Policies, except with respect to the alleged conversion of actual personal property, not intellectual property, as alleged in the Fourth Cause of Action in *Berkeley Honda* action;

(g) For a judicial declaration on each of the coverage issues raised in this action; and

7. On Each Cause of Action:

(a) For attorneys' fees, expenses and costs of suit incurred herein; and

(b) For such other and further relief as the Court deems just and proper under the circumstances.

Plaintiff requests trial by jury.

**DUANE MORRIS LLP**

Attorneys for Plaintiff
Universal Underwriters Insurance Company

Dated: June 22, 2007

By: [signature]
Max H. Stern

DM1\1149752

# EXHIBIT B

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

MAX H. STERN
DIRECT DIAL: 415.957.3129
*E-MAIL:* MHStern@duanemorris.com

*www.duanemorris.com*

June 22, 2007

VIA FACSIMILE AND U.S. MAIL

Kenneth C. Webster, Esq.
Commins Templeton & Webster, APC
400 Montgomery Street, Suite 200
San Francisco, CA 94104

**Re:** ***Berkeley Auto Group, LLC dba Berkeley Honda, Plaintiff v, James Nielsen, an individual, Walnut Creek Associates 5, Inc., and Proformance Associates, Inc. et al., Defendants***
**Contra Costa Superior Court Case No. C 05-2372**
**UUG Claim Nos.: 902-000-3551 and 902-000-3688**

Dear Mr. Webster:

Universal Underwriters Insurance Company ("Universal") has asked us, as their insurance coverage counsel, to respond to your letter dated June 15, 2007, in which you seek to be appointed independent counsel, pursuant to Civil Code section 2860, to monitor defense counsel retained by Universal to defend Walnut Creek Associates 5, Inc. dba Oakland Acura ("Oakland Acura"), Proformance Associates, Inc., Walnut Creek Associates 2, Inc. and Walnut Creek Associates 2, Inc. dba Walnut Creek Honda ("Walnut Creek Honda"), Phillip Peterson, and Gordon Walton with respect to the above-referenced action.

Universal understands that you are not seeking to replace retained defense counsel and you are not seeking to take over your clients' defense against the claims of Berkeley Honda. You have informed Universal that your office complies with the requirements of California Civil Code section 2860(c)(1) and (c)(2) and you will provide status reports to Universal consistent with California Civil Code section 2860(d). Universal further understands that your office agrees to abide by California Civil Code section 2860 with respect to the payment of defense costs, expert and consultant fees, expenses and costs incurred in the defense of the insureds.

Universal respectively disagrees that independent counsel is appropriate or warranted in this circumstance with respect to Oakland Acura, Proformance Associates, Inc.; Walnut Creek Honda; Phillip Peterson; and Gordon Walton. Civi Code section 2860(b) clearly states that "a conflict of interest [requiring the insurer to pay for independent counsel] does not exist as to allegations or facts for which the insurer denies coverage." Universal has denied coverage for all

allegations as to which any coverage issues have been raised, so it firmly believes there is no right to independent counsel paid for by the insurer in this matter.

Without waiving the foregoing, in the interests of working with its insureds to resolve their mutual differences, and subject to Universal's reservation of its right to recoup all monies that may be advanced for independent counsel expenses and your firm's compliance with the limitations and obligations set forth in California Civil Code section 2860, Universal agrees to advance your office's reasonable and necessary fees and costs as independent counsel to monitor the defense of your clients in the above-referenced action. Universal shall compensate your office for work actually performed consistent with Civil Code Section 2860(c), at the hourly rates being paid to the Clapp Moroney firm, who will continue to act as lead defense counsel. Universal reserves all rights in this respect, including the right to revisit the determination of whether its obligated to pay for independent counsel in this matter, which includes the right to recoup all amounts advanced.

Please note that nothing contained herein shall be construed as a waiver (express and implied) of any of Universal's rights, all of which are expressly reserved. Universal also reserves the right to supplement this letter as additional information regarding this matter may become available.

If you have any questions concerning the foregoing, or would like to discuss any other matter relating to this action, please feel free to give me a call.

Very truly yours,

Max H. Stern

MHS/WSB/tcm
Enclosure

cc: Peter Nitschke, Esq.

DM1\1150604.2

# EXHIBIT C

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Exhibit C - 0001



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

456TT:QWV04

**chat·tel** \'cha-tᵊl\ *n* [ME *chatel* property, fr. AF — more at CATTLE] (14c) **1 :** an item of tangible movable or immovable property except real estate and things (as buildings) connected with real property **2 :** SLAVE, BONDSMAN

¹**chat·ter** \'cha-tər\ *vb* [ME *chatteren*, of imit. origin] *vi* (13c) **1 :** to utter rapid short sounds suggestive of language but inarticulate and indistinct ⟨squirrels ~*ed* angrily⟩ **2 :** to talk idly, incessantly, or fast **3 a :** to click repeatedly or uncontrollably ⟨teeth ~*ing* with cold⟩ **b :** to vibrate rapidly in cutting ⟨a ~*ing* tool⟩ **c :** to vibrate esp. audibly as a consequence of repeated sticking and slipping ⟨~*ing* brakes⟩ ~ *vt* **:** to utter rapidly, idly, or indistinctly — **chat·ter·er** *n* — **chat·tery** \-tə-rē\ *adj*

²**chatter** *n* (13c) **1 :** the action or sound of chattering **2 :** idle talk **:** PRATTLE

**chat·ter·box** \'cha-tər-ˌbäks\ *n* (1774) **:** one who engages in much idle talk

**chatter mark** *n* (1888) **1 :** a fine undulation formed on the surface of work by a chattering tool **2 :** one of a series of short curved cracks on a glaciated rock surface transverse to the glacial striae

**chat·ty** \'cha-tē\ *adj* **chat·ti·er; -est** (1756) **1 :** fond of chatting **:** TALKATIVE ⟨a ~ neighbor⟩ **2 :** having the style and manner of light familiar conversation ⟨a ~ letter⟩ — **chat·ti·ly** \'cha-tə-lē\ *adv* — **chat·ti·ness** \'cha-tē-nəs\ *n*

