(b) the replacement cost of the property with like kind and quality, regardless of the limit shown in the declarations, subject to the following:

(1) YOU have insured the BUILDING to 100% of its replacement cost as determined by OUR BUILDING appraisal;
(2) YOU have accepted each annual adjustment in the BUILDING amount;
(3) YOU have notified US within 90 days of any physical changes YOU have made in the BUILDING which exceed 10% of the limit, and paid any additional premium due. If YOU fail to notify US as required, WE will pay no more than 110% of the limit shown in the declarations;
(4) If YOU replace the BUILDING at a different premises, WE will pay no more than it would have cost YOU to replace it at the original premises;

YOU may elect LOSS payment at replacement cost less depreciation. YOU have 180 days after the LOSS to tell US, in writing, how YOU elect LOSS payment.

The GUARANTEED REPLACEMENT COST portion of this endorsement will not apply until YOU have actually repaired or replaced the BUILDING for the same occupancy and use. YOU must repair or replace the BUILDING within a reasonable time after LOSS.

DEBRIS REMOVAL, DEMOLITION COST & INCREASED COST OF CONSTRUCTION

The following is added to the SUPPLEMENTAL LIMITS Condition:

If a BUILDING is insured under this endorsement, up to a total of 25% of the limit for that BUILDING for any one LOSS, to apply in any combination of the following:

(a) Debris Removal - WE will pay the cost to remove debris subject to the following:

(1) the LOSS is caused by an insured peril;
(2) the expenses will be paid only if reported to US within 180 days of the earlier of (i) the date of LOSS or (ii) the end of the Coverage Part period;
(3) WE will not pay for the expense to clean up, remove, contain, treat, detoxify or neutralize POLLUTANTS or to replace polluted land or water;

(b) Demolition Cost - WE will pay the cost to demolish any undamaged portion of the BUILDING, including clearing the site subject to the following:

(1) the LOSS is caused by an insured peril;
(2) the cost is the result of the enforcement of any local or state ordinance or law regulating the demolition of BUILDINGS at the described premises which are in effect at the time of LOSS;

(c) Increased Cost Of Construction - WE will pay for any increased cost of repair, construction or re-construction of the BUILDING subject to the following:

(1) the LOSS is caused by an insured peril;
(2) the cost is the result of the enforcement of any local or state ordinance or law regulating the construction or repair of damaged BUILDINGS at the described premises which are in effect at the time of the LOSS;
(3) the BUILDING must be repaired or replaced for the same occupancy and use. YOU must repair or replace the BUILDING within a reasonable time after LOSS.

EXCLUSIONS - PERILS (r) does not apply to the SUPPLEMENTAL LIMITS portion of this endorsement.

ENDORSEMENT NO. 078
REPLACEMENT COST EQUIPMENT

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit G - 0125**
Edition 3-98

With respect to LOSS to the EQUIPMENT shown in the declarations as subject to this endorsement, the following changes are made in this Coverage Part:

Part (a) of the definition of ACTUAL CASH VALUE is changed to read:

> (a) EQUIPMENT (except DATA, IMPROVE-MENTS AND BETTERMENTS, MEDIA and Property of Others), its replacement cost;

The COINSURANCE Condition is deleted in its entirety.

Part (g) THE MOST WE WILL PAY is replaced by:

> (g) 110% of the limit shown in the declarations for the LOCATION. This endorsement will not apply until YOU have actually repaired or replaced the EQUIPMENT. YOU must repair or replace the EQUIPMENT within a reasonable time after LOSS.

### ENDORSEMENT NO. 079
### EARTHQUAKE

Unless "NO COVER" is shown in the declarations for the earthquake peril, the insurance afforded for such property is extended to include LOSS caused by earthquake, volcanic eruption, explosion or effusion. This Coverage Part is changed as follows:

The following is added to the definition of LOSS:

> All earthquake shocks or volcanic eruptions that occur within any 168 hour period will constitute a single earthquake or volcanic eruption. The expiration of this Coverage Part will not reduce the 168 hour period.

Exclusion (I) of EXCLUSIONS - PERILS is amended to read:

> (I) except with respect to property in transit or glass; landslide, mine subsidence, tidal wave, flood, mudslide or mudflow even if attributable to an earthquake or volcanic eruption. If fire or explosion follows, WE

will pay only for LOSS by fire or explosion. Any earthquake or volcanic eruption that begins before the inception of this insurance;

The DEDUCTIBLES Condition is replaced by:

DEDUCTIBLES - After the amount of LOSS has been determined under THE MOST WE WILL PAY and the COINSURANCE Condition applied, WE will subtract the applicable deductible shown in the declarations, subject to the following:

> (1) this deductible will be applied separately to each BUILDING, LOCATION and item of coverage involved in the LOSS;
> (2) WE will divide the deductible by the limit and apply that percentage against the "value" of each BUILDING, LOCATION or item of coverage involved in the LOSS. "Value" is determined on the basis described under ACTUAL CASH VALUE, unless amended by endorsement.

### ENDORSEMENT NO. 080
### BUSINESS INCOME CONTINUATION

With respect to the LOCATIONS shown in the declarations as subject to this endorsement, the following changes are made in this Coverage Part:

The INSURING AGREEMENT is changed to read:

INSURING AGREEMENT - WE will pay BUSINESS INCOME CONTINUATION when YOU must suspend YOUR business because of LOSS from any cause (except as excluded or as stated otherwise in the declarations) to:

(a) the BUILDING or CONTENTS at LOCATIONS shown in the declarations as applicable to this endorsement;

(b) property, other than that at the LOCATION, that directly results in civil authorities preventing YOU from entering YOUR BUILDING. Part (b) covers for only two consecutive weeks after LOSS.

The period of suspension insured is from the

©Copyright 1998 Universal Underwriters Insurance Company

date of LOSS for as long as it reasonably takes to restore the damaged or destroyed BUILDING or CONTENTS, and to resume operations with the same quality of service which existed immediately before the LOSS, regardless of the expiration date of this Coverage Part. In no event, however, will WE pay for more consecutive months than as shown in the declarations as applying to this endorsement.

The DEFINITIONS Condition is changed to add:

"BUSINESS INCOME CONTINUATION" means the amount of GROSS PROFIT YOU have selected to be paid to YOU in the event of the total suspension of YOUR business. The amount is also shown as the limit per month in the declarations.

"EXTRA EXPENSE" means the necessary expenses YOU incur to return YOUR operation to as near to normal as possible after a LOSS, such expense being over and above the total cost that would have been incurred to conduct YOUR operation had no LOSS occurred. EXTRA EXPENSE does not mean loss of income or normal cost of repairing or replacing real or personal property, books of accounts, abstracts, drawings, card index systems or other records of any kind. Any salvage value of property obtained for temporary use during the period of restoration will be deducted from the LOSS.

"GROSS PROFIT" means the total income from the service and repair of AUTOS and the sale of STOCK less the cost of STOCK (not including labor) sold.

The EXCLUSIONS-PERILS condition is changed as follows:

(f) is changed to remove "interruption of business"

These exclusions are added:

(w) due and confined to theft or attempted theft. This exclusion does not apply if there is visible evidence that the thief forcibly broke into or out of the BUILDING;

(x) suspension, lapse, or cancellation of a lease,

license, contract, or order;

(y) interference by strikers, or others, at the LOCATION;

(z) freezing.

The following exclusion is added to EXCLUSIONS-PROPERTY:

(m) BUILDINGS in the process of construction, including materials or supplies for use therewith.

