# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 404
COINSURANCE CONDITION REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FIRST PARAGRAPH OF THE COINSURANCE CONDITION IS REPLACED BY THE FOLLOWING:

COINSURANCE - *WE WILL NOT PAY THE FULL AMOUNT OF ANY *LOSS IF THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF *LOSS MULTIPLIED BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) IS GREATER THAN THE LIMIT STATED IN THE DECLARATIONS FOR THE PROPERTY AT THAT *LOCATION.

*WE WILL DETERMINE THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF *LOSS, AND MULTIPLY IT BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) TO OBTAIN THE "PROPER AMOUNT" OF INSURANCE *YOU SHOULD HAVE PURCHASED. *WE WILL DIVIDE THE LIMIT FOR THE PROPERTY BY THE "PROPER AMOUNT" TO OBTAIN THE "RECOVERY RATIO". IF THE RECOVERY RATIO IS LESS THAN 1.00, *WE WILL MULTIPLY THE AMOUNT OF THE *LOSS (BEFORE APPLYING ANY DEDUCTIBLE) BY THE "RECOVERY RATIO" TO DETERMINE THE "AMOUNT PAYABLE". THE AMOUNT OF *OUR PAYMENT WILL BE THE LESSER OF THE "AMOUNT PAYABLE" OR THE LIMIT STATED IN THE DECLARATIONS FOR THE *LOCATION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0175

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 408
BLANKET LIMITS REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO *LOSS TO THE PROPERTY SHOWN IN THE DECLARATIONS AS SUBJECT TO THIS ENDORSEMENT, THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION.

(H) IF THE LIMIT APPLIES TO MORE THAN ONE *LOCATION, THE MOST *WE WILL PAY FOR *LOSS AT ANY ONE *LOCATION IS THE PROPORTION THAT THE *ACTUAL *CASH *VALUE AT THAT *LOCATION BEARS TO THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT ALL *LOCATIONS INCLUDED IN THAT LIMIT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   1-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 410
STATUTORY RIGHT OF PRIVACY EXCLUSION
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 500 AND 950 -- THE DEFINITION OF *INJURY GROUP 3 IS REPLACED BY THE FOLLOWING:

   GROUP 3 - FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 970, DEFINITION OF *INJURY -- PART (3) IS REPLACED BY THE FOLLOWING:

   (3)   FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL DETENTION, ABUSE OF PROCESS, WRONGFUL EVICTION, MALICIOUS PROSECUTION, LIBEL, SLANDER, DEFAMATION, PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 980, DEFINITION OF *INJURY -- PART (3) IS REPLACED BY THE FOLLOWING:

   (3)   FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PARTS 500, 950, 970 AND 980, EXCLUSIONS -- THE FOLLOWING EXCLUSION IS ADDED:

   (U)   *INJURY WHEN A CLAIM FOR INVASION OF THE RIGHT OF PRIVACY IS A STATUTORY VIOLATION;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 418
VIDEO EQUIPMENT IN AUTOS
COVERAGE PARTS 300 AND 900
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 300 AND 900 -- EXCLUSION (N), "THIS DOES NOT APPLY TO" -- PART (1) IS REPLACED BY THE FOLLOWING:

