# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 2 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED BY THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND
SUPPLIES OWNED BY *YOUR EMPLOYEES, AND USED IN *YOUR
BUSINESS WHEN IN *YOUR *BUILDING. IT ALSO MEANS SUCH
PROPERTY WHILE BEING USED TO SERVICE OR REPAIR PERSONAL
PROPERTY AS PART OF *YOUR BUSINESS AWAY FROM *YOUR
*BUILDING.

THE DEFINITION OF *EXTENDED *THEFT - PART (1) IS REPLACED BY
THE FOLLOWING:

(1)    *YOUR VOLUNTARILY PARTING WITH EVIDENCE OF OWNERSHIP
       TO OR POSSESSION OF *STOCK WHEN INDUCED BY:

    (A)   A FORGED OR COUNTERFEIT INSTRUMENT USED IN
          PAYMENT;

    (B)   A CHECK OR OTHER INSTRUMENT WRITTEN ON AN ACCOUNT
          CLOSED BEFORE THE INSTRUMENT IS PRESENTED FOR
          PAYMENT;

    (C)   A CREDIT APPLICATION ON WHICH THE NAME, SOCIAL
          SECURITY NUMBER OR SIGNATURE OF THE APPLICANT IS
          FALSE OR FORGED;

    (D)   ANY OTHER CRIMINAL SCHEME, CRIMINAL TRICK OR
          CRIMINAL DEVICE WHICH INDUCES *YOU, AT THAT TIME,
          TO PART WITH EVIDENCE OF OWNERSHIP TO OR POSSES-
          SION OF *STOCK;

THE FOLLOWING DEFINITION IS ADDED:

"*GOVERNMENT *CONFISCATION" MEANS SEIZURE OF COVERED
PROPERTY, OWNED OR ACQUIRED BY *YOU, BY A DULY CONSTITUTED
GOVERNMENTAL AUTHORITY FOR AN ALLEGED VIOLATION OF LAWS
GOVERNING THE USE, SALE OR DISTRIBUTION OF CONTROLLED
SUBSTANCES, INCLUDING THOSE LAWS GOVERNING THE REPORTING
OF MONIES FROM SUCH ACTIVITIES.


THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 3 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

THE FOLLOWING IS ADDED TO THE DEFINITION OF *LOSS:

WITH RESPECT TO *GOVERNMENT *CONFISCATION, ALL ACTIONS BY
ANY ONE PERSON, ORGANIZATION, GROUP OF INDIVIDUALS OR RING
WHICH RESULT IN SEIZURE(S) WILL BE DEEMED ONE *LOSS. WITH
RESPECT TO *VOLCANIC *ACTION, ALL ERUPTIONS WITHIN 168 HOURS
WILL BE DEEMED ONE *LOSS.

THE FOLLOWING DEFINITION IS ADDED:

"*SINKHOLE *COLLAPSE" MEANS THE SUDDEN SINKING OR COLLAPSE
OF LAND INTO UNDERGROUND EMPTY SPACES CREATED BY THE ACTION
OF WATER ON LIMESTONE OR DOLOMITE. IT DOES NOT MEAN THE
COST OF FILLING SINKHOLES OR THE SINKING OR COLLAPSE OF LAND
INTO MAN-MADE UNDERGROUND CAVITIES.

THE DEFINITION OF *SPECIFIED *PERILS - PART (1) IS REPLACED BY
THE FOLLOWING:

(1)  FIRE; LIGHTNING; SMOKE; EXPLOSION; WINDSTORM; HAIL;
     WEIGHT OF SNOW, ICE OR SLEET; VANDALISM; MALICIOUS
     MISCHIEF; RIOT; CIVIL COMMOTION; *SINKHOLE *COLLAPSE;
     *VOLCANIC *ACTION;

THE DEFINITION OF *STOCK IS REPLACED BY THE FOLLOWING:

"*STOCK" MEANS GOODS OR PRODUCTS *YOU SELL OR SERVICE
WHICH ARE OWNED BY *YOU OR SIMILAR PROPERTY OF OTHERS FOR
WHICH *YOU ARE LEGALLY LIABLE. IT ALSO MEANS PARTS AND
MATERIALS, INCLUDING THE COST OF LABOR, *YOU INSTALL OR
OTHERS INSTALL FOR *YOU, IN *YOUR CUSTOMER'S PERSONAL
PROPERTY, BUT ONLY WHEN *LOSS (EXCEPT BY EXTENDED THEFT)
OCCURS BEFORE YOU RELINQUISH POSSESSION OF THE PERSONAL
PROPERTY TO THE CUSTOMER. "*STOCK" DOES NOT INCLUDE PROPERTY
AS DEFINED IN *AUTOS, *EMPLOYEE *TOOLS OR *EQUIPMENT.

THE FOLLOWING DEFINITION IS ADDED:

"*VOLCANIC *ACTION" MEANS LAVA FLOW, AIRBORNE VOLCANIC BLAST
OR AIRBORNE SHOCK WAVES, ASH, DUST AND PARTICULATE MATTER
FOLLOWING ERUPTION OF A VOLCANO.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0151

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 324                 PAGE 4 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PERILS EXCLUSION (B), THIS EXCLUSION DOES NOT APPLY - PART (II)
IS CHANGED AND PART (III) IS ADDED AS FOLLOWS:

    (II)  UNDER PART (1) OF THE EXCLUSION, TO *EXTENDED *THEFT OR
           *GOVERNMENT *CONFISCATION;

    (III)  TO *GOVERNMENT *CONFISCATION CAUSED BY AN EMPLOYEE
           ACTING WITHOUT THE KNOWLEDGE OF *YOUR PARTNERS OR
           EXECUTIVE OFFICERS;

PERILS EXCLUSION (C) IS REPLACED BY THE FOLLOWING:

    (C)  CONFISCATION BY DULY CONSTITUTED GOVERNMENTAL OR CIVIL
          AUTHORITY, OR DUE TO ANY LEGAL OR EQUITABLE PROCEEDINGS.
          THIS EXCLUSION DOES NOT APPLY TO *GOVERNMENT *CONFISCA-
          TION;

PERILS EXCLUSION (L) - THE LAST SENTENCE IS REPLACED BY THE
FOLLOWING:

    THIS EXCLUSION DOES NOT APPLY TO *VOLCANIC *ACTION, PROPERTY
    IN TRANSIT, GLASS OR *SINKHOLE *COLLAPSE;

PERILS EXCLUSION (N) IS REPLACED BY THE FOLLOWING:

    (N)  ELECTRICAL INJURY, DISTURBANCE, OR ARCING TO ELECTRICAL
         APPLIANCES, DEVICES, FIXTURES, OR WIRING CAUSED BY
         ARTIFICIALLY GENERATED ELECTRICAL CURRENTS. IF FIRE OR
         EXPLOSION FOLLOWS, *WE WILL PAY ONLY FOR THE *LOSS BY
         FIRE, OR EXPLOSION, OR LEAKAGE FROM FIRE EXTINGUISHING
         EQUIPMENT.

