UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 393
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V



C. THE COST OF TESTING PERFORMED AFTER REMOVAL, REPAIR, REPLACEMENT OR RESTORATION OF THE DAMAGED PROPERTY IS COMPLETED, PROVIDED THERE IS A REASON TO BELIEVE THAT *FUNGUS, WET ROT, DRY ROT OR BACTERIA ARE PRESENT.

3. THE COVERAGE DESCRIBED UNDER (D)2. OF THIS LIMITED COVERAGE IS LIMITED TO $15,000. REGARDLESS OF THE NUMBER OF CLAIMS, THIS LIMIT IS THE MOST *WE WILL PAY FOR THE TOTAL OF ALL *LOSS OR DAMAGE ARISING OUT OF ALL OCCURRENCES OF *SPECIFIED *PERILS (OTHER THAN FIRE OR LIGHTNING) WHICH TAKE PLACE IN A 12-MONTH PERIOD (STARTING WITH THE BEGINNING OF THE PRESENT ANNUAL POLICY PERIOD). WITH RESPECT TO A PARTICULAR OCCURRENCE OF *LOSS WHICH RESULTS IN *FUNGUS, WET ROT, DRY ROT OR BACTERIA, *WE WILL NOT PAY MORE THAN A TOTAL OF $15,000 EVEN IF THE *FUNGUS, WET ROT, DRY ROT OR BACTERIA CONTINUES TO BE PRESENT OR ACTIVE, OR RECURS, IN A LATER POLICY PERIOD.

4. NOTWITHSTANDING ANY PROVISION OF THIS POLICY TO THE CONTRARY, THE COVERAGE PROVIDED UNDER THIS LIMITED COVERAGE SHALL NOT INCREASE THE APPLICABLE LIMIT OF INSURANCE ON ANY COVERED PROPERTY UNDER THE MOST WE WILL PAY. IF A PARTICULAR OCCURRENCE RESULTS IN *LOSS OR DAMAGE BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, AND OTHER *LOSS OR DAMAGE, *WE WILL NOT PAY MORE, FOR THE TOTAL OF ALL *LOSS OR DAMAGE, THAN THE APPLICABLE LIMIT OF INSURANCE ON THE AFFECTED COVERED PROPERTY.

IF THERE IS A COVERED *LOSS OR DAMAGE TO COVERED PROPERTY, NOT CAUSED BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, *OUR *LOSS PAYMENT WILL NOT BE LIMITED BY THE TERMS OF THIS

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 9-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 393
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V



LIMITED COVERAGE, EXCEPT TO THE EXTENT THAT *FUNGUS, WET ROT, DRY ROT OR BACTERIA CAUSES AN INCREASE IN THE *LOSS SUBJECT TO THE PARAGRAPH ABOVE, ANY SUCH INCREASE IN THE *LOSS WILL BE SUBJECT TO THE TERMS OF THIS LIMITED COVERAGE.

5. WHEN ENDORSEMENT 080 - BUSINESS INCOME CONTINUATION IS SHOWN IN THE DECLARATIONS AS APPLICABLE TO THE *LOCATION AND IF THE SUSPENSION OF *YOUR BUSINESS SATISFIES ALL TERMS AND CONDITIONS OF ENDORSEMENT 080, THE FOLLOWING 5.A. AND 5.B. APPLIES:

   A. IF THE *LOSS WHICH RESULTED IN *FUNGUS, WET ROT, DRY ROT OR BACTERIA DOES NOT IN ITSELF NECESSITATE A SUSPENSION OF *YOUR BUSINESS, BUT SUCH SUSPENSION IS NECESSARY DUE TO *LOSS OR DAMAGE TO PROPERTY CAUSED BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, THEN *WE WILL PAY *YOU 1/30 OF THE MONTHLY *BUSINESS *INCOME *CONTINUATION LIMIT SHOWN IN THE DECLARATIONS, LESS THE AVERAGE DAILY *GROSS *PROFIT *YOU ACTUALLY EARN FOLLOWING THE *LOSS. THE *RECOVERY *PERIOD IS FOR NO MORE THAN 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE. THE PERIOD OF SUSPENSION BEGINS 72 HOURS AFTER THE TIME OF *LOSS TO SUCH PROPERTY.

