# EXHIBIT I

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS POLICY INSURES ONLY THOSE COVERAGES AND PROPERTY SHOWN
IN THE DECLARATIONS MADE A PART OF THIS POLICY.  SUCH INSURANCE
APPLIES ONLY TO THOSE INSUREDS, SECURITY INTERESTS, AND LOCATIONS
DESIGNATED FOR EACH COVERAGE AS IDENTIFIED IN ITEM 2 BY LETTER(S)
OR NUMBER.  (CHANGES, IF ANY, ARE INDICATED BY +)

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 1
POLICY PERIOD    OCTOBER 01, 2005 TO    OCTOBER 01, 2006    POLICY NO. 261711

ITEM 2
NAMED INSURED AND TYPE:

```
+  01   WALNUT CREEK ASSOCIATES 2, INC.,                CORPORATION
        DBA: WALNUT CREEK HONDA
        PARKER ROBB CHEVROLET, INC.
        DBA: PARKER ROBB,
        PERFORMANCE ASSOCIATES

   02   OPRW 401(K) TRUST                               TRUST

   03   OPRW 401(K) PLAN #2 TRUST                       TRUST

   04   OAKLAND ACURA                                   CORPORATION

OTHER INSUREDS:

   BB   JOHN HARNEY
        1531 3RD AVE.
        WALNUT CREEK, CA 94586

   CC   HARNEY & HYDE
        DBA: H&H INVESTMENTS
        1531 3RD AVE.
        WALNUT CREEK, CA 94586

   DD   DAVE ROBB

   EE   NANCY ROBB

   FF   TERRI STUART

   GG   JEANETTE LITTICH

   HH   DOUG GIFFORD

   II   DARE & NANCY ROBB
```

261711                                               PAGE 1-A

**Exhibit I - 0001**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 2

SECURITY INTERESTS:

```
A    AMERICAN HONDA
     DEALER #207442
     1919 TORRANCE BLVD.
     TORRANCE, CA 90501

B    GMAC
     P.O. BOX 989043
     W. SACRAMENTO, CA 95798
```

LOCATIONS:

```
01   1707 N. MAIN ST.              AUTO SALES & SERVICE
     WALNUT CREEK, CA 94596

02   1777 N. MAIN ST.              AUTO SHOWROOM
     ADJ TO LOC 04
     WALNUT CREEK, CA 94596

03   1410 ARROYO WAY               AUTO STORAGE
     WALNUT CREEK, CA 94596

05   1760 LOCUST ST.               AUTO BODY SHOP
     WALNUT CREEK, CA 94596
```

CERTIFIED ACTS OF TERRORISM EXCLUDED

ENDORSEMENTS APPLICABLE:
   0429 EXCLUSION OF CERTIFIED ACTS OF
        TERRORISM
   0472 CONDITIONAL EXCLUSION OF TERRORISM

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|

AUTO INVENTORY PHYSICAL DAMAGE

261711                                                        PAGE 1-B

**Exhibit I - 0002**

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| (PART 300) | 01 | ALL | SEE BELOW | 9,000,000 |
| REPAIRS: 100% LABOR - YOUR AUTOS | | | EXTENDED THEFT | 100,000 |
| 75% PARTS - YOUR AUTOS | | | | |
| 100% LABOR - CUSTOMER AUTOS | | | | |
| 100% PARTS - CUSTOMER AUTOS | | | | |

ENDORSEMENTS APPLICABLE:
```
  0001 LOSS PAYABLE PROVISIONS
  0081 WRAPAROUND SPECIFIED PERILS
  0082 WRAPAROUND UNNAMED PERILS
  0083 WRAPAROUND COLLISION
  0084 WRAPAROUND EXTENDED THEFT
  0087 DIMINISHED VALUE
  0185 RETAIL CHARGES DEFINED
  0216 EXTENSION OF CREDIT
       EXCLUSION DELETED
  0319 PAINTLESS DENT REPAIR
  0346 LIMIT PER EMPLOYEE FOR THEFT
       OF AUTOS
  0389 CUSTOMER AUTO - LEGAL LIABILITY
       FOR NATURAL DISASTER
  0418 VIDEO EQUIPMENT IN AUTOS
  0431 BIOLOGICAL OR CHEMICAL
       TERRORISM EXCLUSION
```

| PERILS AND DEDUCTIBLES SCHEDULE: | OTHER INSUREDS | --COMPREHENSIVE-- SPECIFIED PERILS | UNNAMED PERILS | COLLISION | EXTENDED THEFT |
|---|---|---|---|---|---|
| NEW PRIVATE PASSENGER | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| NEW TRUCKS | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| USED PRIVATE PASSENGER | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| USED TRUCKS | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| FARM TRACTORS - IMPLEMENT | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| DEMONSTRATOR-COMPANY AUTO | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| SERVICE AUTOS | B | 1000/5000 | 1000/5000 | 1000 | 1000 |
| CUSTOMER'S AUTOS | | 1000/5000 | 1000/5000 | 1000 | 1000 |
| 0010 BROADENED COVERAGE OTHER PROPERTY | | | | | |
| $500 DED APPLIES TO ENDT 0010 | | | | | |
| DRIVE OTHER AUTOS | DD,EE, FF,GG, HH | NO DEDUCT | NO DEDUCT | 50 | NO COVER |
| 0011 DRIVE OTHER AUTOS | | | | | |

261711

PAGE 1-C

Exhibit I - 0003

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| PROPERTY (PART 330) PERILS AND DEDUCTIBLES | COINS% | | | | |
| STOCK | | RPTD | 01 | 01,02, SEE | 800,000 |
|   FIRE | 1000 | | | 03,05 SCHEDULE | |
|   WIND-HAIL | 1000 | | | | |
|   V&MM | 1000 | | | | |
|   OTHER SPEC PERILS | 1000 | | | | |
|   THEFT-BURGLARY | 1000 | | | | |
|   UNNAMED PERILS | 1000 | | | | |
|   BREAKDOWN | 1000 | | | | |
|   EARTHQUAKE | NO COVER | | | | |
|   SPRK LEAKAGE | 1000 | | | | 800,000 |

