# CRIME
## UNICOVER COVERAGE PART 380

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests and locations designated for each coverage as identified in declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

## INSURING AGREEMENTS

EMPLOYEE DISHONESTY - WE will pay for LOSS of MONEY, SECURITIES, and OTHER PROPERTY which YOU sustain resulting directly from any fraudulent or dishonest act or acts committed by an EMPLOYEE with manifest intent to:

(a) cause YOU to sustain such LOSS, and

(b) obtain financial benefit for the EMPLOY-EE, or any other person or organization intended by the EMPLOYEE to receive such benefit other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions, and other EMPLOYEE benefits earned in the normal course of employment.

LOSS FROM WITHIN THE BUILDING - WE will pay for LOSS:

(a) of MONEY and SECURITIES by the actual destruction, disappearance, or wrongful removal from the BUILDING or any BANK;

(b) of OTHER PROPERTY by SAFE BUR-GLARY, ROBBERY from the BUILDING or attempt thereat;

(c) to a locked cash drawer, cash box or cash register by illegal entry into such container within the BUILDING, wrongful removal of such container from the BUILDING or an attempt thereat of either;

(d) for damage to the BUILDING caused by (a)(b) or (c) if YOU are the owner or are liable for the damage.

LOSS OUTSIDE THE BUILDING - WE will pay for LOSS of the following:

(a) MONEY and SECURITIES by the actual destruction, disappearance or wrongful taking while being conveyed outside the BUILDING by a MESSENGER including while within the home of any MESSEN-GER;

(b) OTHER PROPERTY by ROBBERY, or attempt thereat, while being conveyed outside the BUILDING by a MESSEN-GER, including by theft within the home of any MESSENGER.

MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY - WE will pay for LOSS:

(a) If YOU accept, in good faith, any money order in exchange for merchandise, MONEY, or services, if such money order is not paid when presented;

(b) due to YOUR acceptance, in good faith, in the regular course of business, counterfeit United States or Canadian currency.

DEPOSITOR'S FORGERY - WE will pay for LOSS from YOUR BANK accounts which YOU sustain due to forgery or alteration of a negotiable instrument:

(a) made or drawn upon YOU, or by YOU or anyone acting as YOUR agent;

(b) purported to have been made or drawn as stated in (a) above.

If YOU are sued by another to enforce payment of such an instrument, believed by YOU to be forged or altered, WE will at OUR option, pay for reasonable attorney's fees, court costs, or similar legal expenses incurred and paid by YOU. These expenses will be in addition to the limit shown in the declarations.

EXTORTION - WE will pay for LOSS, away from the BUILDING, due to the surrender of MONEY,

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0050

SECURITIES, or OTHER PROPERTY as a result of a threat communicated to YOU to do bodily harm to YOU, or any of YOUR directors, trustees, executive officers, partners, EMPLOYEES or a relative or invitee of any of them who is or allegedly is being held captive.

Before such property is surrendered, the person receiving the threat must make a reasonable effort to report the extortionist's demands to an associate, the Federal Bureau of Investigation, or local law enforcement authorities.

**DEFINITIONS** - When used in this Coverage Part:

"BANK" means the interior of any building occupied by a banking institution for conducting its business, or any similar recognized place of safe deposit.

"BUILDING" means the interior of any structure shown in the declarations as applicable to this Coverage Part.

"CUSTODIAN" means any person in YOUR regular service authorized to have care and custody of YOUR property within the BUILDING.

"EMPLOYEE" means a natural person while in YOUR service (and under EMPLOYEE DISHONESTY and DEPOSITOR'S FORGERY, 30 days thereafter) during the Coverage Part period whom YOU pay a salary, wage, or commission. It also means a natural person while in YOUR service (and under EMPLOYEE DISHONESTY and DEPOSITOR'S FORGERY, 30 days thereafter) during the Coverage Part period who is employed by an employment contractor. EMPLOYEE does not mean anyone:

   (1) YOU do not have the right to control or direct as to details and means by which the result is accomplished;
   (2) who is corporate director or trustee except while performing acts within the scope of the usual duties of an EMPLOYEE;
   (3) who is an agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character;

   (4) outside the Policy Territory, except to those EMPLOYEES temporarily outside the Policy Territory for a period of not more than 90 days.

"LOSS" means loss of or damage to the property described in the Insuring Agreement during the Coverage Part period from the causes described in the Insuring Agreement. All LOSS caused by, or involving, one or more EMPLOYEES, or act or series of acts involving one or more persons will be deemed to be one LOSS. With respect to LOSS FROM WITHIN THE BUILDING and LOSS OUTSIDE THE BUILDING, all LOSS from any event or series of events will also be deemed one LOSS.

"MESSENGER" means any person who is duly authorized by YOU to have care and custody of YOUR property outside the BUILDING.

"MONEY" means currency, coins, bank notes, bullion, travelers checks, registered checks and money orders held for sale to the public.

"OTHER PROPERTY" means tangible property that has intrinsic value. It does not mean MONEY or SECURITIES.

"ROBBERY" means the felonious taking of property (other than MONEY or SECURITIES) from a MESSENGER or CUSTODIAN or from their presence without their consent by actual or constructive force or from them if they are killed or rendered unconscious.

"SAFE BURGLARY" means the felonious taking of (1) a safe from the BUILDING, or (2) property (other than MONEY or SECURITIES) from within a vault or safe that is in the BUILDING and (a) equipped with a combination lock, (b) all doors are locked and all combinations locked, and (c) there is evidence of forcible entry into the safe or vault.

"SECURITIES" means instruments or contracts representing monetary value to others who are not a party to the instrument or contract, and includes revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use, but not MONEY.

**Exhibit I - 0051**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

**EXCLUSIONS** - WE will not pay for LOSS:

(a) under EMPLOYEE DISHONESTY or DEPOSITOR'S FORGERY, due to any fraudulent, dishonest, or criminal act committed by or involving any sole proprietor, partner, or anyone who owns the majority of stock or an amount equal to the largest amount owned by any other stockholder;

(b) under LOSS FROM WITHIN THE BUILDING and LOSS OUTSIDE THE BUILDING, due to any fraudulent, dishonest, or criminal act committed by or involving an owner, officer, partner, director, trustee, EMPLOYEE, or authorized representative, whether working or not. This exclusion does not apply to SAFE BURGLARY or ROBBERY or attempts thereat by other than YOU or YOUR partner;

(c) of MONEY contained in any money operated device unless the amount of MONEY within is recorded by a continuous recording instrument in the device;

(d) due to (1) the giving or surrendering of MONEY or SECURITIES in any exchange or purchase, or (2) accounting or arithmetical errors or omissions;

(e) by fire. This exclusion does not apply to MONEY or SECURITIES;

(f) due to radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, or their consequences;

(g) due to WAR;

(h) of manuscripts, books of accounts, or records;

(i) under EMPLOYEE DISHONESTY, to that part of any LOSS, dependent upon an inventory computation or a profit and loss computation;

(j) due to the surrender of MONEY, SECURITIES or other property away from the BUILDING as a result of a threat to do (1) bodily harm to any person or (2) damage to the BUILDING or property owned by YOU or in YOUR care, custody, or control.

This exclusion does not apply under LOSS OUTSIDE THE BUILDING, while being conveyed by a MESSENGER when there was no knowledge by YOU of such a threat at the time such MONEY, SECURITIES, or other property was surrendered to the MESSENGER, or EXTORTION, with respect to bodily harm to any person;

(k) that is an indirect result of any act or LOSS, including but not limited to:

(i) business interruption or loss of use of the MONEY, SECURITIES, or OTHER PROPERTY;
(ii) costs, fees or other expenses incurred by YOU, unless authorized by US;

(l) except with respect to DEPOSITOR'S FORGERY, due to legal expenses related to any legal action;

(m) resulting from confiscation or destruction by order of governmental authority;

(n) under LOSS FROM WITHIN THE BUILDING and LOSS OUTSIDE THE BUILDING, to or of any motor vehicles, trailers or semitrailers or equipment and accessories attached to them;

(o) that is the result of any contract or agreement, including but not limited to recourse agreements, in which YOU agree to be liable.

**WHO IS AN INSURED** - With respect to LOSS insured under this Coverage Part, only YOU.

**JOINT INSURED** - If YOU consist of more than one named person or organization, the first named will represent all of them for the purposes of this Coverage Part. Knowledge possessed or discovery made by any of them, or a director, partner or officer, will constitute knowledge possessed or discovery made by all of them.

