# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

PAGE 1 OF 5

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING IS ADDED TO THE DEFINITIONS SECTION:

"*FUNGUS" MEANS ANY TYPE OR FORM OF FUNGUS, INCLUDING MOLD OR MILDEW, AND ANY MYCOTOXINS, SPORES, SCENTS OR BY-PRODUCTS PRODUCED OR RELEASED BY FUNGI.

THE FIRST SENTENCE OF EXCLUSION (I) OF EXCLUSIONS - PERILS IS REPLACED WITH THE FOLLOWING:

(I)  ANIMALS, BIRDS, DECAY; SMOG, SMOKE, VAPOR OR GAS FROM AGRICULTURAL OR INDUSTRIAL OPERATIONS; SETTLING, CRACKING, SHRINKAGE, BULGING OR EXPANSION OF FOUNDATIONS, WALLS, FLOORS, ROOFS OR CEILINGS.

EXCLUSIONS - PERILS IS CHANGED TO ADD THE FOLLOWING:

(AA)  CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR STEAM WHICH OCCURS OVER A PERIOD OF TIME AND RESULTS IN DETERIORATION, CORROSION, RUST, WET ROT, DRY ROT OR BACTERIA. THIS EXCLUSION DOES NOT APPLY TO COVERAGE PROVIDED UNDER ITEM (2) OF THE DEFINITION OF *SPECIFIED *PERILS;

(BB)  *FUNGUS, WET ROT, DRY ROT AND BACTERIA. PRESENCE, GROWTH, PROLIFERATION, SPREAD OR ANY ACTIVITY OF *FUNGUS, WET ROT, DRY ROT OR BACTERIA.

HOWEVER, IF *FUNGUS, WET ROT, DRY ROT OR BACTERIA RESULTS IN AN ENSUING *LOSS FROM ITEMS (1) THROUGH (3) OF *SPECIFIED *PERILS, *WE WILL PAY FOR THE *LOSS OR DAMAGE CAUSED BY THAT *SPECIFIED *PERILS *LOSS.

THIS EXCLUSION DOES NOT APPLY:

1.  WHEN *FUNGUS, WET ROT, DRY ROT OR BACTERIA RESULTS FROM FIRE OR LIGHTNING; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0175

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393  PAGE 2 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

2.  TO THE EXTENT THAT COVERAGE IS PROVIDED BELOW IN ITEM (D) OF SUPPLEMENTAL LIMITS FOR *LOSS OR DAMAGE FROM OTHER THAN FIRE OR LIGHTNING.

THE SUPPLEMENTAL LIMITS CONDITION IS CHANGED TO ADD THE FOLLOWING:

IF *BUILDING, *CONTENTS, *EQUIPMENT OR *STOCK ARE INSURED:

(D)  LIMITED COVERAGE FOR *FUNGUS, WET ROT, DRY ROT AND BACTERIA

1.  THE COVERAGE DESCRIBED IN (D)2., (D)5. AND (D)6. ONLY APPLIES WHEN THE *FUNGUS, WET ROT, DRY ROT OR BACTERIA IS THE RESULT OF A *LOSS FROM *SPECIFIED *PERILS OTHER THAN FIRE OR LIGHTNING THAT OCCURS DURING THE POLICY PERIOD AND ONLY IF ALL REASONABLE MEANS WERE USED TO SAVE AND PRESERVE THE PROPERTY FROM FURTHER DAMAGE AT THE TIME OF AND AFTER THAT *LOSS.

2.  *WE WILL PAY FOR *LOSS OR DAMAGE CAUSED BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA. AS USED IN THIS SUPPLEMENTAL COVERAGE, THE TERM *LOSS OR DAMAGE MEANS:

A.  DIRECT PHYSICAL *LOSS OR DAMAGE TO CO-VERED PROPERTY CAUSED BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, INCLUDING THE COST OF REMOVAL OF THE *FUNGUS, WET ROT, DRY ROT OR BACTERIA;

B.  THE COST TO TEAR OUT AND REPLACE ANY PART OF THE *BUILDING OR OTHER PROPERTY AS NEEDED TO GAIN ACCESS TO THE *FUNGUS, WET ROT, DRY ROT OR BACTERIA; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0176

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 3 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

    C.    THE COST OF TESTING PERFORMED AFTER RE-
MOVAL, REPAIR, REPLACEMENT OR RESTORATION
OF THE DAMAGED PROPERTY IS COMPLETED,
PROVIDED THERE IS A REASON TO BELIEVE
THAT *FUNGUS, WET ROT, DRY ROT OR BAC-
TERIA ARE PRESENT.

3.    THE COVERAGE DESCRIBED UNDER (D)2. OF THIS
LIMITED COVERAGE IS LIMITED TO $15,000. RE-
GARDLESS OF THE NUMBER OF CLAIMS, THIS LIMIT
IS THE MOST *WE WILL PAY FOR THE TOTAL OF ALL
*LOSS OR DAMAGE ARISING OUT OF ALL OCCURREN-
CES OF *SPECIFIED *PERILS (OTHER THAN FIRE OR
LIGHTNING) WHICH TAKE PLACE IN A 12-MONTH
PERIOD (STARTING WITH THE BEGINNING OF THE
PRESENT ANNUAL POLICY PERIOD). WITH RESPECT TO
A PARTICULAR OCCURRENCE OF *LOSS WHICH RE-
SULTS IN *FUNGUS, WET ROT, DRY ROT OR BAC-
TERIA, *WE WILL NOT PAY MORE THAN A TOTAL OF
$15,000 EVEN IF THE *FUNGUS, WET ROT, DRY ROT
OR BACTERIA CONTINUES TO BE PRESENT OR ACTIVE,
OR RECURS, IN A LATER POLICY PERIOD.

