PETER D. NITSCHKE (SBN: 174123)
NITSCHKE & VARRICCHIO LLP
23861 El Toro Road, Suite 700
Lake Forest, CA 92630
Telephone: (949) 830-9400
Facsimile: (949) 830-9405
peter@nvlawgroup.com

Attorneys For Defendants
Walnut Creek Associates 5, Inc. dba Oakland Acura, Proformance Associates, Inc., James Nielsen, Walnut Creek Associates 2, Inc., Walnut Creek Associates, Inc dba Walnut Creek Acura, Philip Peterson and Gordon Walton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WALNUT CREEK ASSOCIATES 5, INC. dba OAKLAND ACURA, a California corporation; PROFORMANCE ASSOCIATES, INC., a California corporation; JAMES NIELSEN, an individual, WALNUT CREEK ASSOCIATES 2, INC., a California corporation; WALNUT CREEK ASSOCIATES 2, INC. dba WALNUT CREEK HONDA, a California corporation, PHILLIP PETERSON, an individual, and GORDON WALTON, an individual<br><br>    Defendants. | CASE NO. C 07 2858 SC<br><br>**DECLARATION OF PETER D. NITSCHKE IN SUPPORT OF DEFENDANTS WALNUT CREEK ASSOCIATES 5, INC. DBA OAKLAND ACURA, PROFORMANCE ASSOCIATES, INC., JAMES NIELSEN, WALNUT CREEK ASSOCIATES 2, INC., WALNUT CREEK ASSOCIATES, INC DBA WALNUT CREEK ACURA, PHILIP PETERSON AND GORDON WALTON'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: June 1, 2007<br><br>Date: April 25, 2008<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br>Judge: The Honorable Samuel Conti |

I, Peter D. Nitschke, declare:

  1. I am a member of the State Bar of California and am admitted to practice before the United States District Court for the Northern District of California. I am a partner with the law firm of Nitschke & Varricchio LLP, counsel of record for Defendants Walnut Creek Associates 5, Inc. dba Oakland Acura, Proformance Associates, Inc., James Nielsen, Walnut Creek Associates 2, Inc., Walnut Creek Associates, Inc dba Walnut Creek Acura, Philip Peterson

and Gordon Walton (collectively "Defendants") in this matter. I make this declaration of my own knowledge, and if called as a witness in these proceedings, I could and would testify competently to its contents.

2. Attached hereto as Exhibit "A" is a true and correct copy of page 988 from *Black's Law Dictionary*, Abridged 7th Ed., 2000, that contains the definition of "personal property."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April 2008 at Lake Forest, California.

_____
Peter D. Nitschke

# EXHIBIT A

# Black's Law Dictionary®

## Abridged Seventh Edition

Bryan A. Garner
Editor in Chief



**WEST GROUP**

ST. PAUL, MINN., 2000

Ex A - 0001

**property**          988      989

*mislaid property.* Property that has been voluntarily relinquished by the owner with an intent to recover it later — but that cannot now be found. Cf. *abandoned property*; *lost property*.

*mixed property.* Property with characteristics of both real property and personal property — such as heirlooms and fixtures.

*movable property.* See MOVABLE.

*neutral property.* See NEUTRAL PROPERTY.

*paternal property.* Property that comes from the father of a party, and other ascendants of the paternal stock.

*personal property.* 1. Any movable or intangible thing that is subject to ownership and not classified as real property. — Also termed *personalty*; *personal estate*; *movable estate*; (in plural) *things personal*. Cf. *real property*. 2. Property not used in a taxpayer's trade or business or held for income production or collection.

*private property.* Property — protected from public appropriation — over which the owner has exclusive and absolute rights.

*public property.* State-or community-owned property not restricted to any one individual's use or possession.

*qualified property.* A temporary or special interest in a thing (such as a right to possess it), subject to being totally extinguished by the occurrence of a specified contingency over which the qualified owner has no control.

*qualified-terminable-interest property.* Property that passes by a QTIP trust from a deceased spouse to the surviving spouse and that (if the executor so elects) qualifies for the marital deduction provided that the spouse is entitled to receive income in payments made at least annually for life and that no one has the power to appoint the property to anyone other than the surviving spouse. • This property is included in the surviving spouse's estate at death, where it is subject to the federal estate tax. See *QTIP trust* under TRUST.

