UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2858              SAMUEL CONTI            DATE 9/19/08
Case Number            Judge

Title: UNIVERSAL UNDERWRITERS    vs WALNUT CREEK ASSOCIATES 5 INC. et al.

Attorneys: MAX STERN              KEN WEBSTER

Deputy Clerk: T. De Martini    Court Reporter: Lydia Zinn

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1.

(  )    ( )     ( )    2.

(  )    ( )     ( )    3.

(  )    ( )     ( )    4.

(  )    ( )     ( )    5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 11/14/08 @ 10:00 A.M. for Further Status Conference

Case Continued to_____ for_____

ORDERED AFTER HEARING: The parties informed the Court that the underlying State Court action is in the process of settling. The Court agreed with the parties to hold off on ruling on Plaintiff's Motion for Partial Summary Judgment.

cc: