IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALNUT CREEK ASSOCIATES 5, INC. dba OAKLAND ACURA, a California corporation; PROFORMANCE ASSOCIATES, INC., a California corporation; and JAMES NIELSEN, an individual, WALNUT CREEK ASSOCIATES 2, INC., a California corporation; WALNUT CREEK ASSOCIATES 2, INC. dba Walnut Creek Honda, a California corporation, Phillip Peterson, an individual, GORDON WALTON, an individual,<br><br>Defendants. | Case No.: C-07-2858 SC<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL PURSUANT TO STIPULATION OF DISMISSAL (FRCP (a)(1)) (WITHOUT PREJUDICE)**<br><br>Dept:   Courtroom 1, 17th Floor<br><br>Judge:  The Honorable Samuel Conti |

Pursuant to the Stipulation of Dismissal and for good cause shown, IT IS HEREBY ORDERED that the entire action herein is hereby dismissed without prejudice pursuant to FRCP 41(a)(1).

Each party shall bear his/its own attorney's fees and costs.

Dated: November 12, 2008

_____
Senior [Judge Samuel Conti]
United [States District Court]

*IT IS SO ORDERED*
*Judge Samuel Conti*

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO STIPULATION
OF DISMISSAL (FRCP 41(a)(1) (WITHOUT PREJUDICE)                              CASE NO.: C-07-2858 SC