¹**chauf·feur** \'shō-fər, shō-'\ *n* [F, lit., stoker, fr. *chauffer* to heat, fr. OF *chaufer* — more at CHAFE] (1899) **:** a person employed to drive a motor vehicle

²**chauffeur** *vb* **chauf·feured; chauf·feur·ing** \'shō-f(ə-)riŋ, shō-'fər-iŋ\ *vi* (1917) **:** to do the work of a chauffeur ~ *vt* **1 :** to transport in the manner of a chauffeur ⟨~*s* the children to school⟩ **2 :** to operate (as an automobile) as chauffeur

**chaul·moo·gra** \chȯl-'mü-grə\ *n* [Beng *cālmugrā*] (ca. 1815) **:** any of several East Indian trees (family Flacourtiaceae) that yield an acrid oil used esp. formerly in treating leprosy and skin diseases

**chaunt, chaunt·er** *archaic var of* CHANT, CHANTER

**chaus·sure** \shō-'sůr\ *n, pl* **chaussures** *same*\ [ME *chaucer*, fr. AF *chausure*, fr. OF *chaucier* to put on footwear, fr. L *calceare*, fr. *calceus* shoe — more at CALZONE] (14c) **1 :** FOOTGEAR **2** *pl* **:** SHOES

**chau·tau·qua** \shə-'tȯ-kwə\ *n, often cap* [*Chautauqua* Lake] (1873) **:** any of various traveling shows and local assemblies that flourished in the U.S. in the late 19th and early 20th centuries, that provided popular education combined with entertainment in the form of lectures, concerts, and plays, and that were modeled after activities at the Chautauqua Institution of western New York

**chau·vin·ism** \'shō-və-ˌni-zəm\ *n* [F *chauvinisme*, fr. Nicolas *Chauvin*, character noted for his excessive patriotism and devotion to Napoleon in Théodore and Hippolyte Cogniard's play *La Cocarde tricolore* (1831)] (1851) **1 :** excessive or blind patriotism — compare JINGOISM **2 :** undue partiality or attachment to a group or place to which one belongs or has belonged **3 :** an attitude of superiority toward members of the opposite sex; *also* **:** behavior expressive of such an attitude — **chau·vin·ist** \-və-nist\ *n or adj* — **chau·vin·is·tic** \ˌshō-və-'nis-tik\ *adj* — **chau·vin·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

¹**chaw** \'chȯ\ *vb* [by alter.] (1506) **:** CHEW 1

²**chaw** *n* (1709) **:** a chew esp. of tobacco

**chaw·ba·con** \'chȯ-ˌbā-kən\ *n* [¹*chaw* + *bacon*] (1537) **:** BUMPKIN, HICK

**cha·yo·te** \chī-'yō-tē, chē-, -(ˌ)tā\ *n* [Sp, fr. Nahuatl *chayohtli*] (1887) **:** the pear-shaped fruit of a West Indian annual vine (*Sechium edule*) of the gourd family that is widely cultivated as a vegetable; *also* **:** the plant — called also *chayote squash, christophene, mirliton*

**CHD** *abbr* coronary heart disease

¹**cheap** \'chēp\ *n* [ME *chep*, fr. OE *cēap* trade; akin to OHG *kouf* trade; both ultim. fr. L *caupo* tradesman] (bef. 12c) *obs* **:** BARGAIN — **on the cheap :** at minimum expense **:** CHEAPLY ⟨taking a vacation *on the cheap*⟩

²**cheap** *adj* (1509) **1 a :** purchasable below the going price or the real value **b :** charging or obtainable at a low price ⟨a good ~ hotel⟩ ⟨~ tickets⟩ **c :** depreciated in value (as by currency inflation) ⟨~ dollars⟩ **2 :** gained or done with little effort ⟨a ~ victory⟩ ⟨talk is ~⟩ **3 a :** of inferior quality or worth **:** TAWDRY, SLEAZY ⟨~ workmanship⟩ **b :** contemptible because of lack of any fine, lofty, or redeeming qualities ⟨feeling ~⟩ **c :** STINGY ⟨my ~ uncle⟩ **4** *of money* **:** obtainable at a low rate of interest — **cheap** *adv* — **cheap·ish** \'chē-pish\ *adj* — **cheap·ish·ly** *adv* — **cheap·ly** \'chēp-lē\ *adv* — **cheap·ness** *n*

**cheap·en** \'chē-pən\ *vb* **cheap·ened; cheap·en·ing** \'chēp-niŋ, 'chē-pə-\ *vt* (1562) **1** [obs. E *cheap* to price, bid for] *archaic* **a :** to ask the price of **b :** to bid or bargain for **2 a :** to make cheap in price or value **b :** to lower in general esteem **c :** to make tawdry, vulgar, or inferior ~ *vi* **:** to become cheap

**cheap·ie** \'chē-pē\ *n* (ca. 1898) **:** one that is cheap; *esp* **:** an inexpensively produced motion picture — **cheapie** *adj*

¹**cheap·jack** \'chēp-ˌjak\ *n* [*cheap* + the name *Jack*] (1851) **1 :** a haggling huckster **2 :** a dealer in cheap merchandise

²**cheapjack** *adj* (1865) **1 :** being inferior, cheap, or worthless ⟨~ movie companies⟩ **2 :** unscrupulously opportunistic ⟨~ speculators⟩

**cheapo** \'chē-(ˌ)pō\ *adj* (1967) **:** CHEAP

**cheap shot** *n* (1971) **1 :** an act of deliberate roughness against a defenseless opponent esp. in a contact sport ⟨taking *cheap shots* at the quarterback⟩ **2 :** a critical statement that takes unfair advantage of a known weakness of the target — **cheap–shot** *vt*

**cheap·skate** \'chēp-ˌskāt\ *n* (1896) **:** a miserly or stingy person; *esp* **:** one who tries to avoid paying a fair share of costs or expenses

¹**cheat** \'chēt\ *vt* [²*cheat*] (1590) **1 :** to deprive of something valuable by the use of deceit or fraud **2 :** to influence or lead by deceit, trick, or artifice **3 :** to elude or thwart by or as if by outwitting ⟨~ death⟩ ~ *vi* **1 a :** to practice fraud or trickery **b :** to violate rules dishonestly ⟨~ at cards⟩ ⟨~*ing* on a test⟩ **2 :** to be sexually unfaithful — usu. used with *on* ⟨was ~*ing* on his wife⟩ **3 :** to position oneself defensively near a particular area in anticipation of a play in that area ⟨the shortstop was ~*ing* toward second base⟩ — **cheat·er** *n*