The MOST WE WILL PAY Condition is replaced by:

THE MOST WE WILL PAY - The most WE will pay under this endorsement for BUSINESS INCOME CONTINUATION is determined as follows:

    (1) if YOU must totally suspend YOUR business at any LOCATION shown in the declarations as applicable to this coverage for 5 consecutive days or less, WE will pay YOU 1/30 of the monthly amount shown in the declarations for each day of total suspension;

    (2) if YOU must totally suspend YOUR business at the LOCATIONS shown in the declarations as applicable to this coverage for more than 5 consecutive days or must partially suspend YOUR business, WE will pay YOU the larger of the following amounts for each day during the period of suspension:

        (a) 1/30 of the monthly limit shown in the declarations, less the average daily GROSS PROFIT YOU actually earn following the LOSS;

        (b) the average daily GROSS PROFIT for the four calendar months immediately preceding the month of LOSS, less the average daily GROSS PROFIT YOU actually earn following the LOSS.

This Condition is added:

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit G - 0127**

Edition 3-98

EXTENDED RECOVERY PERIOD - If YOU must suspend the insured operations for 30 days or more and YOU resume operations within a reasonable time, WE will extend the recovery period up to 30 days from the date YOU resume operations. This EXTENDED RECOVERY PERIOD ends the earlier of 30 days from the date YOU resume operations or the end of the total consecutive months (shown in the declarations) from the date of LOSS.

The COINSURANCE, DEDUCTIBLE, and DEBRIS REMOVAL Conditions do not apply to this endorsement.

The following is added to the SUPPLEMENTAL LIMITS Condition:

If BUSINESS INCOME CONTINUATION is insured:

(a) up to 10% of the aggregate limits for BUSINESS INCOME CONTINUATION at the LOCATION, but not for more than $10,000, to apply to LOSS caused by theft of CONTENTS or damage to the BUILDING by thieves. Exclusion (w) of EXCLUSIONS - PERILS does not apply to this extension;

(b) up to 10% of the total aggregate limits for all BUSINESS INCOME CONTINUATION shown in the declarations, to apply to EXTRA EXPENSE incurred by YOU at the LOCATION or any building YOU own, rent or lease for use in YOUR business, but not for more than $25,000, regardless of the number of LOCATIONS or BUILDINGS involved in a LOSS.

Extensions (a) and (b) apply only for the period of recovery as stated in the declarations for BUSINESS INCOME CONTINUATION at the LOCATION;

(c) up to 10% of the total aggregate limits for all BUSINESS INCOME CONTINUATION shown in the declarations, but not for more than $25,000, to apply to any BUILDING YOU acquire, rent, or lease for use in YOUR business. This is the most WE will pay under this extension for each month of suspension. The number of consecutive months insured under this extension will be the shortest peri-

od applying at any LOCATION insured for BUSINESS INCOME CONTINUATION.

Part (c) of this extension ends the earlier of (1) 90 days from the first day of acquisition, rental or lease, or (2) the date YOU report the BUILDING to US. WE will charge YOU premium from the first day of acquisition, rental or lease.

This condition is added:

REDUCTION OF LOSS - YOU must do all YOU can to reduce LOSS, by:

(a) restoring the damaged, destroyed, or stolen property as soon as possible;
(b) resuming operations at the LOCATION(S), whether damaged or not, or at other premises available to YOU, even if the operations are only partial;
(c) using CONTENTS at other LOCATIONS or elsewhere.

### ENDORSEMENT NO. 081
### WRAPAROUND SPECIFIED PERILS

The coverage afforded for SPECIFIED PERILS does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source. This exclusion does not apply:

(1) to the value of improvements YOU make to the COVERED AUTO (after it is acquired by YOU) which increases its value and exceeds the amount due from such other insurance;
(2) to a LOSS excluded by the floor plan or finance source but which is covered under this insurance.

### ENDORSEMENT NO. 082
### WRAPAROUND UNNAMED PERILS

The coverage afforded for UNNAMED PERILS does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source. This exclusion does not apply:

(1) to the value of improvements YOU make to the COVERED AUTO (after it is acquired by YOU) which increases its

©Copyright 1998 Universal Underwriters Insurance Company

value and exceeds the amount due from such other insurance;

(2) to a LOSS excluded by the floor plan or finance source but which is covered under this insurance.

## ENDORSEMENT NO. 083
## WRAPAROUND COLLISION

The coverage afforded for COLLISION does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source. This exclusion does not apply:

(1) to the value of improvements YOU make to the COVERED AUTO (after it is acquired by YOU) which increases its value and exceeds the amount due from such other insurance;

(2) to a LOSS excluded by the floor plan or finance source but which is covered under this insurance.

## ENDORSEMENT NO. 084
## WRAPAROUND EXTENDED THEFT

The coverage afforded for EXTENDED THEFT does not apply to AUTOS owned or acquired by YOU and insured by YOUR floor plan or finance source. This exclusion does not apply:

(1) to the value of improvements YOU make to the COVERED AUTO (after it is acquired by YOU) which increases its value and exceeds the amount due from such other insurance;

(2) to a LOSS excluded by the floor plan or finance source but which is covered under this insurance;

(3) to the amount of LOSS that exceeds the limit of the floor plan or finance source.

## ENDORSEMENT NO. 085
## BREAKDOWN EXCLUDED

With respect to the property shown in the declarations as subject to this endorsement, the following change is made:

EXCLUSIONS - PERILS (q) is replaced by:

(q) explosion, rupture, or bursting of any of the following if they are owned by or leased to YOU or operated under YOUR control:

(1) pressure relief devices, boilers or other equipment for heating water;

(2) rotating or moving parts of machinery by centrifugal force or mechanical breakdown;

(3) steam boilers, steam pipes, steam turbines, or steam engines.

WE will pay for LOSS by any fire or explosion that follows:

Part (3) does not apply to the explosion of accumulated gas or unconsumed fuel in the firebox or combustion chamber of a fixed vessel, or in the flues or passages leading from it;

## ENDORSEMENT NO. 086
## INCREASED LIMITS
## FOR WELFARE AND PENSION PLANS

With respect to the Welfare and Pension Benefit Plan shown in the declarations as an INSURED, the limit for EMPLOYEE DISHONESTY is increased to the amount shown in the declarations as "WELFARE AND PENSION PLAN LIMIT".

## ENDORSEMENT NO. 087
## DIMINISHED VALUE

In addition to the amount due YOU for LOSS caused by COLLISION, malicious mischief or vandalism, theft or larceny, GOVERNMENT CONFISCATION and EXTENDED THEFT, WE will pay YOU for diminished value, subject to the following:

(a) this coverage applies only to NEW PRIVATE PASSENGER, NEW TRUCK, and DEMONSTRATOR-COMPANY AUTO owned by YOU.

The definition of COVERED AUTO is changed to delete "(2) not owned by YOU but in YOUR care, custody or control".

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

The definitions of NEW PRIVATE PAS-SENGER and NEW TRUCK are changed to delete "or consigned to";

(b) Payment under this endorsement will be calculated as follows:

(1) From the amount of the gross LOSS, WE will apply the repair percentages shown in the declarations for "YOUR AUTOS";
(2) WE will then apply the appropriate deductible shown in the declarations;
(3) If, after (1) and (2), there is an amount due YOU, WE will multiply the gross LOSS by 10%. This will be the amount due YOU under this endorsement.