(1) TAPE DECKS, COMPACT DISK PLAYERS, VIDEO CASSETTE RECORDERS, DIGITAL VIDEO DISK PLAYERS, VIDEO CAMERAS, OTHER SOUND REPRODUCING EQUIPMENT, OR A DEVICE FOR VIEWING VISUAL IMAGES, WHEN ANY OF THE ABOVE ARE PERMANENTLY INSTALLED IN, AND ANTENNAS PERMANENTLY ATTACHED TO, THE *COVERED *AUTO;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 429                    PAGE 1 OF 2
              EXCLUSION OF CERTIFIED ACTS OF TERRORISM
                   ALL COVERAGE PARTS EXCEPT 970
                             UNICOVER V
```

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRETARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT OF TERRORISM.

THE FOLLOWING EXCLUSION IS ADDED:

CERTIFIED ACT OF TERRORISM EXCLUSION

   *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED, DIRECTLY OR INDIRECTLY BY A *CERTIFIED *ACT *OF *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING AGAINST ANY *CERTIFIED *ACT *OF *TERRORISM. SUCH *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

EXCEPTIONS TO THE CERTIFIED ACT OF TERRORISM EXCLUSION

THIS EXCLUSION DOES NOT APPLY:

1.   FOR COVERAGE PART 330, TO *LOSS BY FIRE TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RESPECT TO A *CERTIFIED *ACT *OF *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                              EDITION   4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 429  
EXCLUSION OF CERTIFIED ACTS OF TERRORISM  
ALL COVERAGE PARTS EXCEPT 970  
UNICOVER V

PAGE 2 OF 2

IN THESE STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT AND *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASEHOLD INTEREST.

2. TO ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS *OCCURRENCE, CLAIM OR *SUIT IN THE UNITED STATES, ITS TERRITORIES AND POSSESIONS, AND PUERTO RICO IF THE *CERTIFIED *ACT *OF *TERRORISM RESULTS IN INSURED DAMAGE TO ALL TYPES OF PROPERTY IN THOSE LOCATIONS OF LESS THAN $25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY SUCH TERRORISM AND BUSINESS INTERRUPTION LOSSES SUSTAINED BY OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE OF THIS PROVISION, INSURED DAMAGE MEANS DAMAGE THAT IS COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY TERRORISM EXCLUSIONS.

THE FOLLOWING CONDITION IS ADDED:

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COVERAGE CONTINUE TO APPLY IN THE EVENT OF ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT RESULTING FROM A *CERTIFIED *ACT *OF *TERRORISM OR ANY OTHER ACT OF TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE  
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003  
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0180

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 431                    PAGE 1 OF 2
              BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
                       COVERAGE PARTS 300 AND 330
                              UNICOVER V
```

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITIONS ARE ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRETARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT OF TERRORISM.

"*OTHER *ACT *OF *TERRORISM" MEANS A VIOLENT ACT OR AN THAT IS DANGEROUS TO HUMAN LIFE, PROPERTY OR INFRASTRUCTURE THAT IS COMMITTED BY AN INDIVIDUAL OR INDIVIDUALS AND THAT APPEARS TO BE PART OF AN EFFORT TO COERCE A CIVILIAN POPULATION OR TO INFLUENCE THE POLICY OR AFFECT THE CONDUCT OF ANY GOVERNMENT BY COERCION, BUT THAT IS NOT A *CERTIFIED *ACT *OF *TERRORISM. ALL *OTHER *ACTS *OF *TERRORISM THAT OCCUR WITHIN A SEVENTY-TWO (72) HOUR PERIOD AND WHICH APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A RELATED PURPOSE OR COMMON LEADERSHIP SHALL BE DEEMED A SINGLE *OTHER *ACT *OF *TERRORISM.

"*TERRORISM" MEANS A *CERTIFIED *ACT *OF *TERRORISM OR AN *OTHER *ACT *OF *TERRORISM.

THE FOLLOWING EXCLUSION IS HEREBY ADDED:

*TERRORISM EXCLUSION - BIOLOGICAL OR CHEMICAL

*WE WILL NOT PAY FOR *LOSS OR DAMAGE CAUSED DIRECTLY OR INDIRECTLY BY *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING AGAINST *TERRORISM. SUCH *LOSS OR DAMAGE IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *LOSS.


THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                                EDITION  7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0181

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 431　　　　　　　PAGE 2 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

HOWEVER, THIS EXCLUSION APPLIES ONLY IF ONE OR MORE OF THE FOLLOWING ARE ATTRIBUTABLE TO SUCH ACT:

(1) THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS; OR

(2) PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIALS.

THIS EXCLUSION DOES NOT APPLY TO A *CERTIFIED *ACT *OF *TERRORISM WHEN SUCH COVERAGE IS PROVIDED BY THIS POLICY, AS INDICATED IN THE POLICY DECLARATIONS.

EXCEPTION FOR CERTAIN FIRE LOSSES

FOR COVERAGE PART 330, THE FOLLOWING EXCEPTION TO THE *TERRORISM EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RESPECT TO *TERRORISM.

IN THESE STATES, IF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASEHOLD INTEREST.

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COVERAGE CONTINUE TO APPLY IN THE EVENT OF *LOSS OR DAMAGE RESULTING FROM *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

　　　　　　　　　　　　　　　　　　　　　　　　EDITION   7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0182

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED WITH THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND SUPPLIES OWNED BY *YOUR EMPLOYEES WHEN (1) IN *YOUR BUILDING, IN TRANSIT OR TEMPORARILY AT A PREMISES NOT OWNED, RENTED, LEASED, OPERATED OR CONTROLLED BY *YOU, PROVIDED SUCH PROPERTY IS BEING USED IN THE CONDUCT OF *YOUR BUSINESS; OR (2) NOT BEING USED IN THE CONDUCT OF *YOUR BUSINESS IF SUCH PROPERTY IS IN AN *AUTO OWNED OR LEASED BY *YOU.