         THIS EXCLUSION DOES NOT APPLY TO *LOSS BY *BREAKDOWN
         WHEN THE ELECTRICAL INJURY, DISTURBANCE OR ARCING
         ORIGINATES WITHIN 500 FEET OF *YOUR PREMISES;

PERILS EXCLUSION (O) - THE LAST SENTENCE OF THIS EXCLUSION IS
REPLACED BY THE FOLLOWING:

    IF FIRE, EXPLOSION, *BREAKDOWN OR LEAKAGE FROM FIRE EXTIN-
    GUISHING EQUIPMENT FOLLOWS, *WE WILL PAY ONLY FOR THE *LOSS
    BY FIRE, EXPLOSION, *BREAKDOWN OR LEAKAGE FROM FIRE EXTIN-
    GUISHING EQUIPMENT;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0152

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 5 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PERILS EXCLUSION (Q) - ITEM (IV) UNDER PART (2) IS REPLACED
BY THE FOLLOWING:

    (IV)  INSULATING OR REFRACTORY MATERIAL.

PROPERTY EXCLUSION (H) - THE WORD "FENCES" IS DELETED.

PROPERTY EXCLUSION (J) IS REPLACED BY THE FOLLOWING:

    (J)  *CONTENTS, *EMPLOYEE *TOOLS, OR THE INTERIOR OF A
        *BUILDING IF *LOSS IS CAUSED BY RAIN, SNOW, ICE,
        SLEET, SAND, OR DUST, EVEN IF WIND DRIVEN. THIS
        EXCLUSION DOES NOT APPLY:

        (1)  IF IT COMES THROUGH AN OPENING CAUSED BY A
            *SPECIFIED *PERIL, *BREAKDOWN, THEFT OR ATTEMPTED
            THEFT;

        (2)  TO *LOSS CAUSED BY OR RESULTING FROM THAWING OF
            SNOW, SLEET OR ICE ON THE *BUILDING;

THE MOST WE WILL PAY - PART (F) IS REPLACED BY THE FOLLOWING:

    (F)  UP TO $50,000 PER *LOSS FOR *EXTENDED *THEFT OR
        *GOVERNMENT *CONFISCATION;

DEBRIS REMOVAL - PARTS (A) AND (B) ARE REPLACED BY THE FOLLOWING:

    (A)  THE EXPENSES WILL BE PAID ONLY IF REPORTED TO *US IN
        WRITING WITHIN 180 DAYS OF THE DATE OF *LOSS;

    (B)  THE MOST *WE WILL PAY IS THE LARGER OF $25,000 PER
        *LOCATION OR 25% OF THE *LOSS BEFORE THE APPLICATION
        OF ANY DEDUCTIBLE. *WE WILL NOT, HOWEVER, PAY MORE
        THAN $25,000 IN EXCESS OF THE APPLICABLE LIMIT (AS
        STATED IN THE DECLARATIONS, THE SUPPLEMENTAL LIMITS OR
        NEWLY ACQUIRED ORGANIZATIONS EXTENSION) FOR THE ENTIRE
        *LOSS INCLUDING THE DEBRIS REMOVAL EXPENSES;

THE ENTIRE SUPPLEMENTAL LIMITS CONDITION IS REPLACED BY THE
FOLLOWING:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0153

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 6 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

SUPPLEMENTAL LIMITS - THE FOLLOWING SUPPLEMENTAL LIMITS APPLY
IN ADDITION TO THE LIMIT SHOWN IN THE DECLARATIONS. *YOU CAN
USE:

IF *BUILDING(S), *CONTENTS, *EQUIPMENT OR *STOCK ARE
INSURED:

    (A)   UP TO $500,000 TO APPLY TO:

             (1)   EACH *BUILDING AND ITS *CONTENTS ACQUIRED,
RENTED, OR LEASED BY *YOU FOR USE IN *YOUR
BUSINESS. IF *YOU ARE NOT REQUIRED TO INSURE
THE RENTED OR LEASED BUILDING, *WE WILL PAY
ALL SUMS *YOU LEGALLY MUST PAY FOR *LOSS
(INCLUDING LOSS OF USE) TO THE *BUILDING NOT
OWNED BY *YOU BUT IN *YOUR CARE, CUSTODY, OR
CONTROL, IF *LOSS IS DUE TO *YOUR NEGLIGENCE.

REGARDING LEGAL LIABILITY COVERAGE FOR SUCH
*BUILDINGS, *WE HAVE THE RIGHT AND DUTY TO
DEFEND ANY SUIT ASKING FOR THESE DAMAGES.
*WE MAY INVESTIGATE AND SETTLE ANY CLAIM OR
SUIT *WE CONSIDER APPROPRIATE. *OUR DUTY TO
DEFEND ENDS WITH OUR PAYMENT OF THE LIMIT FOR
PART (A).

PERILS EXCLUSION (F) DOES NOT APPLY TO LEGAL
LIABILITY COVERAGE FOR *BUILDINGS GRANTED IN
PART (1).

REGARDING LEGAL LILABILITY COVERAGE FOR
*BUILDINGS IN PART (1), PERILS EXCLUSION (W)
IS ADDED AS FOLLOWS:

             (W)  *YOUR AGREEMENT TO BE RESPONSIBLE
FOR *LOSS.

WITH REGARD TO LEGAL LIABILITY COVERAGE FOR
*BUILDINGS IN PART (1), THE WE WILL ALSO PAY
CONDITION IS REPLACED BY THE FOLLOWING:

WE WILL ALSO PAY -  IN ADDITION TO THE LIMIT
STATED IN THE DECLARATIONS, *WE WILL ALSO PAY:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                     EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 7 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(A)  ALL COSTS AND EXPENSES IN DEFENDING
     *YOU, AND INTEREST ON ANY JUDGMENT
     THAT DOES NOT EXCEED *OUR LIMIT;

(B)  PREMIUMS ON APPEAL BONDS OR BONDS TO
     RELEASE PROPERTY USED TO SECURE
     *YOUR LEGAL OBLIGATIONS, IN A SUIT
     *WE DEFEND, BUT ONLY FOR BONDS UP
     TO *OUR LIMIT. *WE DO NOT HAVE TO
     FURNISH OR SECURE THESE BONDS;

(C)  UP TO $100 A DAY FOR LOSS OF EARN-
     INGS (BUT NOT OTHER INCOME) BECAUSE
     OF ATTENDANCE AT HEARINGS OR TRIALS
     AT *OUR REQUEST;

(D)  OTHER REASONABLE EXPENSES INCURRED
     AT *OUR REQUEST.