   B. IF A COVERED SUSPENSION OF *YOUR BUSINESS WAS CAUSED BY *LOSS OR DAMAGE OTHER THAN *FUNGUS, WET ROT, DRY ROT OR BACTERIA BUT REMEDIATION OF *FUNGUS, WET ROT, DRY ROT OR BACTERIA PROLONGS THE PERIOD OF SUSPENSION, *WE WILL PAY FOR *BUSINESS *INCOME *CONTINUATION SUSTAINED

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 9-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

PAGE 5 OF 5

DURING THE DELAY (REGARDLESS OF WHEN SUCH A DELAY OCCURS DURING THE PERIOD OF SUSPENSION), BUT SUCH COVERAGE IS LIMITED TO 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE.

THE EXTENDED RECOVERY PERIOD DOES NOT APPLY TO ITEMS 5.A. OR 5.B. ABOVE.

6. WHEN ENDORSEMENT 0191 - BUSINESS RECOVERY EXPENSE IS SHOWN IN THE DECLARATIONS AS APPLICABLE TO THE *LOCATION AND IF THE SUSPENSION OF *YOUR BUSINESS SATISFIES ALL TERMS AND CONDITIONS OF ENDORSEMENT 191, THE FOLLOWING 6.A. AND 6.B. APPLIES:

A. IF THE *LOSS WHICH RESULTED IN *FUNGUS, WET ROT, DRY ROT OR BACTERIA DOES NOT IN ITSELF NECESSITATE A SUSPENSION OF *YOUR BUSINESS, BUT SUCH SUSPENSION IS NECESSARY DUE TO *LOSS OR DAMAGE TO PROPERTY CAUSED BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, THEN THE *RECOVERY *PERIOD IS CHANGED TO NO MORE THAN 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE. THE PERIOD OF SUSPENSION BEGINS 72 HOURS AFTER THE TIME OF *LOSS TO SUCH PROPERTY.

B. IF A COVERED SUSPENSION OF *YOUR BUSINESS WAS CAUSED BY *LOSS OR DAMAGE OTHER THAN *FUNGUS, WET ROT, DRY ROT OR BACTERIA BUT REMEDIATION OF *FUNGUS, WET ROT, DRY ROT OR BACTERIA PROLONGS THE *RECOVERY *PERIOD *WE WILL PAY FOR *EXTRA *EXPENSE AND REDUCTION OF *BUSINESS *INCOME *YOU SUSTAINED DURING THE DELAY (REGARDLESS OF WHEN SUCH A DELAY OCCURS DURING THE *RECOVERY *PERIOD) BUT SUCH COVERAGE IS LIMITED TO 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 9-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 404
COINSURANCE CONDITION REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FIRST PARAGRAPH OF THE COINSURANCE CONDITION IS REPLACED BY THE FOLLOWING:

COINSURANCE - *WE WILL NOT PAY THE FULL AMOUNT OF ANY *LOSS IF THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF *LOSS MULTIPLIED BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) IS GREATER THAN THE LIMIT STATED IN THE DECLARATIONS FOR THE PROPERTY AT THAT *LOCATION.

*WE WILL DETERMINE THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF *LOSS, AND MULTIPLY IT BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) TO OBTAIN THE "PROPER AMOUNT" OF INSURANCE *YOU SHOULD HAVE PURCHASED. *WE WILL DIVIDE THE LIMIT FOR THE PROPERTY BY THE "PROPER AMOUNT" TO OBTAIN THE "RECOVERY RATIO". IF THE RECOVERY RATIO IS LESS THAN 1.00, *WE WILL MULTIPLY THE AMOUNT OF THE *LOSS (BEFORE APPLYING ANY DEDUCTIBLE) BY THE "RECOVERY RATIO" TO DETERMINE THE "AMOUNT PAYABLE". THE AMOUNT OF *OUR PAYMENT WILL BE THE LESSER OF THE "AMOUNT PAYABLE" OR THE LIMIT STATED IN THE DECLARATIONS FOR THE *LOCATION.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 9-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 408
BLANKET LIMITS REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO *LOSS TO THE PROPERTY SHOWN IN THE DECLARATIONS AS SUBJECT TO THIS ENDORSEMENT, THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION.