    0014 AUTOMATIC SPRINKLER
    0061 BLANKET LIMITS
    0324 PROPERTY EXTENSIONS
    0393 FUNGUS - LIMITED COVERAGE
    0404 COINSURANCE CONDITION REVISED
    0431 BIOLOGICAL OR CHEMICAL
         TERRORISM EXCLUSION

| EQUIPMENT | | NONE | 01,A | 01,02, SEE | 2,120,000 |
|---|---|---|---|---|---|
|   FIRE | 1000 | | | 03,05 SCHEDULE | |
|   WIND-HAIL | 1000 | | | | |
|   V&MM | 1000 | | | | |
|   OTHER SPEC PERILS | 1000 | | | | |
|   THEFT-BURGLARY | 1000 | | | | |
|   UNNAMED PERILS | 1000 | | | | |
|   BREAKDOWN | 1000 | | | | |
|   EARTHQUAKE | NO COVER | | | | |
|   SPRK LEAKAGE | 1000 | | | | 2,120,000 |

    0012 MORTGAGE CLAUSE
    0014 AUTOMATIC SPRINKLER
    0078 REPLACEMENT COST EQUIPMENT
    0324 PROPERTY EXTENSIONS
    0393 FUNGUS - LIMITED COVERAGE
    0404 COINSURANCE CONDITION REVISED
    0408 BLANKET LIMITS REVISED
    0431 BIOLOGICAL OR CHEMICAL
         TERRORISM EXCLUSION

OTHER INSURED - PROPERTY                                    50,000

261711                                                     PAGE 1-D

Exhibit I - 0004

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE  OCTOBER 01, 2005

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| PROPERTY (PART 330) PERILS AND DEDUCTIBLES | COINS% | | | | |
| EMPLOYEE TOOLS | | 90% | 01 | 01,02, | 650,000 |
| FIRE | 1000 | | | 03,05 SCHEDULE | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 1000 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | 1000 | | | | 650,000 |

    0014 AUTOMATIC SPRINKLER
    0061 BLANKET LIMITS
    0324 PROPERTY EXTENSIONS
    0393 FUNGUS - LIMITED COVERAGE
    0404 COINSURANCE CONDITION REVISED
    0431 BIOLOGICAL OR CHEMICAL
         TERRORISM EXCLUSION
    0441 EMPLOYEE TOOLS OFF PREMISES

| BUSINESS INCOME CONTINUATION | | NONE | 01 | 01,02, | 590,598 |
|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | 03,05 SCHEDULE | PER MONTH |
| WIND-HAIL | NO DEDUCT | | | | FOR 12 MO |
| V&MM | NO DEDUCT | | | | TOTAL OF |
| OTHER SPEC PERILS | NO DEDUCT | | | | 7,087,176 |
| THEFT-BURGLARY | NO DEDUCT | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | |
| BREAKDOWN | NO DEDUCT | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO DEDUCT | | | | |

    0014 AUTOMATIC SPRINKLER
    0080 BUSINESS INCOME CONTINUATION
    0186 BIC ADDENDUM
    0324 PROPERTY EXTENSIONS
    0329 ELECTRONIC VANDALISM:10 DAY WAITING
         PERIOD FOR BIC
    0393 FUNGUS - LIMITED COVERAGE
    0431 BIOLOGICAL OR CHEMICAL
         TERRORISM EXCLUSION

261711

PAGE 1-E

Exhibit I - 0005

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE  OCTOBER 01, 2005

| ITEM 3 COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| PROPERTY (PART 330)  COINS% PERILS AND DEDUCTIBLES | | | | |
| ADDITIONAL EXTRA EXPENSE | NONE | 01 | 01,02, SEE | 100,000 |
|   FIRE            NO DEDUCT | | | 03,05 SCHEDULE | |
|   WIND-HAIL     NO DEDUCT | | | | |
|   V&MM          NO DEDUCT | | | | |
|   OTHER SPEC PERILS NO DEDUCT | | | | |
|   THEFT-BURGLARY  NO DEDUCT | | | | |
|   UNNAMED PERILS  NO DEDUCT | | | | |
|   BREAKDOWN     NO DEDUCT | | | | |
|   EARTHQUAKE    NO COVER | | | | |
|   SPRK LEAKAGE   NO DEDUCT | | | | 100,000 |

```
   0014 AUTOMATIC SPRINKLER
   0068 ADDITIONAL EXTRA EXPENSE
   0324 PROPERTY EXTENSIONS
   0393 FUNGUS - LIMITED COVERAGE
   0431 BIOLOGICAL OR CHEMICAL
        TERRORISM EXCLUSION
```

| CRIME (PART 380) | | | | |
|---|---|---|---|---|
| EMPLOYEE DISHONESTY | 01,02,03 | ALL | CRIME | 100,000 |
|   DEDUCTIBLE    $1,000 | | | | |

```
   0320 EMPLOYEE DISHONESTY EXTENSIONS
   0511 WELFARE & PENSION BENEFIT PLAN
ENDT 0086 - INCREASED LIMIT
WELFARE & PENSION PLAN
LIMIT: $550,000
```

| LOSS FROM WITHIN A BUILDING | 01 | 01 | CRIME | 10,000 |
|---|---|---|---|---|

```
   0322 COMPUTER FRAUD AND FUND
        TRANSFER
CLASS "C" SAFE
```

| LOSS OUTSIDE THE BUILDING | 01 | ALL | CRIME | 30,000 |
|---|---|---|---|---|

261711

PAGE 1-F

Exhibit I - 0006

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| CRIME (PART 380) | | | | |
| MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | 01 | ALL | CRIME | 50,000 |
| DEPOSITOR'S FORGERY  DEDUCTIBLE    $1,000 | 01 | ALL | CRIME | 100,000 |
| GARAGE OPERATIONS AND AUTO HAZARD (PART 500) | 01 | ALL | SEE BELOW | 500,000 EA.OCCUR |

|  | DEDUCTIBLE |
|---|---|
| WORK/PRODUCTS | 1000 |
| PREMISES | 250 |
| INJURY GROUP 5 | 1000 |
| INJURY GROUP 6 | 10% |
| CUSTOMER COMPLAINT DEFEN | 2000 |
| STATUTE & TITLE E&O | 2000 |
| EMPLOYEE RELATED DEFENSE | 1000 |