If insurance is cancelled as to any EMPLOYEE the cancellation applies to all named persons or

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0052

PAGE 35

organizations. If this Coverage Part or any Insuring Agreement is cancelled or terminated as to any person or organization included in YOU, LOSS will be covered for them only if discovered not later than one year from the date of the cancellation or termination.

OUR payment of LOSS to the first named person or organization constitutes payment to all named persons or organizations included in YOU. If the first named person or organization is no longer covered, the next named insured will become the first named insured.

**NEWLY ACQUIRED OR FORMED ORGANIZA-TIONS** - If YOU acquire or form another organization whose business is the same as YOURS, the coverages shown in the Declarations will apply to that organization as of the date of the acquisition or forming. YOU must pay any additional premiums due. This extension will end the earliest of:

    (1) 90 days from the date of acquisition or forming;

    (2) the date YOU report the acquisition or forming to US;

    (3) the expiration of this Coverage Part.

**OWNERSHIP-INTERESTS COVERED** - The insured property may be owned by YOU, held by YOU (whether or not YOU are legally liable for LOSS) or may be property for which YOU are legally liable for LOSS. However, this insurance is for YOUR benefit only and provides no rights or benefit to any other person or organization.

**DISCOVERY** - LOSS is covered only if discovered not later than one year from the end of the Coverage Part period. With respect to EXTORTION the threat to do bodily harm must be initially communicated to YOU during the Coverage Part period.

**THE MOST WE WILL PAY** - LOSS payment will not reduce OUR liability for other LOSSES. The most WE will pay for any one LOSS is the least of the following:

    (1) the amount of the LOSS determined

under the VALUATION Condition;

    (2) with respect to LOSS FROM WITHIN THE BUILDING, $500 while the BUILDING is closed for business and MONEY or SECURITIES are not locked in the receptacle shown in the declarations or there is no receptacle shown in the declarations.

      This limitation is increased to the limit stated in the declarations or $5,000 (whichever is less) when there is evidence of forced entry to the BUILDING;

    (3) the limit of liability shown in the declarations.

      Regardless of the number of years this Coverage Part continues in force, the limit stated in the declarations is not cumulative from one period to another, or from one year to another.

**OVERLAPPING INSURANCE** - If a LOSS occurs partly during this Coverage Part period and partly under previous insurance WE issued to YOU (or YOUR predecessor in interest) that is no longer in effect, the most WE will pay is the largest amount recoverable under this or such previous insurance.

**LOSS UNDER PRIOR BOND OR INSURANCE** - If YOU (or YOUR predecessor in interest) had continuous similar insurance that is no longer in effect, LOSS (to the extent it is not insured by the prior insurance solely because the discovery period of that insurance had lapsed) will be deemed to have occurred on the first day of this Coverage Part period. Provided, however:

    (a) this insurance became effective at the time of cancellation or termination of the prior insurance or bond;

    (b) the LOSS would have been covered had this insurance been in effect when the acts or events causing the LOSS took place;

    (c) there is no lapse in coverage between the time when the acts or events causing the LOSS took place and the date of discovery;

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0053**

Edition 3-98

(d) this extension is part of and not in addition to the limit stated in the declarations. LOSS recovery is limited to the lesser of the amounts recoverable under:

(1) this insurance had it been in force at the time the acts or events took place;
(2) the prior bond or insurance had it continued in force until the discovery of the LOSS.

**OTHER INSURANCE** - This insurance does not apply to LOSS recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the LOSS, this insurance will apply to that part of the LOSS, other than that falling within any deductible amount, not recovered or recoverable under the other insurance or indemnity. If a LOSS is covered under both EMPLOYEE DISHONESTY and DEPOSITOR'S FORGERY issued by US, DEPOSITOR'S FORGERY is primary.

**DEDUCTIBLE** - WE will not pay for LOSS unless it exceeds the deductible stated in the declarations. Otherwise, WE will pay the amount of the LOSS in excess of the deductible, up to the limit stated in the declarations. If more than one deductible could apply to a LOSS, WE will apply only the highest deductible.

**VALUATION - HOW WE WILL PAY** - Subject to the MOST WE WILL PAY:

SECURITIES will be valued (except for EXTORTION) at their actual cash value at the close of the last business day before the LOSS was discovered. With respect to EXTORTION they will be valued for no more than the actual cash value on the day they were surrendered.

With respect to other property held by YOU as a pledge or collateral on an advance or loan, the value will be the actual cash value of the property as determined by YOU at the time the advance or loan was made. If the value was not a part of YOUR records, then WE will pay the unpaid part of the advance or loan, plus accrued interest at legal rates.

WE may settle any LOSS with the owner of the property. Any property for which WE have made indemnification will become OURS. At OUR option, WE may pay for, repair, or replace the property.

WE may, at OUR option:

(a) pay the value of such SECURITIES or replace them in kind, in which event YOU must assign to US all YOUR rights, title and interest in and to those SECURITIES;

(b) pay any Lost Securities Bond required in connection with issuing duplicates of the SECURITIES. HOWEVER, WE will not pay more than the cost of such a bond with a penalty of the value of the SECURITIES or the limit of insurance, whichever is less.

MONEY will be valued at its face value.

OTHER PROPERTY will be valued at the least of the following:

(a) this actual cash value at the time of LOSS (for EXTORTION this is the actual cash value at the time it was surrendered);
(b) the actual cost to repair with like kind and quality;
(c) the actual cost to replace with like kind and quality.

WE may, at OUR option, pay the actual cash value of the property or repair or replace it either with YOU or the owner of the property. Any property replaced or paid for will become OUR property.

**RECOVERIES** - If YOU sustain a LOSS which exceeds the limit, YOU are entitled to all recoveries until YOU are fully reimbursed, less the expense of collecting them. Any remainder is OURS. Recoveries do not include those from suretyship, insurance, reinsurance, security or indemnification taken by or for OUR benefit or from recoveries of original SECURITIES after duplicates of them have been issued. YOU must

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0054**

notify US promptly of any recovery YOU make.

**PRIOR FRAUD, DISHONESTY or CANCELLA-
TION** - EMPLOYEE DISHONESTY insurance
does not apply to any EMPLOYEE:

(a) from the moment YOU or any of YOUR
partners or officers (not in collusion with
such EMPLOYEE) knows or hears of any
fraudulent or dishonest act committed by
the EMPLOYEE, whether or not in YOUR
service at the time of the act;

(b) who has been cancelled, excluded, or
deleted from any prior fidelity insurance
and was not reinstated in such insurance
before this insurance became effective;

(c) shown in the declarations as excluded.

**CANCELLATION AS TO ANY EMPLOYEE -**
Coverage under EMPLOYEE DISHONESTY is
cancelled as to any EMPLOYEE:

(a) immediately upon discovery by YOU, or
any partner, director or officer (not in col-
lusion with the EMPLOYEE) of any fraud-
ulent or dishonest act by such EMPLOY-
EE;

(b) as specified in any written notice of such
cancellation WE send YOU in compliance
with the General Conditions of this policy.

**LOSS CAUSED BY UNIDENTIFIED EMPLOY-
EE** - Coverage under EMPLOYEE DISHON-
ESTY will apply (subject to Exclusion (i) ) even if
YOU cannot prove a specific EMPLOYEE(S)
caused the LOSS. The evidence YOU submit,
however, must reasonably prove the LOSS was
caused by a fraudulent or dishonest act commit-
ted by an EMPLOYEE.

**YOUR DUTIES AFTER LOSS** - When YOU learn
of or discover a LOSS, or what YOU believe to
be a LOSS, YOU must:

(1) notify US as soon as possible;

(2) submit a detailed sworn proof of LOSS to

US, fully documenting YOUR claim, within
four months of the discovery of the LOSS.
Because a claim under this Coverage
Part necessarily involves YOUR accusa-
tion of wrongdoing by another, WE cannot
assist YOU in proving the LOSS. Under
DEPOSITOR'S FORGERY, YOUR sworn
proof of LOSS must include all instru-
ments on which YOU base the claim. If
YOU can't produce them, WE will expect
an affidavit from YOU, or the BANK
where deposited, stating the amount and
cause of LOSS;

(3) submit to examination under oath at OUR
request and give US a signed statement
of YOUR answers;

(4) permit US to inspect all pertinent records
whenever and wherever WE require and
furnish a complete inventory of all proper-
ty not stolen or damaged;

(5) notify police, except under EMPLOYEE
DISHONESTY and DEPOSITOR'S
FORGERY, if YOU have reason to believe
the LOSS involves a violation of law;

(6) cooperate and assist US in the investiga-
tion and settlement of any claim or LOSS.