4.    NOTWITHSTANDING ANY PROVISION OF THIS POLICY
TO THE CONTRARY, THE COVERAGE PROVIDED UNDER
THIS LIMITED COVERAGE SHALL NOT INCREASE THE
APPLICABLE LIMIT OF INSURANCE ON ANY COVERED
PROPERTY UNDER THE MOST WE WILL PAY. IF A PAR-
TICULAR OCCURRENCE RESULTS IN *LOSS OR DAMAGE
BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, AND
OTHER *LOSS OR DAMAGE, *WE WILL NOT PAY MORE,
FOR THE TOTAL OF ALL *LOSS OR DAMAGE, THAN
THE APPLICABLE LIMIT OF INSURANCE ON THE
AFFECTED COVERED PROPERTY.

    IF THERE IS A COVERED *LOSS OR DAMAGE TO
COVERED PROPERTY, NOT CAUSED BY *FUNGUS, WET
ROT, DRY ROT OR BACTERIA, *OUR *LOSS PAYMENT
WILL NOT BE LIMITED BY THE TERMS OF THIS

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0177

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393                    PAGE 4 OF 5
FUNGUS - LIMITED COVERAGE
COVERAGE PART 330
UNICOVER V

LIMITED COVERAGE, EXCEPT TO THE EXTENT THAT
*FUNGUS, WET ROT, DRY ROT OR BACTERIA CAUSES
AN INCREASE IN THE *LOSS SUBJECT TO THE PARA-
GRAPH ABOVE, ANY SUCH INCREASE IN THE *LOSS
WILL BE SUBJECT TO THE TERMS OF THIS LIMITED
COVERAGE.

5.    WHEN ENDORSEMENT 080 - BUSINESS INCOME CON-
TINUATION IS SHOWN IN THE DECLARATIONS AS AP-
PLICABLE TO THE *LOCATION AND IF THE SUSPEN-
SION OF *YOUR BUSINESS SATISFIES ALL TERMS
AND CONDITIONS OF ENDORSEMENT 080, THE FOL-
LOWING 5.A. AND 5.B. APPLIES:

A.    IF THE *LOSS WHICH RESULTED IN *FUNGUS,
WET ROT, DRY ROT OR BACTERIA DOES NOT IN
ITSELF NECESSITATE A SUSPENSION OF *YOUR
BUSINESS, BUT SUCH SUSPENSION IS NECES-
SARY DUE TO *LOSS OR DAMAGE TO PROPERTY
CAUSED BY *FUNGUS, WET ROT, DRY ROT OR
BACTERIA, THEN *WE WILL PAY *YOU 1/30
OF THE MONTHLY *BUSINESS *INCOME *CON-
TINUATION LIMIT SHOWN IN THE DECLARA-
TIONS, LESS THE AVERAGE DAILY *GROSS
*PROFIT *YOU ACTUALLY EARN FOLLOWING THE
*LOSS. THE *RECOVERY *PERIOD IS FOR NO
MORE THAN 30 DAYS. THE DAYS NEED NOT BE
CONSECUTIVE. THE PERIOD OF SUSPENSION
BEGINS 72 HOURS AFTER THE TIME OF *LOSS
TO SUCH PROPERTY.

B.    IF A COVERED SUSPENSION OF *YOUR BUSI-
NESS WAS CAUSED BY *LOSS OR DAMAGE OTHER
THAN *FUNGUS, WET ROT, DRY ROT OR BAC-
TERIA BUT REMEDIATION OF *FUNGUS, WET
ROT, DRY ROT OR BACTERIA PROLONGS THE
PERIOD OF SUSPENSION, *WE WILL PAY FOR
*BUSINESS *INCOME *CONTINUATION SUSTAINED

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0178

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 393  
FUNGUS - LIMITED COVERAGE  
COVERAGE PART 330  
UNICOVER V

PAGE 5 OF 5

DURING THE DELAY (REGARDLESS OF WHEN SUCH A DELAY OCCURS DURING THE PERIOD OF SUSPENSION), BUT SUCH COVERAGE IS LIMITED TO 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE.

THE EXTENDED RECOVERY PERIOD DOES NOT APPLY TO ITEMS 5.A. OR 5.B. ABOVE.

6. WHEN ENDORSEMENT 0191 - BUSINESS RECOVERY EXPENSE IS SHOWN IN THE DECLARATIONS AS APPLICABLE TO THE *LOCATION AND IF THE SUSPENSION OF *YOUR BUSINESS SATISFIES ALL TERMS AND CONDITIONS OF ENDORSEMENT 191, THE FOLLOWING 6.A. AND 6.B. APPLIES:

A. IF THE *LOSS WHICH RESULTED IN *FUNGUS, WET ROT, DRY ROT OR BACTERIA DOES NOT IN ITSELF NECESSITATE A SUSPENSION OF *YOUR BUSINESS, BUT SUCH SUSPENSION IS NECESSARY DUE TO *LOSS OR DAMAGE TO PROPERTY CAUSED BY *FUNGUS, WET ROT, DRY ROT OR BACTERIA, THEN THE *RECOVERY *PERIOD IS CHANGED TO NO MORE THAN 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE. THE PERIOD OF SUSPENSION BEGINS 72 HOURS AFTER THE TIME OF *LOSS TO SUCH PROPERTY.

B. IF A COVERED SUSPENSION OF *YOUR BUSINESS WAS CAUSED BY *LOSS OR DAMAGE OTHER THAN *FUNGUS, WET ROT, DRY ROT OR BACTERIA BUT REMEDIATION OF *FUNGUS, WET ROT, DRY ROT OR BACTERIA PROLONGS THE *RECOVERY *PERIOD *WE WILL PAY FOR *EXTRA *EXPENSE AND REDUCTION OF *BUSINESS *INCOME *YOU SUSTAINED DURING THE DELAY (REGARDLESS OF WHEN SUCH A DELAY OCCURS DURING THE *RECOVERY *PERIOD) BUT SUCH COVERAGE IS LIMITED TO 30 DAYS. THE DAYS NEED NOT BE CONSECUTIVE.