*real property.* Land and anything growing on, attached to, or erected on it, excluding anything that may be severed without injury to the land. • Real property can be either corporeal (soil and buildings) or incorporeal (easements). — Also termed *realty*; *real estate*. Cf. *personal property*.

*scheduled property. Insurance.* Property itemized on a list (usu. attached to an insurance policy) that records property values, which provide the basis for insurance payments in the event of a loss under an insurance policy.

*separate property.* See SEPARATE PROPERTY.

*special property.* Property that the holder has only a qualified, temporary, or limited interest in, such as (from a bailee's standpoint) bailed property.

*tangible personal property.* Corporeal personal property of any kind; personal property that can be seen, weighed, measured, felt, or touched, or is in any way perceptible to the senses.

*tangible property.* Property that has physical form and characteristics. Cf. *intangible property*.

**property, law of.** See LAW OF PROPERTY.

**property crimes.** See CRIMES AGAINST PROPERTY.

**property-damage insurance.** See *property insurance* under INSURANCE.

**property dividend.** See *asset dividend* under DIVIDEND.

**property insurance.** See INSURANCE.

**property of the debtor.** *Bankruptcy.* Property that is owned or (in some instances) possessed by the debtor, including property that is exempted from the bankruptcy estate. 11 USCA § 541(b).

**property of the estate.** *Bankruptcy.* The debtor's tangible and intangible property interests (including both legal and equitable interests) that fall under the bankruptcy court's jurisdiction because they were owned or held by the debtor when the bankruptcy petition was filed. 11 USCA § 541.

**property right.** See RIGHT.

**property settlement.** 1. A judgment in a divorce case determining the distribution of the marital property between the divorcing parties. 2. MARITAL AGREEMENT.

**property tax.** See TAX.

**property tort.** See TORT

**prophylactic** (proh-fə-lated to preven some rule>. — **prophyla** *n.* — **prophylactic,** *n.*

**propinquity** (prə-ping- being near; specif., k <degrees of propinquit

**propone** (prə-**pohn**), *v* consideration or adju will for probate>.

**proponent,** *n.* 1. A pers a legal instrument for ceptance; esp., one w probate. — Also term person who puts forw who argues in favor of nent of gun control>.

**proportionality.** *Int'l* that the use of force sh to the threat or grievan of force.

**proportionality review** appellate court's analys sentence is arbitrary o paring the case in whicl similar cases in which t approved or disapprovec

**proportional represen** system that allocates each political group in ular voting strength.

**proportional tax.** See *fl*

**proposal.** Something o ation or acceptance.

**proposed regulation.** A regulation that is circul ed parties for comment

**propound** (prə-**pownd**), consideration or discus proposal. 3. To put for thentic.

**propounder.** An execut who offers a will or othe ument for admission to

Ex. A-0002

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 23861 El Toro Road, Suite 700, Lake Forest, California 92630

On **April 4, 2008,** I caused to be served the foregoing documents described as **DECLARATION OF PETER D. NITSCHKE IN SUPPORT OF DEFENDANTS WALNUT CREEK ASSOCIATES 5, INC. DBA OAKLAND ACURA, PROFORMANCE ASSOCIATES, INC., JAMES NIELSEN, WALNUT CREEK ASSOCIATES 2, INC., WALNUT CREEK ASSOCIATES, INC DBA WALNUT CREEK ACURA, PHILIP PETERSON AND GORDON WALTON'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the interested parties as follows:

> Max H. Stern, Esq.
> William S. Berman, Esq.
> **DUANE MORRIS LLP**
> One Market, Spear Tower, Suite 2000
> San Francisco, CA 94105
> Telephone: (415) 957-3000
> Facsimile: (415) 957-3001

[ ]  **(BY MAIL)** - By placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as to the above-named counsel of record or parties in propria persona. I deposited such envelope in the mail at Lake Forest, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY PERSONAL DELIVERY)** - By retaining a delivery service, OneLegal, and instructing them to deliver [ ] the original [x] a true copy thereof to the above-named counsel of record and or parties in propria persona.

[X]  **(BY E-FILING)** - By transmitting this document via the E-Filing System for the District Court for the Northern District of California.

Dated: April 4, 2008

*/s/ Lee Berry*
Lee Berry