***syn*** CHEAT, COZEN, DEFRAUD, SWINDLE mean to get something by dishonesty or deception. CHEAT suggests using trickery that escapes observation ⟨*cheated* me out of a dollar⟩. COZEN implies artful persuading or flattering to attain a thing or a purpose ⟨always able to *cozen* her grandfather out of a few dollars⟩. DEFRAUD stresses depriving one of his or her rights and usu. connotes deliberate perversion of the truth ⟨*defrauded* of her inheritance by an unscrupulous lawyer⟩. SWINDLE implies large-scale cheating by misrepresentation or abuse of confidence ⟨*swindled* of their savings by con artists⟩.

²**cheat** *n* [earlier *cheat* forfeited property, fr. ME *chet* escheat, short for *eschete* — more at ESCHEAT] (1615) **1 :** the act or an instance of fraudulently deceiving **:** DECEPTION, FRAUD **2 :** one that cheats **:** PRETENDER, DECEIVER **3** [prob. fr. a deceptive resemblance to grain] **a :** CHESS 1 **b :** CHEATGRASS **4 :** the obtaining of property from another by an intentional active distortion of the truth

**cheat·grass** \'chēt-ˌgras\ *n* (1866) **:** an annual weedy Eurasian brome grass (*Bromus tectorum*) naturalized in No. America

**cheat sheet** *n* (ca. 1957) **1 :** a sheet containing information (as test answers) used secretly for cheating **2 :** a written or graphic aid (as a sheet of notes) that can be referred to for help in understanding or remembering something complex

¹**check** \'chek\ *n* [ME *chek*, fr. AF *eschec*, fr. Ar *shāh*, fr. Pers, lit., king; akin to Gk *ktasthai* to acquire, Skt *kṣatra* dominion] (15c) **1 :** exposure of a chess king to an attack from which he must be protected or moved to safety **2 a :** a sudden stoppage of a forward course or progress **:** ARREST **b :** a checking of an opposing player (as in ice hockey) **3 :** a sudden pause or break in a progression **4** *archaic* **:** REPRIMAND, REBUKE **5 :** one that arrests, limits, or restrains **:** RESTRAINT ⟨against all ~*s*, rebukes, and manners, I must advance —Shak.⟩ **6 a :** a standard for testing and evaluation **:** CRITERION **b :** EXAMINATION ⟨a quick ~ of the engine⟩ **c :** INSPECTION, INVESTIGATION ⟨a loyalty ~ on government employees⟩ **d :** the act of testing or verifying; *also* **:** the sample or unit used for testing or verifying **7 :** a written order directing a bank to pay money as instructed **:** DRAFT **8 a :** a ticket or token showing ownership or identity or indicating payment made ⟨a baggage ~⟩ **b :** a counter in various games **c :** a slip indicating the amount due **:** BILL **9** [ME *chek*, short for *cheker* checker] **a :** a pattern in squares that resembles a checkerboard **b :** a fabric woven or printed with such a design **10 :** a mark typically ✓ placed beside an item to show it has been noted, examined, or verified **11 :** CRACK, BREAK — **check·less** \'che-kləs\ *adj* — **in check :** under restraint or control ⟨trying to keep his emotions *in check*⟩

²**check** *vt* (14c) **1 :** to put (a chess king) in check **2** *chiefly dial* **:** REBUKE, REPRIMAND **3 a :** to slow or bring to a stop **:** BRAKE ⟨hastily ~*ed* the impulse⟩ **b :** to block the progress of (as a hockey player) **4 a :** to restrain or diminish the action or force of **:** CONTROL **b :** to slack or ease off and then belay again (as a rope) **5 a :** to compare with a source, original, or authority **:** VERIFY ⟨needs to ~ her facts⟩ **b :** to inspect, examine, or look at appraisingly — usu. used with *out* or *over* ⟨~*ing* out new cars⟩ **c :** to mark with a check as examined, verified, or satisfactory — often used with *off* ⟨~*ed* off each item⟩ **6 a :** to consign (as luggage) to a common carrier from which one has purchased a passenger ticket ⟨~*ed* our bags before boarding⟩ **b :** to ship or accept for shipment under such a consignment **7 :** to mark into squares **:** CHECKER **8 :** to leave or accept for safekeeping in a checkroom ⟨~ a coat⟩ **9 :** to make checks or chinks **:** cause to crack ⟨the sun ~*s* timber⟩ ~ *vi* **1 a** *of a dog* **:** to stop in a chase esp. when scent is lost **b :** to halt through caution, uncertainty, or fear **:** STOP **2 a :** to investigate conditions ⟨~*ed* on the passengers' safety⟩ **b :** to prove to be consistent or truthful ⟨the description ~*s* with the photograph⟩ — often used with *out* ⟨the story ~*ed* out⟩ **3 :** to draw a check on a bank **4 :** to waive the right to initiate the betting in a round of poker **5 :** CRACK, SPLIT ***syn*** see RESTRAIN — **check into 1 :** to check in at ⟨*check into* a hotel⟩ **2 :** INVESTIGATE ⟨the police are *checking into* his alibi⟩ — **check up on :** INVESTIGATE ⟨*check up on* a possible investment⟩

³**check** *inter* — used to express assent or agreement

**check·able** *adj* (1877) **1 :** capable of being checked ⟨a ~ story⟩ **2 :** held in or being a bank account on which checks can be drawn ⟨~ deposits⟩

**check·book** \'chek-ˌbu̇k\ *n* (ca. 1846) **:** a book containing blank checks to be drawn on a bank

**checkbook journalism** *n* (1963) **:** the practice of paying someone for a news story and esp. for granting an interview

¹**check·er** \'che-kər\ *n* [ME *cheker*, fr. AF *checker*, *escheker*, fr. *eschec* — more at CHECK] (14c) **1** *archaic* **:** CHESSBOARD **2 :** a square or spot resembling the markings of a checkerboard **3** [sing. of *checkers*] **:** a piece in checkers