The insurance afforded by this endorsement does not apply:

(1) when WE replace or require YOU to replace a COVERED AUTO;
(2) to those AUTOS insured for COLLISION, malicious mischief or vandalism, theft or larceny, GOVERNMENT CONFISCATION or EXTENDED THEFT by YOUR floor plan or finance source.

Exclusion (o) does not apply to this endorsement.

## ENDORSEMENT NO. 088
## ADDITIONAL INSURED - FURNISHED AUTO HOUSEHOLD MEMBERS

The WHO IS AN INSURED condition of this Coverage Part is changed by adding the following to "With respect to the AUTO HAZARD":

(5) The person (including members of their household) or organization named in the declarations as subject to this endorsement, but only with respect to an AUTO furnished by YOU to such person or organization.

## ENDORSEMENT NO. 089

## UMBRELLA LIMITS INCLUSIVE

THE MOST WE WILL PAY condition is amended to read:

THE MOST WE WILL PAY - Regardless of the number of INSUREDS, AUTOS, MOBILE EQUIPMENT, or watercraft insured or premiums charged by this Coverage Part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is the least of the following:

(a) when there is no coverage for a LOSS available to the INSURED in the UNDER-LYING INSURANCE or any other insurance, WE will pay the difference between OUR limit and the retention which are both shown in the declarations;

(b) when coverage for a LOSS is available to the INSURED in the UNDERLYING INSURANCE only, WE will pay the difference between OUR limit and the limits of such UNDERLYING INSURANCE which are both shown in the declarations;

(c) when there is no coverage for a LOSS available to the INSURED in the UNDER-LYING INSURANCE but there is coverage available under another insurance policy (which was not purchased as excess of this policy), WE will pay the difference between OUR limit shown in the declarations and the limits of such other insurance;

(d) when there is coverage for a LOSS available in both the UNDERLYING INSUR-ANCE and any other insurance (which was not purchased as excess of this policy) WE will pay the difference between the UNDERLYING INSURANCE and OUR limit (both as shown in the declarations) but only after the UNDERLYING INSURANCE and such other insurance have been exhausted;

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit G - 0130

(e) with respect to liability of others assumed under a contract or agreement, the amount required by such contract or agreement or OUR limit, whichever is less.

ENDORSEMENT NO. 090
STANDARD FORM MCS-90
ENDORSEMENT FOR MOTOR CARRIER
POLICIES OF INSURANCE FOR PUBLIC
LIABILITY UNDER SECTIONS 29 AND 30
OF THE MOTOR CARRIER ACT OF 1980

ENDORSEMENT NO. 091
UNDERINSURED MOTORISTS

With respect to the insurance afforded by this endorsement, the following changes are made in this Coverage Part:

The definition of UNINSURED MOTOR VEHICLE is changed to add:

(4) which, at the time of the ACCIDENT, was insured or bonded with at least the amounts required by the applicable law where a COVERED AUTO is principally garaged, but their limits are less than the limits of this insurance.

The MOST WE WILL PAY Condition is changed to add:

WE will pay under this endorsement only after the limits of any other applicable insurance policies or bonds have been exhausted by payment of judgments or settlements.

ENDORSEMENT NO. 092
DESIGNATED INDIVIDUALS

With respect to the insurance afforded by this endorsement, the following change is made in this Coverage Part:

The WHO IS AN INSURED condition is replaced with the following:

WHO IS AN INSURED - With respect to this Coverage Part, the individual (and any FAMILY MEMBER) designated on the declarations as subject to this endorsement and any passengers in a COVERED AUTO driven by the designated individual.

ENDORSEMENT NO. 093
OWNED AUTOS EXCLUDED

No insurance is afforded under this Coverage Part with respect to any AUTO owned by or LEASED to YOU, nor to any TEMPORARY SUBSTITUTE AUTO.

"LEASED" means a written agreement for a term of 180 days or more wherein YOU are named as the leasee.

"TEMPORARY SUBSTITUTE AUTO" means an AUTO not owned by or LEASED to YOU, YOUR partners, officers, employees or a member of YOUR or their household, when it is used temporarily with the owner's permission to replace an owned or LEASED AUTO which is out of service due to its repair, servicing, loss or destruction.

ENDORSEMENT NO. 094
ALL OWNED AUTOS INSURED

The definition of OWNED AUTO is replaced by:

"OWNED AUTO" means any AUTO YOU own or LEASE during the Coverage Part period. It also means a trailer attached to such AUTO.

ENDORSEMENT NO. 095
PREMISES MEDICAL PAYMENTS

The insurance afforded by this Coverage Part is extended to include the following:

INSURING AGREEMENT - WE will pay all reasonable and necessary medical, dental, and funeral expenses (incurred for services rendered within three years after the OCCURRENCE) to or for each person who sustains INJURY to which this endorsement applies, when caused by an OCCURRENCE and arising out of the PREMISES hazard.

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit G - 0131
Edition 3-98

THE MOST WE WILL PAY - Regardless of the number of INSUREDS, premiums charged, persons who sustain INJURY, or claims made, the most WE will pay to or for any one person in any one OCCURRENCE is the limit shown in the declarations as applicable to this endorsement.

No payment will be made under this endorsement unless the injured person (or their legal representative) agrees in writing that any payment made will be applied toward any settlement or judgment that person receives for the same expenses under any other AUTO liability or Uninsured Motorists Coverage provided by this policy.

HOW WE WILL PAY - At OUR option, WE may pay the injured person or the person or organization rendering the service. Such payment does not mean WE admit any liability on any INSURED'S part.

EXAMINATIONS - As soon as possible, the injured person (or someone on their behalf) must give US a written proof of claim, under oath and signed if WE require. They will also execute any documents to have medical reports and records released to US, and to submit to physical examinations by physicians chosen by US, as often as WE deem necessary.

### ENDORSEMENT NO. 096
### HIRED AND NONOWNED AUTOS

The following is added to the definition of OWNED AUTOS:

OWNED AUTO also means an AUTO not owned by YOU, YOUR partner, executive officer, agent or employee when used in YOUR business.

Part (1) of WHO IS NOT AN INSURED is changed to read:

(1) the owner, lessor or rentor of an AUTO not owned by YOU. This does not apply if they are named in the declarations as applicable to this Coverage Part;

### ENDORSEMENT NO. 097
### AUTO SERVICE FACILITY

The Definition of AUTO HAZARD is changed to read:

"AUTO HAZARD" means the maintenance or use of a CUSTOMER'S AUTO.

Exclusion (i) is replaced by:

(i) INJURY or COVERED POLLUTION DAMAGES arising out of the ownership, use, loading or unloading of any:

(1) AUTO:

(i) owned by, leased or rented to any INSURED;

(II) operated in, or in practice or preparation for any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;

(iii) leased or rented by YOU to others;

(iv) being used as a HAULAWAY, taxi cab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier or for carrying property for a charge;

(v) being used to transport explosives, gasoline, liquefied petroleum gas or other volatile petroleum products;

(2) Watercraft:

(i) over 35 feet in length;

(ii) when used for nonbusiness purposes by any INSURED, regardless of length;

(iii) when rented or leased to others;

(iv) while afloat over 50 nautical miles from the costal shoreline of the 48 contiguous United States, the District of Columbia, or Canada;

(v) operated in, or in practice or preparation for any prearranged or organized race, rally, speed, or competitive contest or stunting activity;

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit G - 0132**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 162                PAGE 1 OF 4
DISCRIMINATION INCLUDING WRONGFUL EMPLOYMENT PRACTICES
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING CHANGES ARE MADE WHEN THIS ENDORSEMENT IS SHOWN IN
THE DECLARATIONS:

AS USED IN THIS ENDORSEMENT, WHENEVER "*INJURY GROUP (6)" IS
REFERENCED, IT SHALL ALSO REFER TO "PART (6) OF THE DEFINITION OF
*INJURY" IN COVERAGE PART 980 AND "PART (4) OF THE DEFINITION OF
*INJURY" IN COVERAGE PART 970.