THE FOLLOWING IS ADDED TO EXCLUSIONS - PROPERTY:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE *TOOLS, *WE WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTENDED *AUTO, UNLESS AT THE TIME OF THEFT ITS WINDOWS, DOORS AND COMPARTMENTS WERE CLOSED AND LOCKED, AND THERE ARE VISIBLE SIGNS THAT THE THEFT WAS A RESULT OF FORCED ENTRY, BUT THIS EXCLUSION DOES NOT APPLY TO PROPERTY IN THE CUSTODY OF A CARRIER FOR HIRE.

THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE *TOOLS, THE MOST *WE WILL PAY FOR ANY ONE LOSS IS $25,000.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 467
VIOLATION OF COMMUNICATION OR INFORMATION LAW
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING EXCLUSION IS ADDED:

THIS INSURANCE DOES NOT APPLY TO:

VIOLATION OF COMMUNICATION OR INFORMATION LAW

*INJURY RESULTING FROM OR ARISING OUT OF ANY ACTUAL OR ALLEGED VIOLATION OF:

A. THE FEDERAL TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. SECTION 227), DRIVERS PRIVACY PROTECTION ACT (18 U.S.C. SECTION 2721-2725) OR CONTROLLING THE ASSAULT OF NON-SOLICITED PORNOGRAPHY AND MARKETING ACT (15 U.S.C. SECTION 7701, ET SEQ.); OR

B. ANY OTHER FEDERAL, STATE OR LOCAL STATUTE, REGULATION OR ORDINANCE THAT IMPOSES LIABILITY FOR THE:

(1) UNLAWFUL USE OF TELEPHONE, ELECTRONIC MAIL, INTERNET, COMPUTER, FACSIMILE MACHINE OR OTHER COMMUNICATION OR TRANSMISSION DEVICE; OR

(2) UNLAWFUL USE, COLLECTION, DISSEMINATION, DISCLOSURE OR REDISCLOSURE OF PERSONAL INFORMATION IN ANY MANNER BY ANY *INSURED OR ON BEHALF OF ANY *INSURED.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   7-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0184