REGARDING LEGAL LIABILITY COVERAGE FOR *BUILD-
INGS IN PART (1), THE HOW WE WILL PAY CONDI-
TION IS REPLACED BY:

     HOW WE WILL PAY - AT *OUR OPTION, *WE
     MAY PAY *YOU THE AMOUNT OF *LOSS OR
     *OUR LIMIT (WHICHEVER IS LESS) EITHER
     BEFORE OR AFTER CLAIM IS MADE. ANY SUCH
     PAYMENT RELIEVES *US OF ANY FURTHER
     OBLIGATION UNDER PART (A). PAYMENT
     REDUCES *OUR LIABILITY.

REGARDING LEGAL LIABILITY COVERAGE FOR *BUILD-
INGS IN PART (1), PART (B) OF YOUR DUTIES
AFTER LOSS IS CHANGED TO READ:

(B)  NOTIFY *US AS SOON AS POSSIBLE. PROMPTLY
     SEND *US ALL DOCUMENTS, IF *YOU ARE SUED
     OR CLAIM IS MADE AGAINST *YOU.

PART (1) OF THIS EXTENSION ENDS THE EARLIER OF
(1) 90 DAYS FROM THE FIRST DAY OF ACQUISITION,
RENTAL OR LEASE, (2) THE DATE *YOU REPORT THE
*BUILDING TO *US, OR (3) THE EXPIRATION DATE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                              EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0155

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

### A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 8 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

OF THIS POLICY. *WE WILL CHARGE *YOU PREMIUM
FROM THE FIRST DAY OF ACQUISITION, RENTAL OR
LEASE.

(2)   EACH *BUILDING WHILE BEING CONSTRUCTED FOR
USE IN *YOUR BUSINESS.

PART (2) OF THIS EXTENSION ENDS THE EARLIER
OF (1) 90 DAYS FROM THE START OF THE CON-
STRUCTION, (2) THE DATE *YOU REPORT THE CON-
STRUCTION TO *US, OR (3) THE EXPIRATION
DATE OF THIS POLICY. *WE WILL CHARGE *YOU
PREMIUM FROM THE START OF CONSTRUCTION;

(B)   UP TO $20,000 TO APPLY, IN ANY COMBINATION, TO
PROPERTY DESCRIBED UNDER *ADDITIONAL *PROPERTY
FOR ANY ONE *LOSS.

(C)   UP TO $100,000 TO PAY FOR THE EXPENSE TO EXTRACT
*POLLUTANTS FROM THE LAND OR WATER AT A *LOCATION
IF THE POLLUTION RESULTS FROM A *LOSS TO PROPERTY
INSURED BY THIS COVERAGE PART. THE EXPENSES WILL BE
PAID ONLY IF THEY ARE REPORTED TO *US WITHIN 180
DAYS OF THE DATE OF *LOSS.

EXTENSION (C) APPLIES TO EACH *LOCATION SEPARATELY
AND IS THE MOST *WE WILL PAY DURING EACH POLICY
PERIOD. IT DOES NOT APPLY TO EXPENSES TO TEST FOR,
MONITOR OR ASSESS THE EXISTENCE, CONCENTRATION OR
EFFECTS OF *POLLUTANTS, EXCEPT FOR TESTING PER-
FORMED IN THE PROCESS OF EXTRACTING *POLLUTANTS
AS COVERED IN THIS EXTENSION.

(D)   UP TO $25,000 TO APPLY IN ANY COMBINATION TO:

(1)   FIRE DEPARTMENT SERVICE CHARGES ASSUMED UNDER
A CONTRACT OR AGREEMENT, OR REQUIRED BY LOCAL
ORDINANCE. THIS EXTENSION APPLIES ONLY TO THE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0156

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 9 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

SERVICE CHARGE, NOT TO ANY LIABILITY FOR
INJURY TO ANY PERSON OR PROPERTY FROM ANY
CAUSE;

(2)   EXPENSES ACTUALLY INCURRED TO RECHARGE ANY
PRESSURIZED AUTOMATIC EXTINGUISHING SYSTEM
DUE TO DISCHARGE. NO DEDUCTIBLE APPLIES TO
THIS EXTENSION.

(3)   ARSON REWARDS.

NO DEDUCTIBLE APPLIES TO EXTENSION (D).

(E)   UP TO $10,000 TO APPLY TO DAMAGE TO THE *BUILDING
AT THE *LOCATION CAUSED BY THIEVES. THIS EXTENSION
APPLIES ONLY IF *YOU DO NOT OWN THE *BUILDING AND
ARE LEGALLY LIABLE FOR SUCH *LOSS.

(F)   UP TO $25,000 FOR ANY ONE *LOSS TO APPLY TO
*EXTRA *EXPENSE.

(G)   UP TO $10,000 FOR EACH PAINTING, ETCHING, WATER-
COLOR, OR SIMILAR ARTISTIC RENDERING OWNED BY *YOU
AND USED TO DECORATE THE INTERIOR OR A *BUILDING,
BUT NOT FOR MORE THAN $50,000 FOR ANY ONE *LOSS.
PROPERTY EXCLUSION (E) DOES NOT APPLY TO EXTENSION
(G);

(H)   UP TO $5,000 FOR TREES, SHRUBS, LAWNS, OR PLANTS
(INCLUDING THE COST TO REMOVE DEBRIS) USED FOR
OUTSIDE DECORATION AT EACH *LOCATION INSURED. THIS
EXTENSION IS LIMITED TO $750 PER TREE, SHRUB, OR
GROWING PLANT. PROPERTY EXCLUSION (B) DOES NOT
APPLY TO EXTENSION (H). NO DEDUCTIBLE APPLIES TO
EXTENSION (H).

(I)   UP TO $250,000 FOR *LOSS TO *YOUR RECORDS OF
*ACCOUNTS *RECEIVABLE WHILE THOSE RECORDS ARE
INSIDE OF A *BUILDING SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT. THE MOST *WE WILL
PAY UNDER THIS EXTENSION IS *LOSS AS DETERMINED
BY THE FORMULA SHOWN BELOW. *WE WILL:

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

### A Stock Insurance Company

ENDORSEMENT NO. 324    PAGE 10 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(1)   DETERMINE THE AVERAGE AMOUNT OF THE MONTHLY
      ACCOUNTS RECEIVABLE FOR THE TWELVE MONTHS
      IMMEDIATELY PRECEDING THE *LOSS.