(H) IF THE LIMIT APPLIES TO MORE THAN ONE *LOCATION, THE MOST *WE WILL PAY FOR *LOSS AT ANY ONE *LOCATION IS THE PROPORTION THAT THE *ACTUAL *CASH *VALUE AT THAT *LOCATION BEARS TO THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT ALL *LOCATIONS INCLUDED IN THAT LIMIT.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 1-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 410
STATUTORY RIGHT OF PRIVACY EXCLUSION
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 500 AND 950 -- THE DEFINITION OF *INJURY GROUP 3 IS REPLACED BY THE FOLLOWING:

GROUP 3 - FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 970, DEFINITION OF *INJURY -- PART (3) IS REPLACED BY THE FOLLOWING:

(3) FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL DETENTION, ABUSE OF PROCESS, WRONGFUL EVICTION, MALICIOUS PROSECUTION, LIBEL, SLANDER, DEFAMATION, PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 980, DEFINITION OF *INJURY -- PART (3) IS REPLACED BY THE FOLLOWING:

(3) FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PARTS 500, 950, 970 AND 980, EXCLUSIONS -- THE FOLLOWING EXCLUSION IS ADDED:

(U) *INJURY WHEN A CLAIM FOR INVASION OF THE RIGHT OF PRIVACY IS A STATUTORY VIOLATION;

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 9-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 418
VIDEO EQUIPMENT IN AUTOS
COVERAGE PARTS 300 AND 900
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 300 AND 900 -- EXCLUSION (N), "THIS DOES NOT APPLY TO" -- PART (1) IS REPLACED BY THE FOLLOWING:

(1) TAPE DECKS, COMPACT DISK PLAYERS, VIDEO CASSETTE RECORDERS, DIGITAL VIDEO DISK PLAYERS, VIDEO CAMERAS, OTHER SOUND REPRODUCING EQUIPMENT, OR A DEVICE FOR VIEWING VISUAL IMAGES, WHEN ANY OF THE ABOVE ARE PERMANENTLY INSTALLED IN, AND ANTENNAS PERMANENTLY ATTACHED TO, THE *COVERED *AUTO;

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002

COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 429 PAGE 1 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRETARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT OF TERRORISM.

THE FOLLOWING EXCLUSION IS ADDED:

CERTIFIED ACT OF TERRORISM EXCLUSION

*WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT CAUSED, DIRECTLY OR INDIRECTLY BY A *CERTIFIED *ACT *OF *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING AGAINST ANY *CERTIFIED *ACT *OF *TERRORISM. SUCH *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

EXCEPTIONS TO THE CERTIFIED ACT OF TERRORISM EXCLUSION

THIS EXCLUSION DOES NOT APPLY:

1. FOR COVERAGE PART 330, TO *LOSS BY FIRE TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RESPECT TO A *CERTIFIED *ACT *OF *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 4-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 429 PAGE 2 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

IN THESE STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT AND *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASEHOLD INTEREST.

2. TO ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS *OCCURRENCE, CLAIM OR *SUIT IN THE UNITED STATES, ITS TERRITORIES AND POSSESIONS, AND PUERTO RICO IF THE *CERTIFIED *ACT *OF *TERRORISM RESULTS IN INSURED DAMAGE TO ALL TYPES OF PROPERTY IN THOSE LOCATIONS OF LESS THAN $25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY SUCH TERRORISM AND BUSINESS INTERRUPTION LOSSES SUSTAINED BY OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE OF THIS PROVISION, INSURED DAMAGE MEANS DAMAGE THAT IS COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY TERRORISM EXCLUSIONS.

THE FOLLOWING CONDITION IS ADDED:

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COVERAGE CONTINUE TO APPLY IN THE EVENT OF ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT RESULTING FROM A *CERTIFIED *ACT *OF *TERRORISM OR ANY OTHER ACT OF TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 4-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 431 PAGE 1 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITIONS ARE ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRETARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT OF TERRORISM.

"*OTHER *ACT *OF *TERRORISM" MEANS A VIOLENT ACT OR AN THAT IS DANGEROUS TO HUMAN LIFE, PROPERTY OR INFRASTRUCTURE THAT IS COMMITTED BY AN INDIVIDUAL OR INDIVIDUALS AND THAT APPEARS TO BE PART OF AN EFFORT TO COERCE A CIVILIAN POPULATION OR TO INFLUENCE THE POLICY OR AFFECT THE CONDUCT OF ANY GOVERNMENT BY COERCION, BUT THAT IS NOT A *CERTIFIED *ACT *OF *TERRORISM. ALL *OTHER *ACTS *OF *TERRORISM THAT OCCUR WITHIN A SEVENTY-TWO (72) HOUR PERIOD AND WHICH APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A RELATED PURPOSE OR COMMON LEADERSHIP SHALL BE DEEMED A SINGLE *OTHER *ACT *OF *TERRORISM.

"*TERRORISM" MEANS A *CERTIFIED *ACT *OF *TERRORISM OR AN *OTHER *ACT *OF *TERRORISM.