ENDORSEMENTS APPLICABLE:
  0162 DISCRIMINATION INCLUDING WRONGFUL
       EMPLOYMENT PRACTICES
  0295 NECESSARY AND INCIDENTAL CLAUSE
       AMENDED
  0326 PUBLIC POLICY EXCLUSION
  0334 75% REDUCTION OF DEDUCTIBLE
  0337 STATUTE AND TITLE E & O -
       DEFENSE ONLY
  0338 STATUTE AND TITLE E & O -
       LIMIT PER SUIT
  0353 ASBESTOS EXCLUSION
  0390 SEXUAL HARASSMENT PREVENTION
       TRAINING - DEDUCTIBLE WAIVER
  0410 STATUTORY RIGHT OF PRIVACY
       EXCLUSION
  0467 VIOLATION OF COMMUNICATION OR
       INFORMATION LAW
  0475 SILICA OR SILICA RELATED DUST EXCL

261711

PAGE 1-G

Exhibit I - 0007

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE  OCTOBER 01, 2005

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| INJURY GROUP 1  (BODILY INJ/PROP DMG) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 2  (MENTAL INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 3  (PERSONAL INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 4  (ADVERTISING INJURY) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 5  (EMPLOYEE BENEFITS) | 01 | ALL | COVERED | INCLUDED |
| INJURY GROUP 6  (DISCRIMINATION) | 01 | ALL | COVERED | INCLUDED |
| ADDITIONAL INSUREDS | | | | |
| 0033 ADDITIONAL INSURED-PROPERTY | II | 01 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | BB,CC | 03 | COVERED | INCLUDED |
| DRIVE OTHER AUTOS | | | | |
| 0034 DRIVE OTHER AUTOS | DD,EE,FF, GG,HH | ALL | COVERED | INCLUDED |
| MEDICAL PAYMENTS | | | | |
| 0035 MEDICAL PAYMENTS | 01 | ALL | COVERED | 5,000 |
| CUSTOMER COMPLAINT DEFENSE | 01 | ALL | COVERED | 25,000@ 500,000@ |
| STATUTE AND TITLE E & O | 01 | ALL | COVERED | 25,000@ 500,000@ |
| EMPLOYMENT RELATED DEFENSE | 01 | ALL | COVERED | 10,000@ 500,000@ |

@ THE FIRST LIMIT IS PER SUIT, THE SECOND IS AN ANNUAL AGGREGATE.

UNINSURED MOTORISTS (PART 530)

UNINSURED MOTORISTS
  COVERED AUTOS INSURED BY
  COVERAGE PART NO. 500

| UNINSURED MOTORISTS | 01 | ALL | UM BI | 30,000# 60,000# |
|---|---|---|---|---|

261711

PAGE 1-H

Exhibit I - 0008

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| UNINSURED MOTORISTS (PART 530) | | | | |
| | | | UM PD | NO/COVER |
| UNDERINSURED MOTORISTS | | | UI BI | INCLUDED |
| | | | UI PD | NO/COVER |

ENDORSEMENTS APPLICABLE:
  0091 UNDERINSURED MOTORISTS

\# THE FIRST LIMIT IS PER PERSON, THE SECOND IS PER OCCURENCE.

UNINSURED MOTORISTS
  INDIVIDUALS DESIGNATED BELOW
  COVERAGE PART 500 COVERED AUTOS:

| UNINSURED MOTORISTS | SEE BELOW | ALL | UM BI | 500,000 EA.OCCUR |
|---|---|---|---|---|
| | | | UM PD | NO/COVER |
| UNDERINSURED MOTORISTS | SEE BELOW | | UI BI | INCLUDED |
| | | | UI PD | NO/COVER |

ENDORSEMENTS APPLICABLE:
  0091 UNDERINSURED MOTORISTS
  0344 DESIGNATED INDIVIDUALS - REVISED
  NANCY ROBB
  DAVE ROBB

GENERAL LIABILITY (PART 950)

| | DEDUCTIBLE | |
|---|---|---|
| INJURY GROUPS 1-4 | 1,000 | |

| INJURY | - - SEE SCHEDULE BELOW * - - | 500,000 |
|---|---|---|
| 0353 ASBESTOS EXCLUSION | | |
| 0410 STATUTORY RIGHT OF PRIVACY EXCLUSION | | |
| 0467 VIOLATION OF COMMUNICATION OR INFORMATION LAW | | |

261711

PAGE 1-I

Exhibit I - 0009

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523
A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 3
COVERAGES, PROPERTY INSURED, AND         INSUREDS  LOCA-    PERILS        OUR
SPECIAL PROVISIONS APPLICABLE TO                   TIONS    INSURED       LIMITS
EACH COVERAGE PART:


GENERAL LIABILITY (PART 950)
    0475 SILICA OR SILICA RELATED DUST

* SCHEDULE OF HAZARDS AND INJURY GROUPS INSURED:

    PREMISES HAZARD                      01        IF ANY GROUP 1   COVERED
                                                          GROUP 2   NO COVER
                                                          GROUP 3   NO COVER
                                                          GROUP 4   NO COVER
                                                          GROUP 5   NO COVER
                                                          GROUP 6   NO COVER

        61215A - BASIS 089
        BUILDING OR PREMISES _ BANK OR
        OFFICE - NOC

    CONTRACTORS HAZARD                   01        IF ANY GROUP 1   COVERED
                                                          GROUP 2   NO COVER
                                                          GROUP 3   NO COVER
                                                          GROUP 4   NO COVER
                                                          GROUP 5   NO COVER
                                                          GROUP 6   NO COVER

        16292B - BASIS 021
        CONSTRUCTION OPERATIONS - OWNER
        - N.O.C. (NOT RAILROADS) NOT
        ON BOARD SHIPS.