**POLICY TERRITORY** - This insurance covers
only those acts committed or events occurring
within the continental United States, Virgin
Islands, Puerto Rico, or Canada. With respect to
EXTORTION, the actual or alleged captivity must
take place within this territory. With respect to
DEPOSITOR'S FORGERY, this insurance
applies anywhere in the world.

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0055

Edition 3-98

## GARAGE
## UNICOVER COVERAGE PART 500

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests and locations designated for each coverage as identified in declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

**INSURING AGREEMENT** - WE will pay all sums the INSURED legally must pay as DAMAGES (including punitive DAMAGES where insurable by law) because of INJURY to which this insurance applies caused by an OCCURRENCE arising out of GARAGE OPERATIONS or AUTO HAZARD.

WE will pay all sums the INSURED legally must pay because of COVERED POLLUTION DAMAGES to which this insurance applies caused by an OCCURRENCE arising out of GARAGE OPERATIONS or AUTO HAZARD.

WE will pay all sums the INSURED legally must pay as DAMAGES (including punitive DAMAGES where insurable by law) because of STATUTE AND TITLE E&O when such insurance is included in the declarations.

WE have the right and duty to defend any SUIT asking for these DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.

WE have no right or duty to defend SUITS for DAMAGES not covered by or declared for this Coverage Part.

WE will pay all defense costs actually incurred to defend any SUIT asking for CUSTOMER COMPLAINT DEFENSE and EMPLOYMENT RELATED DEFENSE when such insurance is included in the declarations. WE may investigate and, at OUR option, settle any such SUIT. If WE settle a SUIT the settlement will be at OUR expense except for the applicable deductible. Otherwise, all court costs, settlements and DAMAGES assessed against YOU will be at YOUR expense.

**DEFINITIONS** - When used in this Coverage Part:

"ADMINISTRATION" means (a) interpreting for or giving counsel to employees, (b) handling records, and (c) effecting enrollment, termination or cancellation of employees, all under YOUR employee benefits programs when such acts are authorized by YOU.

"AUTO" means a land motor vehicle, trailer or semi-trailer, other land equipment capable of moving under its own power, equipment for use with it, and animal drawn equipment.

"AUTO HAZARD" means the ownership, maintenance, or use of any AUTO YOU own or which is in YOUR care, custody or control and:

(1) used for the purpose of GARAGE OPERATIONS;
(2) used principally in GARAGE OPERATIONS with occasional use for other business or nonbusiness purposes;
(3) furnished for the use of any person or organization.

"CONTRACT DRIVERS" means any person or organization using an AUTO covered by this Coverage Part within the scope of YOUR permission while under contract to YOU to drive that AUTO to a location YOU specify.

"COVERED POLLUTION DAMAGES" means those POLLUTION DAMAGES not otherwise excluded which occur away from premises owned or operated by YOU, arising from:

(1) YOUR PRODUCT or WORK;
(2) POLLUTANTS while being transported on a covered AUTO by YOU;
(3) fuel or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged or released

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0056**

directly from an AUTO part designed by the manufacturer to hold, store, receive or dispose of such POLLUTANTS;

(4) POLLUTANTS, not in or upon a covered AUTO, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO and are the direct result of such upset, overturn or damage.

"CUSTOMER COMPLAINT DEFENSE" means any SUIT filed against YOU during the Coverage Part period by or on behalf of a customer arising out of the sale, lease, rental, service or repair of YOUR PRODUCT, other than as a direct result of an OCCURRENCE or as defined in STATUTE AND TITLE E&O.

"CUSTOMER'S AUTO" means an AUTO not owned by YOU but in YOUR care, custody or control for safekeeping, storage, service or repair.

"DAMAGES" means amounts awardable by a court of law.  With respect to INJURY Group 6, DAMAGES also means amounts awardable by administrative agencies.  DAMAGES does not mean civil penalties, fines or assessments.

"DISCRIMINATION" means violation of any statute prohibiting unequal treatment of protected classes, including reverse discrimination, and harassment arising therefrom.

"EMPLOYMENT RELATED DEFENSE" means any SUIT filed against YOU during the Coverage Part period by or on behalf of an employee arising out of YOUR employment practices, including wrongful termination, other than as a result of an OCCURRENCE or as would be covered by a Workers Compensation or Employers Liability Policy.

"GARAGE OPERATIONS" means the ownership, maintenance or use of that portion of any premises where YOU conduct YOUR AUTO business and all other operations necessary or incidental thereto.

"HAULAWAY" means a conveyance designed solely for use in transporting four or more four-wheeled motor vehicles.

"INJURY" means, with respect to:

Group 1--bodily injury, sickness, disease or disability (including death resulting from any of these) or damage to or loss of use of tangible property;

Group 2--mental anguish, mental injury, fright, shock, or humiliation, except when arising from DISCRIMINATION;

Group 3--false arrest, false imprisonment, wrongful eviction, wrongful detention, malicious prosecution, abuse of process, libel, slander, defamation of character, private nuisance (except pollution), invasion of rights of privacy or possession of personal property;

Group 4--plagiarism, misappropriation of advertising ideas or style, infringement of copyright, title, slogan or trademark;

Group 5--any error or omission in the ADMINISTRATION of YOUR profit sharing, pension or employee stock subscription plans or YOUR group life, group hospitalization or major medical, group accident  and health, Worker's Compensation, unemployment, social security or disability benefits insurance;

Group 6-- DISCRIMINATION.

"INSURED CONTRACT" means any of the following, if such contract or agreement is executed prior to the OCCURRENCE:

(1) a lease of premises, elevator maintenance agreement, sidetrack agreement;
(2) a license agreement in connection with vehicle or pedestrian private crossings at grade, any easement agreement except in connection with construction or demolition operations within 50 feet of a railroad;
(3) an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;
(4) that part of any contract or agreement by

Exhibit I - 0057

©Copyright 1998 Universal Underwriters Insurance Company

YOU, YOUR partners, executive officers, stockholders, directors, or employees pertaining to the rental or lease of AUTOS to them for use in YOUR GARAGE OPERATIONS. This does not apply to damage to such AUTO;

(5) any written contract or agreement in which YOU agree to indemnify or hold harmless any manufacturer, distributor or importer of AUTOS or watercraft with respect to YOUR use, repair, or servicing of AUTOS or watercraft;

(6) that part of any other contract or agreement pertaining to AUTO HAZARD or GARAGE OPERATIONS (including an indemnification of a municipality in connection with work performed for a municipality) under which YOU assume the tort liability of another. However, this does not include that part of any contract or agreement that indemnifies an architect, engineer or surveyor for INJURY arising out of:

(a) preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(b) giving directions or instructions, or failing to give them, if that is the primary cause of the INJURY.

"OCCURRENCE", with respect to COVERED POLLUTION DAMAGES, INJURY Groups 1 and 2 means an accident, including continuous or repeated exposure to conditions, which results in such INJURY or COVERED POLLUTION DAMAGES during the Coverage Part period neither intended nor expected from the standpoint of a reasonably prudent person.

With respect to INJURY Groups 3, 4, 5 and 6, OCCURRENCE means acts of the INSURED during the Coverage Part period which result in such INJURY.

All INJURY or COVERED POLLUTION DAMAGES arising out of continuous or repeated exposure to substantially the same general conditions will be considered as arising out of one OCCURRENCE.

"POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes (but is not limited to) materials to be recycled, reconditioned, or reclaimed.

"POLLUTION DAMAGES" means any cost or expense arising out of a request, demand, order, claim or SUIT by or on behalf of a governmental authority demanding that the INSURED test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS.

"PRODUCT" means the goods or products YOU make, sell, service, or repair in GARAGE OPERATIONS.