THE * INDICATES THE WORD IS DEFINED IN THE COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002  
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0179

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD   OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 404
COINSURANCE CONDITION REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FIRST PARAGRAPH OF THE COINSURANCE CONDITION IS REPLACED BY THE FOLLOWING:

COINSURANCE - *WE WILL NOT PAY THE FULL AMOUNT OF ANY *LOSS IF THE *ACTUAL *CASH *VALUE OF THE INSURED PROPERTY AT THE TIME OF *LOSS MULTIPLIED BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) IS GREATER THAN THE LIMIT STATED IN THE DECLARATIONS FOR THE PROPERTY AT THAT *LOCATION.

*WE WILL DETERMINE THE *ACTUAL *CASH *VALUE OF THE INSURED PRO-PERTY AT THE TIME OF *LOSS, AND MULTIPLY IT BY THE COINSURANCE PERCENTAGE (SHOWN IN THE DECLARATIONS FOR THE PROPERTY) TO OBTAIN THE "PROPER AMOUNT" OF INSURANCE *YOU SHOULD HAVE PURCHASED. *WE WILL DIVIDE THE LIMIT FOR THE PROPERTY BY THE "PROPER AMOUNT" TO OBTAIN THE "RECOVERY RATIO". IF THE RECOVERY RATIO IS LESS THAN 1.00, *WE WILL MULTIPLY THE AMOUNT OF THE *LOSS (BEFORE APPLYING ANY DEDUCTIBLE) BY THE "RECOVERY RATIO" TO DETERMINE THE "AMOUNT PAYABLE". THE AMOUNT OF *OUR PAYMENT WILL BE THE LESSER OF THE "AMOUNT PAYABLE" OR THE LIMIT STATED IN THE DECLARATIONS FOR THE *LOCATION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION   9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0180

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 408
BLANKET LIMITS REVISED
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WITH RESPECT TO *LOSS TO THE PROPERTY SHOWN IN THE DECLARATIONS
AS SUBJECT TO THIS ENDORSEMENT, THE FOLLOWING IS ADDED TO THE MOST
WE WILL PAY CONDITION.

    (H)   IF THE LIMIT APPLIES TO MORE THAN ONE *LOCATION, THE
        MOST *WE WILL PAY FOR *LOSS AT ANY ONE *LOCATION IS
        THE PROPORTION THAT THE *ACTUAL *CASH *VALUE AT THAT
        *LOCATION BEARS TO THE *ACTUAL *CASH *VALUE OF THE
        INSURED PROPERTY AT ALL *LOCATIONS INCLUDED IN THAT
        LIMIT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  1-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0181

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 410
STATUTORY RIGHT OF PRIVACY EXCLUSION
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 500 AND 950 -- THE DEFINITION OF *INJURY GROUP 3
IS REPLACED BY THE FOLLOWING:

GROUP 3 - FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVIC-
TION, WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF
PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER, PRIVATE
NUISANCE (EXCEPT POLLUTION), INVASION OF THE RIGHT OF PO-
SSESSION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR IN-
VASION OF THE RIGHT OF PRIVACY;

COVERAGE PART 970, DEFINITION OF *INJURY -- PART (3) IS REPLACED
BY THE FOLLOWING:

(3)  FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL DETENTION,
ABUSE OF PROCESS, WRONGFUL EVICTION, MALICIOUS PROSE-
CUTION, LIBEL, SLANDER, DEFAMATION, PRIVATE NUISANCE
(EXCEPT POLLUTION), INVASION OF THE RIGHT OF POSSES-
SION OF PERSONAL PROPERTY; COMMON LAW CLAIMS FOR INVA-
SION OF THE RIGHT OF PRIVACY;

COVERAGE PART 980, DEFINITION OF *INJURY -- PART (3) IS REPLACED
BY THE FOLLOWING:

(3)  FALSE ARREST, FALSE IMPRISONMENT, WRONGFUL EVICTION,
WRONGFUL DETENTION, MALICIOUS PROSECUTION, ABUSE OF
PROCESS, LIBEL, SLANDER, DEFAMATION OF CHARACTER,
PRIVATE NUISANCE (EXCEPT POLLUTION), INVASION OF THE
RIGHT OF POSSESSION OF PERSONAL PROPERTY; COMMON LAW
CLAIMS FOR INVASION OF THE RIGHT OF PRIVACY;

COVERAGE PARTS 500, 950, 970 AND 980, EXCLUSIONS -- THE FOLLOWING
EXCLUSION IS ADDED:

(U)  *INJURY WHEN A CLAIM FOR INVASION OF THE RIGHT OF
PRIVACY IS A STATUTORY VIOLATION;


THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  9-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0182

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 418
VIDEO EQUIPMENT IN AUTOS
COVERAGE PARTS 300 AND 900
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

COVERAGE PARTS 300 AND 900 -- EXCLUSION (N), "THIS DOES NOT APPLY TO" -- PART (1) IS REPLACED BY THE FOLLOWING:

(1) TAPE DECKS, COMPACT DISK PLAYERS, VIDEO CASSETTE RE-CORDERS, DIGITAL VIDEO DISK PLAYERS, VIDEO CAMERAS, OTHER SOUND REPRODUCING EQUIPMENT, OR A DEVICE FOR VIEWING VISUAL IMAGES, WHEN ANY OF THE ABOVE ARE PER-MANENTLY INSTALLED IN, AND ANTENNAS PERMANENTLY AT-TACHED TO, THE *COVERED *AUTO;

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-2002
COPYRIGHT 2002 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0183

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 429                          PAGE 1 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRE-
TARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO
BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK
INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE
ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY
OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT
OF TERRORISM.

THE FOLLOWING EXCLUSION IS ADDED:

CERTIFIED ACT OF TERRORISM EXCLUSION

> *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION
> *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
> *SUIT CAUSED, DIRECTLY OR INDIRECTLY BY A *CERTIFIED *ACT
> *OF *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING
> AGAINST ANY *CERTIFIED *ACT *OF *TERRORISM. SUCH *ACCIDENT,
> *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS,
> *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS OF ANY
> OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN ANY
> SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAMAGES,
> *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR *SUIT.