²**checker** *vt* **check·ered; check·er·ing** \'che-k(ə-)riŋ\ (15c) **1 a :** to variegate with different colors or shades **b :** to vary with contrasting elements or situations **2 :** to mark into squares

³**checker** *n* (1535) **1 :** one that checks ⟨a fact ~⟩ **2 :** an employee who checks out purchases in a self-service store

**check·er·ber·ry** \'che-kər-ˌber-ē, -bə-rē\ *n* [*checker* wild service tree + *berry*] (1776) **1 :** the spicy red berrylike fruit of a No. American wintergreen (*Gaultheria procumbens*) **2 :** a plant producing checkerberries

checkerberry

**check·er·board** \-ˌbȯrd\ *n* (1775) **1 :** a board used in various games (as checkers) with usu. 64 squares in 2 alternating colors **2 :** something that has a pattern or arrangement like a checkerboard

**check·ered** \'che-kərd\ *adj* (1656) **:** marked by alternation or contrast of fortune ⟨the best album of his ~ career —Mark Coleman⟩; *esp* **:** marked by many problems or failures ⟨trying to prevent discovery of his ~ past⟩

**check·ers** \'che-kərz\ *n pl but sing in constr* (1712) **:** a checkerboard game for 2 players each with 12 pieces

**check–in** \'chek-ˌin\ *n* (1927) **:** an act or instance of checking in

**check in** *vi* (1918) **1 :** to register at a hotel **2 :** to report one's presence or arrival ⟨*check in* at a convention⟩ ~ *vt* **:** to satisfy all requirements in returning ⟨*check in* the equipment after using⟩

**checking account** *n* (ca. 1909) **:** a bank account against which the depositor can draw checks

**check·list** \'chek-ˌlist\ *n* (1853) **:** a list of things to be checked or done ⟨a pilot's ~ before takeoff⟩; *also* **:** a comprehensive list ⟨a ~ of bird species⟩

**per·ry** \ˈper-ē\ *n* [ME *peirrie*, fr. AF *peré*, fr. VL **piratum*, fr. L *pirum* pear] (14c) : fermented pear juice often made sparkling

**pers** *abbr* 1 person; personal 2 personnel

**perse** \ˈpərs\ *adj* [ME *pers*, fr. AF, fr. ML *persus*] (15c) : of a dark grayish blue resembling indigo

[1]**per se** \(ˌ)pər-ˈsā *also* per-ˈsā *or* (ˌ)pər-ˈsē\ *adv* [L] (1572) : by, of, or in itself or oneself or themselves : as such : INTRINSICALLY

[2]**per se** *adj* (ca. 1655) : being such inherently, clearly, or as a matter of law ⟨a *per se* conflict of interest⟩

**per second per second** *adv* (1922) : per second every second — used of acceleration

**per·se·cute** \ˈpər-si-ˌkyüt\ *vt* **-cut·ed; -cut·ing** [ME, fr. MF *persecuter*, back-formation fr. *persecuteur* persecutor, fr. LL *persecutor*, fr. *persequi* to persecute, fr. L, to pursue, fr. *per-* through + *sequi* to follow — more at SUE] (15c) **1** : to harass or punish in a manner designed to injure, grieve, or afflict; *specif* : to cause to suffer because of belief **2** : to annoy with persistent or urgent approaches (as attacks, pleas, or importunities) : PESTER *syn* see WRONG — **per·se·cu·tee** \ˌpər-si-ˌkyü-ˈtē\ *n* — **per·se·cu·tive** \ˈpər-si-ˌkyü-tiv\ *adj* — **per·se·cu·tor** \-ˌkyü-tər\ *n* — **per·se·cu·to·ry** \-kyü-ˌtȯr-ē, -ˌkyü-tə-rē\ *adj*

**per·se·cu·tion** \ˌpər-si-ˈkyü-shən\ *n* (14c) **1** : the act or practice of persecuting esp. those who differ in origin, religion, or social outlook **2** : the condition of being persecuted, harassed, or annoyed

**Per·se·id** \ˈpər-sē-əd\ *n* [L *Perseus*; fr. their appearing to radiate from a point in Perseus] (1876) : any of a group of meteors that appear annually about August 11

**Per·seph·o·ne** \pər-ˈse-fə-nē\ *n* [L, fr. Gk *Persephonē*] (1567) : a daughter of Zeus and Demeter abducted by Pluto to reign with him over the underworld

**Per·seus** \ˈpər-ˌsüs, -sē-əs\ *n* [L, fr. Gk] (14c) **1** : a son of Zeus and Danaë and slayer of Medusa **2** [L (gen. *Persei*), fr. Gk] : a northern constellation between Taurus and Cassiopeia

**per·se·ver·ance** \ˌpər-sə-ˈvir-ən(t)s\ *n* (14c) : the action or condition or an instance of persevering : STEADFASTNESS

**per·sev·er·a·tion** \pər-ˌse-və-ˈrā-shən\ *n* [L *perseveration-*, *perseveratio*, fr. *perseverare*] (1910) : continuation of something (as repetition of a word) usu. to an exceptional degree or beyond a desired point — **per·sev·er·ate** \-ˈse-və-ˌrāt\ *vi* — **per·sev·er·a·tive** \-ˌrā-tiv\ *adj*

**per·se·vere** \ˌpər-sə-ˈvir\ *vi* **-vered; -ver·ing** [ME, fr. AF *parseverer*, fr. L *perseverare*, fr. *per-* through + *severus* severe] (14c) : to persist in a state, enterprise, or undertaking in spite of counterinfluences, opposition, or discouragement — **per·se·ver·ing·ly** *adv*

**Per·sian** \ˈpər-zhən, *esp Brit* -shən\ *n* (14c) **1** : one of the people of Persia: as **a** : one of the ancient Iranians who under Cyrus and his successors founded an empire in southwest Asia **b** : a member of one of the peoples forming the modern Iranian nationality **2 a** : any of several Iranian languages dominant in Persia at different periods **b** : the modern language of Iran and western Afghanistan — see INDO-EUROPEAN LANGUAGES table **3** : a thin soft silk formerly used esp. for linings **4** : PERSIAN CAT — **Persian** *adj*