DEFINITIONS

THE DEFINITION OF *INJURY GROUP (6) IS AMENDED TO READ:

     *DISCRIMINATION *INCLUDING *WRONGFUL *EMPLOYMENT *PRACTICES

THE FOLLOWING REPLACES THE SECOND PARAGRAPH OF THE DEFINITION OF
*OCCURRENCE:

     WITH RESPECT TO *INJURY GROUPS (3), (4), (5) AND (6),
     *OCCURRENCE MEANS ACTS OF THE *INSURED DURING THE COVERAGE
     PART PERIOD WHICH RESULT IN SUCH *INJURY. WITH RESPECT TO
     *INJURY GROUP (6), WHEN *INJURY ARISES OUT OF A SERIES OF
     RELATED AND CONTINUOUS ACTS, *OCCURRENCE SHALL MEAN THE LAST
     INJURIOUS ACT COMMITTED IN THE LAST COVERAGE PART PERIOD
     INSURED BY *US.

THE DEFINITIONS OF *DAMAGES, *DISCRIMINATION AND *SUIT ARE RE-
PLACED WITH THE FOLLOWING:

     "*DAMAGES" MEANS AMOUNTS AWARDABLE BY A COURT OF LAW. WITH
     RESPECT TO *INJURY GROUP (6), *DAMAGES ALSO MEANS AMOUNTS
     AWARDABLE BY ADMINISTRATIVE AGENCIES, BACK PAY AWARDS, FRONT
     PAY AWARDS, COMPENSATORY *DAMAGES, AND, WHERE INSURABLE BY
     LAW, PUNITIVE OR EXEMPLARY *DAMAGES, PRE-JUDGMENT INTEREST,
     POST-JUDGMENT INTEREST, AND SETTLEMENTS.

     *DAMAGES DOES NOT MEAN:

         1.   CIVIL PENALTIES, FINES, ASSESSMENTS, OR EQUITABLE
              REMEDIES EXCEPT THOSE EQUITABLE REMEDIES LISTED
              ABOVE; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION 11-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit G - 0133**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 162                    PAGE 2 OF 4
DISCRIMINATION INCLUDING WRONGFUL EMPLOYMENT PRACTICES
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

    2.    SEVERANCE PAY OR *DAMAGES UNDER AN EXPRESS WRITTEN
CONTRACT OF EMPLOYMENT OR AN EXPRESS WRITTEN OBLI-
GATION TO MAKE PAYMENTS IN THE EVENT OF THE TERMI-
NATION OF EMPLOYMENT.

"*DISCRIMINATION" MEANS VIOLATION OF A PERSON'S CIVIL RIGHTS
WITH RESPECT TO SUCH PERSON'S RACE, COLOR, NATIONAL ORIGIN,
RELIGION, GENDER, MARITAL STATUS, AGE, SEXUAL ORIENTATION OR
PREFERENCE, PHYSICAL OR MENTAL CONDITION OR ANY OTHER SIMILAR
PROTECTED CLASS OR CHARACTERISTIC ESTABLISHED BY ANY STATUTE,
LAW, RULE OR REGULATION. THIS INCLUDES REVERSE *DISCRIMINA-
TION AND *HARASSMENT. AS USED IN THIS DEFINITION, "PERSON'S"
INCLUDES *YOUR EMPLOYEES, CUSTOMERS, CLIENTS, INDEPENDENT
CONTRACTORS, VOLUNTEERS AND ANY OTHER PERSON WITH WHOM *YOU
HAVE A BUSINESS RELATIONSHIP. *DISCRIMINATION ALSO INCLUDES
MENTAL ANGUISH, MENTAL INJURY, FRIGHT, SHOCK OR HUMILIATION
RESULTING FROM SUCH VIOLATION.

"*SUIT" MEANS A CIVIL ACTION FOR *DAMAGES, INCLUDING ARBI-
TRATION OR MEDIATION, OR ANY OTHER ALTERNATIVE DISPUTE RESO-
LUTION PROCEEDINGS TO WHICH THE *INSURED MUST SUBMIT OR SUB-
MITS WITH *OUR CONSENT. A CLASS ACTION IS ONE *SUIT. *SUIT
DOES NOT MEAN ADMINISTRATIVE ACTIONS (EXCEPT UNDER *INJURY
GROUP (6) AND *EMPLOYMENT *RELATED *DEFENSE) OR EQUITABLE
ACTIONS.

WITH RESPECT TO COVERAGE PARTS 500 AND 980, THE DEFINITION OF
*EMPLOYMENT *RELATED *DEFENSE AND FOR COVERAGE PART 950, THE
INSURING AGREEMENT FOR EMPLOYMENT RELATED DEFENSE, IS REPLACED
WITH THE FOLLOWING:

"*EMPLOYMENT *RELATED *DEFENSE" MEANS ANY *SUIT FILED
AGAINST *YOU DURING THE COVERAGE PART PERIOD BY OR ON BEHALF
OF ANY EMPLOYEE ARISING OUT OF *YOUR EMPLOYMENT PRACTICES,
OTHER THAN AS A RESULT OF AN *OCCURRENCE OR AS WOULD BE
COVERED BY A WORKERS' COMPENSATION OR EMPLOYERS' LIABILITY
POLICY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 11-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0134

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 162                    PAGE 3 OF 4
DISCRIMINATION INCLUDING WRONGFUL EMPLOYMENT PRACTICES
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THE FOLLOWING DEFINITIONS ARE ADDED:

"*HARASSMENT" MEANS ANY UNWELCOME REMARKS, BEHAVIORS OR COM-
MUNICATIONS THAT ARE OF A SEXUAL NATURE OR THAT ARE BASED ON
RACE, COLOR, NATIONAL ORIGIN, RELIGION, GENDER, MARITAL
STATUS, AGE, SEXUAL ORIENTATION OR PREFERENCE, PHYSICAL OR
MENTAL CONDITION OR ANY OTHER SIMILAR CHARACTERISTIC. THIS
INCLUDES ACTIONS THAT CAUSE OFFENSE OR HUMILIATION TO ANY
PERSON OR GROUP OF PERSONS AND ARE MADE A CONDITION OF
EMPLOYMENT OR ANY OTHER BUSINESS RELATIONSHIP.

"*RETALIATION" MEANS ADVERSE EMPLOYMENT ACTIONS AGAINST
EMPLOYEES FOR EXERCISING, OR ATTEMPTING TO EXERCISE, THEIR
RIGHTS UNDER LAW, WHERE *RETALIATION IS INSURABLE BY LAW.

"*WRONGFUL *EMPLOYMENT *PRACTICE" MEANS ANY OF THE FOLLOW-
ING OCCURRING IN THE COURSE OF OR ARISING OUT OF THE CLAIM-
ANT'S EMPLOYMENT OR APPLICATION FOR EMPLOYMENT WITH *YOU:
THE ACTUAL OR ALLEGED FAILURE OR REFUSAL TO EMPLOY OR PRO-
MOTE, DEPRIVATION OF A CAREER OPPORTUNITY, NEGLIGENT EVALUA-
TION, WRONGFUL DISCIPLINE, REASSIGNMENT OR DEMOTION, WRONG-
FUL DENIAL OF SENIORITY, *WRONGFUL *TERMINATION, AND
*RETALIATION. *WRONGFUL *EMPLOYMENT *PRACTICE ALSO INCLUDES
MENTAL ANGUISH, MENTAL INJURY, FRIGHT, SHOCK OR HUMILIATION
RESULTING FROM ANY OF THE ABOVE.