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 472                PAGE 1 OF 6
                CONDITIONAL EXCLUSION OF TERRORISM
            (RELATING TO DISPOSITION OF FEDERAL TERRORISM
                    RISK INSURANCE ACT OF 2002)
              ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
                            UNICOVER V
```

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

APPLICABILITY OF THE PROVISIONS OF THIS ENDORSEMENT

1.  THE PROVISIONS OF THIS ENDORSEMENT WILL BECOME APPLICABLE COMMENCING ON THE DATE WHEN ONE OR MORE OF THE FOLLOWING FIRST OCCURS:

    A.  THE FEDERAL TERRORISM RISK INSURANCE PROGRAM ("PROGRAM"), ESTABLISHED BY THE TERRORISM RISK INSURANCE ACT OF 2002, HAS TERMINATED WITH RESPECT TO THE TYPE OF INSURANCE PROVIDED UNDER THIS COVERAGE PART; OR

    B.  A RENEWAL, EXTENSION OR CONTINUATION OF THE PROGRAM HAS BECOME EFFECTIVE WITHOUT A REQUIREMENT TO MAKE *TERRORISM COVERAGE AVAILABLE TO *YOU AND WITH REVISIONS THAT:

        (1) INCREASE OUR STATUTORY PERCENTAGE DEDUCTIBLE UNDER THE PROGRAM FOR *TERRORISM LOSSES. (THAT DEDUCTIBLE DETERMINES THE AMOUNT OF ALL CERTIFIED *TERRORISM LOSSES *WE MUST PAY IN A CALENDAR YEAR BEFORE THE FEDERAL GOVERNMENT SHARES IN SUBSEQUENT PAYMENT OF CERTIFIED *TERRORISM LOSSES.); OR

        (2) DECREASE THE FEDERAL GOVERNMENT'S STATUTORY PERCENTAGE SHARE IN POTENTIAL *TERRORISM LOSSES ABOVE SUCH A DEDUCTIBLE; OR

        (3) REDEFINE TERRORISM OR MAKE INSURANCE COVERAGE FOR *TERRORISM SUBJECT TO PROVISIONS OR REQUIREMENTS THAT DIFFER FROM THOSE THAT APPLY TO OTHER TYPES OF EVENTS OR *OCCURRENCES UNDER THIS COVERAGE PART.

    THE PROGRAM IS SCHEDULED TO TERMINATE AT THE END OF DECEMBER 31, 2005 UNLESS RENEWED, EXTENDED OR OTHERWISE CONTINUED BY THE FEDERAL GOVERNMENT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                            EDITION   8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0185

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472                                    PAGE 2 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

2. IF THE PROVISIONS OF THIS ENDORSEMENT BECOME APPLICABLE, SUCH PROVISIONS:

   A. SUPERSEDE ANY *TERRORISM ENDORSEMENT ALREADY ENDORSED TO THIS POLICY THAT ADDRESSES *CERTIFIED *ACTS *OF *TERRORISM OR *OTHER *ACTS *OF *TERRORISM, BUT ONLY WITH RESPECT TO LOSS OR DAMAGE FROM AN INCIDENT(S) OF *TERRORISM (HOWEVER DEFINED) THAT OCCURS ON OR AFTER THE DATE WHEN THE PROVISIONS OF THIS ENDORSEMENT BECOME APPLICABLE; AND

   B. REMAIN APPLICABLE UNLESS *WE NOTIFY *YOU OF CHANGES IN THESE PROVISIONS IN RESPONSE TO FEDERAL LAW.

3. IF THE PROVISIONS OF THIS ENDORSEMENT DO NOT BECOME APPLICABLE, ANY *TERRORISM ENDORSEMENT ALREADY ENDORSED TO THIS POLICY THAT ADDRESSES *CERTIFIED *ACTS *OF *TERRORISM OR *OTHER *ACTS *OF *TERRORISM WILL CONTINUE IN EFFECT UNLESS *WE NOTIFY *YOU OF CHANGES TO THAT ENDORSEMENT IN RESPONSE TO FEDERAL LAW.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*TERRORISM" MEANS ACTIVITIES AGAINST PERSONS, ORGANIZATIONS OR PROPERTY OF ANY NATURE:

1. THAT INVOLVE THE FOLLOWING OR PREPARATION FOR THE FOLLOWING:

   A. USE OF THREAT OF FORCE OR VIOLENCE; OR

   B. COMMISSION OR THREAT OF A DANGEROUS ACT; OR

   C. COMMISSION OR THREAT OF AN ACT THAT INTERFERES WITH OR DISRUPTS AN ELECTRONIC, COMMUNICATION, INFORMATION OR MECHANICAL SYSTEM; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                                EDITION   8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0186

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 472                              PAGE 3 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

2. WHEN ONE OR BOTH OF THE FOLLOWING APPLIES:

   A. THE EFFECT IS TO INTIMIDATE OR COERCE A GOVERNMENT OR THE CIVILIAN POPULATION OR ANY SEGMENT THEREOF, OR TO DISRUPT ANY SEGMENT OF THE ECONOMY; OR