(2)   INCREASE OR DECREASE THE AMOUNT DETERMINED IN
      (1) FOR NORMAL FLUCTUATIONS IN THE AMOUNT OF
      OUTSTANDING ACCOUNTS RECEIVABLE DURING THE
      MONTH OF *LOSS; AND

(3)   FROM THE AMOUNT DETERMINED ABOVE, *WE WILL
      DEDUCT THE AMOUNT OF:

      (I)    UNCOLLECTED ACCOUNTS ON WHICH *YOUR
             RECORDS WERE NOT LOST OR DAMAGED;

      (II)   ACCOUNTS *YOU HAVE RE-ESTABLISHED OR
             COLLECTED FROM OTHER RECORDS;

      (III)  PROBABLE BAD DEBTS THAT NORMALLY WOULD
             HAVE BEEN UNCOLLECTIBLE; AND

      (IV)   UNEARNED INTEREST OR SERVICE CHARGES ON
             DEFERRED PAYMENT ACCOUNTS.

*WE WILL PAY *YOU WITHIN 30 DAYS AFTER *YOU HAVE
PROVEN *YOUR *LOSS AND THE FINAL AMOUNT PAYABLE
HAS BEEN DETERMINED.

IF *YOU MUST TRANSFER THE RECORDS TO ANOTHER SAFE
PLACE TO AVOID IMMINENT DANGER OF *LOSS, *WE WILL
COVER THEM WHILE TEMPORARILY THERE OR IN TRANSIT
TO OR FROM THERE.

*YOU MUST TELL *US IF *YOU COLLECT ANY RECEIVA-
BLES THAT *WE PAID *YOU. ANY SUCH COLLECTIONS
BELONG TO *US. ONCE *WE HAVE BEEN PAID IN FULL,
THE REMAINDER IS *YOURS.

PERILS EXCLUSIONS (E), (G), (J), (K), (L), (O),
(Q), (S), (T) AND (U) DO NOT APPLY TO EXTENSION
(I). PROPERTY EXCLUSION (C) DOES NOT APPLY TO
EXTENSION (I).

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                              EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                PAGE 11 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

(J)   UP TO $5,000 FOR PREMISES KEY AND LOCK REPLACEMENT
      IF KEYS ARE STOLEN OR PREMISES LOCK REPAIR OR
      REPLACEMENT IS MADE NECESSARY BY THEFT OR ATTEMPTED
      THEFT. NO DEDUCTIBLE APPLIES TO EXTENSION (I).

(K)   UP TO $10,000 IN ONE POLICY PERIOD FOR REASONABLE
      EXPENSES INCURRED IN COLLECTING AND PREPARING
      *LOSS DATA REQUIRED BY *US. THIS INCLUDES THE
      COST OF AN INVENTORY THAT *WE REQUEST TO DETERMINE
      THE EXTENT OF A *LOSS.

IF *CONTENTS OR *EQUIPMENT ARE INSURED:

(A)   UP TO $25,000 TO APPLY TO ALL DUPLICATE AND BACKUP
      *DATA AND *MEDIA STORED AT PREMISES OTHER THAN A
      *LOCATION. SUCH STORAGE MUST BE MORE THAN 100 FEET
      FROM ANY *LOCATION;

(B)   UP TO $25,000 TO APPLY TO *EQUIPMENT RENTED BY
      *YOU TO OTHERS. PROPERTY EXCLUSION (I) DOES NOT
      APPLY TO EXTENSION (B);

(C)   UP TO $25,000 TO APPLY TO *EMPLOYEE *TOOLS. THIS
      EXTENSION IS SUBJECT TO THE FOLLOWING:

      (1)   THIS EXTENSION DOES NOT APPLY IF *EMPLOYEE
            *TOOLS IS AN ITEM OF PROPERTY ALREADY INSURED
            AT ANY *LOCATION;

      (2)   ONLY THE *SPECIFIED *PERILS APPLY;

      (3)   COVERAGE IS LIMITED TO $1,000 PER EMPLOYEE
            PER *LOSS;

(D)   UP TO $10,000 ON ANY PERSONAL PROPERTY, OTHER THAN
      *EMPLOYEES *TOOLS, OWNED BY *YOUR PARTNERS,
      OFFICERS OR EMPLOYEES, SUBJECT TO A MAXIMUM PAY-
      MENT OF $1,000 PER PERSON FOR *LOSS BY THEFT.
      PROPERTY EXCLUSION (E) DOES NOT APPLY TO EXTENSION
      (D);

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0159

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 12 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

    (E) UP TO $2,500 ON GOLD, SILVER, PLATINUM, BULLION AND
OTHER PRECIOUS METALS (OR OBJECTS MADE OF ANY OF
THEM), JEWELS, JEWELRY, WATCHES, PEARLS, PRECIOUS
OR SEMI-PRECIOUS STONES, AND FURS OWNED BY *YOU
FOR *LOSS DUE TO THEFT. EXCLUSION (E) DOES NOT
APPLY TO EXTENSION (E);

IF *EMPLOYEE *TOOLS ARE INSURED:

    UP TO $50,000 TO APPLY TO *EMPLOYEE *TOOLS IN EACH
*BUILDING *YOU ACQUIRE, RENT OR LEASE FOR USE IN *YOUR
BUSINESS.

    THIS EXTENSION ENDS THE EARLIER OF (1) 90 DAYS FROM THE
FIRST DAY OF ACQUISITION, RENTAL OR LEASE, (2) THE DATE
*YOU REPORT THE *BUILDING TO *US, OR (3) THE EXPIRA-
TION DATE OF THIS POLICY. *WE WILL CHARGE *YOU PREMIUM
FROM THE FIRST DAY OF ACQUISITION, RENTAL OR LEASE.

THE COINSURANCE CONDITION OF THIS COVERAGE PART DOES NOT
APPLY TO THE EXTENSIONS PROVIDED UNDER *SUPPLEMENTAL
*LIMITS.

THE MOST *WE WILL PAY UNDER *SUPPLEMENTAL *LIMITS IS THE
*ACTUAL *CASH *VALUE (AS DEFINED FOR SIMILAR PROPERTY
INSURED AT THE *LOCATION) OF REPAIRS OR REPLACEMENT OF THE
PROPERTY WITH LIKE KIND AND QUALITY OR THE AMOUNT STATED
IN THE EXTENSION, WHICHEVER IS LESS.

THE FOLLOWING EXTENSION IS ADDED:

    NEWLY ACQUIRED ORGANIZATIONS EXTENSION - THE INSURANCE
AFFORDED BY THIS COVERAGE PART IS EXTENDED TO INCLUDE ANY
ORGANIZATION ACQUIRED OR FORMED BY *YOU AND IN WHICH *YOU
HAVE A MAJORITY OWNERSHIP. *WE WILL PAY UP TO $500,000 TO
APPLY TO *BUILDING AND *CONTENTS IF EITHER IS SHOWN IN THE
DECLARATIONS. *YOU MAY ALSO USE THE ADDITIONAL LIMITS
PROVIDED IN THE SUPPLEMENTAL LIMITS CONDITION.