THE FOLLOWING EXCLUSION IS HEREBY ADDED:

*TERRORISM EXCLUSION - BIOLOGICAL OR CHEMICAL

*WE WILL NOT PAY FOR *LOSS OR DAMAGE CAUSED DIRECTLY OR INDIRECTLY BY *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING AGAINST *TERRORISM. SUCH *LOSS OR DAMAGE IS EXCLUDED REGARDLESS OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY SEQUENCE TO THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 7-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 431
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

PAGE 2 OF 2

HOWEVER, THIS EXCLUSION APPLIES ONLY IF ONE OR MORE OF THE FOLLOWING ARE ATTRIBUTABLE TO SUCH ACT:

(1) THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS; OR

(2) PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIALS.

THIS EXCLUSION DOES NOT APPLY TO A *CERTIFIED *ACT *OF *TERRORISM WHEN SUCH COVERAGE IS PROVIDED BY THIS POLICY, AS INDICATED IN THE POLICY DECLARATIONS.

EXCEPTION FOR CERTAIN FIRE LOSSES

FOR COVERAGE PART 330, THE FOLLOWING EXCEPTION TO THE *TERRORISM EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RESPECT TO *TERRORISM.

IN THESE STATES, IF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASEHOLD INTEREST.

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COVERAGE CONTINUE TO APPLY IN THE EVENT OF *LOSS OR DAMAGE RESULTING FROM *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 7-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED WITH THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND SUPPLIES OWNED BY *YOUR EMPLOYEES WHEN (1) IN *YOUR BUILDING, IN TRANSIT OR TEMPORARILY AT A PREMISES NOT OWNED, RENTED, LEASED, OPERATED OR CONTROLLED BY *YOU, PROVIDED SUCH PROPERTY IS BEING USED IN THE CONDUCT OF *YOUR BUSINESS; OR (2) NOT BEING USED IN THE CONDUCT OF *YOUR BUSINESS IF SUCH PROPERTY IS IN AN *AUTO OWNED OR LEASED BY *YOU.

THE FOLLOWING IS ADDED TO EXCLUSIONS - PROPERTY:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE *TOOLS, *WE WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTENDED *AUTO, UNLESS AT THE TIME OF THEFT ITS WINDOWS, DOORS AND COMPARTMENTS WERE CLOSED AND LOCKED, AND THERE ARE VISIBLE SIGNS THAT THE THEFT WAS A RESULT OF FORCED ENTRY, BUT THIS EXCLUSION DOES NOT APPLY TO PROPERTY IN THE CUSTODY OF A CARRIER FOR HIRE.

THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE *TOOLS, THE MOST *WE WILL PAY FOR ANY ONE LOSS IS $25,000.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 4-2003

COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

ENDORSEMENT NO. 511
WELFARE AND PENSION BENEFIT PLAN
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN EMPLOYEE DISHONESTY INSURANCE IS SHOWN IN THE DECLARATIONS AS SUBJECT TO THIS ENDORSEMENT, SUCH INSURANCE IS CHANGED AS FOLLOWS:

THE DEFINITION OF "*EMPLOYEE" IS CHANGED TO ADD:

WITH RESPECT TO ANY EMPLOYEE WELFARE AND PENSION BENEFIT PLAN SHOWN IN THE DECLARATIONS AS AN *INSURED, "*EMPLOYEE" MEANS ANY PERSON WHO IS (A) *YOUR DIRECTOR OR TRUSTEE OR (B) A TRUSTEE, MANAGER, OFFICER OR *EMPLOYEE OF SUCH PLAN, WHILE THEY ARE ENGAGED IN THE HANDLING OF FUNDS OR OTHER PROPERTY OF SUCH PLAN OWNED, CONTROLLED OR OPERATED BY *YOU.

PART (2) OF THE DEFINITION OF "*EMPLOYEE", AND EXCLUSION (A) DO NOT APPLY TO ANY *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

ANY DEDUCTIBLE SHOWN IN THE DECLARATIONS AS APPLICABLE TO EMPLOYEE DISHONESTY DOES NOT APPLY TO *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

IF THE *INSURED FIRST NAMED IN THE DECLARATIONS IS AN ENTITY OTHER THAN A PLAN, ANY PAYMENT *WE MAKE TO THAT *INSURED FOR *LOSS SUSTAINED BY ANY PLAN WILL BE HELD BY THAT *INSURED FOR THE USE AND BENEFIT OF THE PLAN(S) SUSTAINING THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-1999

COPYRIGHT 1999 UNIVERSAL UNDERWRITERS INSURANCE COMPANY