UMBRELLA (PART 980)

UMBRELLA                                 01,04     ALL      INJURY    10,000,000
    RETENTION: NONE                                                   EA.OCCUR

    ENDORSEMENTS APPLICABLE:
    0162 DISCRIMINATION INCLUDING WRONGFUL
         EMPLOYMENT PRACTICES
    0353 ASBESTOS EXCLUSION
    0410 STATUTORY RIGHT OF PRIVACY
         EXCLUSION
    0467 VIOLATION OF COMMUNICATION OR
         INFORMATION LAW
    0475 SILICA OR SILICA RELATED DUST EXCL

    DESIGNATED PERSONS:
    DAVE ROBB
    NANCY ROBB

261711                                                      PAGE 1-J

Exhibit I - 0010

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

0113439 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE   OCTOBER 01, 2005

ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS  LOCA-   PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS   INSURED     LIMITS
EACH COVERAGE PART:

UMBRELLA (PART 980)
    GORDON WALTON

    UNDERLYING INSURANCE:
        PART 2 (EMPLOYER'S LIABILITY INSURANCE) OF ANY WORKERS' COMPENSATION
        ISSUED BY US TO THE INSURED SHOWN FOR THIS COVERAGE PART;
        ALL OTHER COVERAGE PARTS OF THIS POLICY PROVIDING LIABILITY INSURANCE
        FOR THE INSUREDS NAMED ON THIS COVERAGE PART EXCEPT COVERAGE PART
        530, PART 550, ENDORSEMENT 038 AND 039 OF COVERAGE PART 900, AND
        COVERAGE PART 970.

    OTHER POLICIES:
        NONE

THE PREMIUM BASIS FOR THIS POLICY IS:  VARIABLE

COUNTERSIGNED: 02-10-2006 BY _____ REPRESENTATIVE

MAIL TO: WALNUT CREEK HONDA
         1707 N. MAIN ST.
         WALNUT CREEK, CA 94596

261711   V                                              PAGE 1-K

Exhibit I - 0011

# CALIFORNIA

## STATE AMENDATORY PART

### UNICOVER V

The ACTION AGAINST US Condition is changed to add:

If this policy is issued in, or the INSURED is a resident of California, whenever judgment is secured against the INSURED or the executor or administrator of a deceased INSURED in an action brought by the injured person or by his special personal representatives, in the case of an action for personal injuries, or in an action brought by the heirs or personal representatives of the deceased, in the case of wrongful death, then an action may be brought against US on this policy and subject to its terms and limitations, by such judgment creditor to recover on the judgment.

The CANCELLATION provision in the GENERAL CONDITIONS is changed as follows:

CANCELLATION

1.  YOU may cancel this policy by returning it to US or by giving US advance written notice of the date cancellation is to take effect.

2.  If this policy has been in effect for 60 days or less and is not a renewal or continuation policy, WE may cancel this policy by mailing or delivering to YOU at the mailing address shown in the declarations, advance written notice of cancellation, stating the reason for cancellation, at least:

    a.  10 days before the effective date of cancellation if WE cancel for:

        (1) Nonpayment of premium; or

        (2) Discovery of fraud or material misrepresentation by:

            (a) Any INSURED or his or her representative in obtaining this insurance; or

            (b) YOU or YOUR representative in pursuing a claim under this policy.

    b.  30 days before the effective date of cancellation if WE cancel for any other reason.

3.  If this policy has been in effect for more than 60 days or is a renewal of a policy WE issued, WE may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

    a.  Nonpayment of premium, including payment due on a prior policy WE issued and due during the current policy term covering the same risks.

    b.  Discovery of fraud or material misrepresentation by:

        (1) Any INSURED or his or her representative in obtaining this insurance; or

        (2) YOU or YOUR representative in pursuing a claim under this policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

Exhibit I - 0012

CALIFORNIA-PAGE 2-A

c. A judgment by a court or an administrative tribunal that YOU have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

d. Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by YOU or YOUR representative, which materially increase any of the risks insured against.

e. Failure by YOU or YOUR representative to implement reasonable loss control requirements, agreed to by YOU as a condition of policy issuance, or which were conditions precedent to OUR use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

f. A determination by the Commissioner of Insurance that the:

   (1) Loss of, or changes in, OUR reinsurance covering all or part of the risk would threaten OUR financial integrity or solvency; or

   (2) Continuation of the policy coverage would:

      (a) Place US in violation of California law or the laws of the state where WE are domiciled; or

      (b) Threaten OUR solvency.

g. A change by YOU or YOUR representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

WE will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to Named Insured 01, at the mailing address shown in the policy, at least:

a. 10 days before the effective date of cancellation if WE cancel for a reason listed in Paragraph 3.a. or 3.b.; or

b. 30 days before the effective date of cancellation if WE cancel for any other reason listed in Paragraph 3.

4. This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenant's household personal property in a residential unit, if such coverage is written under Commercial Coverage Part 330.

a. If such coverage has been in effect for 60 days or less, and is not a renewal of coverage WE previously issued, WE may cancel this coverage for any reason, except as provided in b. and c. below:

b. WE may not cancel this policy solely because YOU have:

   (1) Accepted an offer of earthquake coverage; or

   (2) Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

Exhibit I - 0013

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

CA-SAP-UC-V (11-00)

However, WE shall cancel this policy if YOU have accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

c. WE may not cancel such coverage solely because corrosive soil conditions exist on the premises. This Restriction (c.) applies only if coverage is subject to Property Coverage Part 330, which excluded LOSS or damage caused by or resulting from corrosive soil conditions.

## NONRENEWAL

1. If WE elect not to renew this policy, WE will mail or deliver written notice stating the reason for nonrenewal to Named Insured 01 at least 60 days, but not more than 120 days, before the expiration or anniversary date.