"STATUTE AND TITLE E&O" means any claim or SUIT filed against YOU, other than as a result of an OCCURRENCE or CUSTOMER COMPLAINT DEFENSE, by or on behalf of:

(a) a customer arising out of GARAGE OPERATIONS, because of an alleged violation during the Coverage Part period, of any federal, state or local:

(1) odometer law;
(2) truth-in-lending or truth-in-leasing law;
(3) auto damage disclosure law;
(4) competitive auto parts law;
(5) used car "Buyers Guide", including federal regulation 455;

(b) any person or organization who has suffered a financial loss due to the failure of YOUR employee, to properly specify during the Coverage Part period, the name of the security interest or "legal owner" on auto title papers.

Part (b) does not apply unless the purchaser sells or transfers title to such auto.

"SUIT" means a civil action for DAMAGES,

Exhibit I - 0058

©Copyright 1998 Universal Underwriters Insurance Company

including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean administrative actions (except under INJURY Group 6 and EMPLOYMENT RELATED DEFENSE) or equitable actions.

"WORK" means work or operations YOU perform or work someone else performed for YOU and includes materials, parts, or equipment furnished with such work or operations.

**WHO IS AN INSURED** - With respect to GARAGE OPERATIONS (other than the AUTO HAZARD), CUSTOMER COMPLAINT DEFENSE or STATUTE AND TITLE E&O:

    (1) YOU;

    (2) YOUR spouse, if YOU are a sole proprietorship;

    (3) Any of YOUR partners and their spouses, paid employees, directors, executive officers, stockholders, while acting within the scope of their duties as such.

With respect to the AUTO HAZARD:

    (1) YOU;

    (2) Any of YOUR partners, paid employees, directors, stockholders, executive officers, a member of their household or a member of YOUR household, while using an AUTO covered by this Coverage Part, or when legally responsible for its use. The actual use of the AUTO must be by YOU or within the scope of YOUR permission;

    (3) any CONTRACT DRIVER;

    (4) Any other person or organization required by law to be an INSURED while using an AUTO covered by this Coverage Part within the scope of YOUR permission.

With respect to CUSTOMER COMPLAINT DEFENSE and STATUTE AND TITLE E&O:

    (1) YOU;

    (2) YOUR spouse, if YOU are a sole proprietorship;

    (3) Any of YOUR partners and their spouses, directors, executive officers, and stockholders, while acting within the scope of their duties as such.

**WHO IS NOT AN INSURED** - With respect to the AUTO HAZARD, any INSURED (except YOU) with respect to an AUTO owned by them.

Any partnership or joint venture unless the partnership or joint venture is shown in the declarations as a Named Insured. This does not apply to any joint venture, of which YOU are a part, with respect to any coverage afforded YOU by Group 4 of the definition of INJURY.

**EXCLUSIONS** - This insurance does not apply to:

(a) INJURY, EMPLOYMENT RELATED DEFENSE, COVERED POLLUTION DAMAGES, CUSTOMER COMPLAINT DEFENSE or STATUTE AND TITLE E&O, if caused by any dishonest, fraudulent or criminal acts committed by any INSURED;

(b) any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property;

(c) INJURY as defined in Group 1 and 2 to any employees of the INSURED arising out of and in the course of their employment by or on behalf of the INSURED:

    (1) for which the INSURED may be held liable as an employer or in any other capacity;

    (2) any obligation of the INSURED to indemnify or contribute with another because of such INJURY;

    (3) to any INJURY sustained by any relative

**Exhibit I - 0059**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

of the employee as a consequence of the INJURY to such employee.

This exclusion does not apply:

   (i) under Part (1), to domestic employees of the INSURED not entitled to Workers' Compensation benefits;

   (ii) under Part (2), to any contract excepted in Exclusion (d);

   (iii) to damage to or loss of use of tangible property owned by such employee;

   (iv) to INJURY, as defined in Group 1, to any of YOUR employees with respect to any claim made or SUIT filed against them by another of YOUR employees because of an OCCURRENCE arising out of and in the course of their employment by YOU.

(d) liability assumed under any contract or agreement. This exclusion does not apply to an INSURED CONTRACT under:

   (1) INJURY Groups 1, 2 and 3;

   (2) INJURY Groups 4, 5 or 6 with respect to YOUR negligent acts;

but in any event for no more coverage than is afforded the INSURED;

(e) any claim made or SUIT arising out of any manufacturer's warranty, extended warranty, extended service agreement, or mechanical breakdown agreement;

(f) INJURY, COVERED POLLUTION DAMAGES or CUSTOMER COMPLAINT DEFENSE arising out of the ownership, maintenance, repair, use, loading or unloading of any aircraft, or arising out of the manufacture, storage, sale, handling, or distribution of aircraft, aircraft engines, or aircraft parts;

(g) INJURY or POLLUTION DAMAGES arising out of the actual, alleged, or threatened discharge, dispersal, release, migration, seepage or escape of POLLUTANTS:

   (1) that are or that are contained in any property that is:

      (i) being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO;

      (ii) being moved from the covered AUTO to the place where such property or POLLUTANTS are finally delivered, disposed of or abandoned by the INSURED;

      (iii) being transported or towed by the covered AUTO;

      (iv) otherwise in the course of transit;

      (v) being stored, disposed of, treated or processed in or upon the covered AUTO;

Parts (1), (i) (ii) and (iii) apply only to POLLUTANTS or POLLUTANTS contained in property being transported or towed by, handled for movement into, onto or from an AUTO by others for YOU;

   (2) at or from premises owned, rented or occupied by an INSURED;

   (3) at or from any site or location used by or for any INSURED or others for the handling, storage, disposal, processing or treatment of waste;

   (4) at or from any site or location on which any INSURED or any contractors or subcontractors working directly or indirectly on an INSURED'S behalf are performing operations:

      (i) to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the POLLUTANTS;

      (ii) if the POLLUTANTS are brought on or to the site in connection with such operations;

   (5) which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any INSURED or any person or organization for whom the INSURED may be legally responsible.

This exclusion does not apply to INJURY caused by heat, smoke or fumes from a hos-

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0060
PAGE 43

tile fire.  A "hostile fire" is one that becomes uncontrollable or breaks out from where it was intended to be.

Paragraphs (1)(v) and (2) through (5) do not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLUTANTS that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

Paragraph (2) does not apply to airborne paint overspray.

Paragraphs (2) through (5) do not apply to POLLUTANTS not in or upon the covered AUTO if:

1. the POLLUTANTS or any property in which the POLLUTANTS are contained are upset, overturned or damaged as a result of the maintenance or use of the covered AUTO,

2. the discharge, dispersal, release or escape of the POLLUTANTS is caused directly by such upset, overturn or damage, and

3. the INJURY is not otherwise excluded under Paragraph (1) of this exclusion.

(h) INJURY or COVERED POLLUTION DAMAGES arising out of YOUR business of serving, manufacturing, distributing or selling alcoholic beverages;

(i) INJURY or COVERED POLLUTION DAMAGES arising out of the ownership, use, loading or unloading of any;

(1) AUTO, while:

  (i)  being used as a HAULAWAY;
  (ii) operated in, or in practice or preparation for any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;

(iii) leased or rented by YOU to others, except to:

  (1) YOUR partners, paid employees, directors, stockholders, or executive officers for use principally in GARAGE OPERATIONS and AUTO HAZARD;
  (2) YOUR customers for a term of two months or less when it temporarily replaces the CUSTOMER'S AUTO, or when the customer is awaiting delivery of any AUTO purchased from YOU.

  Exceptions (1) and (2) do not apply to (i) an AUTO owned by any AUTO manufacturer or any of its subsidiaries or affiliated companies nor to (ii) an AUTO owned by YOU and used in connection with any leasing or rental operation for an AUTO manufacturer, its subsidiaries or affiliated companies.

(iv) being used as a taxi cab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier or for carrying property for a charge;
(v) being used to transport explosives, gasoline, liquefied petroleum gas or other volatile petroleum products;

  Exclusion (iv) and (v) do not apply when the excluded class or operation constitutes a minor and incidental part of GARAGE OPERATIONS.