EXCEPTIONS TO THE CERTIFIED ACT OF TERRORISM EXCLUSION

THIS EXCLUSION DOES NOT APPLY:

1.   FOR COVERAGE PART 330, TO *LOSS BY FIRE TO PROPERTY LOCATED
     IN THOSE STATES WITH STATUTES THAT REQUIRE CONFORMITY WITH A
     STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH STATE DOES NOT
     REQUIRE CONFORMITY WITH RESPECT TO A *CERTIFIED *ACT *OF
     *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0184

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

### A Stock Insurance Company

ENDORSEMENT NO. 429                    PAGE 2 OF 2
EXCLUSION OF CERTIFIED ACTS OF TERRORISM
ALL COVERAGE PARTS EXCEPT 970
UNICOVER V

IN THESE STATES, IF A *CERTIFIED *ACT *OF *TERRORISM RESULTS
IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL LOSS OR DAMAGE
TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT AND *STOCK OR
*EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT
APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT
NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, BUSINESS RE-
COVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA *EXPENSE OR LEASE-
HOLD INTEREST.

2.    TO ANY *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES,
*INJURY, *LOSS *OCCURRENCE, CLAIM OR *SUIT IN THE UNITED
STATES, ITS TERRITORIES AND POSSESIONS, AND PUERTO RICO IF
THE *CERTIFIED *ACT *OF *TERRORISM RESULTS IN INSURED DAMAGE
TO ALL TYPES OF PROPERTY IN THOSE LOCATIONS OF LESS THAN
$25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD
IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED
BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY SUCH
TERRORISM AND BUSINESS INTERRUPTION LOSSES SUSTAINED BY
OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE
OF THIS PROVISION, INSURED DAMAGE MEANS DAMAGE THAT IS
COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED
BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY TERRORISM
EXCLUSIONS.

THE FOLLOWING CONDITION IS ADDED:

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF
COVERAGE CONTINUE TO APPLY IN THE EVENT OF ANY *ACCIDENT,
*COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY, *LOSS,
*OCCURRENCE, CLAIM OR *SUIT RESULTING FROM A *CERTIFIED *ACT
*OF *TERRORISM OR ANY OTHER ACT OF TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0185

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

**7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523**

A Stock Insurance Company

ENDORSEMENT NO. 431                    PAGE 1 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

DEFINITIONS

THE FOLLOWING DEFINITIONS ARE ADDED:

"*CERTIFIED *ACT *OF *TERRORISM" MEANS ANY ACT THAT IS CERTIFIED
BY THE SECRETARY OF THE TREASURY, IN CONCURRENCE WITH THE SECRE-
TARY OF STATE AND THE ATTORNEY GENERAL OF THE UNITED STATES, TO
BE AN ACT OF TERRORISM PURSUANT TO THE FEDERAL TERRORISM RISK
INSURANCE ACT OF 2002. SECTION 102 OF THE TERRORISM RISK INSURANCE
ACT OF 2002 SETS FORTH THE CRITERIA AND PROCESS THAT THE SECRETARY
OF THE TREASURY SHALL USE TO DETERMINE WHETHER TO CERTIFY AN ACT
OF TERRORISM.

"*OTHER *ACT *OF *TERRORISM" MEANS A VIOLENT ACT OR AN THAT IS
DANGEROUS TO HUMAN LIFE, PROPERTY OR INFRASTRUCTURE THAT IS COM-
MITTED BY AN INDIVIDUAL OR INDIVIDUALS AND THAT APPEARS TO BE
PART OF AN EFFORT TO COERCE A CIVILIAN POPULATION OR TO INFLUENCE
THE POLICY OR AFFECT THE CONDUCT OF ANY GOVERNMENT BY COERCION,
BUT THAT IS NOT A *CERTIFIED *ACT *OF *TERRORISM. ALL *OTHER
*ACTS *OF *TERRORISM THAT OCCUR WITHIN A SEVENTY-TWO (72) HOUR
PERIOD AND WHICH APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A
RELATED PURPOSE OR COMMON LEADERSHIP SHALL BE DEEMED A SINGLE
*OTHER *ACT *OF *TERRORISM.

"*TERRORISM" MEANS A *CERTIFIED *ACT *OF *TERRORISM OR AN *OTHER
*ACT *OF *TERRORISM.

THE FOLLOWING EXCLUSION IS HEREBY ADDED:

*TERRORISM EXCLUSION - BIOLOGICAL OR CHEMICAL

*WE WILL NOT PAY FOR *LOSS OR DAMAGE CAUSED DIRECTLY OR INDI-
RECTLY BY *TERRORISM, INCLUDING ACTION IN HINDERING OR DEFENDING
AGAINST *TERRORISM. SUCH *LOSS OR DAMAGE IS EXCLUDED REGARDLESS
OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR IN
ANY SEQUENCE TO THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0186

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 431                     PAGE 2 OF 2
BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
COVERAGE PARTS 300 AND 330
UNICOVER V

HOWEVER, THIS EXCLUSION APPLIES ONLY IF ONE OR MORE OF THE FOLLOW-
ING ARE ATTRIBUTABLE TO SUCH ACT:

(1)  THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR
     APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMI-
     CAL MATERIALS; OR

(2)  PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE
     RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM
     WAS TO RELEASE SUCH MATERIALS.

THIS EXCLUSION DOES NOT APPLY TO A *CERTIFIED *ACT *OF *TERRORISM
WHEN SUCH COVERAGE IS PROVIDED BY THIS POLICY, AS INDICATED IN THE
POLICY DECLARATIONS.

EXCEPTION FOR CERTAIN FIRE LOSSES

FOR COVERAGE PART 330, THE FOLLOWING EXCEPTION TO THE *TERRORISM
EXCLUSION APPLIES ONLY TO PROPERTY LOCATED IN THOSE STATES WITH
STATUTES THAT REQUIRE CONFORMITY WITH A STANDARD FORM OF FIRE
INSURANCE, UNLESS SUCH STATE DOES NOT REQUIRE CONFORMITY WITH RE-
SPECT TO *TERRORISM.