**Persian cat** *n* (1821) : any of a breed of stocky round-headed domestic cats that have a long silky coat and thick ruff

**Persian lamb** *n* (1889) **1** : a pelt that is obtained from a newborn karakul lamb slightly older than those yielding broadtail and that is characterized by very silky tightly curled glossy fur **2** : the young of the karakul sheep that furnishes skins used in furriery

Persian cat

**per·si·flage** \ˈpər-si-ˌfläzh, ˈper-\ *n* [F, fr. *persifler* to banter, fr. *per-* thoroughly + *siffler* to whistle, hiss, boo, ultim. fr. L *sibilare*] (1757) : frivolous bantering talk : light raillery

**per·sim·mon** \pər-ˈsi-mən\ *n* [Virginia Algonquian *pessemmin*] (1612) **1** : any of a genus (*Diospyros*) of trees of the ebony family with hard fine wood, oblong leaves, and small bell-shaped flowers; *esp* : an eastern U.S. tree (*D. virginiana*) or a Japanese tree (*D. kaki*) **2** : the usu. orange several-seeded globular berry of a persimmon that is edible when fully ripe but usu. extremely astringent when unripe

**per·sist** \pər-ˈsist, -ˈzist\ *vi* [MF *persister*, fr. L *persistere*, fr. *per-* + *sistere* to take a stand, stand firm; akin to L *stare* to stand — more at STAND] (1538) **1** : to go on resolutely or stubbornly in spite of opposition, importunity, or warning **2** *obs* : to remain unchanged or fixed in a specified character, condition, or position **3** : to be insistent in the repetition or pressing of an utterance (as a question or an opinion) **4** : to continue to exist esp. past a usual, expected, or normal time *syn* see CONTINUE — **per·sist·er** *n*

**per·sis·tence** \pər-ˈsis-tən(t)s, -ˈzis-\ *n* (1546) **1** : the action or fact of persisting **2** : the quality or state of being persistent; *esp* : PERSEVERANCE

**per·sis·ten·cy** \-tən(t)-sē\ *n* (1597) : PERSISTENCE 2

**per·sis·tent** \-tənt\ *adj* [L *persistent-*, *persistens*, prp. of *persistere*] (1826) **1** : existing for a long or longer than usual time or continuously: as **a** : retained beyond the usual period ⟨a ~ leaf⟩ **b** : continuing without change in function or structure ⟨~ gills⟩ **c** : effective in the open for an appreciable time usu. through slow volatilizing ⟨mustard gas is ~⟩ **d** : degraded only slowly by the environment ⟨~ pesticides⟩ **e** : remaining infective for a relatively long time in a vector after an initial period of incubation ⟨~ viruses⟩ **2 a** : continuing or inclined to persist in a course **b** : continuing to exist in spite of interference or treatment ⟨a ~ cough⟩ — **per·sis·tent·ly** *adv*

**per·snick·e·ty** \pər-ˈsni-kə-tē\ *adj* [alter. of *pernickety*] (1915) **1 a** : fussy about small details : FASTIDIOUS ⟨a ~ teacher⟩ **b** : having the characteristics of a snob **2** : requiring great precision ⟨a ~ job⟩ — **per·snick·e·ti·ness** \-nəs\ *n*

**per·son** \ˈpər-sᵊn\ *n* [ME, fr. AF *persone*, fr. L *persona* actor's mask, character in a play, person, prob. fr. Etruscan *phersu* mask, fr. Gk *prosōpa*, pl. of *prosōpon* face, mask — more at PROSOPOPOEIA] (13c) **1** : HUMAN, INDIVIDUAL — sometimes used in combination esp. by those who prefer to avoid *man* in compounds applicable to both sexes ⟨chair*person*⟩ ⟨spokes*person*⟩ **2** : a character or part in or as if in a play : GUISE **3 a** : one of the three modes of being in the Trinitarian Godhead as understood by Christians **b** : the unitary personality of Christ that unites the divine and human natures **4 a** *archaic* : bodily appearance **b** : the body of a human being; *also* : the body and clothing ⟨unlawful search of the ~⟩ **5** : the personality of a human being : SELF **6** : one (as a human being, a partnership, or a corporation) that is recognized by law as the subject of rights and duties **7** : reference of a segment of discourse to the speaker, to one spoken to, or to one spoken of as indicated by means of certain pronouns or in many languages by verb inflection — **per·son·hood** \-ˌhu̇d\ *n* — **in person** : in one's bodily presence ⟨the movie star appeared *in person*⟩

**per·so·na** \pər-ˈsō-nə, -ˌnä\ *n, pl* **per·so·nae** \-(ˌ)nē, -ˌnī\ *or* **personas** [L] (1909) **1** : a character assumed by an author in a written work **2 a** *pl* *personas* [NL, fr. L] : an individual's social facade or front that esp. in the analytic psychology of C. G. Jung reflects the role in life the individual is playing — compare ANIMA **b** : the personality that a person (as an actor or politician) projects in public : IMAGE **3** *pl* *personae* : a character in a fictional presentation (as a novel or play) — usu. used in pl. ⟨comic *personae*⟩

**per·son·able** \ˈpərs-nə-bəl, ˈpər-sə-nə-bəl\ *adj* (15c) : pleasant or amiable in person : ATTRACTIVE — **per·son·able·ness** *n*

**per·son·age** \ˈpərs-nij, ˈpər-sə-nij\ *n* (15c) **1** : a person of rank, note, or distinction; *esp* : one distinguished for presence and personal power **2** : a human individual : PERSON **3** : a dramatic, fictional, or historical character; *also* : IMPERSONATION

**per·so·na gra·ta** \pər-ˈsō-nə-ˈgra-tə, -ˈgrä-\ *adj* [NL, acceptable person] (1882) : personally acceptable or welcome