"*WRONGFUL *TERMINATION" MEANS THE TERMINATION OF AN EMPLOY-
MENT RELATIONSHIP IN A MANNER WHICH IS AGAINST THE LAW. THIS
INCLUDES CONSTRUCTIVE TERMINATION. *WRONGFUL *TERMINATION
DOES NOT INCLUDE *DAMAGES LEGALLY OWED UNDER AN EXPRESS CON-
TRACT OF EMPLOYMENT OR AN EXPRESS OBLIGATION TO MAKE PAYMENTS
IN THE EVENT OF TERMINATION OF EMPLOYMENT.

EXCLUSIONS - WITH RESPECT TO *INJURY GROUP (6), THE FOLLOWING
ADDITIONAL EXCLUSIONS APPLY:

THIS INSURANCE DOES NOT APPLY TO *INJURY:

(1)  BASED UPON OR ARISING OUT OF CORPORATE REORGANIZATIONS,
     LAY-OFFS, CLOSINGS OR DOWNSIZING ACTIONS;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 11-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 162                    PAGE 4 OF 4
DISCRIMINATION INCLUDING WRONGFUL EMPLOYMENT PRACTICES
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

> (2)   BASED UPON OR ARISING OUT OF A LOCKOUT, STRIKE, PICKET
>       LINE, REPLACEMENT OR OTHER SIMILAR ACTIONS RESULTING
>       FROM LABOR DISPUTES OR LABOR NEGOTIATIONS.

WITH RESPECT TO *INJURY GROUP (6), THE FOLLOWING PARAGRAPH
IS ADDED TO EXCLUSION (A):

> HOWEVER, THIS EXCLUSION DOES NOT APPLY TO *YOU IF SUCH
> ACT WAS COMMITTED BY *YOUR EMPLOYEE (OTHER THAN A
> PARTNER, DIRECTOR, OR EXECUTIVE OFFICER) WITHOUT *YOUR
> DIRECTION OR *YOUR KNOWLEDGE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 11-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0136

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 216
EXTENSION OF CREDIT EXCLUSION DELETED
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

COVERAGE PART 300 - AUTO INVENTORY, EXCLUSIONS--PART (6) OF EX-
CLUSION (D) IS DELETED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-1997
COPYRIGHT 1997 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 295
NECESSARY AND INCIDENTAL CLAUSE AMENDED
COVERAGE PART 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 - THE DEFINITION OF *GARAGE *OPERATIONS IS
REPLACED BY THE FOLLOWING:

"*GARAGE *OPERATIONS" MEANS THE OWNERSHIP, MAINTENANCE OR
USE OF THAT PORTION OF ANY PREMISES WHERE *YOU CONDUCT *YOUR
*AUTO BUSINESS AND ALL OTHER OPERATIONS NECESSARY OR
INCIDENTAL THERETO. AS USED IN THIS DEFINITION, NECESSARY AND
INCIDENTAL OPERATION DO NOT INCLUDE *AUTO *HAZARD.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-1999
COPYRIGHT 1999 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0138

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 319
PAINTLESS DENT REPAIR
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 300 - THE HOW WE WILL PAY CONDITION IS REPLACED
BY THE FOLLOWING:

AT *OUR OPTION, *WE WILL PAY FOR, REPAIR OR REPLACE THE
DAMAGED OR STOLEN *COVERED *AUTO OR WILL REQUIRE *YOU TO
REPLACE, REPAIR OR SUBLET REPAIRS TO SUCH *COVERED *AUTO.
*WE WILL ALSO DECIDE WHICH REPAIR METHOD TO USE.

WHEN SETTLEMENT IS BASED ON REPLACEMENT OF A *COVERED *AUTO,
IT WILL BE AT *YOUR ACTUAL COST, EXCLUSIVE OF *YOUR PROFIT,
HOLDBACK OR OVERHEAD EXPENSES. WHEN SETTLEMENT IS BASED ON
REPAIRS TO THE *COVERED *AUTO, THE MOST *WE WILL PAY IS
65% OF THE RETAIL CHARGES ON PARTS, MATERIALS, AND LABOR
UNLESS STATED OTHERWISE IN THE DECLARATIONS. WHEN PAINTLESS
DENT REPAIR IS USED, THE REPAIR PERCENTAGE THAT IS DESCRIBED
ABOVE WILL NOT APPLY TO THAT PORTION OF REPAIRS THAT ARE
MADE USING PAINTLESS DENT REPAIR. *WE WILL PAY THE ACTUAL
COST FOR PARTS, MATERIALS AND LABOR WHEN *LOSS OCCURS, AND
THE *COVERED *AUTO IS REPAIRED, 100 MILES OR MORE FROM *YOUR
PLACE OF BUSINESS.

FROM THE AMOUNT OF *LOSS, AS DETERMINED ABOVE, *WE WILL
SUBTRACT A REASONABLE AMOUNT FOR DEPRECIATION AS WELL AS THE
APPLICABLE DEDUCTIBLE SHOWN IN THE DECLARATIONS. THE
DEDUCTIBLE APPLIES TO EACH *COVERED *AUTO UNLESS STATED
OTHERWISE IN THIS COVERAGE PART OR IN THE DECLARATIONS.
WHEN MORE THAN ONE DEDUCTIBLE IS SHOWN FOR A PERIL OR *AUTO,
THE DEDUCTIBLE PER *AUTO IS SHOWN FIRST, THEN THE DEDUCTIBLE
PER *LOSS. WHEN PAINTLESS DENT REPAIR IS USED, THE
DEDUCTIBLE PER *AUTO WILL BE REDUCED BY $250.

BEFORE PAYMENT OF THE *LOSS, *WE MAY TAKE ALL OR ANY PART
OF THE SALVAGE AT THE AGREED OR APPRAISED VALUE. THERE WILL
BE NO ABANDONMENT TO *US.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  5-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0139

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320                     PAGE 1 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EMPLOYEE DISHONESTY - THE INSURING AGREEMENT FOR EMPLOYEE
DISHONESTY IS REPLACED BY THE FOLLOWING:

EMPLOYEE DISHONESTY

(1) EMPLOYEE THEFT OR FORGERY

*WE WILL PAY FOR *LOSS RESULTING FROM *THEFT OR
*FORGERY COMMITTED BY AN *EMPLOYEE, WHETHER IDENTIFIED
OR NOT.

(2) VICARIOUS LIABILITY

*WE WILL PAY FOR *LOSS SUSTAINED BY A THIRD PARTY AND
RESULTING DIRECTLY FROM *THEFT OR *FORGERY BY *YOUR
*EMPLOYEE, FOR WHICH *LOSS *YOU ARE HELD LEGALLY
LIABLE.

*YOU MAY NOT ASSUME ANY OBLIGATION, MAKE ANY OFFER OR
PAYMENT, OR INCUR ANY EXPENSES WITHOUT *OUR CONSENT,
EXCEPT AT *YOUR OWN COST.