   B. IT APPEARS THAT THE INTENT IS TO INTIMIDATE OR COERCE A GOVERNMENT, OR TO FURTHER POLITICAL, IDEOLOGICAL, RELIGIOUS, SOCIAL OR ECONOMIC OBJECTIVES OR TO EXPRESS (OR EXPRESS OPPOSITION TO) A PHILOSOPHY OR IDEOLOGY.

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

(AA) *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED DIRECTLY OR INDIRECTLY BY AN INCIDENT OF *TERRORISM OR BY ANY ACTION TAKEN IN HINDERING OR DEFENDING AGAINST AN ACTUAL OR EXPECTED INCIDENT OF *TERRORISM. SUCH *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT. BUT THIS EXCLUSION APPLIES ONLY WHEN ONE OR MORE OF THE FOLLOWING ARE ATTRIBUTED TO AN INCIDENT OF *TERRORISM:

   1. THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR APPLICATION OF RADIOACTIVE MATERIAL, OR THROUGH THE USE OF A NUCLEAR WEAPON OR DEVICE THAT INVOLVES OR PRODUCES A NUCLEAR REACTION, NUCLEAR RADIATION OR RADIOACTIVE CONTAMINATION; OR

   2. RADIOACTIVE MATERIAL IS RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIAL; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0187

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 472                              PAGE 4 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

3. THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS; OR

4. PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIALS; OR

5. THE TOTAL OF INSURED DAMAGE TO ALL TYPES OF PROPERTY EXCEEDS $25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY THE *TERRORISM AND BUSINESS INTERRUPTION LOSSES SUSTAINED BY OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE OF THIS PROVISION, INSURED DAMAGE MEANS DAMAGE THAT IS COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY *TERRORISM EXCLUSIONS. MULTIPLE INCIDENTS OF *TERRORISM WHICH OCCUR WITHIN A 72-HOUR PERIOD AND APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A RELATED PURPOSE OR COMMON LEADERSHIP WILL BE DEEMED TO BE ONE INCIDENT FOR THE PURPOSE OF DETERMINING WHETHER THE THRESHOLD IS EXCEEDED; OR

6. WITH RESPECT TO LIABILITY COVERAGES PROVIDED BY COVERAGE PARTS 500, 530, 550, 900, 950 AND 980, FIFTY OR MORE PERSONS SUSTAIN DEATH OR SERIOUS PHYSICAL INJURY. FOR THE PURPOSES OF THIS PROVISION, SERIOUS PHYSICAL INJURY MEANS:

    A. PHYSICAL INJURY THAT INVOLVES A SUBSTANTIAL RISK OF DEATH; OR

    B. PROTRACTED AND OBVIOUS PHYSICAL DISFIGUREMENT; OR

    C. PROTRACTED LOSS OF OR IMPAIRMENT OF THE FUNCTION OF A BODILY MEMBER OR ORGAN.

   ITEMS 5 AND 6 ABOVE DO NOT APPLY UNLESS ENDORSEMENT 429 - EXCLUSION OF CERTIFIED ACTS OF TERRORISM IS SHOWN IN THE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                        EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0188

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472　　　　　　　　PAGE 5 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

POLICY DECLARATIONS. HOWEVER, ITEM 5 WILL APPLY TO OFF-PREMISES *BUSINESS *INCOME *CONTINUATION COVERAGE, IF ENDORSEMENT 125, ENDORSEMENT 126, OR ENDORSEMENT 127 IS SHOWN IN THE POLICY DECLARATIONS, REGARDLESS OF WHEATHER ENDORSEMENT 429 APPEARS IN THE POLICY DECLARATIONS.

ITEMS 5 AND 6 DESCRIBE THE THRESHOLD USED TO MEASURE THE MAGNITUDE OF AN INCIDENT OF *TERRORISM AND THE CIRCUMSTANCES IN WHICH THE THRESHOLD WILL APPLY, FOR THE PURPOSE OF DETERMINING WHETHER THIS EXCLUSION WILL APPLY TO THAT INCIDENT. WHEN THE EXCLUSION APPLIES TO AN INCIDENT OF *TERRORISM, THERE IS NO COVERAGE UNDER THESE COVERAGE PARTS.

WITH RESPECT TO COVERAGE PART 330, THIS EXCLUSION DOES NOT APPLY TO *LOSS BY FIRE TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE INSURERS TO CONFORM THEIR PROPERTY POLICIES WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH A STATE DOES NOT REQUIRE SUCH CONFORMITY WITH RESPECT TO AN INCIDENT OF *TERRORISM.

IN THOSE STATES THAT REQUIRE SUCH CONFORMITY REGARDING AN INCIDENT OF *TERRORISM, IF AN INCIDENT OF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL *LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, *BUSINESS *RECOVERY *EXPENSE, *RENTS, *ADDITIONAL *EXTRA *EXPENSE OR LEASEHOLD INTEREST.