    THIS EXTENSION ENDS THE EARLIER OF (A) 90 DAYS FROM THE DATE
OF ACQUISITION OF FORMATION, OR (B) THE DATE THIS COVERAGE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0160

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 324                    PAGE 13 OF 13
PROPERTY EXTENSIONS
COVERAGE PART 330
UNICOVER V

PART EXPIRES. *YOU MUST PAY ANY ADDITIONAL PREMIUMS DUE.
THE COINSURANCE CONDITION OF THIS COVERAGE PART DOES NOT
APPLY TO THIS EXTENSION. THE MOST *WE WILL PAY UNDER THIS
EXTENSION IS THE *ACTUAL *CASH *VALUE (AS DEFINED FOR
SIMILAR PROPERTY INSURED) OF REPAIRS OR REPLACEMENT OF THE
PROPERTY WITH LIKE KIND AND QUALITY OR $500,000, WHICHEVER
IS LESS.

THIS EXTENSION DOES NOT APPLY TO AN OPERATION THAT:

(1)  IS A JOINT VENTURE;

(2)  IS AN INSURED UNDER ANY OTHER POLICY;

(3)  HAS EXHAUSTED ITS LIMIT OF INSURANCE UNDER ANY OTHER
     POLICY; OR

(4)  IS IN A DIFFERENT BUSINESS THAN *YOU.

YOUR DUTIES AFTER LOSS - PART (A) IS REPLACED BY THE FOLLOWING:

(A)  PROTECT THE PROPERTY WHETHER OR NOT THIS INSURANCE
     APPLIES. *WE WILL PAY ALL REASONABLE EXPENSES *YOU
     INCUR FOR SUCH PROTECTION. HOWEVER, *WE WILL PAY ONLY
     FOR SUBSEQUENT COVERED *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                    EDITION  6-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit H - 0161**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 326
PUBLIC POLICY EXCLUSION
COVERAGE PARTS 500 AND 950
UNICOVER V (CALIFORNIA)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 AND 950, INSURING AGREEMENT - THE FOLLOWING
IS ADDED TO THE LAST PARAGRAPH:

REGARDING *CUSTOMER *COMPLAINT *DEFENSE AND *EMPLOYMENT
*RELATED *DEFENSE, *WE HAVE NO RIGHT OR DUTY TO PAY
DEFENSE COSTS FOR:

(A)  ANY CLAIM OR *SUIT WHERE THE LEGISLATURE OR COURTS
HAVE DETERMINED, FOR PUBLIC POLICY REASONS, THAT
AN INSURED CANNOT BE INDEMNIFIED FOR THE HARM
TO PLAINTIFF; OR

(B)  ANY CLAIM OR *SUIT NOT COVERED BY OR DECLARED
FOR THIS COVERAGE PART.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2000
COPYRIGHT 2000 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0162

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 329
ELECTRONIC VANDALISM:   TEN-DAY WAITING PERIOD
FOR BUSINESS INCOME CONTINUATION
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO ENDORSEMENT 080:

(1)   THE FOLLOWING IS ADDED TO THE LAST PARAGRAPH OF THE
INSURING AGREEMENT:

WHEN *ELECTRONIC *VANDALISM RESULTS IN A SUSPENSION
OF *YOUR BUSINESS, *WE WILL NOT PAY *BUSINESS *INCOME
*CONTINUATION UNLESS THAT SUSPENSION LASTS MORE THAN
TEN CONSECUTIVE DAYS.

(2)   THE FOLLOWING DEFINITION IS ADDED:

"*ELECTRONIC *VANDALISM" MEANS A SPECIFIC TYPE OF
VANDALISM IN WHICH THE UNAUTHORIZED INTRODUCTION OF
ANY COMPUTER CODE, PROGRAM OR VIRUS INTO *YOUR
*EQUIPMENT CAUSES DAMAGE, DESTRUCTION, DELETION,
CORRUPTION OR MALFUNCTION OF *EQUIPMENT, *MEDIA OR
*DATA.

(3)   THE FOLLOWING IS ADDED TO PERILS EXCLUSION (B), "THIS
EXCLUSION DOES NOT APPLY," ITEM (I):

SUCH ACTS OF DESTRUCTION BY *YOUR EMPLOYEES INCLUDE
*ELECTRONIC *VANDALISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   8-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0163

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 334
75% REDUCTION OF DEDUCTIBLE
COVERAGE PARTS 500 AND 950
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500 - GARAGE

DEDUCTIBLES CONDITION - THE NEXT TO THE LAST PARAGRAPH OF THIS
CONDITION IS REPLACED BY THE FOLLOWING:

> FROM THE AMOUNTS PAYABLE FOR *DAMAGES, SETTLEMENTS AND
> DEFENSE COSTS FOR *STATUTE *AND *TITLE *E & *O, *WE WILL
> DEDUCT THE AMOUNT SHOWN IN THE DECLARATIONS FOR EACH *SUIT
> OR CLAIM FILED AGAINST *YOU. HOWEVER, REGARDING *DAMAGES,
> SETTLEMENTS AND DEFENSE COSTS ARISING FROM PART (A)(3) OF
> THE DEFINITION OF *STATUTE *AND *TITLE *E & *O, IF AN
> *AUTO TITLE HISTORY WAS ORDERED AND REVIEWED WITH THE RETAIL
> CUSTOMER AS PART OF A SALES, LEASE OR RENTAL TRANSACTION,
> THE DEDUCTIBLE SHOWN IN THE DECLARATIONS WILL BE REDUCED BY
> 75%. THE TRANSACTION EVIDENCE MUST INCLUDE THE CUSTOMER'S
> SIGNATURE ON THE VEHICLE SALES AGREEMENT, OR OTHER SIMILAR
> SALES DOCUMENTS. THE TITLE HISTORY MUST BE MATERIAL TO THE
> DEFENSE OF ANY *SUIT ARISING FROM SUCH TRANSACTION FOR THE
> REDUCTION IN DEDUCTIBLE TO APPLY.