2. WE are not required to send notice of nonrenewal in the following situations:

   a. If the transfer or renewal of a policy, without any changes in terms, conditions, or rates, is between US and a member of OUR insurance group.

   b. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with paragraph (1).

   c. If YOU have obtained replacement coverage, or if YOU have agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

   d. If the policy is for a period of no more than 60 days and YOU are notified at the time of issuance that it will not be renewed.

   e. If YOU request a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

   f. If WE have made a written offer to YOU, in accordance with the time frames shown in paragraph (1), to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

## MAILING OF NOTICES

Any notice of cancellation or nonrenewal will be mailed or delivered to YOU and the producer of record, at the respective addresses last known to US. If notice is mailed, proof of mailing shall be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

Exhibit I - 0014

CA-SAP-UC-V (11-00)                                                      CALIFORNIA-PAGE 2-C

Coverage Part 530 (UNINSURED MOTORISTS) and ENDORSEMENT NO. 091 (UNDERINSURED MOTORISTS) and Endorsement No. 203 are changed as follows:

"UNINSURED MOTOR VEHICLE" means a land motor vehicle or trailer:

(a) For which no liability bond or policy at the time of an ACCIDENT provides at least the amounts required by the applicable law where a COVERED AUTO is principally garaged, or

(b) Which is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or trailer for which the sum of all liability bonds or policies at the time of an ACCIDENT provides at least the amounts required by the applicable law where a COVERED AUTO is principally garaged but that sum is less than the limit of liability for this insurance, or

(c) For which the insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent, or

(d) Which is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an INSURED, a COVERED AUTO or a vehicle an INSURED is OCCUPYING.

However, "UNINSURED MOTOR VEHICLE" does not include any vehicle:

(a) Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law.

(b) Owned by a governmental unit or agency.

(c) Designed or modified for use primarily off public roads while not on public roads.

The following DEFINITIONS are changed with respect to PROPERTY DAMAGE:

"COVERED AUTO" means a self-propelled motor vehicle. However, it does not include:

(1) A vehicle transporting persons for hire, compensation or profit other than van pool vehicle.

(2) A vehicle designed, used or maintained primarily for the transportation of property.

(3) MOBILE EQUIPMENT.

"PROPERTY DAMAGE" means injury to or destruction, of YOUR covered AUTO. However, PROPERTY DAMAGE does not include loss of use.

"UNINSURED MOTOR VEHICLE" means a land motor vehicle or trailer that is involved in a collision with YOUR COVERED AUTO.

The collision must involve direct physical contact between YOUR COVERED AUTO and the UNINSURED MOTOR VEHICLE and the owner or operator of the UNINSURED MOTOR VEHICLE must be identified; or the UNINSURED MOTOR VEHICLE must be identified by its license number.

Exclusion (b) is amended to read:

(b) The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

**Exhibit I - 0015**

CA-SAP-UC-V (11-00)

CALIFORNIA-PAGE 2-D

The following exclusion is added:

(h) BODILY INJURY sustained by YOU or any FAMILY MEMBER while OCCUPYING any vehicle leased by YOU or any FAMILY MEMBER under a written contract for a period of 6 months or more that is not a covered AUTO.

THE MOST WE WILL PAY is replaced by:

Regardless of the number of covered AUTOS, INSUREDS, premiums paid, claims made or vehicles involved in the ACCIDENT, the most WE will pay for all damages resulting from any one ACCIDENT is the limit of insurance for UNINSURED MOTORISTS INSURANCE shown in the declarations.

For a vehicle described in paragraph b. of the definition of UNINSURED MOTOR VEHICLE, OUR limit of liability shall be reduced by all sums paid because of BODILY INJURY by or for anyone who is legally responsible, including all sums paid or payable under this policy's LIABILITY INSURANCE.

With respect to persons insured by Part (3) of WHO IS AN INSURED, the most WE will pay is that portion of such limit needed to comply with the minimum limits provision of the financial responsibility or minimum liability law in the jurisdiction where the ACCIDENT took place. When there is such other insurance applicable, WE will pay only the amount needed to comply with such minimum limits after such other insurance has been exhausted.

No one will be entitled to receive duplicate payments for the same elements of LOSS under this Coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

WE will not make a duplicate payment under this Coverage for any element of LOSS for which payment has been made by or for anyone who is legally responsible.

WE will not pay for any element of LOSS if a person is entitled to receive payment for the same element of LOSS under any workers' compensation, disability benefits or similar law.

With respect to PROPERTY DAMAGE, the most WE will pay for all DAMAGES resulting from any one ACCIDENT is the lesser of the following:

(a) $3,500; or

(b) the actual cash value of the damaged AUTO at the time of the ACCIDENT.

The INSURED'S DUTIES AFTER ACCIDENT OR LOSS Condition is changed by adding the following:

(9) Promptly send US copies of the legal papers if a suit is brought. In addition, a person seeking coverage under paragraph b. of the definition of UNINSURED MOTOR VEHICLE must:

(a) Provide US with a copy of the complaint by personal service or certified mail if the INSURED brings an action against the owner or operator of such UNINSURED MOTOR VEHICLE.

(b) Within a reasonable time, make all pleadings and depositions available for copying by US or furnish US copies at OUR expense, and

(c) Provide US with proof that the limits of liability under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

Exhibit I - 0016

CALIFORNIA-PAGE 2-E

With respect to PROPERTY DAMAGES:

(10) Report the ACCIDENT or LOSS to US within ten business days; and

(11) Promptly send US copies of the legal papers if a suit is brought.

The OTHER INSURANCE Condition is replaced by:

(a) For BODILY INJURY sustained by an INSURED while OCCUPYING a COVERED AUTO he or she does not own, UNINSURED MOTORISTS INSURANCE does not apply if the owner of the COVERED AUTO has uninsured motorists insurance.

(b) Except as provided in paragraph (a), if an INSURED has other uninsured motorists insurance, the DAMAGES shall be deemed not to exceed the higher of the applicable limits of the respective coverages. WE will pay only OUR share of these DAMAGES. OUR share is the proportion that the limit of UNINSURED MOTORISTS INSURANCE bears to the total of the limits of all uninsured motorists insurance.