(2) Watercraft:

  (i)   over 35 feet in length;
  (ii)  when used for nonbusiness purposes by any INSURED, regardless of length;
  (iii) when rented or leased to others;
  (iv)  while afloat over 50 nautical miles from the coastal shoreline of the 48 contiguous United States, the District of Columbia, or Canada;
  (v)   operated in, or in practice or preparation for any prearranged or organized

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0061**

Edition 3-98

race, rally, speed, or competitive contest or stunting activity;

(j) INJURY or COVERED POLLUTION DAMAGES to:

   (1) personal property, including AUTOS, owned by, rented or leased to, used by, in the care, custody or control of, or being transported by the INSURED. This does not apply, with respect to INJURY, to liability assumed by YOU under a written sidetrack agreement with respect to property used by YOU or in YOUR care, custody or control;

   (2) real property owned by, rented or leased to, used by, or in the care, custody, or control of the INSURED, except, with respect to INJURY;

     (i) to real property not owned by YOU caused by an AUTO operated by an INSURED;
     (ii) to liability assumed by YOU under a written sidetrack agreement, with respect to property used by YOU or in YOUR care, custody or control;

(k) loss of use of property not physically damaged, if caused by:

   (1) YOUR delay or failure in performing any agreement or contract;
   (2) the failure of YOUR PRODUCT or YOUR WORK to meet the quality warranted or the level of performance represented;

(l) INJURY, COVERED POLLUTION DAMAGES or CUSTOMER COMPLAINT DEFENSE claimed because of the recall of YOUR PRODUCTS or YOUR WORK, or other property of which they form a part, due to a known or suspected defect or deficiency they contain;

(m) INJURY, as defined in Groups 3 and 4 if the

first injurious offense was committed prior to the Coverage part period;

(n) INJURY, as defined in Group 5, if caused by:

   (1) failure of performance by any insurer or self insurer;
   (2) an INSURED'S failure to comply with any Workers' Compensation, unemployment insurance, Social Security or disability benefits law or similar laws;
   (3) failure of investments or assets to perform as represented by an INSURED;
   (4) advice given by an INSURED to an employee to participate or not to participate in stock subscription plans;
   (5) failure of any Employee Benefits program, for any reason;
   (6) the investment or non-investment of funds;
   (7) violation of the duties, obligations or responsibilities imposed by the Employee Retirement Income Security Act of 1974 (ERISA), its amendments, or any similar local, state or federal law. This exclusion also applies to all remedies under the Consolidated Omnibus Budget Reconciliation Act (COBRA) except to benefits due an employee prescribed by the act;

(o) INJURY, COVERED POLLUTION DAMAGES, CUSTOMER COMPLAINT DEFENSE, EMPLOYMENT RELATED DEFENSE or STATUTE AND TITLE E&O arising out of an INSURED'S activities as an insurance agent, broker or consultant;

(p) radioactive contamination or the explosion or malfunction of a nuclear weapon, device or facility, or their consequences.

**THE MOST WE WILL PAY** - Regardless of the number of INSUREDS or AUTOS insured or premiums charged by this Coverage Part, persons or organizations who sustain INJURY or COVERED POLLUTION DAMAGES, claims made or SUITS brought, the most WE will pay is:

(1) With respect to GARAGE OPERATIONS and

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0062

AUTO HAZARD, the limit shown in the declarations, for any one OCCURRENCE.

With respect to liability assumed under a contract or agreement, WE will pay no more than the amount required by such contract or agreement, or the limit shown in the declarations, whichever is less.

With respect to the AUTO HAZARD part (3) of WHO IS AN INSURED, the most WE will pay is that portion of such limits needed to comply with the minimum limits provision law in the jurisdiction where the OCCURRENCE took place. When there is other insurance applicable, WE will pay only the amount needed to comply with such minimum limits after such other insurance has been exhausted.

With respect to the AUTO HAZARD part (4) of WHO IS AN INSURED, the most WE will pay is that portion of such limit needed to comply with the minimum limits provision law in the jurisdiction where the OCCURRENCE took place. When there is other insurance applicable, WE will pay only the amount needed to comply with such minimum limits after such other insurance has been exhausted;

(2) With respect to STATUTE AND TITLE E&O, the annual aggregate limit shown in the declarations for the sum of all DAMAGES and settlements involving STATUTE AND TITLE E&O;

(3) With respect to CUSTOMER COMPLAINT DEFENSE and EMPLOYMENT RELATED DEFENSE, the limit per SUIT stated in the declarations for such coverage, in defense costs for any one SUIT, but not for more than the annual aggregate limit in the declarations for all such defense costs during the Coverage Part period.

Any settlement made by US under CUSTOMER COMPLAINT DEFENSE or EMPLOYMENT RELATED DEFENSE will be included in the limit per SUIT and the annual aggregate limit shown in the declarations.

OUR obligation to pay under CUSTOMER COMPLAINT DEFENSE will cease when the manufacturer assumes defense of such SUITS or claims made against an INSURED.

**DEDUCTIBLES** - From the amounts payable for INJURY, other than Group 6, WE will deduct the amount shown in the declarations from each OCCURRENCE. As shown in the declarations:

"Work" means INJURY to AUTOS arising out of YOUR WORK.

"Products" means INJURY to YOUR PRODUCTS if caused by a defect existing in YOUR PRODUCT at the time possession was relinquished to the purchaser.

"Premises" means INJURY to real property not owned by YOU, but in YOUR care, custody, or control.

From the amounts payable for DAMAGES, settlements and defense costs for INJURY Group 6, WE will deduct the percentage shown in the declarations for each SUIT or claim filed against YOU. The most WE will deduct for all DAMAGES, settlements and defense costs for each claim or SUIT is that percentage times the limit shown in the declarations.

From the amounts payable for DAMAGES, settlements and defense costs for STATUTE AND TITLE E&O, WE will deduct the amount shown in the declarations for each SUIT or claim filed against YOU.

From the amounts payable for settlements and defense for CUSTOMER COMPLAINT DEFENSE and EMPLOYMENT RELATED DEFENSE, WE will deduct the amount shown in the declarations for each SUIT filed against YOU.

**WE WILL ALSO PAY** - In addition to our limits for INJURY, COVERED POLLUTION DAMAGES and STATUTE AND TITLE E&O, WE will also pay:

    (a) all costs and expenses in defending an INSURED, and interest on that part of

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0063**

Edition 3-98

the judgment covered by this Coverage Part within OUR limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit;

(b) premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a SUIT WE defend, but only for bond amounts within OUR limits. Also, up to $250 for the cost of bail bonds required because of an OCCUR-RENCE, including related traffic law violations. WE do not have to furnish or secure these bonds;

(c) expenses YOU incur for first aid to anyone injured in an OCCURRENCE covered by this Coverage Part;

(d) up to $100 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request;

(e) other reasonable expenses incurred at OUR request.

**INSURED'S DUTIES AFTER INJURY, COV-ERED POLLUTION DAMAGES, OCCUR-RENCE, CLAIM OR SUIT** - If there is an OCCURRENCE, the INSURED is sued, or a claim is made against an INSURED:

(1) YOU must report this to US as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and address of persons involved, injured and any witnesses;

(2) Each INSURED must promptly send US all documents, if they are sued or if claim is made against them. If a dispute arises as to whether an INSURED mailed, or WE received, notice of a claim or SUIT, only a certified mailing receipt will be proof of mailing;

(3) Each INSURED must cooperate and assist US in the investigation, settlement,

defense, enforcement of contribution or indemnification. The INSURED may not, except at their own expense, make any offer or payment, assume any obligation or incur any expense unless otherwise permitted in this Coverage Part.

**LIMITED WORLDWIDE LIABILITY EXTENSION** - With respect to INJURY, the POLICY TERRITO-RY is extended to anywhere in the world when caused by an INSURED who permanently lives in the United States of America, its possessions, or Canada but only while temporarily outside those places. This extension does not apply to watercraft.

**NEWLY ACQUIRED GARAGE OPERATIONS EXTENSION** - The insurance afforded by this Coverage Part is extended to include as a named insured any GARAGE OPERATION acquired or formed by YOU and which YOU maintain ownership or in which the majority interest is the same as YOU. This extension ends the earlier of 90 days from (a) the date of acquisition or formation or (b) the date YOU report the newly acquired or formed GARAGE OPERATION to US. YOU must pay any additional premiums due. This extension does not apply to a GARAGE OPERA-TION:

(1) that is a joint venture;

(2) that is an insured under any other liability or indemnity policy;

(3) that has exhausted its limit of insurance under any other liability policy.

**OUT OF STATE EXTENSION** - While an AUTO or watercraft insured by this Coverage Part is away from the state where YOU conduct GARAGE OPERATIONS, WE will:

(1) Increase this Coverage Part limits to meet those specified by any compulsory or financial responsibility law in the jurisdiction where the AUTO or watercraft is being used;

(2) Provide the minimum amounts and types of other coverages, such as "No Fault",

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0064**

required of out-of-state AUTOS or watercraft by the jurisdiction where the AUTO or watercraft is being used.