IN THESE STATES, IF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR
THE DIRECT PHYSICAL LOSS OR DAMAGE TO *YOUR *BUILDINGS, *CON-
TENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT
FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR
EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINU-
ATION, BUSINESS RECOVERY EXPENSE, *RENTS, ADDITIONAL *EXTRA
*EXPENSE OR LEASEHOLD INTEREST.

APPLICATION OF EXCLUSIONS

ALL OTHER LIMITATIONS, EXCLUSIONS AND OTHER RESTRICTIONS OF COV-
ERAGE CONTINUE TO APPLY IN THE EVENT OF *LOSS OR DAMAGE RESULTING
FROM *TERRORISM.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0187

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 441
EMPLOYEE TOOLS OFF PREMISES
COVERAGE PART 330
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE DEFINITION OF *EMPLOYEE *TOOLS IS REPLACED WITH THE FOLLOWING:

"*EMPLOYEE *TOOLS" MEANS TOOLS, EQUIPMENT, MATERIALS AND
SUPPLIES OWNED BY *YOUR EMPLOYEES WHEN (1) IN *YOUR BUILDING,
IN TRANSIT OR TEMPORARILY AT A PREMISES NOT OWNED, RENTED,
LEASED, OPERATED OR CONTROLLED BY *YOU, PROVIDED SUCH PROP-
ERTY IS BEING USED IN THE CONDUCT OF *YOUR BUSINESS; OR (2)
NOT BEING USED IN THE CONDUCT OF *YOUR BUSINESS IF SUCH PROP-
ERTY IS IN AN *AUTO OWNED OR LEASED BY *YOU.

THE FOLLOWING IS ADDED TO EXCLUSIONS - PROPERTY:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE
*TOOLS, *WE WILL NOT PAY FOR *LOSS BY THEFT FROM ANY UNATTEN-
DED *AUTO, UNLESS AT THE TIME OF THEFT ITS WINDOWS, DOORS
AND COMPARTMENTS WERE CLOSED AND LOCKED, AND THERE ARE VISI-
BLE SIGNS THAT THE THEFT WAS A RESULT OF FORCED ENTRY, BUT
THIS EXCLUSION DOES NOT APPLY TO PROPERTY IN THE CUSTODY OF
A CARRIER FOR HIRE.

THE FOLLOWING IS ADDED TO THE MOST WE WILL PAY CONDITION:

WITH RESPECT TO ITEM (2) OF THE DEFINITION OF *EMPLOYEE
*TOOLS, THE MOST *WE WILL PAY FOR ANY ONE LOSS IS $25,000.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  4-2003
COPYRIGHT 2003 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0188

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 467
VIOLATION OF COMMUNICATION OR INFORMATION LAW
COVERAGE PARTS 500, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING EXCLUSION IS ADDED:

THIS INSURANCE DOES NOT APPLY TO:

VIOLATION OF COMMUNICATION OR INFORMATION LAW

*INJURY RESULTING FROM OR ARISING OUT OF ANY ACTUAL OR
ALLEGED VIOLATION OF:

A.  THE FEDERAL TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C.
SECTION 227), DRIVERS PRIVACY PROTECTION ACT (18 U.S.C.
SECTION 2721-2725) OR CONTROLLING THE ASSAULT OF NON-
SOLICITED PORNOGRAPHY AND MARKETING ACT (15 U.S.C. SEC-
TION 7701, ET SEQ.); OR

B.  ANY OTHER FEDERAL, STATE OR LOCAL STATUTE, REGULATION OR
ORDINANCE THAT IMPOSES LIABILITY FOR THE:

(1)  UNLAWFUL USE OF TELEPHONE, ELECTRONIC MAIL, INTER-
NET, COMPUTER, FACSIMILE MACHINE OR OTHER COMMUNI-
CATION OR TRANSMISSION DEVICE; OR

(2)  UNLAWFUL USE, COLLECTION, DISSEMINATION, DISCLOSURE
OR REDISCLOSURE OF PERSONAL INFORMATION IN ANY
MANNER BY ANY *INSURED OR ON BEHALF OF ANY
*INSURED.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  7-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0189

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472                     PAGE 1 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

APPLICABILITY OF THE PROVISIONS OF THIS ENDORSEMENT

1.  THE PROVISIONS OF THIS ENDORSEMENT WILL BECOME APPLICABLE COM-
    MENCING ON THE DATE WHEN ONE OR MORE OF THE FOLLOWING FIRST
    OCCURS:

    A.  THE FEDERAL TERRORISM RISK INSURANCE PROGRAM ("PROGRAM"),
        ESTABLISHED BY THE TERRORISM RISK INSURANCE ACT OF 2002,
        HAS TERMINATED WITH RESPECT TO THE TYPE OF INSURANCE PRO-
        VIDED UNDER THIS COVERAGE PART; OR

    B.  A RENEWAL, EXTENSION OR CONTINUATION OF THE PROGRAM HAS
        BECOME EFFECTIVE WITHOUT A REQUIREMENT TO MAKE *TERRORISM
        COVERAGE AVAILABLE TO *YOU AND WITH REVISIONS THAT:

        (1)  INCREASE OUR STATUTORY PERCENTAGE DEDUCTIBLE UNDER THE
             PROGRAM FOR *TERRORISM LOSSES. (THAT DEDUCTIBLE DE-
             TERMINES THE AMOUNT OF ALL CERTIFIED *TERRORISM LOSSES
             *WE MUST PAY IN A CALENDAR YEAR BEFORE THE FEDERAL
             GOVERNMENT SHARES IN SUBSEQUENT PAYMENT OF CERTIFIED
             *TERRORISM LOSSES.); OR

        (2)  DECREASE THE FEDERAL GOVERNMENT'S STATUTORY PERCENTAGE
             SHARE IN POTENTIAL *TERRORISM LOSSES ABOVE SUCH A
             DEDUCTIBLE; OR

        (3)  REDEFINE TERRORISM OR MAKE INSURANCE COVERAGE FOR
             *TERRORISM SUBJECT TO PROVISIONS OR REQUIREMENTS THAT
             DIFFER FROM THOSE THAT APPLY TO OTHER TYPES OF EVENTS
             OR *OCCURRENCES UNDER THIS COVERAGE PART.