[1]**per·son·al** \ˈpərs-nəl, ˈpər-sə-nəl\ *adj* [ME, fr. AF *personel*, fr. LL *personalis*, fr. L *persona*] (14c) **1** : of, relating to, or affecting a particular person : PRIVATE, INDIVIDUAL ⟨~ ambition⟩ ⟨~ financial gain⟩ **2 a** : done in person without the intervention of another; *also* : proceeding from a single person **b** : carried on between individuals directly ⟨a ~ interview⟩ **3** : relating to the person or body **4** : relating to an individual or an individual's character, conduct, motives, or private affairs often in an offensive manner ⟨a ~ insult⟩ **5 a** : being rational and self-conscious ⟨~, responsive government is still possible —John Fischer⟩ **b** : having the qualities of a person rather than a thing or abstraction ⟨a ~ devil⟩ **6** : of, relating to, or constituting personal property ⟨a ~ estate⟩ **7** : denoting grammatical person **8** : intended for private use or use by one person ⟨a ~ stereo⟩

[2]**personal** *n* (1861) **1** : a short newspaper paragraph relating to the activities of a person or a group or to personal matters **2** : a short personal communication in a special column of the classified ads section of a newspaper or periodical **3** : PERSONAL FOUL

**personal computer** *n* (1976) : a general-purpose computer equipped with a microprocessor and designed to run esp. commercial software (as a word processor or Internet browser) for an individual user

**personal digital assistant** *n* (1992) : PDA

**personal effects** *n pl* (1818) : privately owned items (as clothing and jewelry) normally worn or carried on the person

**personal equation** *n* (1845) : variation (as in observation) occasioned by the personal peculiarities of an individual; *also* : a correction or allowance made for such variation

**personal foul** *n* (ca. 1829) : a foul in a game (as basketball) involving usu. physical contact with or deliberate roughing of an opponent — compare TECHNICAL FOUL

**per·son·al·ise** *Brit var of* PERSONALIZE

**per·son·al·ism** \ˈpərs-nə-ˌli-zəm, ˈpər-sə-nə-\ *n* (ca. 1846) : a doctrine emphasizing the significance, uniqueness, and inviolability of personality — **per·son·al·ist** \-list\ *n or adj* — **per·son·al·is·tic** \ˌpərs-nə-ˈlis-tik, ˌpər-sə-nə-\ *adj*

**per·son·al·i·ty** \ˌpər-sə-ˈna-lə-tē, ˌpər-ˈsna-\ *n, pl* **-ties** [ME *personalite*, fr. AF *personalité*, fr. LL *personalitat-*, *personalitas*, fr. *personalis*] (15c) **1 a** : the quality or state of being a person **b** : personal existence **2 a** : the condition or fact of relating to a particular person; *specif* : the condition of referring directly to or being aimed disparagingly or hostilely at an individual **b** : an offensively personal remark ⟨angrily resorted to *personalities*⟩ **3 a** : the complex of characteristics that distinguishes an individual or a nation or group; *esp* : the totality of an individual's behavioral and emotional characteristics **b** : a set of distinctive traits and characteristics ⟨the energetic ~ of the city⟩ **4 a** : distinction or excellence of personal and social traits; *also* : a person having such quality **b** : a person of importance, prominence, renown, or notoriety ⟨a TV ~⟩ *syn* see DISPOSITION

**personality inventory** *n* (1932) : any of several tests that attempt to characterize the personality of an individual by objective scoring of replies to a large number of questions concerning his or her own behavior — compare MINNESOTA MULTIPHASIC PERSONALITY INVENTORY

**personality test** *n* (1914) : any of several tests that consist of standardized tasks designed to determine various aspects of the personality or the emotional status of the individual examined

**per·son·al·ize** \ˈpərs-nə-ˌlīz, ˈpər-sə-nə-\ *vt* **-ized; -iz·ing** (ca. 1741) **1** : PERSONIFY **2** : to make personal or individual; *specif* : to mark as the property of a particular person ⟨*personalized* stationery⟩ — **per·son·al·i·za·tion** \ˌpərs-nə-lə-ˈzā-shən, ˌpər-sə-nə-\ *n*

**per·son·al·ly** \ˈpərs-nə-lē, ˈpər-sə-nə-\ *adv* (14c) **1** : in person ⟨attend to the matter ~⟩ **2** : as a person : in personality ⟨~ attractive but not very trustworthy⟩ **3** : for oneself : as far as oneself is concerned ⟨~, I don't want to go⟩ **4** : in a personal manner ⟨don't take this ~⟩

**personal pronoun** *n* (1668) : a pronoun (as *I*, *you*, or *they*) that expresses a distinction of person

**personal property** *n* (1833) : property other than real property consisting of things temporary or movable : CHATTELS

**personal tax** *n* (ca. 1935) : DIRECT TAX

**per·son·al·ty** \ˈpərs-nəl-tē, ˈpər-sə-nəl-\ *n, pl* **-ties** [ME, fr. AF *personalité*, fr. LL *personalitat-*, *personalitas* personality] (15c) : PERSONAL PROPERTY

**per·so·na non gra·ta** \pər-ˈsō-nə-ˌnän-ˈgra-tə, -ˈgrä-\ *adj* [NL, unacceptable person] (1904) : personally unacceptable or unwelcome

**per·son·ate** \ˈpər-sə-ˌnāt\ *vt* **-at·ed; -at·ing** (1591) **1 a** : IMPERSONATE, REPRESENT **b** : to assume without authority and with fraudulent intent (some character or capacity) **2** : to invest with personality or personal characteristics ⟨*personating* their gods ridiculous, and themselves past shame —John Milton⟩ — **per·son·a·tion** \ˌpər-sə-ˈnā-

# EXHIBIT D

# The American Heritage® Dictionary of the English Language

FOURTH EDITION

CEYLONENSIS

HOUGHTON MIFFLIN COMPANY
Boston New York

Exhibit D - 0001

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
p. cm.
ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1 (hardcover with CD ROM)
1. English language—Dictionaries
PE1628 .A623 2000
423—dc21

00-025369

Manufactured in the United States of America

Holy Spirit, as distinguished from the essence of the Godhead that ... them. 8. *Grammar* **a.** Any of three groups of pronoun forms with corresponding verb inflections that distinguish the speaker (first person), the individual addressed (second person), and the individual or thing spoken of (third person). **b.** Any of the different forms or inflections expressing these distinctions. 9. A character or role, as in a play; a guise: *"Henceforth in her person, I say I will not have you"* (Shakespeare). —***idiom:*** **in person** In one's physical presence; personally: *applied for the job in person.* [Middle English, from Old French *persone,* from Latin *persōna,* mask, role, person, probably from Etruscan *phersu,* mask.]