COVERAGE FOR VICARIOUS LIABILITY AS DESCRIBED ABOVE
SHALL BE PART OF, AND NOT IN ADDITION TO, THE EMPLOYEE
DISHONESTY LIMIT DISPLAYED IN THE POLICY DECLARATIONS.
PAYMENT UNDER VICARIOUS LIABILITY SHALL REDUCE THE
APPLICABLE LIMIT FOR EMPLOYEE DISHONESTY.

*WE WILL PAY REASONABLE DEFENSE COSTS ACTUALLY INCURRED
TO DEFEND *YOU IN ANY LEGAL PROCEEDING ALLEGING SUCH
VICARIOUS LIABILITY ON *YOUR PART FOR ACTS OF *YOUR
EMPLOYEE AS DESCRIBED IN PART (2) OF THIS INSURING
AGREEMENT. SUCH DEFENSE COVERAGE SHALL BE PART OF, AND
NOT IN ADDITION TO, THE EMPLOYEE DISHONESTY LIMIT DIS-
PLAYED IN THE POLICY DECLARATIONS. PAYMENT OF SUCH
DEFENSE COSTS SHALL REDUCE THE APPLICABLE LIMIT OF
INSURANCE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0140

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320                    PAGE 2 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

REGARDING EMPLOYEE DISHONESTY, THE FOLLOWING DEFINITION IS
CHANGED:

"*EMPLOYEE" MEANS A NATURAL PERSON WHILE IN *YOUR SERVICE
(AND UNDER EMPLOYEE DISHONESTY AND *DEPOSITOR'S *FORGERY,
60 DAYS THEREAFTER) DURING THE COVERAGE PERIOD WHOM *YOU
PAY A SALARY, WAGE, OR COMMISSION. IT ALSO MEANS A NATURAL
PERSON WHILE IN *YOUR SERVICE (AND UNDER EMPLOYEE DISHONESTY
AND *DEPOSITOR'S *FORGERY, 60 DAYS THEREAFTER) DURING THE
COVERAGE PART PERIOD WHO IS EMPLOYED BY AN EMPLOYMENT
CONTRACTOR. *EMPLOYEE DOES NOT MEAN ANYONE:

(1)   *YOU DO NOT HAVE THE RIGHT TO CONTROL OR DIRECT AS TO
      DETAILS AND MEANS BY WHICH THE RESULT IS ACCOMPLISHED;

(2)   WHO IS CORPORATE DIRECTOR OR TRUSTEE EXCEPT WHILE
      PERFORMING ACTS WITHIN THE SCOPE OF THE USUAL DUTIES
      OF AN *EMPLOYEE;

(3)   WHO IS AN AGENT, BROKER, FACTOR, COMMISSION MERCHANT,
      CONSIGNEE, INDEPENDENT CONTRACTOR OR REPRESENTATIVE
      OF THE SAME GENERAL CHARACTER;

(4)   OUTSIDE THE POLICY TERRITORY, EXCEPT TO THOSE
      *EMPLOYEES TEMPORARILY OUTSIDE THE POLICY TERRITORY
      FOR A PERIOD OF NOT MORE THAN 90 DAYS.

REGARDING EMPOLYEE DISHONESTY, THE FOLLOWING DEFINITIONS ARE
ADDED:

"*FORGERY" MEANS THE SIGNING OF THE NAME OF ANOTHER PERSON
OR ORGANIZATION WITH INTENT TO DECEIVE. IT DOES NOT MEAN A
SIGNATURE WHICH CONSISTS IN WHOLE OR IN PART OF ONE'S OWN
NAME SIGNED WITH OR WITHOUT AUTHORITY, IN ANY CAPACITY, FOR
ANY PURPOSE.

"*THEFT" MEANS THE UNLAWFUL TAKING OF *MONEY, *SECURITIES
OR *OTHER *PROPERTY TO THE DEPRIVATION OF THE *INSURED. FOR
PART (2) OF EMPLOYEE DISHONESTY, "*THEFT" MEANS AN *EM-
PLOYEE UNLAWFULLY TAKING *MONEY, *SECURITIES OR *OTHER
*PROPERTY TO THE DEPRIVATION OF SOMEONE OTHER THAN *YOU.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0141

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320                    PAGE 3 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

WHERE *LOSS INVOLVES A SERIES OF ACTS, COVERAGE IS PROVIDED
FOR ONLY THOSE ACTS IN THE SERIES THAT OCCUR DURING THE
COVERAGE PART PERIOD, EXCEPT AS PROVIDED UNDER THE LOSS
UNDER PRIOR BOND OR INSURANCE CONDITION.

EXCLUSION (I) IS REPLACED BY THE FOLLOWING:

(I)  UNDER EMPLOYEE DISHONESTY, TO THAT PART OF ANY *LOSS
WHERE PROOF OF ITS EXISTENCE OR AMOUNT IS DEPENDENT UPON
AN INVENTORY COMPUTATION OR A PROFIT AND LOSS COMPU-
TATION. HOWEVER, WHERE *YOU ESTABLISH WHOLLY APART
FROM SUCH COMPUTATIONS THAT *YOU HAVE SUSTAINED SUCH
A *LOSS, THEN *YOU MAY OFFER *YOUR INVENTORY RECORDS
AND ACTUAL PHYSICAL COUNT OF INVENTORY IN SUPPORT OF
THE AMOUNT OF *LOSS CLAIMED.

EXCLUSION (K) IS REPLACED BY THE FOLLOWING:

(K)  EXCEPT FOR VICARIOUS LIABILITY AND CLAIMS EXPENSE, THAT
IS AN INDIRECT RESULT OF ANY ACT OR *LOSS, INCLUDING
BUT NOT LIMITED TO:

(I)  BUSINESS INTERRUPTION OR LOSS OF USE OF THE
*MONEY, *SECURITIES, OR *OTHER *PROPERTY;

(II) COSTS, FEES OR OTHER EXPENSES INCURRED BY *YOU,
UNLESS AUTHORIZED BY *US;

EXCLUSION (O) IS DELETED.

THE FOLLOWING CONDITION IS ADDED:

CLAIMS EXPENSE - *WE WILL PAY FOR REASONABLE EXPENSES
INCURRED BY *YOU IN ORDER TO DETERMINE THE AMOUNT OF COVERED
EMPLOYEE DISHONESTY *LOSS PAYABLE UNDER THIS POLICY. *WE
WILL ONLY REIMBURSE *YOU FOR SUCH EXPENSES PROVIDED THE
COVERED *LOSS EXCEEDS THE APPLICABLE DEDUCTIBLE INDEPENDENT
OF SUCH EXPENSES.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0142

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 320                    PAGE 4 OF 4
EMPLOYEE DISHONESTY EXTENSIONS
COVERAGE PART 380
UNICOVER V

*WE WILL NOT PAY FOR A ROUTINE REVIEW OF *YOUR BOOKS AND
RECORDS. REIMBURSEMENT FOR SUCH EXPENSES WILL OCCUR AT THE
TIME OF *LOSS PAYMENT.

THE MOST *WE WILL PAY UNDER THIS CONDITION IS 20% OF THE
EMPLOYEE DISHONESTY LIMIT SHOWN IN THE DECLARATIONS, SUBJECT
TO A MAXIMUM OF $10,000. THIS AMOUNT APPLIES IN ADDITION TO
THE EMPLOYEE DISHONESTY LIMIT. THIS IS THE MOST *WE WILL
PAY FOR ANY ONE *LOSS UNDER ALL POLICIES ISSUED BY *US.