WITH RESPECT TO *AUTO LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE, IF APPLICABLE, THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT THE LIMIT OF SUCH COVERAGE EXCEEDS THE MINIMUM LIMITS FOR EACH COVERAGE UNDER APPLICABLE STATE COMPULSORY OR FINANCIAL RESPONSIBILITY LAWS.

WITH RESPECT TO UNINSURED OR UNDERINSURED MOTORISTS COVERAGE, IF APPLICABLE, THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

　　　　　　　　　　　　　　　　　　　EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0189

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 472    PAGE 6 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

THE LIMIT OF SUCH COVERAGE EXCEEDS THE MINIMUM STATUTORY PERMITTED LIMITS FOR UNINSURED OR UNDERINSURED MOTORISTS COVERAGE. THOSE LIMITS ARE EQUAL TO THE MINIMUM LIMIT PERMITTED FOR LIABILITY COVERAGE.

APPLICATION OF OTHER EXCLUSIONS

1. WHEN ITEMS 1 OR 2 OF EXCLUSION (AA) APPLY, THE EXCLUSION APPLIES WITHOUT REGARD TO THE NUCLEAR HAZARD EXCLUSIONS IN ANY COVERAGE PARTS OF THIS POLICY.

2. THE TERMS AND LIMITATIONS OF ANY *TERRORISM EXCLUSION, OR THE INAPPLICABILITY OR OMISSION OF A *TERRORISM EXCLUSION, DO NOT SERVE TO CREATE COVERAGE FOR ANY LOSS OR DAMAGE WHICH WOULD OTHERWISE BE EXCLUDED UNDER ANY COVERAGE PART, SUCH AS LOSSES EXCLUDED BY ANY NUCLEAR HAZARD EXCLUSION OR ANY WAR AND MILITARY ACTION EXCLUSION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 475
SILICA OR SILICA RELATED DUST EXCLUSION
COVERAGE PARTS 500, 900, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING DEFINITION IS ADDED:

"*SILICA" MEANS:

(1) ANY FORM OF CRYSTALLINE OR NON-CRYSTALLINE (AMORPHOUS) SILICA, SILICA PARTICLES, SILICA COMPOUNDS, SILICA DUST OR SILICA MIXED OR COMBINED WITH DUST OR OTHER PARTICLES; OR

(2) SYNTHETIC SILICA, INCLUDING PRECIPITATED SILICA, SILICA GEL, PYROGENIC OR FUMED SILICA OR SILICA-FLOUR.

THE FOLLOWING EXCLUSION IS ADDED:

THIS INSURANCE DOES NOT APPLY TO:

*INJURY, *COVERED *POLLUTION *DAMAGES, *OCCURRENCES, CLAIMS, *SUITS CAUSED DIRECTLY OR INDIRECTLY BY THE ACTUAL, ALLEGED OR THREATENED INHALATION, INGESTION, ABSORPTION, EXISTENCE OR PRESENCE OF *SILICA OR *SILICA MIXED DUST. IN ADDITION, *WE WILL NOT PAY FOR ANY *LOSS, COSTS OR EXPENSES ARISING OUT OF THE ABATING, TESTING FOR, MONITORING, CLEANING UP, REMOVING, CONTAINING, TREATING, DETOXIFYING, NEUTRALIZING, REMEDIATING OR DISPOSING OF, OR IN ANY MANNER RESPONDING TO OR ASSESSING THE EFFECTS OF *SILICA BY ANY *INSURED OR BY ANY OTHER PERSON OR ENTITY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   2-2005
COPYRIGHT 2005 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0191

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 511
WELFARE AND PENSION BENEFIT PLAN
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN EMPLOYEE DISHONESTY INSURANCE IS SHOWN IN THE DECLARATIONS AS SUBJECT TO THIS ENDORSEMENT, SUCH INSURANCE IS CHANGED AS FOLLOWS:

THE DEFINITION OF "*EMPLOYEE" IS CHANGED TO ADD:

WITH RESPECT TO ANY EMPLOYEE WELFARE AND PENSION BENEFIT PLAN SHOWN IN THE DECLARATIONS AS AN *INSURED, "*EMPLOYEE" MEANS ANY PERSON WHO IS (A) *YOUR DIRECTOR OR TRUSTEE OR (B) A TRUSTEE, MANAGER, OFFICER OR *EMPLOYEE OF SUCH PLAN, WHILE THEY ARE ENGAGED IN THE HANDLING OF FUNDS OR OTHER PROPERTY OF SUCH PLAN OWNED, CONTROLLED OR OPERATED BY *YOU.

PART (2) OF THE DEFINITION OF "*EMPLOYEE", AND EXCLUSION (A) DO NOT APPLY TO ANY *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

ANY DEDUCTIBLE SHOWN IN THE DECLARATIONS AS APPLICABLE TO EMPLOYEE DISHONESTY DOES NOT APPLY TO *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

IF THE *INSURED FIRST NAMED IN THE DECLARATIONS IS AN ENTITY OTHER THAN A PLAN, ANY PAYMENT *WE MAKE TO THAT *INSURED FOR *LOSS SUSTAINED BY ANY PLAN WILL BE HELD BY THAT *INSURED FOR THE USE AND BENEFIT OF THE PLAN(S) SUSTAINING THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-1999
COPYRIGHT 1999 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit G - 0192