COVERAGE PART 500 - GARAGE AND COVERAGE PART 950 - GENERAL
LIABILITY

DEDUCTIBLES CONDITION - THE LAST PARAGRAPH OF THIS CONDITION IS
REPLACED BY THE FOLLOWING:

> FROM THE AMOUNTS PAYABLE FOR SETTLEMENTS AND DEFENSE FOR
> *CUSTOMER *COMPLAINT *DEFENSE AND *EMPLOYMENT *RELATED
> *DEFENSE, *WE WILL DEDUCT THE AMOUNT SHOWN IN THE DECLARA-
> TIONS FOR EACH *SUIT FILED AGAINST *YOU. HOWEVER, REGARDING
> *CUSTOMER *COMPLAINT *DEFENSE, IF AN *AUTO TITLE HISTORY
> WAS ORDERED AND REVIEWED WITH THE RETAIL CUSTOMER AS PART
> OF A SALES, LEASE OR RENTAL TRANSACTION, THE DEDUCTIBLE
> SHOWN IN THE DECLARATIONS WILL BE REDUCED BY 75%. THE
> TRANSACTION EVIDENCE MUST INCLUDE THE CUSTOMER'S SIGNATURE
> ON THE VEHICLE SALES AGREEMENT, OR OTHER SIMILAR SALES
> DOCUMENTS. THE TITLE HISTORY MUST BE MATERIAL TO THE DEFENSE
> OF ANY *SUIT ARISING FROM SUCH TRANSACTION FOR THE REDUC-
> TION IN DEDUCTIBLE TO APPLY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  1-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit H - 0164**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 337                          PAGE 1 OF 2
STATUTE AND TITLE E & O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PART 500, INSURING AGREEMENT - WITH REGARD TO *STATUTE
*AND *TITLE *E & *O, THE THIRD AND FOURTH PARAGRAPHS OF THE
INSURING AGREEMENT ARE REPLACED BY THE FOLLOWING:

   *WE WILL PAY DEFENSE COSTS ACTUALLY INCURRED TO DEFEND ANY
   *SUIT ARISING FROM *STATUTE *AND *TITLE *E & *O WHEN SUCH
   INSURANCE IS INCLUDED IN THE DECLARATIONS. ALL COURT COSTS,
   SETTLEMENTS AND *DAMAGES ASSESSED AGAINST *YOU WILL BE
   AT *YOUR EXPENSE.

   *WE HAVE THE RIGHT AND DUTY TO DEFEND ANY *SUIT ASKING
   FOR THESE *DAMAGES. *OUR PAYMENT OF THE LIMIT SHOWN IN THE
   DECLARATIONS ENDS *OUR DUTY TO DEFEND.

COVERAGE PARTS 500 AND 980, DEFINITIONS - THE DEFINITION OF
*STATUTE *AND *TITLE *E & *O IS CHANGED TO READ:

   "*STATUTE *AND *TITLE *E & *O" MEANS ANY *SUIT FILED
   AGAINST *YOU, OTHER THAN AS A RESULT OF AN *OCCURRENCE OR
   *CUSTOMER *COMPLAINT *DEFENSE. SUCH *SUITS MUST BE FILED BY:

      (A)  A CUSTOMER ARISING OUT OF *GARAGE *OPERATIONS,
           BECAUSE OF AN ALLEGED VIOLATION DURING THE COVERAGE
           PART PERIOD, OF ANY FEDERAL, STATE OR LOCAL:

           (1)  ODOMETER STATUTE;

           (2)  TRUTH-IN-LENDING OR TRUTH-IN-LEASING STATUTE;

           (3)  AUTO DAMAGE DISCLOSURE STATUTE;

           (4)  COMPETITIVE AUTO PARTS STATUTE; OR

           (5)  USED CAR BUYER'S GUIDE, INCLUDING FEDERAL
               REGULATION 455;

      (B)  ANY PERSON OR ORGANIZATION WHO HAS SUFFERED A
           FINANCIAL  *LOSS DUE TO THE FAILURE OF *YOUR
           EMPLOYEE TO PROPERLY SPECIFY DURING THE COVERAGE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                       EDITION  3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0165

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 337                    PAGE 2 OF 2
STATUTE AND TITLE E & O - DEFENSE ONLY
COVERAGE PARTS 500 AND 980
UNICOVER V

PART PERIOD, THE NAME OF THE SECURITY INTEREST OR
LEGAL OWNER ON AUTO TITLE PAPERS.

PART (B) DOES NOT APPLY UNLESS THE PURCHASER
SELLS OR TRANSFERS TITLE TO SUCH AUTO.

COVERAGE PART 500, THE MOST WE WILL PAY - THE FOLLOWING CHANGE
IS MADE IN PART (2):

THE PHRASE "*DAMAGES AND SETTLEMENTS" IS REPLACED BY
"DEFENSE COSTS."

COVERAGE PART 500, DEDUCTIBLES - THE NEXT TO THE LAST PARAGRAPH
IS REPLACED BY THE FOLLOWING:

FROM THE AMOUNTS PAYABLE FOR DEFENSE COSTS FOR *STATUTE
*AND *TITLE *E & *O, *WE WILL DEDUCT THE AMOUNT SHOWN IN
THE DECLARATIONS FOR EACH *SUIT FILED AGAINST *YOU.

COVERAGE PART 500, WE WILL ALSO PAY - THE FOLLOWING CHANGE IS
MADE TO THE FIRST SENTENCE:

THE WORDS "*INJURY, *COVERED *POLLUTION *DAMAGES AND
*STATUTE *AND *TITLE *E & *O" ARE REPLACED BY "*INJURY
AND *COVERED *POLLUTION *DAMAGES."

COVERAGE PART 500, PRIOR ACTS EXTENSION - THIS EXTENSION DOES
NOT APPLY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0166

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 338
STATUTE AND TITLE E & O - LIMIT PER SUIT
COVERAGE PARTS 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN ENDORSEMENT 337 IS SHOWN IN THE DECLARATIONS, THE FOLLOWING
IS ADDED TO PART (2) OF THE MOST WE WILL PAY:

THE MOST *WE WILL PAY IN DEFENSE COSTS FOR ANY *SUIT IS
THE LIMIT PER *SUIT STATED IN THE DECLARATIONS FOR SUCH
COVERAGE.

WHEN ENDORSEMENT 337 IS NOT SHOWN IN THE DECLARATIONS:

(A)  THE FOLLOWING IS ADDED TO PART (2) OF THE MOST WE
WILL PAY:

THE MOST *WE WILL PAY IN *DAMAGES AND DEFENSE COSTS
FOR ANY ONE CLAIM OR *SUIT IS THE LIMIT PER *SUIT
STATED IN THE DECLARATIONS FOR SUCH COVERAGE; AND

(B)  THE FOLLOWING CHANGE IS MADE TO THE FIRST SENTENCE
IN WE WILL ALSO PAY:

THE WORDS "*INJURY, *COVERED *POLLUTION *DAMAGES AND
*STATUTE *AND *TITLE *E & *O" ARE REPLACED BY
"*INJURY AND *COVERED *POLLUTION *DAMAGES."