The ARBITRATION Condition is amended as follows with respect to PROPERTY DAMAGE:

If either party makes a written demand for arbitration, the disagreement will be settled by a single neutral arbitrator. The arbitration must be formally instituted by the INSURED within one year from the date of the ACCIDENT.

ACTIONS AGAINST US in the GENERAL CONDITIONS is replaced by the following:

No legal action may be brought against US under this insurance until there has been full compliance with all the terms of this policy or unless within one year from the date of the ACCIDENT:

(a) Suit for BODILY INJURY has been filed against the uninsured motorist in a court of competent jurisdiction and written notice of such suit has been given to US; or

(b) Agreement as to the amount due under this insurance has been concluded, or

(c) The INSURED has formally instituted arbitration proceedings against US.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1993
Copyright©2000 Universal Underwriters Insurance Company

Exhibit I - 0017

## TABLE OF CONTENTS

U5 - V2

This table of contents lists the major sections of this policy, including the optional endorsements available for each Coverage Part.

Declarations............................................................................................................................................  1

State Amendatory Part ........................................................................................................................  2

Table of Contents.................................................................................................................................  3

Preamble ..............................................................................................................................................  4

General Conditions...............................................................................................................................  5

Auto Inventory Physical Damage  (Coverage Part 300) ......................................................................  9

    Loss Payable Provisions — No. 001 .................................................................................  85
    Floor Plan Autos Excluded — No. 003 .............................................................................  85
    Limited Collision Coverage — No. 005...............................................................................  85
    Driveaway Collision Coverage — No. 006 .........................................................................  85
    Mobile Communications — No. 007 ....................................................................................  86
    Customer's Autos - Legal Liability — No. 008 ....................................................................  86
    Customer's Autos - Excess Insurance — No. 009 .............................................................  86
    Broadened Coverage - Other Property — No. 010 ............................................................  86
    Drive Other Autos — No. 011 ............................................................................................  86
    Transportation Collision - Motorcycles — No. 052 .............................................................  103
    Customer Rental Coverage Excluded — No. 054 ...............................................................  103
    Rental and Leasing Autos Excluded — No. 058 .................................................................  104
    Specified Perils Excluded on Floor Plan Autos — No. 071 .................................................  109
    Unnamed Perils Excluded on Floor Plan Autos — No. 072 .................................................  109
    Collision Excluded on Floor Plan Autos — No. 073 ............................................................  109
    Extended Theft Excluded on Floor Plan Autos — No. 074..................................................  109
    Demonstrator - Company Auto Redefined — No. 075 .........................................................  109
    Floor Plan Excess Insurance - No. 076 .............................................................................  109
    Wraparound Specified Perils - No. 081 ..............................................................................  113
    Wraparound Unnamed Perils - No. 082...............................................................................  113
    Wraparound Collision - No. 083...........................................................................................  114
    Wraparound Extended Theft - No. 084.................................................................................  114
    Diminished Value - No. 087 ................................................................................................  114

Difference In Conditions (Coverage Part 320)......................................................................................  15

### Exhibit I - 0018

Property  (Coverage Part 330) .............................................................................................................  22

    Loss Payable Provisions - No. 001......................................................................................  85
    Mortgage Clause — No. 012 ...............................................................................................  87
    Automatic Increase — No. 013.............................................................................................  87
    Automatic Sprinkler — No. 014 ...........................................................................................  87
    Fluctuating Value — No. 015................................................................................................  88
    Replacement Cost - Building — No.016................................................................................  88
    Glass Excluded — No. 017 ..................................................................................................  88
    Equipment Redefined To Include Glass — No. 018 .............................................................  88

©Copyright 1998 Universal Underwriters Insurance Company

Demolition Cost — No. 019 ............................................................................................ 89
Fire Liability — No. 020 ................................................................................................. 89
Completed Value Builder's Risk — No. 021 ................................................................. 90
Limit Per Employee — No. 022 ..................................................................................... 90
Accounts Receivable — No. 023 .................................................................................. 91
Business Continuation Expenses — No. 024 ............................................................... 92
Rents or Rental Value Monthly Limitation — No. 025 ................................................... 94
Watercraft Covered — No. 026 ..................................................................................... 95
Contingent Liability Excluded — No. 050 ................................................................... 102
Building Foundations Excluded — No. 053 ................................................................ 103
Blanket Limits — No. 061 ............................................................................................ 104
Additional Extra Expense — No. 068 .......................................................................... 107
Added Value - Equipment — No. 070 .......................................................................... 108
Value Protection — No. 077 ......................................................................................... 109
Replacement Cost Equipment — No. 078 ................................................................... 111
Earthquake — No. 079 ................................................................................................. 111
Business Income Continuation — No. 080 .................................................................. 111
Breakdown Excluded — No. 085 ................................................................................. 114


Crime  (Coverage Part 380) ............................................................................................. 33


Blanket Position — No. 027 .......................................................................................... 97
Personal Accounts — No. 028 ..................................................................................... 97
Increased Limits for Welfare and Pension Plans — No. 086 ....................................... 114


Garage  (Coverage Part 500) .......................................................................................... 39


Broad Form Products Excluded — No. 029 ................................................................. 97
Additional Insured - Furnished Auto — No. 031 .......................................................... 97
Additional Insured - Municipalities — No. 032 ............................................................ 97
Additional Insured - Property — No. 033 ..................................................................... 97
Drive Other Autos — No. 034 ....................................................................................... 98
Medical Payments — No. 035 ....................................................................................... 98
Limited Medical Payments — No. 036 ......................................................................... 99
Individual Medical Payments — No. 037 ..................................................................... 99
Customer Rental Coverage Excluded — No. 054 ....................................................... 103
Rental and Leasing Autos Excluded — No. 058 ......................................................... 104
Additional Insured - Furnished Auto Household Members - No. 088 .......................... 115
Standard Form MCS - 90 — No. 090 ........................................................................... 116
Auto Service Facility — No. 097 .................................................................................. 117


Uninsured Motorists (Coverage Part 530) ...................................................................... 49