WE will not pay anyone more than once for the same elements of INJURY because of these extensions.

**PRIOR ACTS EXTENSION** - Coverage is extended to apply to SUITS or claims for STATUTE AND TITLE E&O filed during the Coverage Part period which arise from acts which took place prior to that period. The insurance provided by this extension is part of and not in addition to the limit shown in the declarations.

**OTHER INSURANCE** - The insurance afforded by this Coverage Part is primary, except it is excess:

(1) for COVERED POLLUTION DAMAGES,

CUSTOMER COMPLAINT DEFENSE, EMPLOYMENT RELATED DEFENSE and STATUTE AND TITLE E&O;

(2) for any person or organization under part (3) or (4) of WHO IS AN INSURED with respect to the AUTO HAZARD;

(3) under the AUTO HAZARD, for any AUTO owned by a manufacturer and more specifically insured;

(4) under the LIMITED WORLDWIDE LIABILITY EXTENSION.

If WE pay STATUTE AND TITLE E&O where other insurance may be available to YOU, WE have the right to seek reimbursement from the other insurance coverages.

Exhibit I - 0065

©Copyright 1998 Universal Underwriters Insurance Company

## UNINSURED MOTORISTS
## UNICOVER COVERAGE PART 530

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds designated for each coverage as identified in declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

**INSURING AGREEMENT** - WE will pay all sums the INSURED is legally entitled to recover as compensatory DAMAGES from the owner or driver of an UNINSURED MOTOR VEHICLE. The DAMAGES must result from (1) BODILY INJURY sustained by the INSURED and caused by an ACCIDENT or (2) PROPERTY DAMAGE, caused by an ACCIDENT, when such insurance is included in the declarations. The owner's or driver's liability for the DAMAGES must result from the ownership, maintenance or use of the UNINSURED MOTOR VEHICLE.

**DEFINITIONS** - When used in this Coverage Part:

"ACCIDENT" includes continuous or repeated exposure to the same conditions resulting in BODILY INJURY or PROPERTY DAMAGE the INSURED neither expected nor intended.

"BODILY INJURY" means bodily injury, sickness or disease, including death resulting from any of these.

"COVERED AUTO" means any land motor vehicle, trailer or semi-trailer designed for travel on public roads which is insured by this Coverage Part and shown on the declarations. COVERED AUTO does not include MOBILE EQUIPMENT.

"DAMAGES" means amounts awardable by a court of law. DAMAGES does not mean civil penalties, fines or assessments.

"FAMILY MEMBER" means a person related to the INSURED by blood, marriage or adoption, including a ward or foster child, who is a resident of the INSURED'S household.

"LOSS" means direct and accidental damage or loss.

"MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and those land motor vehicles, trailers or semi-trailers designed for travel on public roads which are used solely on the INSURED'S premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, riggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

"OCCUPYING" means being in, on, entering into, getting out of or off of.

"PROPERTY DAMAGE" means injury to or destruction of:

(1) a COVERED AUTO;
(2) property contained in the COVERED AUTO owned by an INSURED, a FAMILY MEMBER or anyone else OCCUPYING the COVERED AUTO.

"UNINSURED MOTOR VEHICLE" means a land motor vehicle or trailer:

(1) which, at the time of the ACCIDENT, was not insured or bonded in at least the amount required by the applicable law where a COVERED AUTO is principally garaged;
(2) which, at the time of the ACCIDENT, was insured or bonded but the insuring or bonding company either denied coverage, is or becomes insolvent;
(3) which is a hit-and-run vehicle and neither the owner not driver can be identified. The vehicle must hit an INSURED, a COVERED AUTO, or a vehicle an INSURED is OCCUPYING.

However, "UNINSURED MOTOR VEHICLE" does not include any vehicle:

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0066
PAGE 49

(1) owned or operated by a self-insurer under any applicable motor vehicle law;

(2) owned by a governmental unit or agency;

(3) designed for use mainly off public roads while not on public roads.

**WHO IS AN INSURED** - With respect to this Coverage Part:

(1) YOU;

(2) any of YOUR partners, paid employees, directors, stockholders, executive officers, or any FAMILY MEMBER while OCCU-PYING a COVERED AUTO;

(3) any other person while OCCUPYING a COVERED AUTO;

(4) anyone for DAMAGES they are entitled to recover because of BODILY INJURY sus-tained by another INSURED.

**EXCLUSIONS** - This insurance does not apply to:

(a) any claim settled without OUR consent;

(b) the direct or indirect benefit of any insurer or self-insurer under any workers' com-pensation, disability benefits or similar law;

(c) the direct or indirect benefit of any insurer of property, or to any LOSS covered by auto physical damage insurance in this policy;

(d) BODILY INJURY sustained by an INSURED, or any FAMILY MEMBER, while OCCUPYING or struck by any vehi-cle owned by an INSURED, or any FAMI-LY MEMBER, which is not a COVERED AUTO;

(e) property contained in or struck by any vehicle owned by an INSURED or FAMI-LY MEMBER which is not a COVERED AUTO;

(f) anyone using a vehicle without a reason-able belief that the person is entitled to do so;

(g) exemplary or punitive DAMAGES.

**THE MOST WE WILL PAY** - Regardless of the number of COVERED AUTOS, INSUREDS, pre-miums charged, claims made or vehicles involved in the ACCIDENT, the most WE will pay for all DAMAGES resulting from one ACCIDENT is the limit stated in the declarations, less any applicable deductible.

With respect to persons insured by Part (3) of WHO IS AN INSURED, the most WE will pay is that portion of such limit needed to comply with the minimum limits provision of the financial responsibility or minimum liability law in the juris-diction where the ACCIDENT took place. When there is such other insurance applicable, WE will pay only the amount needed to comply with such minimum limits after such other insurance has been exhausted.

Any amount payable under this insurance will be reduced by all sums paid or payable (1) under any workers' compensation, disability benefits or similar law, and (2) for anyone who is legally responsible, including all sums paid under any other Coverage Part of this policy.

Any amount paid under this Coverage Part will reduce any amount an INSURED may be paid under any other Coverage Part of this policy.

**INSURED'S DUTIES AFTER AN ACCIDENT OR LOSS** - If there is an ACCIDENT or LOSS:

(1) Report this to US as soon as possible. Give US all the details, including where, when and how it happened, the names and addresses of persons involved, injured, and any witnesses;

(2) Promptly send US all documents received in connection with the ACCIDENT;

(3) Cooperate and assist US in the investiga-tion, settlement, enforcement of contribu-tion or indemnification. The INSURED

**Exhibit I - 0067**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

may not, except at their expense, make any offer or payment, assume any obligation or incur any expense;

(4) Execute any documents to have medical reports and records released to US, and to submit to physical examinations by physicians chosen by US and as often as WE deem necessary;

(5) Promptly notify the police if a hit-and-run driver is involved;

(6) Permit US to inspect and appraise the damaged property before its repair or disposition;

(7) Do what is reasonably necessary after LOSS, at OUR expense, to protect the COVERED AUTO from further LOSS;

(8) Submit a proof of LOSS when WE require it.

**OTHER INSURANCE** - The insurance afforded by this Coverage Part is excess over any other valid and collectible insurance.

**ARBITRATION** - With respect to BODILY INJURY, if WE and an INSURED can't agree whether the INSURED is legally entitled to recover DAMAGES from the owner or driver of an UNINSURED MOTOR VEHICLE or do not agree as to the amount of DAMAGES, either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third arbitrator. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the INSURED lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding and not appealable.

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0068

## AGENTS ERRORS AND OMISSIONS
## UNICOVER COVERAGE PART 550

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests and locations designated for each coverage as identified in the declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

**INSURING AGREEMENT** - WE will pay all sums the INSURED legally must pay as DAMAGES to which this insurance applies, arising out of the conduct of YOUR business as an INSURANCE AGENT, and caused by any negligent act, error or omission which occurs during the Coverage Part period. DAMAGES include punitive DAMAGES, where insurable by law.

The insurance afforded is only for the types of insurance shown in the declarations for this Coverage Part.

WE have the right and duty to defend any SUIT asking for these DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations ends OUR duty to defend.