    THE PROGRAM IS SCHEDULED TO TERMINATE AT THE END OF DECEMBER 31,
    2005 UNLESS RENEWED, EXTENDED OR OTHERWISE CONTINUED BY THE
    FEDERAL GOVERNMENT.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0190

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472                    PAGE 2 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

2.  IF THE PROVISIONS OF THIS ENDORSEMENT BECOME APPLICABLE, SUCH
    PROVISIONS:

    A.  SUPERSEDE ANY *TERRORISM ENDORSEMENT ALREADY ENDORSED TO
        THIS POLICY THAT ADDRESSES *CERTIFIED *ACTS *OF *TERRORISM
        OR *OTHER *ACTS *OF *TERRORISM, BUT ONLY WITH RESPECT TO
        LOSS OR DAMAGE FROM AN INCIDENT(S) OF *TERRORISM (HOWEVER
        DEFINED) THAT OCCURS ON OR AFTER THE DATE WHEN THE PROVI-
        SIONS OF THIS ENDORSEMENT BECOME APPLICABLE; AND

    B.  REMAIN APPLICABLE UNLESS *WE NOTIFY *YOU OF CHANGES IN
        THESE PROVISIONS IN RESPONSE TO FEDERAL LAW.

3.  IF THE PROVISIONS OF THIS ENDORSEMENT DO NOT BECOME APPLICABLE,
    ANY *TERRORISM ENDORSEMENT ALREADY ENDORSED TO THIS POLICY THAT
    ADDRESSES *CERTIFIED *ACTS *OF *TERRORISM OR *OTHER *ACTS *OF
    *TERRORISM WILL CONTINUE IN EFFECT UNLESS *WE NOTIFY *YOU
    OF CHANGES TO THAT ENDORSEMENT IN RESPONSE TO FEDERAL LAW.

DEFINITIONS

THE FOLLOWING DEFINITION IS ADDED:

"*TERRORISM" MEANS ACTIVITIES AGAINST PERSONS, ORGANIZATIONS OR
PROPERTY OF ANY NATURE:

1.  THAT INVOLVE THE FOLLOWING OR PREPARATION FOR THE FOLLOWING:

    A.  USE OF THREAT OF FORCE OR VIOLENCE; OR

    B.  COMMISSION OR THREAT OF A DANGEROUS ACT; OR

    C.  COMMISSION OR THREAT OF AN ACT THAT INTERFERES WITH OR DIS-
        RUPTS AN ELECTRONIC, COMMUNICATION, INFORMATION OR MECHANI-
        CAL SYSTEM; AND

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0191

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
              ENDORSEMENT NO. 472                  PAGE 3 OF 6
            CONDITIONAL EXCLUSION OF TERRORISM
      (RELATING TO DISPOSITION OF FEDERAL TERRORISM
             RISK INSURANCE ACT OF 2002)
       ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
                    UNICOVER V
```

2.  WHEN ONE OR BOTH OF THE FOLLOWING APPLIES:

   A.  THE EFFECT IS TO INTIMIDATE OR COERCE A GOVERNMENT OR THE
       CIVILIAN POPULATION OR ANY SEGMENT THEREOF, OR TO DISRUPT
       ANY SEGMENT OF THE ECONOMY; OR

   B.  IT APPEARS THAT THE INTENT IS TO INTIMIDATE OR COERCE A
       GOVERNMENT, OR TO FURTHER POLITICAL, IDEOLOGICAL, RELIGIOUS,
       SOCIAL OR ECONOMIC OBJECTIVES OR TO EXPRESS (OR EXPRESS
       OPPOSITION TO) A PHILOSOPHY OR IDEOLOGY.

EXCLUSIONS

THE FOLLOWING EXCLUSION IS ADDED:

(AA)  *WE WILL NOT PAY FOR ANY *ACCIDENT, *COVERED *POLLUTION
      *DAMAGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
      *SUIT CAUSED DIRECTLY OR INDIRECTLY BY AN INCIDENT OF
      *TERRORISM OR BY ANY ACTION TAKEN IN HINDERING OR DEFENDING
      AGAINST AN ACTUAL OR EXPECTED INCIDENT OF *TERRORISM. SUCH
      *ACCIDENT, *COVERED *POLLUTION *DAMAGES, *DAMAGES, *INJURY,
      *LOSS, *OCCURRENCE, CLAIM OR *SUIT IS EXCLUDED REGARDLESS
      OF ANY OTHER CAUSE OR EVENT THAT CONTRIBUTES CONCURRENTLY OR
      IN ANY SEQUENCE TO THE *ACCIDENT, *COVERED *POLLUTION *DAM-
      AGES, *DAMAGES, *INJURY, *LOSS, *OCCURRENCE, CLAIM OR
      *SUIT. BUT THIS EXCLUSION APPLIES ONLY WHEN ONE OR MORE OF
      THE FOLLOWING ARE ATTRIBUTED TO AN INCIDENT OF *TERRORISM:

   1.  THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL
       OR APPLICATION OF RADIOACTIVE MATERIAL, OR THROUGH THE
       USE OF A NUCLEAR WEAPON OR DEVICE THAT INVOLVES OR PRO-
       DUCES A NUCLEAR REACTION, NUCLEAR RADIATION OR RADIOACTIVE
       CONTAMINATION; OR

   2.  RADIOACTIVE MATERIAL IS RELEASED, AND IT APPEARS THAT ONE
       PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIAL; OR

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                                    EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

Exhibit I - 0192

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