**Usage Note** The word *person* has found widespread use in recent decades as a gender-neutral alternative to *man* in the names of occupational and social roles, such as *businessperson, chairperson, spokesperson,* and *salesperson.* In addition, a variety of entirely new, more inclusive phrases have arisen to compete with or supplant *-man* compounds. Now we often hear *first-year student* instead of *freshman* and *letter carrier* instead of *mailman.* In other cases, a clipped form, such as *chair* for *chairman,* or a phrase, such as *member of the clergy* for *clergyman,* has found widespread use as a neutral alternative. Reflecting this trend, new standards for official usage for occupational titles have been established by the U.S. Department of Labor and other government agencies; for instance, in official contexts, terms such as *firefighter* and *police officer* are now generally used in place of *fireman* and *policeman.* See Usage Note at **man.**

**per•so•na** (pər-sō′nə) *n.* **1.** *pl.* **-nas** or **-nae** (-nē) A voice or character representing the speaker in a literary work. **2. personae** The characters in a dramatic or literary work. **3.** *pl.* **personas** The role that one assumes or displays in public or society; one's public image or personality, as distinguished from the inner self. [Latin *persōna.* See PERSON.]

**per•son•a•ble** (pûr′sə-nə-bəl) *adj.* Pleasing in personality or appearance; attractive. —**per′son•a•ble•ness** *n.* —**per′son•a•bly** *adv.*

**per•son•age** (pûr′sə-nĭj) *n.* **1.** A character in a literary work. **2a.** A person. **b.** A person of distinction. See synonyms at **celebrity.** [Middle English, person, from Old French, from *persone,* person. See PERSON.]

**persona gra•ta** (grä′tə, grăt′ə) *adj.* Fully acceptable or welcome, especially to a foreign government: *The diplomat was persona grata.* [Late Latin *persōna grāta* : Latin *persōna,* person + Latin *grāta,* feminine of *grātus,* acceptable.]

**per•son•al** (pûr′sə-nəl) *adj.* **1.** Of or relating to a particular person; private: *"Like their personal lives, women's history is fragmented, interrupted"* (Elizabeth Janeway). **2a.** Done, made, or performed in person: *a personal appearance.* **b.** Done to or for or directed toward a particular person: *a personal favor.* **3.** Concerning a particular person and his or her private business, interests, or activities; intimate: *I have something personal to tell you.* **4a.** Aimed pointedly at the most intimate aspects of a person, especially in a critical or hostile manner: *an uncalled-for, highly personal remark.* **b.** Tending to make remarks, or be unduly questioning, about another's affairs: *As the student debate got heated, it got personal.* **5.** Of or relating to the body or physical being: *personal cleanliness.* **6.** Relating to or having the nature of a person or self-conscious being: *belief in a personal God.* **7.** *Law* Relating to a person's movable property: *personal possessions.* **8.** *Grammar* Indicating grammatical person. ❖ *n.* **1.** A personal item or notice in a newspaper. **2. personals** A column in a newspaper or magazine featuring personal notices.

**personal care** *n.* The occupation of attending to the physical needs of people who are disabled or otherwise unable to take care of themselves, including tasks such as bathing, management of bodily functions, and cooking.

**personal computer** *n. Abbr.* **PC** A computer built around a microprocessor for use by an individual, as in an office or at home or school.

**personal digital assistant** *n. Abbr.* **PDA** A lightweight, handheld, usually pen-based computer used as a personal organizer.

**personal effects** *pl.n.* Privately owned items, such as keys, an identification card, or a wallet or watch, that are regularly worn or carried on one's person.

**personal equation** *n. Psychology* **1.** Those characteristics of a person that cause variation in observation, judgment, and reasoning. **2.** Allowance or adjustment made for such variation.

**personal foul** *n.* A foul in a game, such as basketball or football, that usually involves body contact with or willful roughing of an opponent.

**per•son•a•li•a** (pûr′sə-nā′lē-ə, -nāl′yə) *pl.n.* **1.** Personal allusions or references. **2.** Personal belongings or affairs. [Latin *persōnālia,* neuter pl. of *persōnālis,* relating to a person. See PERSONALITY.]

**per•son•al•ism** (pûr′sə-nə-lĭz′əm) *n.* **1.** The quality of being characterized by purely personal modes of expression or behavior; idiosyncrasy. **2.** *Philosophy* Any of various theories of subjective idealism regarding personality as the key to the interpretation of reality. —**per′son•al•ist** *adj.* & *n.* —**per′son•al•is′tic** *adj.*

**per•son•al•i•ty** (pûr′sə-năl′ĭ-tē) *n., pl.* **-ties 1.** The quality or condition of being a person. **2.** The totality of qualities and traits, as of character or behavior, that are peculiar to a specific person. **3.** The pattern of collective character, behavioral, temperamental, emotional, and mental traits of a person: *Though their personalities differed, they got along as friends.* **4.** Distinctive qualities of a person, especially those distinguishing personal characteristics that make one socially appealing: *a candidate with more on personality than on capability.* See synonyms at disposition. **5a.** A person as the embodiment of distinctive traits of mind and behavior. **b.** A person of prominence or notoriety: *television personalities.* **6.** An offensively personal remark. Often used in the plural: *Let's not engage in personalities.* **7.** The distinctive characteristics of a place or situation: *furnishings that give a room personality.* [Middle English *personalite,* from Old French, from Late Latin *persōnālitās,* from Latin *persōnālis,* personal, from *persōna,* person. See PERSON.]

**personality inventory** *n.* A questionnaire that is scored to yield a profile of the particular traits or characteristics that make up the respondent's personality.

**personality test** *n.* A test, usually involving a standardized series of questions or tasks, used to describe or evaluate a subject's personality characteristics.