*PRIOR *FRAUD, *DISHONESTY OR *CANCELLATION CONDITION - ITEM
(A) IS REPLACED BY THE FOLLOWING:

    (A)  FROM THE MOMENT *YOU OR ANY OF *YOUR PARTNERS OR
         OFFICERS (NOT IN COLLUSION WITH SUCH *EMPLOYEE)
         POSSESSES KNOWLEDGE OF ANY FRAUDULENT OR DISHONEST ACT
         COMMITTED BY THE *EMPLOYEE, WHETHER OR NOT IN *YOUR
         SERVICE AT THE TIME OF THE ACT;

YOUR DUTIES AFTER LOSS - ITEM (3) IS REPLACED BY THE FOLLOWING:

    (3)  SUBMIT TO EXAMINATION UNDER OATH AT *OUR REQUEST, WHILE
         NOT IN THE PRESENCE OF ANY OTHER *INSURED AND AT SUCH
         TIMES AS MAY BE REASONABLY REQUIRED ABOUT ANY MATTER
         RELATING TO THIS INSURANCE OR THE *LOSS, INCLUDING
         *YOUR BOOKS AND RECORDS. IN THE EVENT OF AN EXAMINA-
         TION, AN *INSURED'S ANSWERS MUST BE SIGNED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit G - 0143**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 322
COMPUTER FRAUD AND FUNDS TRANSFER FRAUD      PAGE 1 OF 3
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

LOSS FROM WITHIN THE BUILDING - THE FOLLOWING CHANGES ARE MADE:

1)    ITEM (A) IS REPLACED BY THE FOLLOWING:

   (A)   OF *MONEY AND *SECURITIES BY THE ACTUAL DESTRUCTION,
         DISAPPEARANCE, OR WRONGFUL REMOVAL FROM THE *BUILDING
         OR ANY *BANK (EXCEPT FOR *COMPUTER *FRAUD *AND *FUNDS
         *TRANSFER *FRAUD);

2)    THE FOLLOWING ITEM IS ADDED TO THE INSURING AGREEMENT:

   (E)   FROM *COMPUTER *FRAUD *AND *FUNDS *TRANSFER *FRAUD.

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

   WHERE *LOSS INVOLVES A SERIES OF ACTS, COVERAGE IS PROVIDED
   FOR ONLY THOSE ACTS IN THE SERIES THAT OCCUR DURING THE
   COVERAGE PART PERIOD, EXCEPT AS PROVIDED UNDER THE LOSS
   UNDER PRIOR BOND OR INSURANCE CONDITION.

DEFINITIONS - THE FOLLOWING DEFINITIONS ARE ADDED:

   "*COMPUTER *FRAUD *AND *FUNDS *TRANSFER *FRAUD" MEANS:

   (1)   *LOSS OF OR DAMAGE TO *MONEY, *SECURITIES AND *OTHER
         *PROPERTY RESULTING DIRECTLY FROM THE USE OF ANY
         COMPUTER TO FRAUDULENTLY CAUSE A TRANSFER OF THAT
         PROPERTY FROM INSIDE THE PREMISES TO A PERSON OTHER
         THAN A *MESSENGER OR TO A PLACE OUTSIDE THE PREMISES;

   (2)   FRAUDULENT ELECTRONIC, TELEGRAPHIC, CABLE, TELETYPE,
         FACSIMILE OR TELEPHONE INSTRUCTIONS ISSUED TO A
         *FINANCIAL *INSTITUTION DIRECTING SUCH INSTITUTION TO
         DEBIT A *TRANSFER *ACCOUNT AND TO TRANSFER, PAY OR
         DELIVER *MONEY AND *SECURITIES FROM SUCH *TRANSFER
         *ACCOUNT WHICH INSTRUCTIONS PURPORT TO HAVE BEEN
         TRANSMITTED BY *YOU BUT WERE IN FACT FRAUDULENTLY
         TRANSMITTED BY SOMEONE OTHER THAN *YOU WITHOUT *YOUR
         KNOWLEDGE OR CONSENT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 322
COMPUTER FRAUD AND FUNDS TRANSFER FRAUD          PAGE 2 OF 3
COVERAGE PART 380
UNICOVER V

(3)  FRAUDULENT WRITTEN INSTRUCTIONS ISSUED TO A *FINANCIAL
     *INSTITUTION DIRECTING SUCH INSTITUTION TO DEBIT A
     *TRANSFER *ACCOUNT AND TO TRANSFER, PAY OR DELIVER
     *MONEY OR *SECURITIES FROM SUCH *TRANSFER *ACCOUNT
     BY USE OF AN ELECTRONIC FUNDS TRANSFER SYSTEM AT
     SPECIFIED INTERVALS OR UNDER SPECIFIED CONDITIONS
     WHICH INSTRUCTIONS PURPORT TO HAVE BEEN ISSUED BY *YOU
     BUT WERE IN FACT FRAUDULENTLY ISSUED, FORGED OR
     ALTERED BY SOMEONE OTHER THAN *YOU WITHOUT *YOUR
     KNOWLEDGE OR CONSENT.

"*FINANCIAL *INSTITUTION" MEANS:

(1)  A BANKING, SAVINGS OR THRIFT INSTITUTION, OR

(2)  A STOCK BROKER, MUTUAL FUND, LIQUID ASSETS FUND OR
     SIMILAR INVESTMENT INSTITUTION AT WHICH *YOU MAINTAIN
     A *TRANSFER *ACCOUNT.

"*TRANSFER *ACCOUNT" MEANS AN ACCOUNT MAINTAINED BY *YOU
AT A *FINANCIAL *INSTITUTION FROM WHICH *YOU CAN INITIATE
THE TRANSFER, PAYMENT OR DELIVERY OF *MONEY OR *SECURITIES.

(1)  BY MEANS OF ELECTRONIC, TELEGRAPHIC, CABLE, TELETYPE,
     FACSIMILE OR TELEPHONE INSTRUCTIONS COMMUNICATED DIR-
     ECTLY OR THROUGH AN ELECTRONIC FUNDS TRANSFER SYSTEM; OR

(2)  BY MEANS OF WRITTEN INSTRUCTIONS ESTABLISHING THE
     CONDITIONS UNDER WHICH SUCH TRANSFERS ARE TO BE INI-
     TIATED BY SUCH *FINANCIAL *INSTITUTION THROUGH AN
     ELECTRONIC FUNDS TRANSFER SYSTEM.

EXCLUSION (O) IS DELETED.

*PRIOR *FRAUD, *DISHONESTY OR *CANCELLATION CONDITION - ITEM (A)
IS REPLACED BY THE FOLLOWING:

(A)  FROM THE MOMENT *YOU OR ANY OF *YOUR PARTNERS OR
     OFFICERS (NOT IN COLLUSION WITH SUCH *EMPLOYEE)
     POSSESSES KNOWLEDGE OF ANY FRAUDULENT OR DISHONEST ACT
     COMMITTED BY THE *EMPLOYEE, WHETHER OR NOT IN *YOUR
     SERVICE AT THE TIME OF THE ACT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0145

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 322
COMPUTER FRAUD AND FUNDS TRANSFER FRAUD     PAGE 3 OF 3
COVERAGE PART 380
UNICOVER V

YOUR DUTIES AFTER LOSS - ITEM (3) IS REPLACED BY THE FOLLOWING:

(3) SUBMIT TO EXAMINATION UNDER OATH AT *OUR REQUEST, WHILE
NOT IN THE PRESENCE OF ANY OTHER *INSURED AND AT SUCH
TIMES AS MAY BE REASONABLY REQUIRED ABOUT ANY MATTER
RELATING TO THIS INSURANCE OR THE *LOSS, INCLUDING
*YOUR BOOKS AND RECORDS. IN THE EVENT OF AN EXAMINA-
TION, AN *INSURED'S ANSWERS MUST BE SIGNED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0146

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 1 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS - THE FOLLOWING DEFINITION IS ADDED:

"*ACCOUNTS *RECEIVABLE" MEANS:

(A)   ANY AMOUNT DUE *YOU FROM *YOUR CUSTOMERS THAT *YOU
      CANNOT COLLECT BECAUSE OF *LOSS;

(B)   THE INTEREST ON ANY LOAN *YOU MUST SECURE TO OFFSET
      UNCOLLECTIBLE ACCOUNTS UNTIL *LOSS IS PAID;

(C)   REASONABLE COLLECTION CHARGES OVER AND ABOVE *YOUR
      NORMAL COLLECTIONS COST MADE NECESSARY BY *LOSS;

(D)   ANY OTHER EXPENSE *YOU REASONABLY INCUR TO RE-ESTABLISH
      *YOUR RECORDS AFTER *LOSS.