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0167

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 344
DESIGNATED INDIVIDUALS - REVISED
COVERAGE PART 530
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT:

THE WHO IS AN INSURED CONDITION IS REPLACED WITH THE FOLLOWING:

WHO IS AN INSURED - WITH RESPECT TO THIS COVERAGE PART:

(1)  THE INDIVIDUAL(S) (AND ANY *FAMILY *MEMBER) DESIG-
NATED ON THE DECLARATIONS AS SUBJECT TO THIS EN-
DORSEMENT; AND

(2)  ANY PASSENGERS IN A *COVERED *AUTO DRIVEN BY A
DESIGNATED INDIVIDUAL UNDER ITEM (1) ABOVE.

THE FIRST AND SECOND PARAGRAPHS OF THE MOST WE WILL PAY CON-
DITION ARE REPLACED WITH THE FOLLOWING:

THE MOST WE WILL PAY - REGARDLESS OF THE NUMBER OF
*COVERED *AUTOS, *INSUREDS, PREMIUMS CHARGED, CLAIMS
MADE OR VEHICLES INVOLVED IN THE *ACCIDENT, THE MOST *WE
WILL PAY FOR ALL *DAMAGES RESULTING FROM ONE *ACCIDENT
IS THE LIMIT STATED IN THE DECLARATIONS FOR "DESIG-
NATED INDIVIDUALS", LESS ANY APPLICABLE DEDUCTIBLE.

WITH RESPECT TO PERSONS INSURED BY PART (2) OF WHO IS
AN INSURED, THE MOST *WE WILL PAY IS THAT PORTION OF
THE LIMIT NEEDED TO COMPLY WITH THE MINIMUM LIMITS PRO-
VISION OF THE FINANCIAL RESPONSIBILITY OR MINIMUM LIA-
BILITY LAW IN THE JURISDICTION WHERE THE *ACCIDENT TOOK
PLACE. WHEN THERE IS OTHER INSURANCE APPLICABLE, *WE
WILL PAY ONLY THE AMOUNT NEEDED TO COMPLY WITH SUCH
MINIMUM LIMITS AFTER SUCH OTHER INSURANCE HAS BEEN
EXHAUSTED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0168

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 346
LIMIT FOR EMPLOYEE THEFT OF AUTOS
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITION OF "*LOSS":

> WITH RESPECT TO COVERAGE PROVIDED UNDER EXCEPTION (1) TO
> EXCLUSION (G) FOR *COVERED *AUTOS PHYSICALLY STOLEN BY
> *YOUR EMPLOYEE, ALL *LOSS CAUSED BY, OR INVOLVING, ONE OR
> MORE EMPLOYEES, OR ACT OR SERIES OF ACTS INVOLVING ONE OR
> MORE PERSONS WILL BE DEEMED TO BE ONE *LOSS.

THE MOST WE WILL PAY - THE FOLLOWING IS ADDED:

> (G)  UNDER EXCEPTION (1) TO EXCLUSION (G), FOR ALL *COVERED
> *AUTOS THAT ARE PHYSICALLY STOLEN BY *YOUR EMPLOYEE(S)
> IN A POLICY PERIOD, THE GREATER OF $50,000 OR AN AMOUNT
> EQUAL TO THE *EXTENDED *THEFT LIMIT STATED IN THE
> DECLARATIONS.

THE FOLLOWING CONDITION IS ADDED:

> NON-CUMULATIVE LIMITS - WITH RESPECT TO COVERAGE PROVIDED
> UNDER EXCEPTION (1) TO EXCLUSION (G) FOR *COVERED *AUTOS
> PHYSICALLY STOLEN BY *YOUR EMPLOYEE, REGARDLESS OF THE
> NUMBER OF YEARS THIS COVERAGE PART CONTINUES IN FORCE, THE
> $50,000 LIMIT STATED IN THE DECLARATIONS AND THE AMOUNT
> EQUAL TO THE *EXTENDED *THEFT LIMIT ARE NOT CUMULATIVE
> FROM ONE COVERAGE PART PERIOD TO ANOTHER, OR FROM ONE YEAR
> TO ANOTHER.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  6-2001

COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0169

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 353
ASBESTOS EXCLUSION
COVERAGE PARTS 500, 900, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

EXCLUSIONS - THE FOLLOWING IS ADDED:

    (U)    *INJURY, *COVERED *POLLUTION *DAMAGES, *CUSTOMER *COMPLAINT
    *DEFENSE, *STATUTE *AND *TITLE *E&O OR *EMPLOYMENT *RELATED
    *DEFENSE ARISING OUT OF THE ACTUAL OR ALLEGED PRESENCE,
    DISPERSAL OR THREATENED DISPERSAL OF ASBESTOS, ASBESTOS
    FIBERS OR PRODUCTS OR COMPOUNDS CONTAINING ASBESTOS, OR
    ANY HAZARDOUS PROPERTIES OF ASBESTOS. THIS INCLUDES:

        (1)    ANY SUPERVISION, INSTRUCTIONS, RECOMMENDATIONS,
        WARNINGS OR ADVICE GIVEN, OR WHICH SHOULD HAVE BEEN
        GIVEN, IN CONNECTION WITH THE ABOVE; AND

        (2)    *DAMAGES, OR THE LEGAL OBLIGATION TO REIMBURSE ANOTHER
        PARTY FOR *DAMAGES, RESULTING FROM *INJURY, *COVERED
        *POLLUTION *DAMAGES, *CUSTOMER *COMPLAINT *DEFENSE,
        *STATUTE *AND *TITLE *E&O OR *EMPLOYEE *RELATED
        *DEFENSE.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

                                              EDITION  6-2001
COPYRIGHT 2001 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit H - 0170**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 389
CUSTOMER AUTO - LEGAL LIABILITY FOR NATURAL DISASTER
COVERAGE PART 300
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

REGARDING *LOSS TO A *CUSTOMER'S *AUTO RESULTING FROM WINDSTORM, HAIL, FLOOD OR RISING WATER, EARTHQUAKE OR ANY OTHER NATURAL DISASTER:

> THE FIRST PARAGRAPH OF THE INSURING AGREEMENT IS REPLACED BY THE FOLLOWING:
>
> > INSURING AGREEMENT - *WE WILL PAY ALL SUMS *YOU LEGALLY MUST PAY AS DAMAGES FOR *LOSS TO *CUSTOMER'S *AUTOS, EXCEPT AS EXCLUDED OR AS STATED OTHERWISE IN THE DECLA-RATIONS.
>
> EXCLUSIONS - THE FOLLOWING EXCLUSIONS ARE ADDED:
>
> > (P)  RESULTING FROM *YOUR ACCEPTING RESPONSIBILITY FOR *LOSS UNDER ANY AGREEMENT;
> >
> > (Q)  TO TAPES, RECORDS, OR OTHER DEVICES DESIGNED FOR USE WITH SOUND REPRODUCING EQUIPMENT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  3-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit H - 0171**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 390
SEXUAL HARASSMENT PREVENTION TRAINING - DEDUCTIBLE WAIVER
COVERAGE PART 500
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING DEFINITION IS ADDED:

"*SEXUAL *HARASSMENT" MEANS UNWELCOME CONDUCT OF A SEXUAL
NATURE THAT HAS A NEGATIVE EFFECT ON WHERE A PERSON WORKS,
LIVES, OR RECEIVES SERVICES. IT CAN BE VERBAL OR PHYSICAL IN
NATURE. UNWELCOME ATTENTION INCLUDES ANY ATTENTION THAT A
REASONABLE PERSON WOULD KNOW IS UNWANTED OR UNWELCOME.

DEDUCTIBLES - THE FOLLOWING IS ADDED TO THE SECOND PARAGRAPH OF
THIS CONDITION:

*WE WILL WAIVE THE DEDUCTIBLE FROM AMOUNTS PAYABLE FOR DE-
FENSE COSTS, IF A CLAIM OR *SUIT ARISING OUT OF *SEXUAL
*HARASSMENT IS FILED AGAINST *YOU THAT RESULTED FROM THE
ALLEGED ACTS OF AN *INSURED WHO HAS SUCCESSFULLY COMPLETED
A SEXUAL HARASSMENT PREVENTION TRAINING PROGRAM. SUCH TRAIN-
ING PROGRAM MUST HAVE BEEN SPONSORED OR APPROVED BY *US.
*WE WILL NOT WAIVE THE DEDUCTIBLE IF ANY ACTS FOR WHICH THE
CLAIM OR *SUIT IS FILED OCCURRED PRIOR TO THE COMPLETION OF
TRAINING.

IF MORE THAN ONE SUCH CLAIM OR *SUIT IS FILED AGAINST *YOU
DURING THE POLICY PERIOD, *WE WILL NOT WAIVE THE DEDUCTIBLE
FOR THE SUBSEQUENT *SUITS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  5-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

PAGE 1 OF 5

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITIONS SECTION:

"*FUNGUS" MEANS ANY TYPE OR FORM OF FUNGUS, INCLUDING MOLD OR
MILDEW, AND ANY MYCOTOXINS, SPORES, SCENTS OR BY-PRODUCTS PRO-
DUCED OR RELEASED BY FUNGI.

THE FIRST SENTENCE OF EXCLUSION (I) OF EXCLUSIONS - PERILS IS RE-
PLACED WITH THE FOLLOWING:

    (I)  ANIMALS, BIRDS, DECAY; SMOG, SMOKE, VAPOR OR GAS FROM
        AGRICULTURAL OR INDUSTRIAL OPERATIONS; SETTLING, CRACK-
        ING, SHRINKAGE, BULGING OR EXPANSION OF FOUNDATIONS,
        WALLS, FLOORS, ROOFS OR CEILINGS.

EXCLUSIONS - PERILS IS CHANGED TO ADD THE FOLLOWING:

    (AA)  CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR
         STEAM WHICH OCCURS OVER A PERIOD OF TIME AND RESULTS IN
         DETERIORATION, CORROSION, RUST, WET ROT, DRY ROT OR BAC-
         TERIA. THIS EXCLUSION DOES NOT APPLY TO COVERAGE PRO-
         VIDED UNDER ITEM (2) OF THE DEFINITION OF *SPECIFIED
         *PERILS;

    (BB)  *FUNGUS, WET ROT, DRY ROT AND BACTERIA. PRESENCE,
         GROWTH, PROLIFERATION, SPREAD OR ANY ACTIVITY OF
         *FUNGUS, WET ROT, DRY ROT OR BACTERIA.

         HOWEVER, IF *FUNGUS, WET ROT, DRY ROT OR BACTERIA RE-
         SULTS IN AN ENSUING *LOSS FROM ITEMS (1) THROUGH (3)
         OF *SPECIFIED *PERILS, *WE WILL PAY FOR THE *LOSS OR
         DAMAGE CAUSED BY THAT *SPECIFIED *PERILS *LOSS.

         THIS EXCLUSION DOES NOT APPLY:

            1.  WHEN *FUNGUS, WET ROT, DRY ROT OR BACTERIA
               RESULTS FROM FIRE OR LIGHTNING; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**Exhibit H - 0173**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                                                   PAGE 2 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

    2.    TO THE EXTENT THAT COVERAGE IS PROVIDED BELOW
IN ITEM (D) OF SUPPLEMENTAL LIMITS FOR *LOSS
OR DAMAGE FROM OTHER THAN FIRE OR LIGHTNING.

THE SUPPLEMENTAL LIMITS CONDITION IS CHANGED TO ADD THE FOLLOWING:

IF *BUILDING, *CONTENTS, *EQUIPMENT OR *STOCK ARE INSURED:

    (D)    LIMITED COVERAGE FOR *FUNGUS, WET ROT, DRY ROT AND
BACTERIA

        1.    THE COVERAGE DESCRIBED IN (D)2., (D)5. AND
(D)6. ONLY APPLIES WHEN THE *FUNGUS, WET ROT,
DRY ROT OR BACTERIA IS THE RESULT OF A *LOSS
FROM *SPECIFIED *PERILS OTHER THAN FIRE OR
LIGHTNING THAT OCCURS DURING THE POLICY PERIOD
AND ONLY IF ALL REASONABLE MEANS WERE USED TO
SAVE AND PRESERVE THE PROPERTY FROM FURTHER
DAMAGE AT THE TIME OF AND AFTER THAT *LOSS.

        2.    *WE WILL PAY FOR *LOSS OR DAMAGE CAUSED BY
*FUNGUS, WET ROT, DRY ROT OR BACTERIA. AS
USED IN THIS SUPPLEMENTAL COVERAGE, THE TERM
*LOSS OR DAMAGE MEANS:

            A.    DIRECT PHYSICAL *LOSS OR DAMAGE TO CO-
VERED PROPERTY CAUSED BY *FUNGUS, WET
ROT, DRY ROT OR BACTERIA, INCLUDING THE
COST OF REMOVAL OF THE *FUNGUS, WET ROT,
DRY ROT OR BACTERIA;

            B.    THE COST TO TEAR OUT AND REPLACE ANY PART
OF THE *BUILDING OR OTHER PROPERTY AS
NEEDED TO GAIN ACCESS TO THE *FUNGUS,
WET ROT, DRY ROT OR BACTERIA; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit H - 0174