Underinsured Motorists - No. 091 ............................................................................... 116
Designated Individuals - No. 092 ................................................................................ 116


Agent's Errors and Omission  (Coverage Part 550) ....................................... Exhibit I - 0019 ............. 52

©Copyright 1998 Universal Underwriters Insurance Company

Basic Auto (Coverage Part 900) ................................................................................................ 54

    Loss Payable Provisions — No. 001 ....................................................................... 85
    Mobile Communications — No. 007 ........................................................................ 86
    Auto Lessor's Liability — No. 038.......................................................................... 99
    Daily Rental Autos — No. 039............................................................................... 100
    Lower Limits for Rentees — No. 040...................................................................... 101
    Broad Form Drive Other Autos — No. 056.............................................................. 103
    Business Use Excluded — No. 057.......................................................................... 104
    Rental and Leasing Autos Excluded — No. 058 ...................................................... 104
    Rentor Only Coverage — No. 059........................................................................... 104
    Physical Damage in Mexico — No. 062 ................................................................... 105
    Stated Amount — No. 063...................................................................................... 105
    Antique Autos — No. 064....................................................................................... 105
    Standard Form MCS - 90 — No. 090 ...................................................................... 116
    All Owned Autos Insured — No. 094....................................................................... 116
    Hired And Nonowned Autos — No. 096 ................................................................... 117


General Liability (Coverage Part 950) ....................................................................................... 61

    Additional Insured — Premises — No. 041 .............................................................. 101
    Premises Medical Payments — No. 095 .................................................................. 116


Personal Umbrella (Coverage Part 970) .................................................................................... 69

Umbrella (Coverage Part 980)................................................................................................... 75

    Additional Insureds — No. 043............................................................................... 102
    Additional Insureds — Use of Other Autos — No. 049.............................................. 102
    Employer's Liability Coverage — No. 066 ............................................................... 105
    Umbrella Limits Inclusive — No. 089...................................................................... 115
    Owned Autos Excluded — No. 093 ......................................................................... 116

Exhibit I - 0020

©Copyright 1998 Universal Underwriters Insurance Company

# UNICOVER



## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### A Stock Insurance Company
### 7045 COLLEGE BOULEVARD OVERLAND PARK, KANSAS 66211-1523

# PREAMBLE

This entire document constitutes a multiple coverage insurance policy. Unless stated otherwise in a Coverage Part, each Coverage Part is made up of its provisions, plus those of the State Amendatory Part (if any), the General Conditions, and that portion of the declarations referring to the Coverage Part, including all endorsements made applicable to that Coverage Part. Each Coverage Part so constituted becomes a separate contract of insurance.

This policy is signed by OUR President and Secretary, and where required by law, by one of OUR authorized representatives.

SECRETARY                          PRESIDENT

©COPYRIGHT 1998
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

All Rights Reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means without the written permission of Universal Underwriters Insurance Company.

Exhibit I - 0021

## GENERAL CONDITIONS
## UNICOVER

WE have issued this policy based on OUR understanding of YOUR agreements, statements, and representations, and in consideration of YOUR agreement to pay the required premiums when due. By accepting this policy YOU agree that YOU have been truthful with US, and that all agreements between YOU and US are included in the policy and declarations. WE, therefore, agree with YOU as stated in this policy, its endorsements, and the declarations.

**DEFINITIONS** - Except for headings or titles, a word written in all capital letters indicates it has a specific meaning as defined in each Coverage Part. The following definitions apply to any Coverage Part where they appear:

"INSURED" means any person or organization qualifying as an INSURED in the WHO IS AN INSURED provision of the Coverage Part. Except with respect to the limit of liability, the insurance afforded applies separately to each INSURED.

"WAR" means war (whether declared or not), civil war, rebellion, insurrection, revolution, usurped power, military or warlike action (including action in hindering or defending against an actual or expected attack), or any act or condition incident to any of these.

"WE", "US", or "OUR" means Universal Underwriters Insurance Company.

"YOU" and "YOUR" means the person or organization shown in the declarations as the Named Insured.

**PREMIUM** - Named Insured 01 must pay all required premiums when due, on the basis specified in the declarations:

"Variable" - each month YOU must calculate the earned premiums by multiplying the rates (shown on the required reports of values) times the values YOU report as applicable to those rates. Together with the specific premiums shown on the report, WE must receive payment within 15 days after the end of the calendar month for which the report is to be submitted. There will be no final adjustment in the earned premium if the values reported are accurate and premiums are paid promptly when due.

"Non-variable" - each month YOU must report any required values and pay the provisional premium due each month. WE must receive this premium by the date shown in OUR billing. At the end of the policy period, after WE have received all the required reports, WE will calculate the earned premiums. If it is more than YOU paid, YOU will pay US the difference. If it is less, WE will refund the difference.

"Adjustable" - each month WE will bill YOU for a portion of the annual premium. WE must receive this premium by the date shown in OUR billing. At the end of the policy period, WE will audit YOUR records. Based on OUR findings WE will calculate the earned premiums. If it is more than YOU have paid, YOU will pay US the difference. If it is less, WE will refund the difference.

"Fixed" - each month WE will bill YOU for a portion of the annual premium for which there is no annual adjustment. WE must receive this premium by the date shown in OUR billing.

"Annual" - the entire annual premium is due upon issuance of the policy.

**PREMIUM COLLECTION** - YOU must pay OUR expenses, including attorney fees, spent to collect premium from YOU.

**INSPECTION AND AUDIT** - WE have the right, but not the duty, to inspect the insured property or operations at any time. OUR inspections are not safety inspections. They relate only to insurability and the premiums to be charged.

WE may give YOU reports on the conditions WE find and recommend changes. While they may help reduce losses, WE do not undertake to perform the duty of any person to provide for the health or safety of YOUR employees or the pub-

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0022

PAGE 5

lic. WE do not warrant the property or operation is healthful or safe, or that they conform to any rule, regulation, standard, code or law.

Any rate organization and any organization WE hire to make insurance inspections, surveys, reports or recommendations are subject to this provision.

YOU must keep accurate records and send them to US promptly upon request. WE have the right to examine and audit YOUR books and records at any time, up to three years after this policy ends.

YOU must allow US to perform any inspection or audit.

**FINANCIAL RESPONSIBILITY LAWS** - A state motor vehicle law may require an INSURED to prove future financial responsibility. If WE certify this policy as providing such proof, that INSURED must repay US for any payments WE would not have had to pay without the certification.

**CONCEALMENT OR FRAUD** - This insurance will be void if YOU willfully lie to US, conceal, or misrepresent any material facts relating to this insurance. This will apply whether the lie, concealment, or misrepresentation occurs before or after the LOSS.

**COMPLIANCE WITH CONDITIONS** - WE have no duty to provide coverage under any Coverage Part unless YOU or any other INSURED have fully complied with all Conditions applicable to that Coverage Part.

**ACTIONS AGAINST US** - No one may bring legal action against US for any reason, to recover under this policy, unless they have complied with all of its terms.

A legal action for LOSS to YOUR property must be brought within 12 months from the date YOU discover the LOSS, but no sooner than 90 days after YOU file a sworn proof of LOSS.

A legal action for liability claims cannot be brought until the amount of the INSURED'S liabil-

ity has been finally determined, either by trial or a written agreement between the claimant, the INSURED and US. Once that liability has been so determined, WE will pay up to the limit as shown in the declarations. No one can join US in taking legal action against YOU, or an INSURED, or take such actions directly against US.

OUR obligations to an INSURED remain, even if the INSURED becomes bankrupt or insolvent.

**OTHER INSURANCE** - Unless stated otherwise in a Coverage Part, WE will pay only the amount of the covered LOSS or INJURY in excess of the amount due from any other insurance, whether it is collectible or not.

**NON-STACKING OF LIMITS** - If more than one Coverage Part or policy issued by US to YOU should insure a LOSS, INJURY, OCCURRENCE, claim or SUIT, the most WE will pay is the highest limit applicable. The limit under that Coverage Part or policy will be inclusive of the lower limit in the other Coverage Part(s) or policy(s), not in addition to them.

If more than one item of insurance in the same Coverage Part should insure a LOSS, INJURY, OCCURRENCE, claim or SUIT, the most WE will pay is the highest limit applicable. The limit under that item will be inclusive of the lower limit, not in addition to it.

**SUBROGATION** - YOU and each INSURED must do all in their power to preserve their rights to recover from others. Once WE have made a payment under this policy, whether or not YOU or an INSURED are fully compensated, YOUR or an INSURED'S rights to recover from others become OUR rights.

However, with respect to LOSS to YOUR property or AUTOS, WE will not exercise OUR right of subrogation at YOUR request.

**RECOVERED PROPERTY OR AUTOS** - YOU must promptly report and return to US any property or covered AUTO YOU recover after loss settlement.

**CHANGES** - The only way this policy can be

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0023**

Edition 3-98

changed is OUR issuing an endorsement(s) or substituting the declarations. They must be signed by one of OUR representatives when required by law. Nothing else will change this policy, waive any of its terms, or stop US from asserting any of OUR rights, not even notice to or knowledge learned by one of OUR representatives.

If WE change any of the terms of this policy, which broadens or extends the coverage, this policy will automatically be broadened or extended as if it were actually endorsed, if the change:

   (a) was approved by YOUR state insurance regulatory authority, during the policy period or within 45 days before the policy became effective, and

   (b) is available to YOU without additional premiums.

**ASSIGNMENT** - No assignment of interest will affect this policy unless WE change the policy. If YOU die, however, YOUR legal representative can act on YOUR behalf. Until YOUR legal representative is appointed, anyone having proper temporary custody of YOUR property will have YOUR rights and duties but only with respect to that property.

**CANCELLATION** - Either YOU or WE can cancel this policy by notifying the other.

YOU may cancel by returning the policy or writing to US stating the future date YOU want the cancellation to be effective. Cancellation will take effect upon the return of the policy or the future date stated in YOUR written notice to US. The earned premiums will be calculated to include a short rate penalty of 10% of the estimated premium for the remainder of the policy period.

WE will not impose the penalty if YOU no longer have a financial or insurable interest in the covered property or business.

If WE cancel, a written notice of cancellation will be mailed to YOU at the address shown in the declarations. The notice will state when, not less than 10 days thereafter, the cancellation will be effective. The mailing of the notice will be suffi-

cient proof of notice. The effective date and hour of cancellation stated in the notice will become the end of the policy period. Delivery of such written notice, either by YOU or US, will be equivalent to mailing.

Notice sent to Named Insured 01 will be deemed to be notice to all INSUREDS. WE will send any pro-rata premium refund due when WE cancel to Named Insured 01.

**POLICY PERIOD** - All insurance under this policy will begin and end at 12:01 AM (Standard Time) unless it replaces, or is replaced by, a policy beginning or ending at 12:00 Noon (Standard Time). In that event, OURS will amend to coincide with that time.

This policy starts on the first date shown in Item 1 of the declarations, and ends on the second date shown there. Any coverage or property added or removed during that time, will be covered for the period shown separately in the declarations.

**POLICY TERRITORY** - Unless stated otherwise in a Coverage Part, this policy covers:

   (a) anywhere in the United States of America, its territories or possessions, or Canada;

   (b) in international waters or air spaces if the LOSS or INJURY occurs in the course of travel or transportation between countries, states or nations included in (a) above;

   (c) anywhere in the world, if the INJURY arises out of a PRODUCT YOU sold for use or consumption in (a) above.

**ARBITRATION** - If YOU and WE can't agree on the value of the property or the amount of YOUR property LOSS, either of US can demand an appraisal. Then, each will select a competent and disinterested appraiser who will, in turn, select a competent and disinterested umpire. If the appraisers can't agree on an umpire, YOU or WE may request the selection be made by a judge of a court having jurisdiction.

Each appraiser will state their appraisal of the value or LOSS. If they can't agree, they will sub-

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0024