We have no right or duty to defend SUITS for DAMAGES not covered by this Coverage Part.

**DEFINITIONS** - When used in this Coverage Part:

"DAMAGES" means amounts awardable by a court of law. DAMAGES does not mean civil penalties, fines or assessments.

"INSURANCE AGENT" means a person or organization duly licensed (as required by law) as an insurance agent by the regulatory authority in the state(s) in which the INSURED engages in the automobile physical damage, credit life, or credit accident and health insurance business. INSURANCE AGENT does not mean an insurance broker, solicitor, or consultant.

"SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean administrative actions or equitable actions.

**WHO IS AN INSURED** - With respect to this Coverage Part:

1. YOU;

2. Any of YOUR partners, paid employees, directors, executive officers, stockholders, while acting within the scope of their duties as such;

3. If YOU are a partnership or joint venture, and partner or member thereof, but only with respect to their liability as such.

**EXCLUSIONS** - This insurance does not apply to:

(a) any claim or SUIT if caused by any dishonest, fraudulent or criminal acts committed by any INSURED;

(b) any claim or SUIT arising from any intentional act committed by any INSURED. This exclusion does not apply to YOU, if such act or omission is committed by YOUR employee (other than a partner, executive officer, director or stockholder) and such act or omission was not committed by YOUR direction or with YOUR knowledge;

(c) liability of others assumed by any INSURED under any contract or agreement;

(d) any claim or SUIT in connection with any insurance other than automobile physical damage, credit life, or credit accident and health;

(e) any claim arising out of any such act or omission committed by or at the direction

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0069**

of any INSURED which is a willful violation of the terms of any contract between the INSURED and an insurance company or regulatory authority;

(f) Bodily Injury, Property Damage (including loss of use), mental anguish, mental injury, fright, shock, humiliation, false arrest, false imprisonment, wrongful eviction, wrongful detention, malicious prosecution, abuse of process, libel, slander, defamation of character, invasion of the rights of privacy or possession of personal property, plagiarism, copyright violation, false advertising, discrimination, unfair competition;

(g) investment advice or professional services such as an attorney, accountant, actuary, notary, tax preparer, consultant, financial planner or real estate broker;

(h) violation of the Employment Retirement Income Security Act of 1974 (ERISA) or the Racketeer Influenced and Corrupt Organizations Act (RICO), including any similar federal, state or local laws;

(i) liability for fees, premiums, taxes, commissions, loss payments, escrow or brokerage fees.

**THE MOST WE WILL PAY** - Regardless of the number of INSUREDS covered by this insurance, premiums charged, persons or organizations who make claims or bring SUITS, the most WE will pay is the limit shown in the declarations as applicable to "each claim" with respect to all DAMAGES incurred on account of any claims covered by this insurance.

**DEDUCTIBLES** - From the amounts payable under this Coverage Part, WE will deduct the amount shown in the declarations as applicable to this insurance, from each claim.

**WE WILL ALSO PAY** - WE will pay in addition to OUR limit:

(a) all costs and expenses in defending an INSURED, and interest on that part of the judgment covered by this Coverage Part within our limits, that accrues after entry of any judgment in any SUIT WE defend, but only until WE have paid, offered to pay or deposited in court that part of the judgment that is within OUR limit;

(b) premiums on appeal bonds or bonds to release property used to secure YOUR legal obligations, in a SUIT WE defend but only for bond amounts within OUR limits. WE do not have to furnish or secure these bonds;

(c) up to $100 a day for loss of earnings (but not other income) because of attendance at hearings or trials at OUR request;

(d) other reasonable expenses incurred at OUR request.

**INSURED'S DUTIES WITH REGARD TO A CLAIM OR SUIT** - If the INSURED is sued, or a claim is made against an INSURED:

(1) YOU must report this to US in writing as soon as possible. Give US all the details YOU can, including when, where and how it happened, the names and addresses of persons involved;

(2) Each INSURED must promptly send US all documents, if any INSURED is sued or if claim is made against them. If a dispute arises as to whether YOU mailed, or WE received, notice of a claim or SUIT, only a certified mailing receipt will be proof of mailing;

(3) Each INSURED must cooperate and assist US in the investigation, settlement, defense, enforcement or contribution of indemnification. The INSURED may not, except at their own expense, make any offer or payment, assume any obligation or incur any expenses unless otherwise permitted in this Coverage Part.

**OTHER INSURANCE** - This insurance is excess over any other applicable insurance and only for the amount OUR limit exceeds the limit stated in such other insurance.

**Exhibit I - 0070**

©Copyright 1998 Universal Underwriters Insurance Company

Edition 3-98

## BASIC AUTO
## UNICOVER COVERAGE PART 900

This Coverage Part applies only when it is shown in the declarations. Such insurance applies only to those insureds, security interests and locations designated for each coverage as identified in declarations item 2 by letter(s) or number.

The General Conditions apply except as amended or replaced in this Coverage Part.

**INSURING AGREEMENTS - WE** will pay:

A. INJURY - all sums the INSURED legally must pay as DAMAGES (including punitive DAMAGES where insurable by law) because of INJURY to which this insurance applies, caused by an OCCURRENCE arising out of the ownership, maintenance, use, loading or unloading of an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO.

COVERED POLLUTION DAMAGES - all sums the INSURED legally must pay because of COVERED POLLUTION DAMAGES to which this insurance applies caused by an OCCURRENCE arising out of the ownership, maintenance, use, loading or unloading of an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO.

WE have the right and duty to defend any SUIT asking for these DAMAGES. WE may investigate and settle any claim or SUIT WE consider appropriate. OUR payment of the limit shown in the declarations for this Coverage Part ends OUR duty to defend.

WE have no right or duty to defend SUITS for DAMAGES not covered by this Coverage Part.

B. MEDICAL PAYMENTS - all reasonable and necessary medical, dental, and funeral expenses (incurred within three years after the OCCURRENCE) to or for each person:

(1) who sustains INJURY caused by an OCCURRENCE while OCCUPYING an OWNED AUTO or TEMPORARY SUB-

STITUTE AUTO being used by an INSURED;

(2) scheduled in the declarations pages (and residents of their household) who sustains INJURY caused by an OCCURRENCE while OCCUPYING or if struck by an AUTO other than a vehicle: (a) operated on rails or crawler-treads; (b) while located for use as a residence or premises; (c) which is a farm tractor or other equipment while off public roads.

C. PHYSICAL DAMAGE - for LOSS to an OWNED AUTO from any cause, except as excluded or as stated otherwise in the declarations.

**DEFINITIONS** - When used in this Coverage Part:

"AUTO" means any land motor vehicle, trailer or semi-trailer, designed for travel on public roads and includes its permanently attached equipment. "AUTO" does not include MOBILE EQUIPMENT, unless described in the declarations.

"COLLISION" means (1) impact of the OWNED AUTO with another object (other than a bird or animal) or with a vehicle to which it is attached, or (2) upset of the OWNED AUTO.

"COMPREHENSIVE" means any cause of LOSS other than COLLISION.

"COVERED POLLUTION DAMAGES" means those POLLUTION DAMAGES not otherwise excluded which occur away from premises owned or operated by YOU, arising from:

(1) POLLUTANTS while being transported on an AUTO by YOU;

(2) fuel or lubricants, fluids, exhaust gases or other similar POLLUTANTS needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged or released directly from an AUTO part designed by

©Copyright 1998 Universal Underwriters Insurance Company

**Exhibit I - 0071**
PAGE 54

the manufacturer to hold, store, receive or dispose of such POLLUTANTS;

(3) POLLUTANTS, not in or upon a covered AUTO, that are upset, overturned or damaged as a result of the maintenance or use of a covered AUTO and are the direct result of such upset, overturn or damage.

"DAMAGES" means amounts awardable by a court of law. DAMAGES does not mean civil penalties, fines or assessments.

"INJURY" means bodily injury, sickness, disease, or disability (including death resulting from any of these) or damage to or loss of use of tangible property.

"INSURED CONTRACT" means any of the following, if such contract or agreement is executed prior to the OCCURRENCE:

(1) a lease of premises, elevator maintenance agreement, sidetrack agreement;

(2) a license agreement in connection with vehicle or pedestrian private crossings at grade, any easement agreement except in connection with construction or demolition operations within 50 feet of a railroad;

(3) an obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

(4) that part of any contract or agreement by YOU, YOUR partners, executive officers, stockholders, directors, or employees pertaining to the LEASE or rental of AUTOS to them for use in YOUR business. This does not apply to damage to such AUTO;

(5) that part of any other contract or agreement pertaining to YOUR business (including an indemnification of a municipality in connection with work performed for a municipality) under which YOU assume the tort liability of another.

"LEASE" means a written agreement for a term of 180 days or more wherein YOU are named as the lessee.

"LOSS" means direct and accidental loss or damage, in excess of the deductible amount stated in the declarations, occurring during the Coverage Part period.

"MOBILE EQUIPMENT" means vehicles designed for use principally off public roads, those not required to be licensed, and AUTOS used solely on YOUR premises. It includes, but is not limited to, bulldozers, power shovels, rollers, graders, scrapers, and any other road construction repair equipment, farm machinery, cranes, forklifts, pumps, generators, air compressors, drills, street sweepers, riggers, or vehicles used to provide mobility for any of these when permanently attached to the equipment.

"OCCUPYING" means being in, on, entering into, getting out or off of.

"OCCURRENCE" means an accident, including continuous or repeated exposure to conditions, which results in INJURY or COVERED POLLUTION DAMAGES during the Coverage Part period neither intended nor expected by a reasonably prudent person. All INJURY and COVERED POLLUTION DAMAGES arising out of continuous or repeated exposure to substantially the same general conditions will be considered as arising out of one OCCURRENCE.

"OWNED AUTO" means an AUTO YOU own or LEASE and is scheduled in the declarations, and any AUTO YOU purchase or LEASE as its replacement during the Coverage Part period. It also means any trailer designed for use with the type of AUTOS scheduled in the declarations. If WE insure all AUTOS YOU own or LEASE, additional AUTOS will be covered the day YOU purchase or LEASE them, if YOU notify US within the next 60 days.

"POLLUTANTS" means any solid, liquid, gaseous, or thermal irritant or contaminant including (but not limited to) smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. "Waste" includes (but is not limited to) materials to be recycled, reconditioned, or reclaimed.

"POLLUTION DAMAGES" means any cost or expense arising out of a request, demand, order, claim or SUIT by or on behalf of a governmental authority demanding that the INSURED test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of POLLUTANTS.

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0072

Edition 3-98

"SUIT" means a civil action for DAMAGES, including arbitration or mediation to which the INSURED must submit or submits with OUR consent. A class action is one SUIT. SUIT does not mean administrative actions or equitable actions.

"TEMPORARY SUBSTITUTE AUTO" means an AUTO not owned or LEASED by YOU, YOUR partners, officers or employees, or a member of YOUR or their household, when it is used temporarily with the owner's permission to replace an OWNED AUTO which is out of service due to its repair, servicing, loss or destruction.

**WHO IS AN INSURED** - With respect to this Coverage Part:

(1) YOU, including YOUR spouse if a resident of the same household;

(2) under INSURING AGREEMENTS A and B:

    (a) YOUR partners and their spouses or executive officers. If they are using a TEMPORARY SUBSTITUTE AUTO, it must be used in YOUR business;

    (b) any other person using an OWNED AUTO or TEMPORARY SUBSTITUTE AUTO within the scope of YOUR permission, unless it is being loaded or unloaded. Only YOUR employee, a borrower, or a borrower's employee is an INSURED for loading and unloading;

(3) under INSURING AGREEMENT A only, anyone else, but only as a result of their liability because of what an INSURED in (1) or (2) above does or fails to do.

**WHO IS NOT AN INSURED** - None of the following is an INSURED:

(1) The owner of lessor of an OWNED AUTO YOU LEASE. This does not apply if they are named in the declarations as applicable to this Coverage Part;

(2) Any person engaged in the business of selling, repairing, servicing, storing or parking of AUTOS (including roadtesting and delivery) unless the person is YOU, a resident of YOUR household, or YOUR partner, executive officer, agent, or employee or a resident of the household of any of them.

**EXCLUSIONS** - This insurance does not apply to:

(a) INJURY or COVERED POLLUTION DAMAGES if caused by any dishonest, fraudulent or criminal acts committed by any INSURED;

(b) any act committed by or at the direction of the INSURED with intent to cause harm. This exclusion does not apply if INJURY arises solely from the intentional use of reasonable force for the purpose of protecting persons or property;

(c) INJURY to any employee of the INSURED arising out of and in the course of their employment, or any obligation of the INSURED to indemnify another for INJURY to the INSURED's employee. This exclusion does not apply:
    (1) to domestic employees not entitled to Workers Compensation;
    (2) to any of YOUR employees with respect to any claim made or SUIT filed against them by another of YOUR employees because of an OCCURRENCE arising out of and in the course of their employment by YOU;
    (3) to an INSURED CONTRACT;

(d) liability assumed by any INSURED under contract or agreement. This does not apply to an INSURED CONTRACT (to the same extent the INSURED has coverage);

(e) any obligation for which an INSURED may be held liable under any Workers Compensation or disability benefits law or under any similar law;

(f) INJURY or POLLUTION DAMAGES arising out of the actual, alleged, or threatened discharge, dispersal, release, migration, seepage, or escape of POLLUTANTS that are or that are contained in any property that is:

©Copyright 1998 Universal Underwriters Insurance Company

Exhibit I - 0073
PAGE 56

(1) being moved from the place where such property or POLLUTANTS are accepted by the INSURED for movement into or onto the covered AUTO;

(2) being moved from the covered AUTO to the place where such property or POLLU-TANTS are finally delivered, disposed of or abandoned by the INSURED;

(3) being transported or towed by the covered AUTO;

(4) otherwise in the course of transit;

(5) being stored, disposed of, treated or processed in or upon the covered AUTO.

Parts (1), (2) and (3) apply only to POLLU-TANTS or POLLUTANTS contained in property being transported or towed by others for YOU.

Part (5) does not apply to fuels, lubricants, fluids, exhaust gases or other similar POLLU-TANTS that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered AUTO or its parts, if the POLLUTANTS escape or are discharged, dispersed or released directly from an AUTO part designed by its manufacturer to hold, store, receive or dispose of such POLLUTANTS.

This exclusion does not apply to INJURY caused by heat, smoke or fumes from a hostile fire. A "hostile fire" is one that becomes uncontrollable or breaks out from where it was intended to be.

(g) INJURY, COVERED POLLUTION DAMAGES or LOSS arising out of the ownership, mainte-nance, use, loading or unloading of any AUTO while:

(1) operated in, or in practice or preparation for, any prearranged or organized race, rally, speed, demolition or competitive contest or stunting activity;

(2) leased or rented by YOU to others;

(3) being used as a taxi cab, bus, public livery vehicle, emergency ambulance, long haul public freight carrier, or for carrying prop-erty for a charge;

(4) being used to transport explosives, gaso-line, liquefied petroleum gas, or other volatile petroleum products;

(h) under INSURING AGREEMENT A, INJURY or COVERED POLLUTION DAMAGES to:

(1) personal property, including AUTOS, owned by, rented or leased to, used by, in the care, custody or control of, or being transported by the INSURED. This does not apply, with respect to INJURY, to lia-bility assumed by YOU under a written sidetrack agreement, with respect to property used by YOU or in YOUR care, custody or control;

(2) real property owned by, rented or leased to, used by or in the care, custody or con-trol of the INSURED, except, with respect to INJURY:

(i) to real property not owned by YOU caused by an AUTO operated by an INSURED;

(ii) to liability assumed by YOU under a written sidetrack agreement, with respect to property used by YOU or in YOUR care, custody or control;

(i) under INSURING AGREEMENT B, INJURY sustained while OCCUPYING or if struck by any AUTO YOU own or is furnished or avail-able for YOUR regular use. This exclusion does not apply to an OWNED AUTO or a TEMPORARY SUBSTITUTE AUTO;

(j) under INSURING AGREEMENT B, INJURY sustained while OCCUPYING or if struck by any AUTO owned by or furnished or available for use of any INSURED. This exclusion does not apply to YOU;

(k) LOSS by theft, larceny, conversion, or secre-tion when YOU voluntarily part with evidence of title to or possession of an AUTO or TEM-PORARY SUBSTITUTE AUTO;

(l) LOSS to tires due and confined to blowout, puncture, or other road hazards;

**Exhibit I - 0074**

©Copyright 1998 Universal Underwriters Insurance Company