```
                    ENDORSEMENT NO. 472              PAGE 4 OF 6
                 CONDITIONAL EXCLUSION OF TERRORISM
           (RELATING TO DISPOSITION OF FEDERAL TERRORISM
                    RISK INSURANCE ACT OF 2002)
             ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
                            UNICOVER V
```

3.  THE *TERRORISM IS CARRIED OUT BY MEANS OF THE DISPERSAL OR APPLICATION OF PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS; OR

4.  PATHOGENIC OR POISONOUS BIOLOGICAL OR CHEMICAL MATERIALS ARE RELEASED, AND IT APPEARS THAT ONE PURPOSE OF THE *TERRORISM WAS TO RELEASE SUCH MATERIALS; OR

5.  THE TOTAL OF INSURED DAMAGE TO ALL TYPES OF PROPERTY EXCEEDS $25,000,000. IN DETERMINING WHETHER THE $25,000,000 THRESHOLD IS EXCEEDED, *WE WILL INCLUDE ALL INSURED DAMAGE SUSTAINED BY PROPERTY OF ALL PERSONS AND ENTITIES AFFECTED BY THE *TERRORISM AND BUSINESS INTER-RUPTION LOSSES SUSTAINED BY OWNERS OR OCCUPANTS OF THE DAMAGED PROPERTY. FOR THE PURPOSE OF THIS PROVISION, IN-SURED DAMAGE MEANS DAMAGE THAT IS COVERED BY ANY INSURANCE PLUS DAMAGE THAT WOULD BE COVERED BY ANY INSURANCE BUT FOR THE APPLICATION OF ANY *TERRORISM EXCLUSIONS. MULTIPLE INCIDENTS OF *TERRORISM WHICH OCCUR WITHIN A 72-HOUR PERIOD AND APPEAR TO BE CARRIED OUT IN CONCERT OR TO HAVE A RELATED PURPOSE OR COMMON LEADERSHIP WILL BE DEEMED TO BE ONE INCIDENT FOR THE PURPOSE OF DETERMINING WHETHER THE THRESHOLD IS EXCEEDED; OR

6.  WITH RESPECT TO LIABILITY COVERAGES PROVIDED BY COVERAGE PARTS 500, 530, 550, 900, 950 AND 980, FIFTY OR MORE PERSONS SUSTAIN DEATH OR SERIOUS PHYSICAL INJURY. FOR THE PURPOSES OF THIS PROVISION, SERIOUS PHYSICAL INJURY MEANS:

    A.  PHYSICAL INJURY THAT INVOLVES A SUBSTANTIAL RISK OF DEATH; OR

    B.  PROTRACTED AND OBVIOUS PHYSICAL DISFIGUREMENT; OR

    C.  PROTRACTED LOSS OF OR IMPAIRMENT OF THE FUNCTION OF A BODILY MEMBER OR ORGAN.

ITEMS 5 AND 6 ABOVE DO NOT APPLY UNLESS ENDORSEMENT 429 - EXCLUSION OF CERTIFIED ACTS OF TERRORISM IS SHOWN IN THE

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

```
                                      EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
```

Exhibit I - 0193

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

## 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472                    PAGE 5 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

POLICY DECLARATIONS. HOWEVER, ITEM 5 WILL APPLY TO OFF-PREMISES *BUSINESS *INCOME *CONTINUATION COVERAGE, IF ENDORSE-MENT 125, ENDORSEMENT 126, OR ENDORSEMENT 127 IS SHOWN IN THE POLICY DECLARATIONS, REGARDLESS OF WHEATHER ENDORSEMENT 429 APPEARS IN THE POLICY DECLARATIONS.

ITEMS 5 AND 6 DESCRIBE THE THRESHOLD USED TO MEASURE THE MAG-NITUDE OF AN INCIDENT OF *TERRORISM AND THE CIRCUMSTANCES IN WHICH THE THRESHOLD WILL APPLY, FOR THE PURPOSE OF DETERMIN-ING WHETHER THIS EXCLUSION WILL APPLY TO THAT INCIDENT. WHEN THE EXCLUSION APPLIES TO AN INCIDENT OF *TERRORISM, THERE IS NO COVERAGE UNDER THESE COVERAGE PARTS.

WITH RESPECT TO COVERAGE PART 330, THIS EXCLUSION DOES NOT APPLY TO *LOSS BY FIRE TO PROPERTY LOCATED IN THOSE STATES WITH STATUTES THAT REQUIRE INSURERS TO CONFORM THEIR PROPERTY POLICIES WITH A STANDARD FORM OF FIRE INSURANCE, UNLESS SUCH A STATE DOES NOT REQUIRE SUCH CONFORMITY WITH RESPECT TO AN INCIDENT OF *TERRORISM.

IN THOSE STATES THAT REQUIRE SUCH CONFORMITY REGARDING AN IN-CIDENT OF *TERRORISM, IF AN INCIDENT OF *TERRORISM RESULTS IN FIRE, *WE WILL PAY FOR THE DIRECT PHYSICAL *LOSS OR DAM-AGE TO *YOUR *BUILDINGS, *CONTENTS, *EQUIPMENT, *STOCK OR *EMPLOYEE *TOOLS CAUSED BY THAT FIRE. THIS EXCEPTION DOES NOT APPLY TO ANY OTHER *LOSS, DAMAGE OR EXPENSE INCLUDING BUT NOT LIMITED TO *BUSINESS *INCOME *CONTINUATION, *BUSINESS *RECOVERY *EXPENSE, *RENTS, *ADDITIONAL *EXTRA *EXPENSE OR LEASEHOLD INTEREST.

WITH RESPECT TO *AUTO LIABILITY AND PERSONAL INJURY PROTEC-TION COVERAGE, IF APPLICABLE, THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT THE LIMIT OF SUCH COVERAGE EXCEEDS THE MINIMUM LIMITS FOR EACH COVERAGE UNDER APPLICABLE STATE COMPULSORY OR FINANCIAL RESPONSIBILITY LAWS.

WITH RESPECT TO UNINSURED OR UNDERINSURED MOTORISTS COVERAGE, IF APPLICABLE, THIS EXCLUSION APPLIES ONLY TO THE EXTENT THAT

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0194

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 472                     PAGE 6 OF 6
CONDITIONAL EXCLUSION OF TERRORISM
(RELATING TO DISPOSITION OF FEDERAL TERRORISM
RISK INSURANCE ACT OF 2002)
ALL COVERAGE PARTS EXCEPT COVERAGE PART 970
UNICOVER V

THE LIMIT OF SUCH COVERAGE EXCEEDS THE MINIMUM STATUTORY PER-
MITTED LIMITS FOR UNINSURED OR UNDERINSURED MOTORISTS
COVERAGE. THOSE LIMITS ARE EQUAL TO THE MINIMUM LIMIT PER-
MITTED FOR LIABILITY COVERAGE.

APPLICATION OF OTHER EXCLUSIONS

1.  WHEN ITEMS 1 OR 2 OF EXCLUSION (AA) APPLY, THE EXCLUSION APPLIES
    WITHOUT REGARD TO THE NUCLEAR HAZARD EXCLUSIONS IN ANY COVERAGE
    PARTS OF THIS POLICY.

2.  THE TERMS AND LIMITATIONS OF ANY *TERRORISM EXCLUSION, OR THE
    INAPPLICABILITY OR OMISSION OF A *TERRORISM EXCLUSION, DO NOT
    SERVE TO CREATE COVERAGE FOR ANY LOSS OR DAMAGE WHICH WOULD
    OTHERWISE BE EXCLUDED UNDER ANY COVERAGE PART, SUCH AS LOSSES
    EXCLUDED BY ANY NUCLEAR HAZARD EXCLUSION OR ANY WAR AND MILITARY
    ACTION EXCLUSION.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  8-2004
COPYRIGHT 2004 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0195

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 475
SILICA OR SILICA RELATED DUST EXCLUSION
COVERAGE PARTS 500, 900, 950, 970 AND 980
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THE FOLLOWING DEFINITION IS ADDED:

"*SILICA" MEANS:

(1)  ANY FORM OF CRYSTALLINE OR NON-CRYSTALLINE (AMORPHOUS)
SILICA, SILICA PARTICLES, SILICA COMPOUNDS, SILICA DUST OR
SILICA MIXED OR COMBINED WITH DUST OR OTHER PARTICLES; OR

(2)  SYNTHETIC SILICA, INCLUDING PRECIPITATED SILICA, SILICA GEL,
PYROGENIC OR FUMED SILICA OR SILICA-FLOUR.

THE FOLLOWING EXCLUSION IS ADDED:

THIS INSURANCE DOES NOT APPLY TO:

*INJURY, *COVERED *POLLUTION *DAMAGES, *OCCURRENCES, CLAIMS,
*SUITS CAUSED DIRECTLY OR INDIRECTLY BY THE ACTUAL, ALLEGED OR
THREATENED INHALATION, INGESTION, ABSORPTION, EXISTENCE OR
PRESENCE OF *SILICA OR *SILICA MIXED DUST. IN ADDITION, *WE WILL
NOT PAY FOR ANY *LOSS, COSTS OR EXPENSES ARISING OUT OF THE
ABATING, TESTING FOR, MONITORING, CLEANING UP, REMOVING, CONTAIN-
ING, TREATING, DETOXIFYING, NEUTRALIZING, REMEDIATING OR DISPOS-
ING OF, OR IN ANY MANNER RESPONDING TO OR ASSESSING THE EFFECTS
OF *SILICA BY ANY *INSURED OR BY ANY OTHER PERSON OR ENTITY.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION  2-2005
COPYRIGHT 2005 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0196

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

### 7045 COLLEGE BOULEVARD  OVERLAND PARK, KANSAS 66211-1523

A Stock Insurance Company

ENDORSEMENT NO. 511
WELFARE AND PENSION BENEFIT PLAN
COVERAGE PART 380
UNICOVER V

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

WHEN EMPLOYEE DISHONESTY INSURANCE IS SHOWN IN THE DECLARATIONS AS SUBJECT TO THIS ENDORSEMENT, SUCH INSURANCE IS CHANGED AS FOLLOWS:

THE DEFINITION OF "*EMPLOYEE" IS CHANGED TO ADD:

WITH RESPECT TO ANY EMPLOYEE WELFARE AND PENSION BENEFIT PLAN SHOWN IN THE DECLARATTONS AS AN *INSURED, "*EMPLOYEE" MEANS ANY PERSON WHO IS (A) *YOUR DIRECTOR OR TRUSTEE OR (B) A TRUSTEE, MANAGER, OFFICER OR *EMPLOYEE OF SUCH PLAN, WHILE THEY ARE ENGAGED IN THE HANDLING OF FUNDS OR OTHER PROPERTY OF SUCH PLAN OWNED, CONTROLLED OR OPERATED BY *YOU.

PART (2) OF THE DEFINITION OF "*EMPLOYEE", AND EXCLUSION (A) DO NOT APPLY TO ANY *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

ANY DEDUCTIBLE SHOWN IN THE DECLARATIONS AS APPLICABLE TO EMPLOYEE DISHONESTY DOES NOT APPLY TO *LOSS CAUSED BY ANY *EMPLOYEE AS DEFINED IN THIS ENDORSEMENT.

IF THE *INSURED FIRST NAMED IN THE DECLARATIONS IS AN ENTITY OTHER THAN A PLAN, ANY PAYMENT *WE MAKE TO THAT *INSURED FOR *LOSS SUSTAINED BY ANY PLAN WILL BE HELD BY THAT *INSURED FOR THE USE AND BENEFIT OF THE PLAN(S) SUSTAINING THE *LOSS.

THE * INDICATES THE WORD IS DEFINED IN THE
COVERAGE PART TO WHICH THIS ENDORSEMENT APPLIES.

EDITION 10-1999
COPYRIGHT 1999 UNIVERSAL UNDERWRITERS INSURANCE COMPANY

Exhibit I - 0197