**per•son•al•ize** (pûr′sə-nə-līz′) *tr.v.* **-ized, -iz•ing, -iz•es 1.** To take (a general remark or characterization) in a personal manner. **2.** To attribute human or personal qualities to; personify. **3.** To have printed, engraved, or monogrammed with one's name or initials: *personalized the stationery; personalized the bath towels.* —**per′son•al•i•za′tion** (-lĭ-zā′shən) *n.*

**per•son•al•ly** (pûr′sə-nə-lē) *adv.* **1.** Without the intervention of another; in person: *I thanked them personally.* **2.** As far as oneself is concerned: *Personally, I don't mind.* **3.** As a person: *I admire his skill but dislike him personally.* **4.** In a personal manner: *Don't take the disparaging remarks personally.*

**personal pronoun** *n.* A pronoun designating the person speaking (*I, me, we, us*), the person spoken to (*you*), or the person or thing spoken about (*he, she, it, they, him, her, them*).

**personal property** *n. Law* Temporary or movable property.

**per•son•al•ty** (pûr′sə-nəl-tē) *n., pl.* **-ties** *Law* Personal property; chattels. [Anglo-Norman *personalte,* from Late Latin *persōnālitās,* personality. See PERSONALITY.]

**personal watercraft** *n.* **1.** A motorized recreational water vehicle normally ridden by straddling a seat. **2.** (*used with a pl. verb*) Such water vehicles considered as a group.

**persona non gra•ta** (nŏn grä′tə, grăt′ə) *adj.* Fully unacceptable or unwelcome, especially to a foreign government: *The diplomat was persona non grata.* [Late Latin *persōna nōn grāta* : Latin *persōna,* person + Latin *nōn,* not + Latin *grāta,* feminine of *grātus,* acceptable.]

**per•son•ate**[1] (pûr′sə-nāt′) *tr.v.* **-at•ed, -at•ing, -ates 1.** To play the role or portray the part of (a character); impersonate. **2.** To endow with personal qualities; personify. **3.** *Law* To assume the identity of, with intent to deceive. [Late Latin *persōnāre, persōnāt-,* to bear the character of, represent, from Latin *persōna,* person. See PERSON.] —**per′son•a′tion** *n.* —**per′son•a′tive** *adj.* —**per′son•a′tor** *n.*

**per•son•ate**[2] (pûr′sə-nĭt) *adj. Botany* Having two lips, with the throat closed by a prominent palate. Used of a corolla, such as that of the snapdragon. [Latin *persōnātus,* masked, from *persōna,* mask. See PERSON.]

**per•son•hood** (pûr′sən-hŏŏd′) *n.* The state or condition of being a person, especially having those qualities that confer distinct individuality: *"finding her own personhood as a campus activist"* (Walter Shapiro).

**per•son•i•fi•ca•tion** (pər-sŏn′ə-fĭ-kā′shən) *n.* **1.** The act of personifying. **2.** A person or thing typifying a certain quality or idea; an embodiment or exemplification: *"He's invisible, a walking personification of the Negative"* (Ralph Ellison). **3.** A figure of speech in which inanimate objects or abstractions are endowed with human qualities or are represented as possessing human form, as in *Hunger sat shivering on the road* or *Flowers danced about the lawn.* Also called *prosopopeia.* **4.** Artistic representation of an abstract quality or idea as a person.

**per•son•i•fy** (pər-sŏn′ə-fī′) *tr.v.* **-fied, -fy•ing, -fies 1.** To think of or represent (an inanimate object or abstraction) as having personality or the qualities, thoughts, or movements of a living: *"To make history or psychology alive I personify it"* (Anaïs Nin). **2.** To represent (an object or abstraction) by a human figure. **3.** To represent (an abstract quality or idea): *This character personifies evil.* **4.** To be the embodiment or perfect example of: *"Stalin now personified bolshevism in the eyes of the world"* (A.J.P. Taylor). [French *personnifier,* from *personne,* person, from Old French *persone.* See PERSON.] —**per•son′i•fi′er** *n.*

**per•son•nel** (pûr′sə-nĕl′) *n.* **1a.** The body of persons employed by or active in an organization, business, or service. **b.** (*used with a pl. verb*) Persons. **2.** An administrative division of an organization concerned with the body of persons employed by or active in it and often acting as a liaison between different departments. [French, from Old French, personal, from Latin *persōnālis.* See PERSONALITY.]

**per•son-to-per•son** (pûr′sən-tə-pûr′sən) *adj.* **1.** Of or relating to a long-distance telephone call chargeable only when the caller speaks to an indicated person at the number reached. **2.** Involving direct communication or contact between persons: *a person-to-person interview.* —**per′son-to-per′son** *adv.*

**per•spec•tive** (pər-spĕk′tĭv) *n.* **1a.** A view or vista. **b.** A mental view or outlook: *"It is useful occasionally to look at the past to gain a perspective on the present"* (Fabian Linden). **2.** The appearance of objects in depth as perceived by normal binocular vision. **3a.** The relationship of aspects of a subject to each other and to a whole: *a perspective of history; a need to view the problem in the proper perspective.* **b.** Subjective evaluation of relative significance; a point of view: *the perspective of the displaced homemaker.* **c.** The ability to perceive things in their actual interrelations or comparative importance: *tried to keep my perspective throughout the crisis.* **4.** The technique of representing three-dimensional objects and depth relationships on a two-dimensional surface. ❖ *adj.* Of, relating to, seen, or represented in perspective. [Middle English, science of optics (influenced by French *perspective,* perspective), from Medieval Latin *perspectīva (ars),* feminine of *perspectīvus,* optical, from *perspectus,* past participle of *perspicere,* to inspect : *per-,* per- + *specere,* to look; see

**persimmon**
Japanese persimmon
*Diospyros kaki*

**personal watercraft**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

*Universal Underwriters Ins. Co. v. Oakland Acura, et al.*
*United States District Court, No.: C 07 2858 SC*

**PROOF OF SERVICE**

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2000, San Francisco, California 94105. On the date listed below, I served the following document:

**DECLARATION OF MAX H. STERN IN SUPPORT OF UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**See attached list**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile at approximately __________ a.m./p.m. pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 955-2599. The name(s) and facsimile machine telephone number(s) of the person(s) served is listed in the attached service list marked with a ^^^. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error.

☒ **BY ELECTRONIC SERVICE:** I served a true copy electronically on designated recipients through https://ecf.cand.uscourts.gov. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by this system.

Executed on March 21, 2008, at San Francisco, California.

JoAnna Soliman