*ACCOUNTS *RECEIVABLE DOES NOT MEAN *LOSS:

(A)   DUE TO ANY BOOKKEEPING, ACCOUNTING, OR BILLING ERRORS
      OR OMISSIONS;

(B)   THAT CAN ONLY BE PROVED TO EXIST BY AN AUDIT OF *YOUR
      RECORDS OR THE TAKING OF INVENTORY. *YOU CAN, HOWEVER,
      USE AN AUDIT OR INVENTORY TO SUPPORT A CLAIM FOR *LOSS
      WHICH *YOU HAVE PROVED BY OTHER EVIDENCE;

(C)   DUE TO ALTERATION, FALSIFICATION, CONCEALMENT OR
      DESTRUCTION OF RECORDS DONE TO CONCEAL THE WRONGFUL
      GIVING, TAKING OR WITHHOLDING OF MONEY, SECURITIES
      OR OTHER PROPERTY. THIS DOES NOT APPLY TO *LOSS IN
      EXCESS OF THE AMOUNT OF WRONGFUL GIVING, TAKING OR
      WITHHOLDING.

THE DEFINITION OF *ACTUAL *CASH *VALUE - ITEM (B) IS REPLACED
BY THE FOLLOWING:

(B)   *STOCK, ITS REPLACEMENT COST; FOR *STOCK INSTALLED IN
      *YOUR CUSTOMER'S PERSONAL PROPERTY IT INCLUDES THE
      COST OF LABOR, LESS OVERHEAD AND PROFIT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit G - 0147**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 2 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED BY THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND SUPPLIES OWNED BY *YOUR EMPLOYEES, AND USED IN *YOUR BUSINESS WHEN IN *YOUR *BUILDING. IT ALSO MEANS SUCH PROPERTY WHILE BEING USED TO SERVICE OR REPAIR PERSONAL PROPERTY AS PART OF *YOUR BUSINESS AWAY FROM *YOUR *BUILDING.

THE DEFINITION OF *EXTENDED *THEFT - PART (1) IS REPLACED BY THE FOLLOWING:

(1)  *YOUR VOLUNTARILY PARTING WITH EVIDENCE OF OWNERSHIP TO OR POSSESSION OF *STOCK WHEN INDUCED BY:

    (A)  A FORGED OR COUNTERFEIT INSTRUMENT USED IN PAYMENT;

    (B)  A CHECK OR OTHER INSTRUMENT WRITTEN ON AN ACCOUNT CLOSED BEFORE THE INSTRUMENT IS PRESENTED FOR PAYMENT;

    (C)  A CREDIT APPLICATION ON WHICH THE NAME, SOCIAL SECURITY NUMBER OR SIGNATURE OF THE APPLICANT IS FALSE OR FORGED;

    (D)  ANY OTHER CRIMINAL SCHEME, CRIMINAL TRICK OR CRIMINAL DEVICE WHICH INDUCES *YOU, AT THAT TIME, TO PART WITH EVIDENCE OF OWNERSHIP TO OR POSSES-SION OF *STOCK;

THE FOLLOWING DEFINITION IS ADDED:

"*GOVERNMENT *CONFISCATION" MEANS SEIZURE OF COVERED PROPERTY, OWNED OR ACQUIRED BY *YOU, BY A DULY CONSTITUTED GOVERNMENTAL AUTHORITY FOR AN ALLEGED VIOLATION OF LAWS GOVERNING THE USE, SALE OR DISTRIBUTION OF CONTROLLED SUBSTANCES, INCLUDING THOSE LAWS GOVERNING THE REPORTING OF MONIES FROM SUCH ACTIVITIES.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324          PAGE 3 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE FOLLOWING IS ADDED TO THE DEFINITION OF *LOSS:

WITH RESPECT TO *GOVERNMENT *CONFISCATION, ALL ACTIONS BY
ANY ONE PERSON, ORGANIZATION, GROUP OF INDIVIDUALS OR RING
WHICH RESULT IN SEIZURE(S) WILL BE DEEMED ONE *LOSS. WITH
RESPECT TO *VOLCANIC *ACTION, ALL ERUPTIONS WITHIN 168 HOURS
WILL BE DEEMED ONE *LOSS.

THE FOLLOWING DEFINITION IS ADDED:

"*SINKHOLE *COLLAPSE" MEANS THE SUDDEN SINKING OR COLLAPSE
OF LAND INTO UNDERGROUND EMPTY SPACES CREATED BY THE ACTION
OF WATER ON LIMESTONE OR DOLOMITE. IT DOES NOT MEAN THE
COST OF FILLING SINKHOLES OR THE SINKING OR COLLAPSE OF LAND
INTO MAN-MADE UNDERGROUND CAVITIES.

THE DEFINITION OF *SPECIFIED *PERILS - PART (1) IS REPLACED BY
THE FOLLOWING:

(1)  FIRE; LIGHTNING; SMOKE; EXPLOSION; WINDSTORM; HAIL;
     WEIGHT OF SNOW, ICE OR SLEET; VANDALISM; MALICIOUS
     MISCHIEF; RIOT; CIVIL COMMOTION; *SINKHOLE *COLLAPSE;
     *VOLCANIC *ACTION;

THE DEFINITION OF *STOCK IS REPLACED BY THE FOLLOWING:

"*STOCK" MEANS GOODS OR PRODUCTS *YOU SELL OR SERVICE
WHICH ARE OWNED BY *YOU OR SIMILAR PROPERTY OF OTHERS FOR
WHICH *YOU ARE LEGALLY LIABLE. IT ALSO MEANS PARTS AND
MATERIALS, INCLUDING THE COST OF LABOR, *YOU INSTALL OR
OTHERS INSTALL FOR *YOU, IN *YOUR CUSTOMER'S PERSONAL
PROPERTY, BUT ONLY WHEN *LOSS (EXCEPT BY EXTENDED THEFT)
OCCURS BEFORE YOU RELINQUISH POSSESSION OF THE PERSONAL
PROPERTY TO THE CUSTOMER. "*STOCK" DOES NOT INCLUDE PROPERTY
AS DEFINED IN *AUTOS, *EMPLOYEE *TOOLS OR *EQUIPMENT.

THE FOLLOWING DEFINITION IS ADDED:

"*VOLCANIC *ACTION" MEANS LAVA FLOW, AIRBORNE VOLCANIC BLAST
OR AIRBORNE SHOCK WAVES, ASH, DUST AND PARTICULATE MATTER
FOLLOWING ERUPTION OF A VOLCANO.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY